BURNS CHAREST, LLP
Warren T. Burns
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        bpodell@bm.net
        aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Case No. 4:21-cv-00987-ALM |
| MATTHEW FILBERT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Case No. 4:22-cv-00012-ALM |

| | |
|---|---|
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>     v.<br><br>REATA PHARMACEUICALS, INC., J. WARREN HUFF, and COLIN J. MEYER, M.D.,<br><br>                    Defendants. | Case No. 4:22-cv-00041-ALM |

## MOVANT DUANE OLCSVARY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

Proposed Lead Plaintiff Duane Olcsvary ("Movant" or "Olcsvary"), hereby moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, for entry of an order consolidating the above-captioned related securities class actions (the "Actions").

Movant respectfully requests, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), that the Court appoint it as the Lead Plaintiff in the Actions and approve its selection of Berger Montague PC as lead counsel and Burns Charest LLP as Local Counsel. The Court should appoint Movant as Lead Plaintiff because it has demonstrated the "largest financial interest in the litigation," and because it otherwise meets the typicality and adequacy prongs of Fed. R. Civ. P. 23. See 15 U.S.C. 78u-4(a)(3)(B). As demonstrated in its supporting Memorandum of Law, filed herewith, Movant has sustained losses of $164,171 in its investment in the securities of Reata Pharmaceuticals, Inc. during the period of November 14, 2016 through and including December 8, 2021 (the "Class Period"). Berger Montague PC has extensive experience successfully litigating securities class actions and possesses the resources necessary to vigorously pursue this litigation on behalf of the putative class.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law supported by the Declaration of Warren T. Burns and the exhibits attached thereto, Movant respectfully requests that the Court enter an Order consolidating the Actions, appointing Movant as Lead Plaintiff, and approving Berger Montague PC as Lead Counsel and Burns Charest LLP as Local Counsel.

## <u>CERTIFICATE OF CONFERENCE</u>

Local Rule CV-7(i) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule CV-7(i) be waived.

Dated: February 18, 2022

Respectfully submitted,

/s/ *Warren T. Burns*
BURNS CHAREST, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
      mdellangelo@bm.net
      bpodell@bm.net
      aabramowitz@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Warren T. Burns*
Warren T. Burns