# EXHIBIT C

**Duane Olcsvary LIFO Losses in Reata Pharmaceuticals, Inc. ("RETA")**
**During The Class Period (11/14/16 – 12/8/21)**

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 12/9/21 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shrs. Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Pd. Holdings [1]: | | 0 | | | | | | | | 0 | 0 |
| 12/02/21 | Buy | 4,950 | $92.050 | $455,648 | | | | | | 4,950 | 4,950 |
| 12/06/21 | Sell | | | | 2,100 | $58.925 | | $123,743 | YES | 2,850 | 2,850 |
| 12/06/21 | Sell | | | | 102 | $58.925 | | $6,010 | YES | 2,748 | 2,748 |
| 12/06/21 | Sell | | | | 2,748 | $58.852 | | $161,724 | YES | 0 | 0 |
| Class Period Totals: | | 4,950 | | $455,648 | 4,950 | | | $291,477 | | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | | |
| Subtotal of Sales of Shares Purchased in Class Period: | | | | | 4,950 | | | $291,477 | | | |
| Total Held 12/8/21: | | - | | | | | | | | | |
| CLASS PD. RET: | | - | (No. of Shares Purchased in the Class Period and Still Held on 12/8/21) | | | | | | | | |

| Post Class-Period Transactions: | No. Shares Bought [2] | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold [2] | Actual Sale Price [3] | Avg. Closing Price from 12/9/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | LIFO - Match to Class Period Buys? | No. of Shares Purch. in the CP and Still Held | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | | |
| Subtotal of Post-Class Period Trades: | 0 | | $0 | 0 | | | $0 | | | |
| Less sale of shares matched to pre-class period holdings: | 0 | | $0 | 0 | | | $0 | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total of Post-Class Period Trades [2]:** | 0 | | $0 | 0 | $0 |
| | | | | | |
| Retained Shares Valued at Average Closing Price from 12/9/21 to 2/16/22 **[3] [4]** | | | | | |
| | | | 0 | $27.491 | $0 |
| **CLASS PD. TOTALS:** | 4,950 | | $455,648 | 4,950 | $291,477 |
| | | | | **LIFO NET GAIN (LOSS):** | **($164,171)** |

**Footnotes:**

[1] Client held 0 shares of common stock pre-class.

[2] Under LIFO, all post class period sales (if any) occurring before post class period buys (if any) are matched against class period buys.

[3] Pursuant to the PSLRA, shares retained after the class period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the class period.

[4] The average closing price from 12/9/21 to 2/16/22 is $27.491. Pursuant to the PSLRA, all retained shares are valued at that price.

**Duane Olcsvary FIFO Losses in Reata Pharmaceuticals, Inc. ("RETA")**
**During The Class Period (11/14/16 – 12/8/21)**

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Average Closing Price from 12/9/21 to Day of Sale | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Pd. Holdings [1]: | | 0 | | | | | | | | 0 |
| 12/02/21 | Buy | 4,950 | $92.050 | $455,648 | | | | | | 4,950 |
| 12/06/21 | Sell | | | | 2,100 | $58.925 | | $123,743 | NO | 2,850 |
| 12/06/21 | Sell | | | | 102 | $58.925 | | $6,010 | NO | 2,748 |
| 12/06/21 | Sell | | | | 2,748 | $58.852 | | $161,724 | NO | - |
| Class Period Totals: | | 4,950 | | $455,648 | 4,950 | | | $291,477 | | |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | | $0 | | |
| Subtotal of Sales of Shares Purchased in Class Period: | | | | | 4,950 | | | $291,477 | | |
| Total Held 12/8/21: | | - | | | | | | | | |
| CLASS PD. RET: | | - | (No. of Shares Purchased in the Class Period and Still Held on 12/8/21) | | | | | | | |

| Post Class-Period Transactions: | No. Shares Bought [2] | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Actual Sale Price [3] | Avg. Closing Price from 12/9/21 to Day of Sale [3] | Sale Proceeds (Excl. Fees & Comms.) | FIFO - Matched to Pre-Class Holdings? | Actual No. of Shares Held |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |
| Subtotal of Post-Class Period Trades: | 0 | | $0 | 0 | | | $0 | | |
| Less sale of shares matched to pre-class period holdings: | 0 | | $0 | 0 | | | $0 | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total of Post-Class Period Trades [2]:** | 0 | $0 | 0 | | $0 |
| | | | | | |
| Retained Shares Valued at Average Closing Price from 12/9/21 to 2/16/22 **[3] [4]** | | | | | |
| | | | 0 | $27.491 | $0 |
| **CLASS PD. TOTALS:** | 4,950 | $455,648 | 4,950 | | $291,477 |
| | | | | **FIFO NET GAIN (LOSS):** | ($164,171) |

**Footnotes:**

[1] Client held 0 shares of common stock pre-class.

[2] Under FIFO, post class period buys are not included in the class period totals and do not impact the FIFO loss calculation.

[3] Pursuant to the PSLRA, shares retained after the class period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the class period.

[4] The average closing price from 12/9/21 to 2/16/22 is $27.491. Pursuant to the PSLRA, all retained shares are valued at that price.