# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| TIM DOYLE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Civil Action No. 4:21-cv-00987-ALM<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DONALD POTTS TO CONSOLIDATE THE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD AND LIAISON COUNSEL** |
| MATTHEW FILBERT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Civil Action No. 4:22-cv-00012-ALM |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and COLIN J. MEYER, M.D.,<br><br>Defendants. | Civil Action No. 4:22-cv-00041-ALM |

[PROPOSED] ORDER GRANTING MOTION OF DONALD POTTS TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD AND LIAISON COUNSEL

- 1 -

WHEREAS, the Court has considered the competing motions for Appointment of Lead Plaintiff and Approval of Lead Counsel and Liaison Counsel; and

WHEREAS, the Court has considered the motion of class member Donald Potts ("Movant") for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Reata Pharmaceuticals, Inc. ("Reata Pharmaceuticals" or the "Company") from November 9, 2020 to December 8, 2021, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and Kitner Woodward PLLC as Liaison Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.       Pursuant to Federal Rule of Civil Procedure 42(a), *Doyle v. Reata Pharmaceuticals, Inc., et al.,* No. 4:21-cv-00987, *Filbert v. Reata Pharmaceuticals, Inc., et al.,* No. 4:22-cv-00012, and *Laborers' District Council, et al., v. Reata Pharmaceuticals, Inc., et al.,* No. 4:22-cv-00041 are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| *In re REATA PHARMACEUTICALS, INC. SECURITIES LITIGATION* | )  Master File No.  4:21-cv-00987 |
| | ) |
| | )  <u>CLASS ACTION</u> |
| | ) |
| This Document Relates to: | ) |
| | ) |
| ALL ACTIONS. | ) |

(a)      The file in Case No. 4:21-cv-00987 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively

[PROPOSED] ORDER GRANTING MOTION OF DONALD POTTS TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD AND LIAISON COUNSEL

- 2 -

close the other actions.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions on behalf of purchasers of Reata Pharmaceuticals securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2.    Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints Movant as Lead Plaintiff in the Action.  Movant satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

3.    Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Hagens Berman Sobol Shapiro LLP as Lead Counsel and Kitner Woodward PLLC as Liaison Counsel for the Class in the Action.

4.    Lead Counsel and Liaison Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

(a)    to coordinate the briefing and argument of motions;

(b)    to coordinate the conduct of discovery proceedings;

(c)    to coordinate the examination of witnesses in deposition;

(d)    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e)    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)    to coordinate all settlement negotiations with counsel for defendants;

(g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required; and

(h)    to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

5.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of lead counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of lead counsel.

6.    Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

7.    Lead Counsel and Liaison Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

[PROPOSED] ORDER GRANTING MOTION OF DONALD POTTS TO CONSOLIDATE RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE SELECTION OF LEAD AND LIAISON COUNSEL

- 4 -

8.      Lead Counsel and Liaison Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

9.      Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect service of papers on Defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

10.      During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

**SO ORDERED.**