# EXHIBIT A

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, David H. Zellner, on behalf of UMC Benefit Board, Inc. as the trustee of US Equity Fund-P Series, a series of the Wespath Funds Trust and US Equity Index Fund-P Series, a series of the Wespath Funds Trust , and Wespath Institutional Investments LLC as the trustee of US Equity Fund-I Series, a series of the Wespath Funds Trust and US Equity Index Fund-I Series, a series of the Wespath Funds Trust (collectively, "Wespath" or "Movant"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.　　I am the Chief Investment Officer of UMC Benefit Board, Inc. and Wespath Institutional Investments LLC. In this capacity, I am authorized to make this certification on Wespath's behalf. I reviewed the complaint filed in the action *Laborers' District Council and Contractors' Pension Fund of Ohio v. Reata Pharmaceuticals, Inc. et al.*, No. 4:22-cv-00041 (E.D. Tex.). Wespath has retained the law firm of Kirby McInerney LLP, and as such co-counsel as it deems appropriate to associate with, to pursue this action on a contingent fee basis. Wespath has authorized counsel to seek Wespath's appointment as lead plaintiff in the Reata securities class action.

2.　　Movant did not purchase Reata securities at the direction of Kirby McInerney LLP or in order to participate in this private action.

3.　　Movant is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.　　Movant's transactions in Reata securities during the class period set forth in the class action complaint, are set forth on the attached Schedule A.

5. During the three years prior to the date of this certification, Movant has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

6. Movant will not accept payment for serving as a representative party on behalf of the class beyond Movant's pro rata share of any class recovery, except as ordered or approved by the Court.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 18, 2022
Glenview, IL

_____
David H. Zellner

**Schedule A**
Wespath's Transactions in Reata Securities
During the class period 11/14/16- 12/8/21

US EQUITY FUND-P SERIES
Account 1

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2019/6/28 | Purchase | 579 | 94.35 |
| 2019/6/28 | Purchase | 317 | 94.35 |
| 2020/3/5 | Purchase | 139 | 200.00 |
| 2020/5/19 | Purchase | 606 | 150.00 |
| 2020/6/15 | Sale | 213 | 161.12 |
| 2020/6/26 | Sale | 579 | 163.17 |
| 2020/6/26 | Sale | 563 | 163.17 |
| 2020/12/28 | Purchase | 119 | 129.30 |

Account 2

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2020/9/18 | Purchase | 106 | 105.49 |
| 2020/12/18 | Sale | 73 | 121.63 |
| 2021/3/19 | Purchase | 227 | 115.66 |
| 2021/3/22 | Sale | 86 | 108.41 |
| 2021/6/25 | Sale | 174 | 149.95 |

Account 3

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2019/10/18 | Purchase | 1,295 | 178.92 |
| 2019/10/21 | Purchase | 3,073 | 182.29 |
| 2019/10/21 | Purchase | 500 | 183.49 |
| 2019/10/22 | Purchase | 300 | 180.01 |
| 2019/10/22 | Purchase | 200 | 180.36 |
| 2019/10/22 | Purchase | 695 | 180.42 |
| 2019/10/22 | Purchase | 1,300 | 181.57 |
| 2019/10/22 | Purchase | 100 | 182.54 |
| 2019/10/23 | Purchase | 1,246 | 183.31 |
| 2019/10/24 | Purchase | 700 | 185.12 |
| 2019/10/24 | Purchase | 500 | 185.55 |
| 2019/10/24 | Purchase | 303 | 185.70 |
| 2019/10/25 | Purchase | 1,000 | 192.82 |
| 2019/10/28 | Purchase | 1,400 | 197.27 |
| 2019/10/29 | Purchase | 746 | 201.97 |
| 2019/10/30 | Purchase | 1,000 | 204.48 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 2019/10/31 | Purchase | 400 | 201.04 |
| 2019/10/31 | Purchase | 100 | 202.42 |
| 2019/10/31 | Purchase | 111 | 202.61 |
| 2019/11/1 | Purchase | 3,282 | 208.96 |
| 2019/11/4 | Purchase | 400 | 208.15 |
| 2019/11/4 | Purchase | 300 | 208.69 |
| 2019/11/4 | Purchase | 801 | 209.97 |
| 2019/11/5 | Purchase | 400 | 205.71 |
| 2019/11/5 | Purchase | 230 | 212.38 |
| 2019/11/7 | Purchase | 1,211 | 209.43 |
| 2019/11/12 | Purchase | 160 | 196.26 |
| 2019/11/12 | Purchase | 400 | 199.19 |
| 2019/11/14 | Purchase | 3,800 | 183.00 |
| 2019/11/14 | Purchase | 641 | 195.54 |
| 2019/11/15 | Purchase | 966 | 196.84 |
| 2019/11/18 | Purchase | 958 | 202.44 |
| 2019/12/6 | Purchase | 1,068 | 197.04 |
| 2019/12/6 | Purchase | 1,141 | 198.45 |
| 2019/12/6 | Purchase | 382 | 198.48 |
| 2020/1/24 | Purchase | 1,241 | 195.20 |
| 2020/1/27 | Purchase | 341 | 195.99 |
| 2020/2/26 | Purchase | 300 | 197.95 |
| 2020/2/26 | Purchase | 300 | 199.68 |
| 2020/2/26 | Purchase | 600 | 200.62 |
| 2020/2/26 | Purchase | 153 | 201.00 |
| 2020/2/27 | Purchase | 200 | 191.34 |
| 2020/2/27 | Purchase | 299 | 192.69 |
| 2020/2/27 | Purchase | 600 | 193.89 |
| 2020/2/28 | Purchase | 148 | 185.86 |
| 2020/2/28 | Purchase | 800 | 187.21 |
| 2020/2/28 | Purchase | 400 | 192.79 |
| 2020/3/9 | Purchase | 637 | 173.38 |
| 2020/3/9 | Purchase | 900 | 177.23 |
| 2020/3/12 | Purchase | 400 | 145.71 |
| 2020/3/12 | Purchase | 300 | 146.42 |
| 2020/3/13 | Purchase | 600 | 152.73 |
| 2020/3/13 | Purchase | 300 | 161.13 |
| 2020/3/16 | Purchase | 998 | 145.01 |
| 2020/3/31 | Purchase | 729 | 147.41 |
| 2020/3/31 | Purchase | 806 | 148.37 |
| 2020/4/1 | Purchase | 994 | 135.68 |
| 2020/4/2 | Purchase | 572 | 133.36 |
| 2020/4/3 | Purchase | 824 | 129.50 |
| 2020/4/6 | Purchase | 843 | 136.30 |
| 2020/4/7 | Purchase | 946 | 136.98 |

| Date | Type | Quantity | Price |
|---|---|---|---|
| 2020/4/9 | Purchase | 873 | 140.75 |
| 2020/4/27 | Purchase | 830 | 167.20 |
| 2020/5/7 | Purchase | 300 | 160.44 |
| 2020/5/7 | Purchase | 600 | 160.74 |
| 2020/5/8 | Purchase | 772 | 161.47 |
| 2020/5/12 | Purchase | 1,254 | 171.22 |
| 2020/5/13 | Purchase | 1,300 | 149.89 |
| 2020/5/14 | Purchase | 400 | 151.43 |
| 2020/5/14 | Purchase | 247 | 153.51 |
| 2020/5/14 | Purchase | 300 | 154.13 |
| 2020/5/15 | Purchase | 400 | 153.68 |
| 2020/5/15 | Purchase | 334 | 154.53 |
| 2020/5/29 | Purchase | 1,000 | 142.93 |
| 2020/5/29 | Purchase | 209 | 143.37 |
| 2020/6/1 | Purchase | 490 | 142.40 |
| 2020/6/1 | Purchase | 300 | 143.65 |
| 2020/6/1 | Purchase | 200 | 143.76 |
| 2020/6/2 | Purchase | 300 | 135.78 |
| 2020/6/2 | Purchase | 600 | 136.28 |
| 2020/6/2 | Purchase | 152 | 139.43 |
| 2020/6/3 | Purchase | 100 | 134.21 |
| 2020/6/3 | Purchase | 400 | 135.54 |
| 2020/6/3 | Purchase | 540 | 137.67 |
| 2020/6/5 | Purchase | 100 | 126.02 |
| 2020/6/5 | Purchase | 111 | 126.62 |
| 2020/6/5 | Purchase | 1,895 | 127.89 |
| 2020/6/5 | Purchase | 700 | 130.00 |
| 2020/6/5 | Purchase | 100 | 132.34 |
| 2020/6/8 | Purchase | 600 | 135.01 |
| 2020/6/9 | Purchase | 1,572 | 134.53 |
| 2020/6/10 | Purchase | 1,900 | 130.48 |
| 2020/6/12 | Purchase | 1,304 | 161.25 |
| 2020/7/14 | Purchase | 600 | 149.01 |
| 2020/7/15 | Purchase | 200 | 155.36 |
| 2020/7/16 | Purchase | 548 | 153.64 |
| 2020/7/16 | Purchase | 600 | 154.52 |
| 2020/8/10 | Purchase | 448 | 112.72 |
| 2020/8/10 | Purchase | 4,702 | 117.83 |
| 2020/9/22 | Sale | 1,738 | 111.11 |
| 2020/9/28 | Purchase | 2,000 | 92.36 |
| 2020/9/29 | Purchase | 1,200 | 94.13 |
| 2020/9/30 | Purchase | 437 | 97.51 |
| 2020/11/19 | Sale | 5,447 | 163.82 |
| 2020/11/25 | Purchase | 1,851 | 153.99 |
| 2020/12/1 | Purchase | 1,932 | 140.85 |

| 2020/12/2 | Purchase | 100 | 136.38 |
| 2020/12/15 | Purchase | 1,000 | 118.96 |
| 2020/12/16 | Sale | 3,656 | 114.49 |
| 2021/1/19 | Sale | 4,874 | 114.23 |
| 2021/2/17 | Sale | 6,316 | 128.07 |
| 2021/3/23 | Purchase | 1,455 | 105.54 |
| 2021/3/25 | Purchase | 1,553 | 98.43 |
| 2021/6/2 | Purchase | 407 | 138.67 |
| 2021/6/23 | Sale | 2,517 | 141.06 |
| 2021/7/9 | Sale | 738 | 141.17 |
| 2021/7/9 | Sale | 1,600 | 141.46 |
| 2021/7/12 | Sale | 600 | 137.91 |
| 2021/7/12 | Sale | 1,200 | 139.37 |
| 2021/7/13 | Sale | 798 | 133.35 |
| 2021/8/18 | Sale | 752 | 109.35 |
| 2021/8/27 | Purchase | 1,403 | 106.20 |
| 2021/9/1 | Purchase | 1,399 | 109.22 |
| 2021/9/2 | Purchase | 1,348 | 113.85 |
| 2021/9/15 | Sale | 1,335 | 106.05 |
| 2021/10/27 | Purchase | 400 | 96.07 |
| 2021/10/27 | Purchase | 1,000 | 96.62 |
| 2021/10/28 | Purchase | 878 | 98.77 |
| 2021/11/16 | Purchase | 300 | 93.70 |
| 2021/11/16 | Purchase | 1,444 | 94.10 |
| 2021/11/16 | Purchase | 2,200 | 95.04 |
| 2021/11/18 | Purchase | 500 | 86.62 |
| 2021/11/30 | Purchase | 400 | 81.62 |
| 2021/11/30 | Purchase | 956 | 81.68 |
| 2021/12/3 | Purchase | 1,448 | 85.12 |

## US EQUITY INDEX FUND-P SERIES
### Account 4

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2019/6/28 | Purchase | 26 | 94.35 |
| 2019/6/28 | Purchase | 10 | 94.35 |
| 2019/6/28 | Purchase | 4 | 94.35 |

## US EQUITY FUND-I SERIES
### Account 5

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2019/3/26 | Purchase | 520 | $87.97 |
| 2019/4/4 | Sale | 520 | $91.38 |

**Account 6**

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2019/6/28 | Purchase | 107 | 94.35 |
| 2019/7/10 | Sale | 13 | 89.48 |
| 2020/4/20 | Purchase | 11 | 155.94 |
| 2020/5/19 | Purchase | 44 | 150.00 |
| 2020/6/12 | Sale | 22 | 163.25 |
| 2020/6/26 | Sale | 36 | 163.17 |
| 2020/6/26 | Sale | 62 | 163.17 |
| 2020/11/20 | Purchase | 16 | 162.76 |

**Account 7**

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2020/9/18 | Purchase | 15 | 105.49 |
| 2020/12/18 | Sale | 10 | 121.63 |
| 2021/6/25 | Sale | 5 | 149.95 |

**Account 8**

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2019/10/18 | Purchase | 148 | 178.92 |
| 2019/10/21 | Purchase | 409 | 182.29 |
| 2019/10/22 | Purchase | 97 | 180.42 |
| 2019/10/22 | Purchase | 200 | 181.57 |
| 2019/10/23 | Purchase | 142 | 183.31 |
| 2019/10/24 | Purchase | 73 | 185.12 |
| 2019/10/24 | Purchase | 100 | 185.55 |
| 2019/10/28 | Purchase | 200 | 197.27 |
| 2019/10/29 | Purchase | 160 | 201.97 |
| 2019/10/30 | Purchase | 100 | 204.48 |
| 2019/10/31 | Purchase | 85 | 201.04 |
| 2019/11/1 | Purchase | 375 | 208.96 |
| 2019/11/4 | Purchase | 100 | 208.15 |
| 2019/11/4 | Purchase | 73 | 209.97 |
| 2019/11/5 | Purchase | 72 | 212.38 |
| 2019/11/7 | Purchase | 138 | 209.43 |
| 2019/11/12 | Purchase | 87 | 196.26 |
| 2019/11/14 | Purchase | 500 | 183.00 |
| 2019/11/14 | Purchase | 47 | 195.54 |
| 2019/11/15 | Purchase | 138 | 196.84 |
| 2019/11/18 | Purchase | 90 | 202.44 |
| 2019/12/6 | Purchase | 159 | 197.04 |
| 2019/12/6 | Purchase | 106 | 198.45 |

| | | | |
|---|---|---|---|
| 2019/12/6 | Purchase | 45 | 198.48 |
| 2019/12/6 | Purchase | 28 | 198.64 |
| 2020/1/24 | Purchase | 82 | 195.20 |
| 2020/1/27 | Purchase | 72 | 195.99 |
| 2020/2/26 | Purchase | 100 | 197.95 |
| 2020/2/26 | Purchase | 55 | 200.62 |
| 2020/2/27 | Purchase | 29 | 191.34 |
| 2020/2/27 | Purchase | 100 | 193.89 |
| 2020/2/28 | Purchase | 57 | 185.86 |
| 2020/2/28 | Purchase | 100 | 187.21 |
| 2020/3/9 | Purchase | 80 | 173.38 |
| 2020/3/9 | Purchase | 100 | 177.23 |
| 2020/3/12 | Purchase | 100 | 145.71 |
| 2020/3/16 | Purchase | 203 | 145.01 |
| 2020/3/31 | Purchase | 85 | 147.41 |
| 2020/3/31 | Purchase | 99 | 148.37 |
| 2020/4/1 | Purchase | 114 | 135.68 |
| 2020/4/2 | Purchase | 67 | 133.36 |
| 2020/4/3 | Purchase | 96 | 129.50 |
| 2020/4/6 | Purchase | 98 | 136.30 |
| 2020/4/7 | Purchase | 111 | 136.98 |
| 2020/4/9 | Purchase | 103 | 140.75 |
| 2020/4/27 | Purchase | 96 | 167.20 |
| 2020/5/7 | Purchase | 95 | 160.44 |
| 2020/5/7 | Purchase | 100 | 160.74 |
| 2020/5/12 | Purchase | 146 | 171.22 |
| 2020/5/13 | Purchase | 262 | 149.89 |
| 2020/5/15 | Purchase | 85 | 153.68 |
| 2020/5/29 | Purchase | 145 | 142.93 |
| 2020/6/1 | Purchase | 115 | 143.76 |
| 2020/6/2 | Purchase | 23 | 135.78 |
| 2020/6/2 | Purchase | 100 | 136.28 |
| 2020/6/3 | Purchase | 121 | 137.67 |
| 2020/6/5 | Purchase | 239 | 127.89 |
| 2020/6/5 | Purchase | 100 | 130.00 |
| 2020/6/8 | Purchase | 100 | 135.01 |
| 2020/6/9 | Purchase | 157 | 134.53 |
| 2020/6/10 | Purchase | 200 | 130.48 |
| 2020/6/12 | Purchase | 152 | 161.25 |
| 2020/7/14 | Purchase | 100 | 149.01 |
| 2020/7/15 | Purchase | 100 | 155.36 |
| 2020/7/16 | Purchase | 27 | 154.52 |
| 2020/8/10 | Purchase | 602 | 117.83 |
| 2020/9/28 | Purchase | 294 | 92.36 |
| 2020/11/25 | Purchase | 229 | 153.99 |

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2020/12/1 | Purchase | 245 | 140.85 |
| 2020/12/15 | Purchase | 171 | 118.96 |
| 2021/2/16 | Sale | 392 | 124.39 |
| 2021/3/1 | Sale | 843 | 126.63 |
| 2021/3/23 | Purchase | 200 | 105.54 |
| 2021/3/25 | Purchase | 214 | 98.43 |
| 2021/6/2 | Purchase | 55 | 138.67 |
| 2021/7/9 | Sale | 139 | 141.17 |
| 2021/7/9 | Sale | 200 | 141.46 |
| 2021/7/12 | Sale | 100 | 137.91 |
| 2021/7/12 | Sale | 100 | 139.37 |
| 2021/7/13 | Sale | 173 | 133.35 |
| 2021/8/4 | Sale | 373 | 126.21 |
| 2021/8/27 | Purchase | 194 | 106.20 |
| 2021/9/1 | Purchase | 194 | 109.22 |
| 2021/9/2 | Purchase | 187 | 113.85 |
| 2021/10/27 | Purchase | 200 | 96.07 |
| 2021/10/27 | Purchase | 122 | 96.62 |
| 2021/11/16 | Purchase | 227 | 93.70 |
| 2021/11/16 | Purchase | 318 | 95.04 |
| 2021/11/18 | Purchase | 125 | 86.62 |
| 2021/11/30 | Purchase | 192 | 81.68 |
| 2021/12/3 | Purchase | 140 | 85.12 |

**US EQUITY INDEX FUND-I SERIES**
**Account 9**

| Date | Purchase/Sale | Number of Shares | Price Per Share |
|---|---|---|---|
| 2020/5/22 | Purchase | 57 | 160.00 |