**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00987-ALM |
| Plaintiff, | |
| v. | |
| REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI, | |
| Defendants. | |
| MATTHEW FILBERT, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:22-cv-00012-ALM |
| Plaintiff, | |
| v. | |
| REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI, | |
| Defendants. | |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:22-cv-00041-ALM |
| Plaintiff, | |
| v. | |
| REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and COLIN J. MEYER, M.D., | |
| Defendants. | |

**DECLARATION OF ELVIN E. SMITH III IN SUPPORT OF THE MOTION OF THE LABOR FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

I, Elvin E. Smith III, declare as follows:

1. I am a member in good standing of the bar of the State of Texas and am admitted to practice before this Court. I am a partner with Siebman Law LLP ("Siebman"). I respectfully submit this Declaration in support of the Motion of Laborers' District Council and Contractors' Pension Fund of Ohio, the International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario, and IBEW Local 353 Pension Plan (collectively, the "Labor Funds") for appointment as Lead Plaintiff, approval of selection of Counsel, and consolidation of related actions.

2. Attached as Exhibits A through K are true and correct copies of the following documents:

EXHIBIT A: Joint Declaration of Matthew Archer, Joe Redshaw, and Kim Macpherson in Support of the Motion of the Labor Funds for Appointment as Lead Plaintiff, Approval of Selection of Counsel, and Consolidation of Related Actions;

EXHIBIT B: Notice of pendency of *Doyle v. Reata Pharmaceuticals, Inc.*, No. 4:21-cv-00987 (E.D. Tex.), published December 20, 2021;

EXHIBIT C: Notice of pendency of *Laborers' District Council and Contractors' Pension Fund of Ohio v. Reata Pharmaceuticals, Inc.*, No. 4:22-cv-00041 (E.D. Tex.), published January 21, 2022;

EXHIBIT D: Certifications of the Labor Funds;

EXHIBIT E: Charts of transactions and losses of the Labor Funds;

EXHIBIT F: Firm Résumé of Bernstein Litowitz Berger & Grossmann LLP;

EXHIBIT G: Firm Résumé of Block & Leviton LLP;

EXHIBIT H: Order, *SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021);

EXHIBIT I: Order, *Yoshikawa v. Exxon Mobil Corp.*, No. 3:21-cv-00194-N, ECF No. 43 (N.D. Tex. June 10, 2021);

EXHIBIT J:   Order, *Emps.' Ret. Sys. Fund of the City of Fort Worth v. James River Grp. Holdings, Ltd.*, No. 3:21-cv-00444-MHL, ECF No. 20 (E.D. Va. Sept. 22, 2021); and

EXHIBIT K:   Stipulation and Order Appointing IBEW Local 353 Pension Plan and Xiaobin Cai as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating Actions, *Chung v. Eargo, Inc.*, No. 3:21-cv-08597-CRB, ECF No. 36 (N.D. Cal. Jan. 5, 2022).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of February, 2022.

/s/ Elvin E. Smith III
Elvin E. Smith III