# EXHIBIT C

**BLOCK & LEVITON LLP**

*Source:* Block & Leviton LLP

*January 21, 2022 11:43 ET*

# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against Reata Pharmaceuticals, Inc. for Securities Fraud, Expanding the Class Period

BOSTON, Jan. 21, 2022 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Reata Pharmaceuticals, Inc. (NASDAQ: RETA) and certain of its executives for securities fraud. The complaint expands the class period that was asserted in a previously filed related securities class action pending against Reata captioned *Doyle v. Reata Pharmaceuticals, Inc.*, No. 4:21-cv-00987 (E.D. Tex.), and is brought on behalf of investors that incurred damages on their purchases in Reata common stock between November 14, 2016 and December 6, 2021, inclusive (the "Class Period").

Block & Leviton filed this action on behalf of its client, Laborers' District Council and Contractors' Pension Fund of Ohio, and the case is captioned *Laborers' District Council and Contractors' Pension Fund of Ohio v. Reata Pharmaceuticals, Inc.*, 4:22-cv-00041 (E.D. Tex.). A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased Reata shares between November 14, 2016 and December 6, 2021 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is February 18, 2022.

Reata is a clinical stage biopharmaceutical company headquartered in Plano, Texas, that purports to develop novel therapeutics with serious or life-threatening diseases. Among Reata's lead drug candidates under development is bardoxolone, which is intended to treat chronic kidney disease ("CKD") caused by Alport syndrome. After meeting with the U.S. Food & Drug Administration ("FDA") in October 2016, Defendants began touting the design of the Phase 3 trial for bardoxolone to investors. However, on December 6, 2021, the FDA released a briefing document ("Briefing Book") in advance of a December 8, 2021 Advisory Committee Meeting to determine whether bardoxolone would be recommended for approval. The Briefing Book revealed, among other things, that the FDA had repeatedly "voiced concerns about the" secondary endpoint being used to determine whether bardoxolone was effective. These concerns were first raised by the FDA at an October 2016 meeting, and the FDA continued to raise those concerns at two subsequent meetings with Reata executives. After the FDA released its Briefing Book on December 6, 2021, Reata's stock price plummeted 37%, falling from $78.83 per share to close at $48.92 per share, on unusually heavy trading volume.

If you purchased or acquired Reata shares between November 14, 2016 and December 6, 2021 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is February 18, 2022.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600

Email: cases@blockleviton.com
SOURCE BLOCK & LEVITON LLP
www.blockleviton.com