# EXHIBIT D

## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

Matthew A. Archer, on behalf of the Laborers' District Council and Contractors' Pension Fund of Ohio ("Plaintiff"), hereby certifies:

1.      Plaintiff has reviewed the complaint captioned *Laborers' District Council and Contractors' Pension Fund of Ohio v. Reata Pharmaceuticals, Inc.* and authorize its filing.

2.      Plaintiff did not purchase the securities which are the subject of the complaint at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3.      Attached hereto as Exhibit 1 is a list of all Plaintiff's transactions in the Company's securities during the Class Period.

4.      Plaintiff is willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

5.      During the three-year period preceding the date of Plaintiff's signing this Certification, Plaintiff has not sought to serve, nor has it served, as a representative to any party on behalf of a class in any private action arising under the federal securities laws.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's *pro rata* share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to Plaintiff's representation of the Class.

1

Signed under the penalties of perjury this __18th__ day of January, 2022.

LABORERS' DISTRICT COUNCIL AND
CONTRACTORS' PENSION FUND OF
OHIO

By: _____

Matthew A. Archer
Administrative Manager

2

**EXHIBIT 1**

| PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Units | Unit Price | Total Cost | | Date | Units | Unit Price | Total Proceeds |
| 02/11/2019 | 121 | 83.8131 | $10,141.38 | | 08/27/2019 | 317 | 72.0027 | $22,824.85 |
| 02/12/2019 | 149 | 84.9273 | $12,654.16 | | 05/11/2020 | 325 | 164.0979 | $53,331.81 |
| 02/13/2019 | 171 | 83.6349 | $14,301.56 | | 08/10/2020 | 100 | 114.0323 | $11,403.23 |
| 02/14/2019 | 186 | 86.6269 | $16,112.60 | | 08/10/2020 | 600 | 113.7771 | $68,266.26 |
| 02/15/2019 | 176 | 86.8919 | $15,292.97 | | 08/10/2020 | 1000 | 111.7824 | $111,782.40 |
| 02/19/2019 | 149 | 86.3257 | $12,862.52 | | 08/11/2020 | 200 | 107.9012 | $21,580.24 |
| 02/20/2019 | 174 | 87.3979 | $15,207.23 | | 08/17/2020 | 200 | 107.8319 | $21,566.38 |
| 02/27/2019 | 123 | 91.5687 | $11,262.95 | | 08/18/2020 | 100 | 107.7624 | $10,776.24 |
| 01/21/2020 | 100 | 213.285 | $21,328.50 | | 08/19/2020 | 100 | 107.997 | $10,799.70 |
| 01/21/2020 | 100 | 211.9674 | $21,196.74 | | 08/20/2020 | 25 | 107.4541 | $2,686.35 |
| 01/22/2020 | 75 | 213.385 | $16,003.87 | | 08/27/2020 | 447 | 100.9711 | $45,134.08 |
| 02/04/2020 | 100 | 244.9002 | $24,490.02 | | 11/13/2020 | 53 | 175.4504 | $9,298.87 |
| 02/05/2020 | 75 | 228.741 | $17,155.57 | | 11/16/2020 | 35 | 170.575 | $5,970.12 |
| 02/06/2020 | 100 | 220.1586 | $22,015.86 | | 11/17/2020 | 41 | 163.9935 | $6,723.73 |
| 02/21/2020 | 250 | 214.8509 | $53,712.72 | | 11/18/2020 | 38 | 167.411 | $6,361.61 |
| 02/24/2020 | 25 | 198.8724 | $4,971.81 | | 11/19/2020 | 42 | 166.7565 | $7,003.77 |
| 03/30/2020 | 100 | 154.4483 | $15,444.83 | | 12/06/2021 | 125 | 47.6072 | $5,950.90 |
| 03/31/2020 | 50 | 146.2025 | $7,310.12 | | 12/06/2021 | 170 | 48.4419 | $8,235.12 |
| 04/03/2020 | 25 | 128.2502 | $3,206.25 | | 12/07/2021 | 115 | 52.8883 | $6,082.15 |
| 04/15/2020 | 100 | 142.8628 | $14,286.28 | | 12/09/2021 | 471 | 33.1585 | $15,617.65 |
| 04/16/2020 | 50 | 139.9856 | $6,999.28 | | | | | |
| 04/16/2020 | 50 | 141.5066 | $7,075.33 | | | | | |
| 05/13/2020 | 100 | 159.2604 | $15,926.04 | | | | | |
| 05/27/2020 | 100 | 152.91 | $15,291.00 | | | | | |
| 06/04/2020 | 225 | 130.0793 | $29,267.84 | | | | | |
| 06/04/2020 | 100 | 131.1401 | $13,114.01 | | | | | |
| 06/05/2020 | 200 | 126.6529 | $25,330.58 | | | | | |
| 06/09/2020 | 100 | 134.6598 | $13,465.98 | | | | | |
| 06/11/2020 | 45 | 167.3905 | $7,532.57 | | | | | |
| 06/11/2020 | 43 | 170.2879 | $7,322.37 | | | | | |
| 06/12/2020 | 48 | 159.221 | $7,642.60 | | | | | |
| 06/25/2020 | 46 | 164.5311 | $7,568.43 | | | | | |
| 06/29/2020 | 68 | 157.7591 | $10,727.61 | | | | | |
| 06/30/2020 | 50 | 154.1475 | $7,707.37 | | | | | |
| 07/01/2020 | 53 | 154.7858 | $8,203.64 | | | | | |
| 07/07/2020 | 75 | 159.181 | $11,938.57 | | | | | |

| 07/09/2020 | 75 | 156.1424 | $11,710.68 |
| 07/21/2020 | 100 | 159.485 | $15,948.50 |
| 07/28/2020 | 100 | 151.41 | $15,141.00 |
| 07/31/2020 | 125 | 148.3674 | $18,545.92 |
| 08/05/2020 | 100 | 150.0881 | $15,008.81 |
| 08/14/2020 | 101 | 101.4567 | $10,247.12 |
| 08/17/2020 | 117 | 107.2777 | $12,551.49 |
| 08/18/2020 | 84 | 107.6109 | $9,039.31 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Mike Gallagher, on behalf of International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario (the "Local 793 Fund"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am a Trustee of the Local 793 Fund. I have reviewed a complaint filed in this matter. Local 793 Fund has authorized the filing of this motion for appointment as lead plaintiff.

2. The Local 793 Fund did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. The Local 793 Fund is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. The Local 793 Fund fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. The Local 793 Fund's transactions in the Reata Pharmaceuticals Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. The Local 793 Fund has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. The Local 793 Fund will not accept any payment for serving as a representative party on behalf of the Class beyond the Local 793 Fund's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __26_ day of January, 2022.

_____
Mike Gallagher
Trustee
*International Union of Operating Engineers, Local*
*No. 793, Members Pension Benefit Trust of Ontario*

**International Union of Operating Engineers, Local No. 793,**
**Members Pension Benefit Trust of Ontario**
**Transactions in Reata Pharmaceuticals Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 11/5/2021 | 80 | 105.3200 |
| Purchase | 11/5/2021 | 121 | 105.3200 |
| Purchase | 11/8/2021 | 540 | 109.9531 |
| Purchase | 11/8/2021 | 358 | 109.9508 |
| Purchase | 11/11/2021 | 245 | 103.0734 |
| Purchase | 11/11/2021 | 370 | 103.0734 |
| Purchase | 11/15/2021 | 817 | 96.3327 |
| Purchase | 11/15/2021 | 1,245 | 96.3467 |
| Sale | 12/6/2021 | (541) | 49.5352 |
| Sale | 12/6/2021 | (959) | 53.0625 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Kim Macpherson, on behalf of IBEW Local 353 Pension Plan ("Local 353"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.  I am the Chief Executive Officer of Toronto Electrical Industry Benefit Administration Services and am fully authorized to execute this Certification on behalf of Local 353. I have reviewed a complaint filed in this matter and authorize the filing of this motion for appointment as lead plaintiff.

2.  Local 353 did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.  Local 353 is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Local 353 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4.  Local 353's transactions in the Reata Pharmaceuticals Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5.  Local 353 has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Reidinger v. Zendesk,* No. 19-cv-06968 (N.D. Cal.)
    *In re Eargo, Inc. Securities Litigation,* No. 21-cv-08597 (N.D. Cal.)

6.  Local 353 has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

    *Kolominsky v. Root, Inc.,* No. 21-cv-01197 (S.D. Ohio)
    *In re Vroom, Inc. Securities Litigation,* No. 21-cv-02477 (S.D.N.Y.)
    *Burbige v. ATI Physical Therapy, Inc. f/k/a Fortress Value Acquisition Corp. II,*
    No. 21-cv-04349 (N.D. Ill.)

7. Local 353 has served as a representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *IBEW Local 353 Pension Plan v. FibroGen, Inc.,* No. 21-cv-03396 (N.D. Cal.)

8. Local 353 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 353's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _28_ day of January, 2022.

Kim Macpherson
Chief Executive Officer
*Toronto Electrical Industry Benefit*
*Administration Services*

**IBEW Local 353 Pension Plan**
**Transactions in Reata Pharmaceuticals Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/12/2019 | 2,000 | 86.9100 |
| Purchase | 11/8/2019 | 53 | 205.1496 |
| Purchase | 12/5/2019 | 85 | 202.0228 |
| Purchase | 6/25/2020 | 456 | 165.0348 |
| Purchase | 12/8/2020 | 65 | 131.7968 |
| Purchase | 6/25/2021 | 1,350 | 150.3415 |
| Sale | 9/5/2019 | (270) | 82.1666 |
| Sale | 10/15/2019 | (524) | 149.8500 |
| Sale | 1/2/2020 | (263) | 204.4077 |
| Sale | 5/13/2020 | (37) | 148.8914 |
| Sale | 3/1/2021 | (73) | 129.4550 |