# EXHIBIT E

**Laborers' District Council and Contractors' Pension Fund of Ohio**
Loss in Reata Pharmaceuticals, Inc. (RETA)
Class Period: 11/14/16 - 12/08/21
CUSIP: 75615P103
Retained share price: $27.4651 (12/09/21 - 02/17/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/11/2019 | 121 | 83.8131 | $10,141.39 | | | | | |
| Purchase | 2/12/2019 | 149 | 84.9273 | $12,654.17 | | | | | |
| Purchase | 2/13/2019 | 171 | 83.6349 | $14,301.57 | | | | | |
| Purchase | 2/14/2019 | 186 | 86.6269 | $16,112.60 | | | | | |
| Purchase | 2/15/2019 | 176 | 86.8919 | $15,292.97 | | | | | |
| Purchase | 2/19/2019 | 149 | 86.3257 | $12,862.53 | | | | | |
| Purchase | 2/20/2019 | 174 | 87.3979 | $15,207.23 | | | | | |
| Purchase | 2/27/2019 | 123 | 91.5687 | $11,262.95 | | | | | |
| Purchase | 1/21/2020 | 100 | 211.9674 | $21,196.74 | | | | | |
| Purchase | 1/21/2020 | 100 | 213.2850 | $21,328.50 | | | | | |
| Purchase | 1/22/2020 | 75 | 213.3850 | $16,003.88 | | | | | |
| Purchase | 2/4/2020 | 100 | 244.9002 | $24,490.02 | | | | | |
| Purchase | 2/5/2020 | 75 | 228.7410 | $17,155.58 | | | | | |
| Purchase | 2/6/2020 | 100 | 220.1586 | $22,015.86 | | | | | |
| Purchase | 2/21/2020 | 250 | 214.8509 | $53,712.73 | | | | | |
| Purchase | 2/24/2020 | 25 | 198.8724 | $4,971.81 | | | | | |
| Purchase | 3/30/2020 | 100 | 154.4483 | $15,444.83 | | | | | |
| Purchase | 3/31/2020 | 50 | 146.2025 | $7,310.13 | | | | | |
| Purchase | 4/3/2020 | 25 | 128.2502 | $3,206.26 | | | | | |
| Purchase | 4/15/2020 | 100 | 142.8628 | $14,286.28 | | | | | |
| Purchase | 4/16/2020 | 50 | 139.9856 | $6,999.28 | | | | | |
| Purchase | 4/16/2020 | 50 | 141.5066 | $7,075.33 | | | | | |
| Purchase | 5/13/2020 | 100 | 159.2604 | $15,926.04 | | | | | |
| Purchase | 5/27/2020 | 100 | 152.9100 | $15,291.00 | Sale | 8/27/2019 | (317) | 72.0027 | ($22,824.86) |
| Purchase | 6/4/2020 | 225 | 130.0793 | $29,267.84 | Sale | 5/11/2020 | (325) | 164.0979 | ($53,331.82) |
| Purchase | 6/4/2020 | 100 | 131.1401 | $13,114.01 | Sale | 8/10/2020 | (1,000) | 111.7824 | ($111,782.40) |
| Purchase | 6/5/2020 | 200 | 126.6529 | $25,330.58 | Sale | 8/10/2020 | (600) | 113.7771 | ($68,266.26) |
| Purchase | 6/9/2020 | 100 | 134.6598 | $13,465.98 | Sale | 8/10/2020 | (100) | 114.0323 | ($11,403.23) |
| Purchase | 6/11/2020 | 45 | 167.3905 | $7,532.57 | Sale | 8/11/2020 | (200) | 107.9012 | ($21,580.24) |
| Purchase | 6/11/2020 | 43 | 170.2879 | $7,322.38 | Sale | 8/17/2020 | (200) | 107.8319 | ($21,566.38) |
| Purchase | 6/12/2020 | 48 | 159.2210 | $7,642.61 | Sale | 8/18/2020 | (100) | 107.7624 | ($10,776.24) |
| Purchase | 6/25/2020 | 46 | 164.5311 | $7,568.43 | Sale | 8/19/2020 | (100) | 107.9970 | ($10,799.70) |
| Purchase | 6/29/2020 | 68 | 157.7591 | $10,727.62 | Sale | 8/20/2020 | (25) | 107.4541 | ($2,686.35) |
| Purchase | 6/30/2020 | 50 | 154.1475 | $7,707.38 | Sale | 8/27/2020 | (447) | 100.9711 | ($45,134.08) |
| Purchase | 7/1/2020 | 53 | 154.7858 | $8,203.65 | Sale | 11/13/2020 | (53) | 175.4504 | ($9,298.87) |
| Purchase | 7/7/2020 | 75 | 159.1810 | $11,938.58 | Sale | 11/16/2020 | (35) | 170.5750 | ($5,970.13) |
| Purchase | 7/9/2020 | 75 | 156.1424 | $11,710.68 | Sale | 11/17/2020 | (41) | 163.9935 | ($6,723.73) |

**Laborers' District Council and Contractors' Pension Fund of Ohio**
Loss in Reata Pharmaceuticals, Inc. (RETA)
Class Period: 11/14/16 - 12/08/21
CUSIP: 75615P103
Retained share price: $27.4651 (12/09/21 - 02/17/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/21/2020 | 100 | 159.4850 | $15,948.50 | Sale | 11/18/2020 | (38) | 167.4110 | ($6,361.62) |
| Purchase | 7/28/2020 | 100 | 151.4100 | $15,141.00 | Sale | 11/19/2020 | (42) | 166.7565 | ($7,003.77) |
| Purchase | 7/31/2020 | 125 | 148.3674 | $18,545.93 | Sale | 12/6/2021 | (125) | 47.6072 | ($5,950.90) |
| Purchase | 8/5/2020 | 100 | 150.0881 | $15,008.81 | Sale | 12/6/2021 | (170) | 48.4419 | ($8,235.12) |
| Purchase | 8/14/2020 | 101 | 101.4567 | $10,247.13 | Sale | 12/7/2021 | (115) | 52.8883 | ($6,082.15) |
| Purchase | 8/17/2020 | 117 | 107.2777 | $12,551.49 | | | | | |
| Purchase | 8/18/2020 | 84 | 107.6109 | $9,039.32 | Sale* | 12/9/2021 | (471) | 33.1585 | ($15,617.65) |
| | | 4,504 | | $632,264.13 | | | (4,504) | | ($451,395.51) |

| | | |
|---|---|---|
| | **Loss** | **($180,868.62)** |

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario**

Loss in Reata Pharmaceuticals, Inc. (RETA)

Class Period: 11/14/16 - 12/08/21

CUSIP: 75615P103

Retained share price: $27.4651 (12/09/21 - 02/17/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 11/5/2021 | 80 | 105.3200 | $8,425.60 | | | | | |
| Purchase | 11/5/2021 | 121 | 105.3200 | $12,743.72 | | | | | |
| Purchase | 11/8/2021 | 540 | 109.9531 | $59,374.67 | | | | | |
| Purchase | 11/8/2021 | 358 | 109.9508 | $39,362.39 | Sale | 12/6/2021 | (541) | 49.5352 | ($26,798.57) |
| Purchase | 11/11/2021 | 245 | 103.0734 | $25,252.98 | Sale | 12/6/2021 | (959) | 53.0625 | ($50,886.90) |
| Purchase | 11/11/2021 | 370 | 103.0734 | $38,137.16 | | | | | |
| Purchase | 11/15/2021 | 817 | 96.3327 | $78,703.82 | Sale* | 1/27/2022 | (851) | 27.8574 | ($23,706.61) |
| Purchase | 11/15/2021 | 1,245 | 96.3467 | $119,951.64 | Sale* | 1/28/2022 | (1,425) | 27.7729 | ($39,576.32) |
| | | 3,776 | | $381,951.98 | | | (3,776) | | ($140,968.39) |

**Loss    ($240,983.58)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**IBEW Local 353 Pension Plan**

Loss in Reata Pharmaceuticals, Inc. (RETA)

Class Period: 11/14/16 - 12/08/21

CUSIP: 75615P103

Retained share price: $27.4651 (12/09/21 - 02/17/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 9/5/2019 | (270) | 82.1666 | ($22,184.98) |
| | | | | | Sale | 10/15/2019 | (524) | 149.8500 | ($78,521.40) |
| Purchase | 7/12/2019 | 2,000 | 86.9100 | $173,820.00 | Sale | 1/2/2020 | (263) | 204.4077 | ($53,759.23) |
| Purchase | 11/8/2019 | 53 | 205.1496 | $10,872.93 | Sale | 5/13/2020 | (37) | 148.8914 | ($5,508.98) |
| Purchase | 12/5/2019 | 85 | 202.0228 | $17,171.94 | Sale | 3/1/2021 | (73) | 129.4550 | ($9,450.22) |
| Purchase | 6/25/2020 | 456 | 165.0348 | $75,255.87 | | | | | |
| Purchase | 12/8/2020 | 65 | 131.7968 | $8,566.79 | Sale* | 1/27/2022 | (1,062) | 27.8574 | ($29,584.51) |
| Purchase | 6/25/2021 | 1,350 | 150.3415 | $202,961.03 | Sale* | 1/28/2022 | (1,780) | 27.7729 | ($49,435.69) |
| | | 4,009 | | $488,648.55 | | | (4,009) | | ($248,445.00) |

**Loss     ($240,203.55)**

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*