**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Case No. 4:21-cv-00987-ALM |
| MATTHEW FILBERT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Case No. 4:22-cv-00012-ALM |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and COLIN J. MEYER, M.D.,<br><br>Defendants. | Case No. 4:22-cv-00041-ALM |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE LABOR FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

Upon consideration of (1) the Motion of Laborers' District Council and Contractors' Pension Fund of Ohio, the International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario, and IBEW Local 353 Pension Plan (collectively, the "Labor Funds") for appointment as Lead Plaintiff, approval of selection of Counsel, and consolidation of the related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Elvin E. Smith III; and (4) all other pleadings and argument submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1.　　　The Labor Funds' Motion is **GRANTED**.

2.　　　The Labor Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.　　　The Labor Funds' selection of Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Block & Leviton LLP are **APPOINTED** as Lead Counsel for the Class, and Siebman Law LLP is appointed as Liaison Counsel for the Class.

4.　　　Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *Filbert v. Reata Pharmaceuticals, Inc.*, No. 4:22-cv-00012-ALM (E.D. Tex.), and *Laborers' District Council and Contractors' Pension Fund of Ohio v. Reata Pharmaceuticals, Inc.*, No. 4:22-cv-00041-ALM (E.D. Tex.), are consolidated with *Doyle v. Reata Pharmaceuticals, Inc.*, No. 4:21-cv-00987-ALM (E.D. Tex.) (collectively, the "Consolidated Action").

5.      In accordance with Rule 42(a), any pending, subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

6.      The Consolidated Action shall be captioned *In re Reata Pharmaceuticals, Inc. Securities Litigation*, and the file shall be maintained under Master File No. 4:21-cv-00987-ALM.

**IT IS SO ORDERED**.