BURNS CHAREST, LLP
Warren T. Burns
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        bpodell@bm.net
        aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Case No. 4:21-cv-00987-ALM |
| MATTHEW FILBERT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Case No. 4:22-cv-00012-ALM |

| | |
|---|---|
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> REATA PHARMACEUICALS, INC., J. WARREN HUFF, and COLIN J. MEYER, M.D., <br><br> Defendants. | Case No. 4:22-cv-00041-ALM |

## MOVANT DUANE OLCSVARY'S MOTION FOR CONSOLIDATION

Proposed Lead Plaintiff Duane Olcsvary ("Movant" or "Olcsvary"), hereby moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, for entry of an order consolidating the above-captioned related securities class actions (the "Actions").

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law supported by the Declaration of Warren T. Burns and the exhibits attached thereto, Movant respectfully requests that the Court enter an Order consolidating the Actions.

Dated: February 23, 2022

Respectfully submitted,

/s/ *Warren T. Burns*
BURNS CHAREST, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        bpodell@bm.net
        aabramowitz@bm.net

***Attorneys for Lead Plaintiff Movant and Proposed Lead Counsel for the Class***


## CERTIFICATE OF CONFERENCE

Local Rules CV-7(h) and (i) require a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. No motions were filed prior to Movant Olcvary motion and it was not possible to confer with each attorney for each party affected by the relief requested to determine whether the motions would be unopposed. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule CV-7(h) be waived.

/s/ *Warren T. Burns*
Warren T. Burns

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2022, a true and correct copy of the foregoing

document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Warren T. Burns*
Warren T. Burns