BURNS CHAREST, LLP
Warren T. Burns
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
Email: wburns@burnscharest.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Barbara Podell
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        bpodell@bm.net
        aabramowitz@bm.net

*Attorneys for Proposed Lead Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI,<br><br>Defendants. | Case No. 4:21-cv-00987-ALM |
| MATTHEW FILBERT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI, | Case No. 4:22-cv-00012-ALM |

|  | |
|---|---|
| Defendants. | |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and COLIN J. MEYER, M.D.,<br><br>Defendants. | Case No. 4:22-cv-00041-ALM |

**DECLARATION OF WARREN T. BURNS IN SUPPORT OF DUANE OLCSVARY'S MOTION FOR CONSOLIDATION, MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND MOTION FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Warren T. Burns, Esq. declare as follows:

1.      I am a member in good standing of the bar of the State of Texas and am admitted to practice before this Court.  I submit this declaration in support of the motions filed by Proposed Lead Plaintiff Duane Olcsvary ("Movant") for the entry of an Order of the following: (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of Berger Montague PC as Lead Counsel and Burns Charest LLP as Local Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of Movant pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Notice of pendency of class action lawsuit against Reata Pharmaceuticals, Inc., published on December 20, 2021; and

EXHIBIT C:  Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Reata Pharmaceuticals, Inc. securities;

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of February 2022.

_____
Warren T. Burns