| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-00987-ALM |
| Plaintiff, | |
| v. | |
| REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI, | |
| Defendants. | |
| MATTHEW FILBERT, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:22-cv-00012-ALM |
| Plaintiff, | |
| v. | |
| REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and MANMEET S. SONI, | |
| Defendants. | |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:22-cv-00041-ALM |
| Plaintiff, | |
| v. | |
| REATA PHARMACEUTICALS, INC., J. WARREN HUFF, and COLIN J. MEYER, M.D., | |
| Defendants. | |

## ORDER CONSOLIDATING RELATED ACTIONS

Having considered the motion of Proposed Lead Plaintiff Duane Olcsvary ("Movant"), investor in the securities of Reata Pharmaceuticals, Inc., for consolidation of related actions (the "Motion"), IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to Federal Rule of Civil Procedure 42(a), *Doyle v. Reata Pharmaceuticals, Inc.*, No. 4:21-cv-00987-ALM (E.D. Tex.); *Filbert v. Reata Pharmaceuticals, Inc.*, No. 4:22-cv-00012-ALM (E.D. Tex.); and *Laborers' District Council and Contractors' Pension Fund of Ohio v. Reata Pharmaceuticals, Inc.*, No. 4:22-cv-00041-RP (E.D. Tex.) are consolidated as:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re REATA PHARMACEUTICALS, INC. SECURITIES LITIGATION | ) ) ) ) | Master File No. 4:21-cv-00987-ALM <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br>     ALL ACTIONS. | ) ) ) ) ) | |

(a)      The file in Case No. 4:21-cv-00987-ALM (E.D. Tex.) will constitute the master file for every action in the consolidated action.  The Clerk will administratively close the other actions.  When the document being filed pertains to all actions, the phrase "All Actions" will appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document will list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of Reata Pharmaceuticals, Inc. securities subsequently filed in, or transferred to, this District will be

consolidated into this action. This Order will apply to every such action, absent an order of the Court. A party objecting to such consolidation or to any other provisions of this Order must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

**IT IS SO ORDERED.**