IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TIM DOYLE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, MANMEET S. SONI, COLIN J. MEYER, R. KENT MCGAUGHY, JR., JACK B. NIELSEN, WILLIAM E. ROSE, WILLIAM D. MCCLELLAN, JR., JAMES E. BASS, JEFFERIES LLC, SVB SECURITIES LLC F/K/A SVB LEERINK LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, ROBERT W. BAIRD & CO., INCORPORATED, LADENBURG THALMANN & CO., INC., CANTOR FITZGERALD & CO., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., GOLDMAN SACHS & CO. LLC,<br><br>Defendants. | Case No. 4:21-cv-00987-ALM LEAD<br><br>CLASS ACTION |

## ORDER ON JOINT STIPULATION REGARDING
## SCHEDULE FOR MOTION TO DISMISS

WHEREAS, pursuant to the Court's May 13, 2022 Order on Joint Stipulation Setting a Schedule for Filing of Consolidated Complaint and Motion to Dismiss (Dkt. #36) ("May 13 Order"), Wespath filed a Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws on June 21, 2022 (the "CAC");

WHEREAS, the CAC is approximately two hundred twenty-seven (227) pages in length, asserts claims both under the Securities Act of 1933 and the Securities Exchange Act of 1934,

and names fourteen new Defendants: Reata Defendants McGaughy, Nielsen, Rose, McClellan, and Bass, and the Underwriter Defendants;

WHEREAS, all such newly named Defendants have been duly served with process and/or agreed to accept service through counsel;

WHEREAS, pursuant to the Court's May 13 Order, the current deadline for Defendants to answer, move against, or otherwise respond to the CAC is August 22, 2022, with any opposition briefing due on or before October 21, 2022, and any reply briefing due on or before November 18, 2022;

WHEREAS, the Parties have met and conferred and agreed upon a modified proposed schedule for the filing and briefing of Defendants' anticipated motion(s) to dismiss the CAC, in order to facilitate coordination among Defendants in endeavoring to file a single, joint motion;

WHEREAS, the Parties agree that such modified proposed schedule serves the interests of judicial economy, efficiency, and conservation of Court and party resources;

NOW, THEREFORE, the Parties stipulate and agree, subject to the approval of the Court, as follows:

1. Defendants shall answer, move against, or otherwise respond to the CAC on or before September 7, 2022;

2. If Defendants file a single joint memorandum of law in support of any motion(s) to dismiss the CAC, such memorandum shall not exceed fifty (50) pages in length;

3. Wespath shall file its opposition to any motion(s) to dismiss the CAC on or before November 23, 2022.

4. If Wespath files a single memorandum of law in opposition to any joint motion, such memorandum shall not exceed fifty (50) pages in length;

5. Defendants shall file any reply(ies) in support of their motion(s) to dismiss the CAC on or before January 9, 2023;

6. If Defendants file a single joint reply memorandum of law, such memorandum shall not exceed twenty-five (25) pages in length.

**IT IS SO ORDERED**.

**SIGNED this 14th day of July, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE