**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TIM DOYLE, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, MANMEET S. SONI, COLIN J. MEYER, R. KENT MCGAUGHY, JR., JACK B. NIELSEN, WILLIAM E. ROSE, WILLIAM D. MCCLELLAN, JR., JAMES E. BASS, JEFFERIES LLC, SVB SECURITIES LLC F/K/A SVB LEERINK LLC, STIFEL, NICHOLAUS & COMPANY, INCORPORATED, ROBERT W. BAIRD & CO., INCORPORATED, LADENBURG THALMANN & CO., INC., CANTOR FITZGERALD & CO., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., GOLDMAN SACHS & CO. LLC,<br><br>                              Defendants. | Case No. 4:21-cv-00987-ALM LEAD<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF DANIEL HUME IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS** |

I, Daniel Hume, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am a partner of the law firm Kirby McInerney LLP, attorneys for plaintiffs, UMC Benefit Board, Inc., US Equity Fund-P Series, US Equity Index Fund-P Series, Wespath Institutional Investments LLC, US Equity Fund-I Series, and US Equity Index Fund-I Series (collectively, "Lead Plaintiff"), in the above-captioned matter. I am admitted *pro hac vice* to practice before this Court.

2.     I make this Declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint.

3.      My colleagues and I reviewed the documents that were annexed as exhibits to the September 7, 2022 Declaration of Craig J. Berman in Support of Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint (the "Berman Declaration"). To the best of our knowledge, two of those exhibits – Exhibit 2 (the December 15, 2016 "Study May Proceed" letter) and Exhibit 7 (the February 5, 2019 "Advice/Information Request" letter) – are communications between the U.S. Food and Drug Administration ("FDA") and Defendant Reata Pharmaceuticals, Inc. ("Reata") that were not publicly available, or otherwise available to Lead Plaintiff and/or its counsel (i) at the time Lead Plaintiff filed its Consolidated Amended Complaint, or (ii) at any time prior to their annexation to the Berman Declaration.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Exclusive License and Supply Agreement between Reata and Kyowa Hakko Kirin Co. Ltd. ("Kyowa"), effective as of December 24, 2009, attached as Exhibit 10.11 to the Registration Statement on Form S-1 filed by Reata with the Securities and Exchange Commission ("SEC") on January 4, 2016.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of the FDA presentation by Lawrence Allan, Regulatory Health Project Manager, titled "How To Put Together an IND Application."

6.      Attached hereto as **Exhibit 3** is a true and correct copy of the FDA Guidance for Industry titled "Formal Meetings Between the FDA and Sponsors or Applicants of PDUFA Products," dated December 2017.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of Reata's November 6, 2017 "Program Update of Bardoxolone Methyl in CKD" conference call (the "November 6, 2017 Conference Call").

8.     Attached hereto as **Exhibit 5** is a true and correct copy of the Reata presentation prepared, provided, and used for the November 6, 2017 Conference Call, titled "Program Update of Bardoxolone Methyl in CKD."

9.     Attached hereto as **Exhibit 6** is a true and correct copy of the FDA's presentation for the December 8, 2021 Meeting of the Cardiovascular and Renal Drugs Advisory Committee, titled "Bardoxolone Efficacy and Safety," dated December 8, 2021.

Dated:  November 23, 2022

New York, New York

/s/ *Daniel Hume*
Daniel Hume (*admitted pro hac vice*)
**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: 212-371-6600
Email: dhume@kmllp.com

## INDEX OF EXHIBITS

| Exhibit No. | Document Description |
|:---:|:---:|
| 1 | Kyowa / Reata 2009 Agreement, effective December 24, 2009 |
| 2 | FDA Presentation titled "How to Put Together an IND Application" |
| 3 | FDA Guidance on Formal Meetings, dated December 2017 |
| 4 | Reata November 6, 2017 Call Transcript |
| 5 | Reata November 6, 2017 Presentation |
| 6 | FDA Advisory Committee Meeting Slides titled "Bardoxolone Efficacy and Safety," dated December 8, 2021 |