Exhibit 4

THOMSON REUTERS

# EDITED TRANSCRIPT

## Reata Pharmaceuticals, Inc. - Special Call

EVENT DATE/TIME: NOVEMBER 06, 2017 / 1:30PM GMT

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



1

## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

### CORPORATE PARTICIPANTS

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*
**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*
**Vineet Jindal**

### CONFERENCE CALL PARTICIPANTS

**Adam Anderson Walsh** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD and Senior Analyst*
**Charles Cliff Duncan** *Piper Jaffray Companies, Research Division - MD and Senior Research Analyst*
**Joseph Patrick Schwartz** *Leerink Partners LLC, Research Division - MD, Biotechnology*
**Matthew Lee Kaplan** *Ladenburg Thalmann & Co. Inc., Research Division - MD & Head of Healthcare Equity Research*
**Maurice Thomas Raycroft** *Jefferies LLC, Research Division - Equity Associate*
**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

### PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to the Program Update of Bardoxolone Methyl in CKD. (Operator Instructions)

A PDF version of the presentation is available now on the webcast and on Reata's website at reatapharma.com, in the Investor & News section where an audio recording of today's webcast will also be available shortly after the call.

Before the company proceeds with its remarks, please note the forward-looking statement disclosure in the company's press release. The company will be making forward-looking statements on today's call. There are many factors that could cause results to differ from expectations, included those noted in the company's SEC filings. Today's statements are not guarantees of future outcomes. Please also note that any comments made on today's call speak only as of today, November 6, 2017, and may no longer be accurate at the time of any webcast replay or transcript rereading.

Following the prepared remarks, we will open the call up for questions. (Operator Instructions)

I would now like to introduce your host for today's conference, Mr. Vinny Jindal, Vice President of Strategy. Sir, you may begin.

**Vineet Jindal**

Thanks, [Skyler]. Good morning, and welcome to Reata's program update on bardoxolone, following the presentation of data from the CARDINAL and TSUBAKI trials at the 2017 American Society of Nephrology Kidney Week Meeting.

And our announcements at the PHOENIX trial studying bardoxolone in 4 additional rare forms of CKD is underway. We'll also touch on a few relevant pharmacological effects of bardoxolone in CKD patients. I'm joined today by Reata's CEO, Warren Huff, and our Chief Medical Officer, Colin Meyer. I'll now turn the call over to Warren.

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Thanks, Vinny, and thanks to all of you for joining us.

The clinical data we presented this weekend at ASN provided important affirmation of several aspects of bardoxolone's activity in chronic kidney disease. Dr. Geoff Block, the lead investigator of the Phase II portion of the CARDINAL trial presented safety and efficacy results for all 30 Alport syndrome patients, completing 12 weeks of treatment.

The data confirmed the unprecedented increase in kidney function for Alport syndrome patients that we reported earlier in July of this year. Bardoxolone produced increases in estimated GFR relative to baseline that were highly statistically significant and slightly higher than as those reported at the interim analysis this past July. The safety profile was also consistent with the interim announcement with no discontinuations or serious incidents.

In addition, our development partner Kyowa Hakko Kirin presented results from their TSUBAKI trial, a Japanese Phase II study of

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

bardoxolone in patients with type 2 diabetic CKD. TSUBAKI assessed bardoxolone's effect on kidney function using the gold standard inulin clearance method of measuring glomerular filtration rate. This data was chosen for a late-breaking oral presentation of ASN in part because it is the first ever demonstration that a pharmacologic therapy can improve the function of failing kidneys in patients with advanced CKD. These data also reflect that the increases in estimated GFR observed in CARDINAL and our historic studies in diabetic CKD reflect true increases in GFR. In addition to the data presentation today at ASN we announced that we are beginning the PHOENIX trial in other rare forms of CKD. We plan to enroll 4 separate cohorts of patients with autosomal dominant polycystic kidney disease, IgA nephropathy, type 1 diabetic CKD or FSGS. Bardoxolone has demonstrated increases in estimated GFR in both type 2 diabetics and patients with Alport syndrome. Although their kidney disease has very different causes, what these patients have in common is the primary role played by inflammation, fibrosis and tissue remodeling of the kidney in driving their CKD. Based on the shared pathophysiology, we believe that it is important to test bardoxolone across this broad set of rare forms of chronic kidney disease. We expect to report data from the 4 cohorts beginning in the second half of next year and through 2019.

With that summary, I'll now turn the call over to Colin to review the results of the TSUBAKI trial.

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Thank you, Warren. I'll spend a few minutes reviewing the key data from the CARDINAL trial in patients with Alport syndrome. Recall this trial enrolled 30 patients with genetic or histologic confirmation of Alport syndrome. It was an open-label design with a dose-titration scheme to carefully dose to escalate patients from low doses to goal doses of bardoxolone, given orally once daily. The primary prespecified analysis was change in eGFR at week 12. Key eligibility criteria are shown in the slide. Inclusion criteria included a wide range for age, so from 12 to 60 years old, an eGFR from 30 to 90, so primarily Stage 2 and 3 CKD patients. If patients were on any background therapies that could affect kidney function such as ACE inhibitors or angiotensin receptor blockers they had to be on stable doses prior to entry. Patients who had risk factors for fluid retention such as elevated BNP or very high proteinuria were excluded from the trial. As you can see on the diagram, patients were started on 5 milligrams if they are adults or 2.5 milligrams if they were children, and then dose escalated either 20 milligrams or 30 milligrams and once again the primary prespecified endpoint was change of eGFR at week 12.

The data presented at ASN were for all patients through the primary endpoint at week 12. As shown here as the primary efficacy analysis for the Phase II portion of CARDINAL. Notably, all patients completed treatment through week 12 and there were no discontinuations from study drug. The eGFR data showed time-dependent increases through week 12. They were initially notable at week 1 but further increased to magnitude with time and increase in dose. The change at week 12 was 13.4 mL/min, which is slight increase from the data reported back in July of 12.7 mL/min. Notably, because of the robustness of the effect, the lower bound and the upper bound of the compensables have tightened and the P-value is quite low.

These data notably are consistent with the magnitude of the treatment effect that we've seen in prior trials of bardoxolone in patients with diabetic CKD. The reason why the P-value is so low is shown here on this slide looking across all patients in the cumulative distribution plot on the bottom left of the slide, you can see that each bar represents individual patient and all patients are shown. All patients demonstrated an increase from baseline and none worsened, notably, based upon data from the literature, the annual rate of decline of kidney function in this patient population is approximately 4 mL/min and 87% of the patients treated in CARDINAL had improvements of that magnitude after 12 weeks of treatment. Notably, 63% of the patients had improvements at least 10 mL/min. Because of the large increases that were brought in this patient population, most patients had improvement since CKD stage by week 12. As you can see in the table on the right, the 5 patients who came into the trial was stage IV CKD. Of those, at week 12, only 1 remained in stage IV and 4 had improvements. Stage 3B, 11 had stage 3B CKD upon entry, but 7 had improved to Stage 3A at week 12, and so on.

So this data demonstrated that the effects were generally large and consistent across the patient population. Another way to demonstrate that is shown here looking at key subgroups that were studied in the trial, 4 of those are shown below, and we saw clinically meaningful increases in eGFR across all these major subgroups.

For instance in the eGFR category, looking at the 12 patients with eGFR at 60 or higher baseline versus the 18 who had eGFR values less than 60 there was a clear difference in the absolute baseline of kidney function, both patient population showed large absolute increases when adjusted for the baseline there were clear relative increases and this is demonstrated across the key subgroups shown below.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

Moving on to safety. As I mentioned previously, there were no discontinuations from the trial, meaning all patients were able to tolerate bardoxolone methyl. Importantly, there were no serious adverse events. And the adverse events to date have generally been mild-to-modest in intensity. Unlike prior trials in very advance stage 4 diabetic CKD patients, there were no reports of fluid overload in the CARDINAL trial. There were not many adverse events that were consistent to date in the trial. The only one that we've observed previously that we also saw in this trial is muscle spasms. Notably, this presents like a Charley horse type contraction that's similar in presentation to cramps postexercise, it's primarily lower extremity, it usually presents 1 to 2 weeks after patients initiate drug. It happens typically once a week, maybe slightly more often, importantly it typically resolves a few weeks after patients reach their goal dose. As we've seen this in prior trials, we've taken great care to characterize the clinical effect of muscle spams and we examined CK, which is a blood marker of muscle injury. In the setting of injury CK goes up dramatically. In our patients treated with bardoxolone who experienced cramps, we actually see reductions in CK as we do with patients who do not report spasms. We therefore believe that this effect is pharmacologic in nature and not indicative of any muscle injury.

Looking at parameters of volume status, we took great care to make sure that patient's blood pressure and BNP were under control when they enter the trial. So you can see in the figures in the bottom, systolic and diastolic blood pressure were well within the normal limit and this is upon entry. BNP, which is a marker of further tension was also very low upon the trials entry. The upper limit that was allowed per the protocol for BNP was 200 pg/mL, which is 2 times the upper limit of normal. Notably, the average BNP value across the population of 30 patients who enrolled was 0.1 of that limit.

Looking at the changes post enrollment, there was no change in blood pressure. It was flat through week 12, both systolic and diastolic. BNP stayed well within the normal limits. We noted a slight increase, but it did not exceed the upper limit of normal, and based upon pre-clinical data, we know that Bard can increase production of BNP, potentially part of its pharmacological effect to improve kidney function. And notably, this effect is clearly distinct from large increases that reach several fold the upper limit of normal in the setting of fluid retention, which once again, was not observed in this trial.

As in most other CKD trials, we assess the urine albumin to creatinine ratio, which is a marker of proteinuria, all discuss how our drug pharmacologically affects proteinuria in a few minutes. In this trial similar to other trials, we noted increases in proteinuria that are typically modest to moderate, and importantly, when we correct for change in eGFR there is no change. This shows that the increase in proteinuria can be accounted for by increases in GFR. Notably, it's not out of proportion to changes in GFR, ruling out adverse reasons from an increase in proteinuria.

So in conclusion, the Phase II CARDINAL study demonstrates that bardoxolone methyl significantly increases kidney function in patients with Alport syndrome after 12 weeks of treatment. We noted increases that were observed over the full range of values that were studied from 28 to 94 in an all major subgroups. Because of the robustness of the effect, most patients demonstrated an improvement in CKD stage. And as I mentioned before, these changes are similar in magnitude to those observed previously in trials of type 2 diabetic patients with CKD.

Also, it's important, Bard was well tolerated in patient with Alport syndrome with no discontinuations, no serious adverse events, no effect on blood pressure, and mild to moderate adverse events that were tolerated. Because of the data, we obviously, initiated the Phase III portion of CARDINAL a few months ago, and the Phase III portion is actively enrolling.

Transition to the TSUBAKI trial, the Phase II trial conducted by our Japanese partner, Kyowa Hakko Kirin, I'd like to discuss a few of the highlights. The design is shown here, it was a randomized, double-blind placebo-controlled multicenter Phase II trial that was conducted in Japan. We have not --- in the trial GFR was evaluated by inulin clearance, which is the gold standard method to assess changes in kidney function. The prespecified primary analysis was change in GFR and an interim analysis was conducted once a certain number of patients were reached. After the interim analysis was conducted, an additional set of patients were enrolled and studied to record additional efficacy and safety data, but inulin clearance was not conducted on these additional patients. Our partner used a similar titration design, reaching a goal dose of 15 milligrams per day, which has similar exposure to the 20 milligrams a day that we used in patients here in the U.S.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

4

The primary endpoint for the TSUBAKI trial is shown here and Bard significant increased GRF as assessed by changes in inulin clearance from baseline and relative-placebo at week 16. Importantly, there was no change in placebo patients and there was a clear increase in patients treated with bardoxolone. There's no correction for body weight or surface area in this calculation, it's simply the empirically measured GFR for inulin clearance.

This data demonstrates that the changes observed in inulin clearance and eGFR are the same. The changes that we've observed in all of our prior trials that show increases in eGFR double, do reflect true increases in kidney function.

Our partner took great care to characterize some other effects of the drug. In this trial, urine was collected at multiple time points to first assess if there's any effect on creatinine production or excretion. As you may know to estimate kidney function, serum creatinine is measured from the blood and using an equation to estimate kidney function. They demonstrated that in this trial, there was no effect on excretion of creatinine over 24 hours, which is consistent with data from 3 other trials that we have conducted, which rules out any effect on creatinine production, excretion, or metabolism. And these robust data further demonstrate that eGFR can be reliably used to estimate kidney function consistent with the changes in inulin clearance.

Additionally, our collaborators looked at total urine output as well as sodium excretion into the urine. As you may recall in the BEACON trial, in very advanced Stage 4 diabetic CKD patients, we noted fluid retention as the primary safety finding. That finding was associated with reduced excretion of sodium and reduced urine output. And in this trial, our partner was clearly able to show that they did not have that effect, and there was no fluid retention even using these subclinical parameters.

When looking at standard clinical parameters such as blood pressure, they were also able to demonstrate that the drug has no effect on blood pressure in this patient population. And therefore, we're able to separate the increases in GFR from any changes in volume status. Additionally, there have been questions as to whether bardoxolone caused any cardiotoxicity in the BEACON trial and if that potentially could be a mechanism for the fluid overload hospitalizations that were observed. So I mentioned, there's ample evidence that's in the literature demonstrating that the effect was on fluid, not a primary effect on the heart. And in this trial our Japanese collaborators in all patients weekly measured troponin T which is a very sensitive measure for any cardiac toxicity. The ultrasensitive method had demonstrated that there was no increase in troponin. In fact, it went slightly down in patients who had Stage 3 CKD. Therefore, ruling out that our drug has any adverse effect on the heart.

Looking at adverse events, once again, a consistent with data from our earlier stage diabetic CKD trials as well as data from output sodium trial, there was no over -- fluid overload hospitalizations and in this trial there were no safety signals. The investigators did note increases in ALT, AST and GGT, but as we've described in the literature, in our protocols, this is a regulatory effect by bardoxolone on its target Nrf2. There is increase in production of these enzymes that we observed in cell culture, in animal models, typically stays within the normal limits, and importantly it's not associated with any actual signs or evidence of liver toxicity such as there are no elevations of bilirubin or no Hy's Law.

So in conclusion, bardoxolone significantly improved renal function in the TSUBAKI trial as assessed by inulin clearance and by prospectively enrolling patients who are not at risk for fluid retention, Bard appeared well tolerated without any major safety concerns. There were no fluid overload-related hospitalizations and no new safety signals and the trends in the Stage 4 patients that I did not present were similar to what was observed in the Stage 3 patients and as HK mentioned in their presentation, they are planning to initiate a large Phase III trial in diabetic CKD patients in Japan to further evaluate safety and efficacy in 2018.

Now I'd like to spend a few minutes discussing some of the pharmacologic effects of bardoxolone in CKD. An important aspect of the clinical data is to understand how the drug now is working in these patients. There have been questions raised by the community as to how our drug can acutely increase kidney function and what these changes mean long-term. In preclinical models, we are a partner and most notably a large set of academic collaborators have now published an extensive amount of data that's in the literature that characterizes these effects. We see activity in multiple forms of CKD in part because there's a common set of inflammatory pathways that are activated in response to numerous separate stimuli that conspire to reduce kidney function acutely and chronically. We've demonstrated activity in multiple chronic models of CKD, for instance, in models that pressure overload into CKD such as the 5/6 nephrectomy model and hypertension-induced CKD, bardoxolone is protective and reduces remodeling fibrosis. We've also observed

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

activity in models of diabetic CKD, protein overload-induced nephropathy and lupus nephritis.

We've taken great care over the past couple of years to understand how our drug can acutely increase kidney function and we've demonstrated in preclinical models that our drug can reduce angiotensin II mediated reductions in glomerular volume or surface area. And therefore, our drug can restore or increase surface area for filtration in the kidney, which then translates to increases in GFR. Notably, this is very distinct from increases in blood pressure or increases in pressure within the kidney or increases in hydrostatic pressure that could increase GFR. And so we now know that our drug affects surface area, acutely to increase GFR and chronically reduces fibrosis and remodeling in animal models.

We published the post hoc safety findings of the BEACON trial previously back in 2014 were extensively characterized the safety profile of bardoxolone and identified the pharmacological effect that resulted in fluid retention in a subset of patients. What we've been doing in the past few years and recently submitted for publication is the other half of the story. While the trial was not able to show a difference in ESRD events, because we stopped the trial before we could accumulate enough events, we do have a wealth of data on kidney function that was used to characterize the effects on kidney function over longer durations in these stage 4 diabetic CKD patients. As you can see in the top right, the change in eGFR over time is shown for the BEACON trial. Notably, this analysis was the first and prespecified secondary analysis from the BEACON trial and it demonstrated a very clear increase in kidney function that was highly significant and clinically meaningful.

Secondly, as seen below, we looked at the distribution of change of eGFR across all patients at 1 year, it's obviously longer-term than the initial 12 weeks. And you can see on the top plot that approximately 75% of patients who made it to 1 year on trial were treated with bardoxolone, showed improvements versus only approximately 1/3 of the placebo patients. Further, you can see that the magnitude of the increase in the patients treated with bardoxolone and those who had increases was generally quite meaningful and approximately 40% of the patients have 50% increases in kidney function at 1 year. Whereas the changes in the placebo patients were generally small and mostly likely due to variability of the assay.

Just as important, when looking at the data in this context, we can look across all patients who made to 1 year. And notably, there is not a subset that had worsening versus placebo, and so the main increases are not hiding or masking a subset of patients who may not be doing well on drug. And then lastly, the primary efficacy analysis that was used in the BEACON trial was timed to ESRD, or cardiovascular death. More recently, there's been a recognition based upon the fragility of patients with late stage CKD. And the need to access patients who have earlier stage CKD that there could be additional endpoints that could be used for future CKD trials. So there's been a consortium of investigators that work with regulators to validate new end-points for CKD. And these have recently been published in the literature and are just now being used by some other companies.

We conducted post hoc analysis of the BEACON data to determine if there is an effect on these newly validated outcomes measures. So shown here on the bottom left, using adjudicated ESRD events, confirmed 30% reductions in eGFR were confirmed reductions in eGFR below 15 using a Kaplan-Meier survival base analysis. We demonstrated that bardoxolone significantly reduced the patients who had this composite outcome, the hazard ratio is 0.49 and the P-value is very low. So we believe that these data suggest that the increases in kidney function that are observed acutely are associated with longer term increases and less progression.

An important aspect of the clinical data that we have are to address key questions that have been raised. One of those is the mechanism and whether or not the increase in kidney function and the anti-inflammatory effect of the drug could be beneficial or deleterious long-term. And so in addition to the data that I just presented in the prior slide, we've conducted withdrawal-based analysis in the 2 trials where we treated patients for at least 1 year with the BEAM and BEACON trials. In each of these trials patients were treated for a year. In the BEAM trial all patients were treated for 52 weeks. In the BEACON trial for those treated at least 48 weeks, we took the patients off drug for 4 weeks.

The drug is typically out of the body and all pharmacologic activity is lost by approximately 10 days after withdrawal. In a few weeks later, we assess for changes in kidney function to determine if the change is greater than placebo, no different than placebo, or worse than placebo. If the effect was worse than placebo, it would suggest that the effect on kidney function would be bad. If it was no different than placebo, it would suggest that all the changes, the acute increase was completely reversible. However, if there was an increase in kidney

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

function above placebo after 1 year of treatment, it would suggested that at least a part of the activity was potentially disease-modifying and that the drug was affecting remodeling and fibrosis.

As you can see on the bottom left of this slide in the table, in the BEAM and BEACON trials, we noted a significant increase in eGRF when placebo corrected, this was noted in the mid and high dose in the BEAM trial in patients who had higher base on eGFRs, the change was approximately 5 mL/min. In the BEACON trial, the change was smaller. But as you know, the baseline eGFR was very low about 22.5 mL/min. From a relative basis, the changes are similar. About 1/3 to 40% of the on-treatment effect after 1 year is retained when patients are withdrawn from drug. And once again, these data suggest that the acute increases are associated with potentially diseased modifying activity. This is once again important to rule out harm, as well regulators have asked that we use this analysis in our Alport syndrome trial in the Phase III portion to support approval.

Additionally, to directly address the question of what do the acute changes mean longer term? We've done an analysis in both BEAM and BEACON to compare the changes at week 12, with the changes at 1 year on and off drug in eGFR. And as you can see in the BEAM and BEACON trials, the correlation coefficient is quite high for clinical data and the P value is extremely low in both of these analysis, meaning that patients who had very large increases at week 12 tended to have very large increases in kidney function at 1 year on and off drug. Also, patients who did not have increases acutely tended to not have increases longer term. And what it shows is that patients who had increases acutely importantly do not have large losses longer-term, which rules out alternate mechanisms to increase kidney function.

So all in all, we believe the eGFR-based data demonstrate that the drug's anti-inflammatory effect, there are acute increases that are associated with longer term increases on and off drug. To drill down a little bit farther, the key question that's been asked by the community is whether or not the increase in GFR could be due to an increase in pressure. For instance, increases in systemic blood pressure or increases in pressure that have been observed with 1 class of drugs. And increase in pressure, which would be called hyperfiltration by nephrologists could result in a short-term increase in eGFR, but that change would not be sustained as damage would be accumulated in the glomerulus in the kidney. And longer term, there will be larger loss of kidney function. This has been described preclinically in the 5/6 nephrectomy model of hyperfiltration which is a model of pressure overload. And it's also been shown in the AASK trial, in a trial with African-Americans who are hypertensive who had CKD. Those patients were given 1 of 3 different types of drugs, one of them, amlodipine, is an agent which further increases pressure within the kidney. Preclinically we've taken great care to demonstrate that the mechanism of acute increase, is an increase in case of backward surface area. Importantly, not an increase in pressure. Secondly, we have conducted 2 different models of increases in pressure in the kidney, to determine what our drug may do. In both of those models, not only did our drug not exacerbate the effects of the increase in pressure, the drug preserved kidney function and importantly reduced remodeling and fibrosis.

Clinically as I mentioned, the effect on hyperfiltration has been characterized in the AASK trial. In the plot below, you can see that the amlodipine group is shown in the dashed red line. In this trial, this baseline eGFR, was approximately 40 mL/min. Patients demonstrated an increase in eGFR that was maximal by approximately month 6, it reached a level of about 4 mL/min, which represents a 10% increase from baseline that magnitude of change with that drug and that mechanism was sufficient to cause injury so that the effect was not durable and there was loss in effect by 1 year.

In the BEAM trial, patients who have baseline eGFRs of 32, we saw acute increases that were much larger in magnitude and by the end of 1 year, approached 50% in magnitude from baseline. And obviously, the trajectories are quite different not only was the acute increase much larger, it was durable for 1 year, and as I've mentioned on the prior slide, patients who had acute increases where those who are likely to have large increases on and off drug. And notably, when patients were taken off drug, the change was increased above placebo, demonstrating that there was not injury and there is potentially disease modifying activity.

One last common question that I will address is how does your drug increase proteinuria. It's important to understand physiologically why patients have proteinuria to begin with. As you all may know, in patients who have chronic kidney disease, the disease process causes injury to the kidney, including the filtration barrier within the glomerulus and this causes losses at selectivity and therefore increased filtration of protein, which then ends up in the urine and patients have increased proteinuria. This can be due to hyperglycemia or genetic mutations and in type IV collagen such as it happens in Alport syndrome.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

Importantly, once patients have proteinuria, and have a leaky filter, the change in proteinuria is directly proportional to change in GFR. And so if GFR is reduced, such as it is by ACE inhibitors or ARBs, proteinuria goes down acutely, with those class of agents that is not due to changes in fibrosis, it is simply due to an effect on flow. An agent that increases GFR, such as ours, increases filtration of proteinuria. There is increased filtration of other substrates as well, proteinuria is one of them and more proteinuria flows into tubules and ends up into the urine. Since most of the water that's filtered is reabsorbed, this results in increased concentrations of proteinuria in the urine.

Importantly, the clinical data that we have is able to characterize the effect and differentiate it from any potential type of injury, which could increase proteinuria. Our drug does not cure patients' diabetes, and it does not cure the patients' Alport syndrome, so we would not expect the proteinuria to go away. We'd expect that it would change similar to the changes in GFR, as it has to by the laws of physics and physiology. As you can see on the top right in the BEACON trial, proteinuria went up acutely from about 200 mg/g to about 300 mg/g. In this trial, there was no titration and the change in eGFR was maximal at week 4. As you can see, the change in proteinuria was also maximum at week 4. Proteinuria increase was relatively modest, a change of 200 mg/g to 300 mg/g is not very clinically significant, a change of 200 mg/g to a 1000-plus mg/g would be significant. Importantly, we do not see those changes. The change on average is modest. Furthermore, the change does not further increase beyond the change in eGFR. And as you can see, the change starts to go down and trend towards placebo after approximately 7 months of treatment while eGFR is sustained. In both the BEAM and BEACON trials, we see a similar profile and we also demonstrated and published that the change in eGFR correlates very highly with the change in proteinuria showing that these 2 effects are linked.

Looking at the data on the bottom right, you can see that when we adjust for changes in eGFR, there is no difference in proteinuria. This is very similar to the data that I just described in the CARDINAL trial and patients with Alport syndrome. So once again, the increases proteinuria are not beyond what would be expected for the changes in GFR.

Lastly, and not shown here were withdrawal patients from the drug, proteinuria trends back down towards baseline and has not increased. And once again, in withdrawal patients from drug, EGFR is above placebo and above baseline. It demonstrated that the function of the kidney is improved versus placebo.

So with that discussion, I'm going to turn it back to Warren.

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

The diseases we're targeting in the PHOENIX trial have very different causes while bardoxolone does not resolve the underlying cause of each disease. It promotes the resolution of the inflammation fibrosis and tissue remodeling that damages the kidney and leads to its decline in function. For example, in autosomal dominant polycystic kidney disease cysts growing in the kidney damage neighboring renal tissue, kicking off host defense systems and initiating chronic renal inflammation. In IgA nephropathy immune complexes lodged in the kidney attract and activate leukocytes, initiating a downward spiral of inflammation in fibrosis. This significant overlap in pathways behind these processes and the consistently large increases in kidney function produced by bardoxolone in diseases as dissimilar as type 2 diabetic CKD and Alport syndrome, give us confidence that 1 or more of the indications we're pursuing in PHOENIX could transition into a pivotal program for Reata. Similar to the Phase II portion of CARDINAL, PHOENIX is an open label study enrolling 20 to 30 patients with a primary endpoint of change in estimated GFR from baseline after 12 weeks of once daily treatment with bardoxolone. Like the Phase II portion of CARDINAL, our goal in PHOENIX is to see if bardoxolone's efficacy and safety parallels what we observed in diabetic CKD and now Alport syndrome. As the table here points out success in the cohort of PHOENIX, represents a substantial market expansion for our renal franchise.

So just to sum up, we have a number of key CKD program milestones coming up in 2018 and 2019. We began enrolling the Phase III portion of the CARDINAL trial during August, and we expect to have the 1 year data for the study available during the second half of 2019. We are beginning site activations for the PHOENIX trial and expect to have data available from the second half of 2018 through 2019. And finally, our partner KHK is parting to initiate a Phase III study in diabetic CKD during 2018.

With that, we'd be happy to take questions.(Operator Instructions)

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

**QUESTIONS AND ANSWERS**

**Operator**

(Operator Instructions) Our first question comes from Adam Walsh with Stifel.

**Adam Anderson Walsh** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD and Senior Analyst*

My first question is, how you kind of convey this new knowledge to physicians? It's clear from your presentation and your presentations at ASN and this morning that bardoxolone's affect is not mediated by an increase in pressure in the glomerulus and that increases in proteinuria that are observed with bardoxolone are not consistent with glomerular injury. But the default position historically of neurologist's based on their understanding of the kidney is that Bard must be its hiding effects based on increases in pressure and that could lead to hyperfiltration injury. And that the increases in proteinuria are by default bad.

And therefore, since Bard increases proteinuria that's concerning to them, how do you go about convincing the broader nephrology community that your drug works differently, that the paradigm by which they historical have thought of CKD drugs is changing with bardoxolone? So that's the first question.

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Hey, Adam, it's Colin. And so yes, nice seeing you at ASN. And so excellent question. I think that we have taken great care to listen to the nephrology community over the years. And we've worked to extensively characterize the effects of our drug in animals and people. And I had numerous conversation at ASN, and I -- it's -- I think we have sufficient information to address these questions. We really need to communicate to the community more broadly. And so what we're doing now is starting that process. A lot of the information that I've discussed is actually already in the literature. It is just not known by the nephrologists. And so all the preclinical data described is in there. There's some additional analysis in the clinical data that we've recently submitted for publication. You are correct that the effect is quite novel. Immediately, when nephrologists hear about a drug that increases kidney function, their first question is, is it real, because really, nothing else has done that, except for amlodipine. It was transient. And

(technical difficulty)

rated clinically that it is real definitively. We've actually already published it using, in the clinic, some animals, but the nephrology community wanted evidence in humans. We now have that. The second question is, is it bad because it is a hyperfiltration because obviously, increases in blood pressure are bad and the amlodipine class of agents can have a similar effect. And so we think that the clinical data are very different from hyperfiltration. And I think it's completely consistent. There's actually no clinical evidence to support that the drug does cause an increase in pressure or hyperfiltration that will be deleterious. Importantly, the regulators, I think, understand this. We've had extensive discussions with them, and we've been able to review our data with them. And the simple way to address this is the off-treatment analysis because it's agnostic to any mechanism and it takes away any potential acute confounding effect of a drug. And so when you take the drug away, patients wash out, in our case, for a month, which is probably 3 weeks longer than needed. There's still an increase above-baseline and above-placebo. And so I think that typically resonates with the nephrologists. They are just not used to thinking of those types of analysis. Once again, the FDA has asked us to show an off-treatment effect in our Phase III Alport syndrome trial for approval. And then lastly, proteinuria. Proteinuria is important because it's an indicator of damage that's caused by the disease process, and what it really is, is a surrogate of a surrogate. eGFR change is a surrogate for ESRD. If your kidney function is going down, you're headed towards dialysis or the need for a kidney transplant. And if your kidney function isn't going down and doesn't reach Stage 5 territory, you do not need a kidney transplant or dialysis. Proteinuria is important because no other drug can affect eGFR. The drugs that are currently available affect proteinuria. And proteinuria over the population in most forms of CKD predicts rate of decline of kidney function. But as one KOL told us this weekend, he doesn't put patients on dialysis because of proteinuria is increased. He puts patients on dialysis because their kidney function is too low. And all of our data clearly show that our drug increases kidney function, and that's durable for the duration we've tested and not associated with any injury. And lastly, I'd like to comment that the physiology of the kidney is very well-understood, and any agent that affects flow either increased or decreased it. It would have to affect proteinuria. And so the increase in proteinuria is truly a reflection of the GFR increase. And that's why the analysis that we've been conducting and showing at ASN and here demonstrated that when you track for the eGFR change, there is no out-of-proportion increase. And so we think it will be very important to communicate all these data points and key messages to the community more promptly.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Let me just add briefly to that, Adam. This is Warren Huff. We were on the way to answering all of these questions back in 2012 when we stopped the BEACON trial, and at the time, we were not a public company and we stopped the development, so there was very little reason for people to follow the story. Now that we've really generated data to answer all of the questions, we have a very robust plan. We're at -- allocating significant both human and other resources to a program over the next year to get all the data published, have a presence at the major meetings, presenting all the findings and then basically having a very intense focus on scientific interactions with the key people in the space. Our issue is not that we don't have the data or the answers, it's just we need to disseminate it, and we're very focused on that.

**Adam Anderson Walsh** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD and Senior Analyst*

That's really helpful. I have a couple other real quick ones. I'll try to make them fast here. During the TSUBAKI presentation, Dr. Barry Brenner got up and asked a question. And I think there was a little bit of a misunderstanding around one of the slides that was presented there, and I believe it's Slide 15 in your slide deck. And that specifically was whether or not the GFR in the TSUBAKI trial was adjusted for body surfaces area. Can you just kind of refresh what happened and then what the true answer is to his question?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Sure. So it was a good question. The data were presented for inulin clearance using units of ml per minute per 1.73 meter squared. When you estimate kidney function using eGFR, you take the same creatinine, you put it into equation, and the units that are applied are ml per minute per 1.73 meter squared, which is the average surface area for a human at the time they did this analysis. In assessing GFR with inulin clearance, there is no adjustment for body surface area or body weight. I have confirmed that with the head of development at KHK. That was simply an error of the y-axis labeling. On Slide, I think it was 8 of their presentation, they did show the methodology, and in no place was body surface or weight mentioned. It was simply a clearance technique that measured volume of urine and then concentration of inulin and the urine and blood. And so that was a simple misunderstanding. Importantly, the data do show that the drug increases GFR and it's not accounted for by any changes in weight or surface area.

**Adam Anderson Walsh** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD and Senior Analyst*

That's very -- and so what you show on your Slide 15 in your deck is actually the correct presentation?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Correct.

**Adam Anderson Walsh** *Stifel, Nicolaus & Company, Incorporated, Research Division - MD and Senior Analyst*

Okay. Great. And just one final, if I could ask real quickly. The KHK trial that's going on in Stage 4, the Phase III that's going to be launched in Stage 4 CKD over in Japan, any possibility that could be used over here to ultimately perhaps bring bardoxolone back in diabetic CKD in late stage?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

I want to first comment on the design. So their design is not finalized, and so they have not completed their interactions with regulators. It's unclear what stage is CKD they will pass and what the endpoint will be. And so they are planning to have those interactions, and of course, we cannot speak for them, but their current plan is to start a larger trial. Right here, now Warren will comment on the second half of your question.

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Yes, Adam, without knowing again what their -- what the design is or what endpoint they get from the Japanese PMDA, and frankly, we don't know what endpoints the FDA would require for that indication at this point. There have been a lot of thought, as Colin mentioned earlier, because many -- a whole series of programs failed in these late-stage patients that are very fragile. There's been a lot of thought by NKF and the KOLs and the community as well as with the regulatory agencies around the world about finding endpoints where drugs can be used earlier stage. But we're not really -- we don't have any guidance from the FDA about what those endpoints would be, so I really couldn't comment about whether their trial would support approval in the U.S. at this point.

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

**Operator**

Our next question comes from Maury Raycroft with Jefferies.

**Maurice Thomas Raycroft** *Jefferies LLC, Research Division - Equity Associate*

To start, given the positive impact on GFR that is now confirmed with the TSUBAKI data, with some of the disease reversal effects with bardoxolone, are there any expectations that proteinuria would start to decrease with longer-term treatment in a longer-term analysis?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

So excellent question. And I actually did have data in the presentation that somewhat addressed that. It's the slide that showed the proteinuria in BEACON. And so we observed this in the BEAM trial as well at the high dose. There was an acute increase that mirrored the change in GFR. They're once again on Slide 25 in our presentation today. In the BEACON trial, proteinuria did start to go down at a faster rate than placebo, while kidney function was maintained. And so we estimated that the bardoxolone group would have crossed over placebo after, I think, about 18 months or so of follow-up. And so we think that perhaps that could be the case. If so, it would suggest the drug is affecting remodeling with intraglomerulars, but we'll obviously need the longer-duration trials to better characterize that effect.

**Maurice Thomas Raycroft** *Jefferies LLC, Research Division - Equity Associate*

Got it. And since you're not seeing a negative effect on CK in the studies, as far as the pharmacologic effect that results in muscles spasms go, is it related to Nrf2? Or do you have any other additional explanations or thoughts to zero in on what is causing the spasms?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

We don't have proof in humans that it's due to Nrf2, but we think it is pharmacologic and therefore likely due to Nrf2. It acutely goes down, and we think there's increased demand for CK in the muscle. As you know, CK is a very important energy metabolism. It's well within the cell, is to take the terminal phosphate from ATP, the high-energy bond that's used to basically carry out work within the cell and transfer to creatine. ATP's half life is very short. Phosphocreatine is very long. And there is a large amount of data in the literature now demonstrating that Nrf2 directly affects mitochondrial function and that our drug does as well, and so we think it's due to those effects. Clearly, it's very distinct from muscle injury or rhabdo, where you'd see increases in CK that would go up to mini-fold, above the arc of normal. So the clinical data showed that it's likely a real effect of the drug, but pharmacologic and not toxic. And once again, it's typically transient and subsides a few weeks after patients reach their [focus].

**Maurice Thomas Raycroft** *Jefferies LLC, Research Division - Equity Associate*

Got it. Very helpful. And last, I'm wondering if you could talk more about the pediatric population with Alport syndrome. How do these patients comprise the current market opportunity? And is there a strategy in place to eventually treat pediatrics? And how would dosing work in these patients?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

I'll speak to the development first. So when we met with FDA to discuss the design of the CARDINAL trial, the Phase II and III, they actually asked us to lower the age limit. And so we lowered it under 12 for the trial. In the Phase II portion, we enrolled 2 pediatric patients. We expect to enroll a larger number in Phase III. And so the trial is enrolling kids. We think it's helpful to get the drug to patients earlier in their disease. Notably, the 2 patients, it's in the subgroup analysis, on the slide I presented. Once again, only 2, but since we're able to enroll them as kids, their kidney function was higher, as you'd expect. This takes years to progress. And they did have a very large increase in kidney function. And so it is our current plan to study them, and the patients arguably with the most need are the x-linked males who progress most quickly in average age of -- in-stage renal disease and therefore, a need for dialysis or transplant is 25 years old in that population.

**Operator**

Our next question comes from Yigal Nochomovitz with Citi.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

Could you just tell us what happened to these Alport patients now? Are they continuing on the study? Or is that study over?

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

No, we actually are continuing those patients on study. And they will be evaluated at 1 year and at 2 years.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

Okay. And then I think you'd mentioned in the summer that for the accelerated approval, you needed to show the retain benefit of 1 year, and then for the full approval, the retain benefit at 2 years. Is that still the case? And just so I understand that correctly, when you mean -- when you say retain benefit at 2 years, I'm assuming you mean from week 48 until week 104, they're not on the drug.

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

No, no. No. It's -- the way the design would be, that they would be on study drug until week 48. And then the drug will be withdrawn for 4 weeks, and then an estimated GFR value will be taken. And for the 1 year analysis, that off-treatment eGFR value will be compared to baseline and then obviously compared to placebo. And what the FDA indicated was that they would like to see a significant difference in that, between drug and placebo, at 1 year. At that point, at week 52, after that value, both groups of patients, placebo and active, will be put back on study drug and continued for a second year, as the FDA said, while we're processing your NDA. And then at the end of the second year, they will be stopped, drug withdrawn -- study drug withdrawn, and then 4 weeks later, estimated GFR taken and then that compared to placebo. And again, if that is a statistically significant difference, then they indicated they would take that for full approval with no post-approval commitments.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

Okay. That makes much more sense. I was not clear on that.

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

One thing I'd like to make clear is that because there can be some confusion about this, the reason for the 4-week withdrawal analysis is not to show that the drug is a cure, right, or that there is a long persistence of this effect. It's to address the fact that with virtually all of these CKD medications, there's an acute hemodynamic effect and then there is a longer-term effect. So the purpose of the analysis is to do it at a period where there can be no direct hemodynamic effect of active drug and then look at what the status of the kidney is.

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

And this is really no different than some other programs. And so at ASN, the first presentation during the late-breaking session before the TSUBAKI presentation was the REPRISE trial from Otsuka, that studied tolvaptan, and they're using -- they used the same withdrawal-type analysis for their primary endpoint. And so it's not just a stronger mechanism, it's a different drug, a different [orphan] disease, a different indication, where FDA required the same type of analysis.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

Okay. And Colin, since you have the full -- more comprehensive Phase II data now, it got a little bit better, does that change anything on the powering assumptions for the Phase III which you discussed back in the summer? Or is it you're happy with what -- how you powered it?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Yes, so the actual power calculations don't change. We can still detect a minimum difference off treatment of about 2.2 ml per minute. But these data do give us a little bit more confidence because the lower bound of the compass interval has increased, and so the change is 13.4. And from our prior trials, we estimate that a 1/3 to 40% is retained, and so that would give us a value, without including any adjustment for likely placebo decline that's sufficiently north of the 2.2 threshold that we need to hit. But once again, from a regulatory precedent, the data from the tolvaptan trial showed a difference of about 1. And so we're powered to show double that, and we have some margin built in, excluding any decline from placebo, which is likely.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

Okay. And just a couple more things here. Did the KHK inulin clearance trial, did they actually measure eGFR too just to compare it? And if so, what was that number?

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Yes, so they measured inulin clearance as well as eGFR. And so in the patients where they measured both, there was a difference numerically in inulin versus eGFR. Inulin was under-predicting change in GFR. And so they investigated that and they actually have data from ultrasound demonstrating from several patients there is incomplete evacuation of the bladder. So they could not collect all of the urine volume to calculate flow rate as well as inulin concentration. And so when those patients are removed, there's a very similar change to inulin and eGFR assessments. Importantly, there's even, with all patients in, there's a very strong correlation that's quite significant that they did not present but is there. And lastly, to address the question of, well, is the eGFR somehow over-predicting because of changes in creatinine metabolism or excretion, which is a question that I've been asked before, as I mentioned earlier, in their trial, they showed no difference in total excretion in creatinine. Creatinine is a byproduct of muscle metabolism. If there was an effect on muscle itself, whether a direct effect on muscle amount or excretion of creatinine, there would have been a difference, but there was not. In our BEACON trial, we showed no difference in creatinine excretion. In 2 other trials, we showed no difference. So there are 2 different techniques that measure GFR differently. They're highly correlated, both showing significant increases, and therefore, eGFR is reflective of true improvement in inulin clearance and that's why we're being allowed to use eGFR in our trials.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

Okay. So this explanation you gave on the incomplete bladder release, that -- is that explanation for why in the case trial they saw 6-point -- about 6.6 ml per minute, and I'm thinking some of the prior Reata trials, at the same time point, you were closer to 10 ml per minute?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Right. That's the major reason, yes.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

Okay. And then one more thing, quickly. Warren, do you have any thoughts as to why KHK wouldn't want to do an Alport trial too? Are there not enough Alport patients over there?

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Yes. There -- it's being -- the study is being conducted in Japan, and they're participating in the trial with us.

**Yigal Dov Nochomovitz** *Citigroup Inc, Research Division - Director*

All right. They're on it. Okay.

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Yes. They're very enthusiastic about these rare renal indications as are we.

**Operator**

Our next question comes from Charles Duncan with Piper Jaffray.

**Charles Cliff Duncan** *Piper Jaffray Companies, Research Division - MD and Senior Research Analyst*

I'll try to keep it to 2 questions because I heard you at the beginning requesting just 2. I'm kind of wondering how CARDINAL enrollment is going. I know that you've just opened this trial a few months ago, but I'm wondering if you've had any pushback because of some of these -- the observations. Or do you feel enrollment is going well? And do you anticipate to still being able to enroll approximately 150 patients in the next year or so?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Yes, so hi, Charles. Nice hearing you. So first of all, we started enrollment when we said we did a few months ago. And we won't comment -- we don't comment on ongoing enrollment, but we still have our guidance, so we'll have data, 1-year data in the second half of 2019, which means that we believe we'll be able to enroll all 150 patients by the second half of next year. With all these questions, some of these questions that I addressed have been raised. They were raised years ago. And so many of the investigators in the trial had already worked with us and knew the answers. And that's a reason why the Phase II enrolled very quickly. Importantly, these lead II

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

investigators who treated patients with the drug. It's very obvious to them what the profile is and what it is not. And so for those of you who are interested, I would encourage you to speak to an investigator who has actually treated patients with our drug. But as far as today, we actually think that they are very positive. And so -- and a lot of this information is -- were not discussed, is not known, especially the characterization, the effects. And we've taken great care to work with the Alport syndrome foundation and the Alport syndrome community, and so we have hosted webinars with ASF and patients, with all the investigators. And many months ago before we started the trial, we were able to address these questions with them. And so we think now that we have this data, which we think generally is viewed very favorably, that it should help with enrollment.

**Charles Cliff Duncan** *Piper Jaffray Companies, Research Division - MD and Senior Research Analyst*

Okay. That's helpful. And then my last question is perhaps more stepping back globally, thinking about fibrosis in the kidney versus, say, the lung, how are things going with CTD-PAH? And should we be thinking of Reata being more of a kidney disease company or perhaps more broadly as including in assessing fibrosis in lung function?

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Yes, I think that the -- just the applications in these 2 diseases that on their surface look very different, but when you look at the genetic pathways that are activated and that our drug addresses, they're common pathways. Ultimately, the mitochondrial dysfunction drives activation of these innate inflammatory pathways, both in the pulmonary artery, leading to fibrosis and remodeling there. And it's really the same pathways are driving fibrosis and remodeling in the kidney. And in both cases, there's likely an acute improvement in function as a result of the restoration of mitochondrial function and then a longer-term improvement in fibrosis and remodeling based on, in particular, the animal work done today in both diseases. We love all of our children. The CTD-PAH trial is ongoing. Those patients have a terrible prognosis, and we think we have a chance to significantly improve their outcomes over time. We haven't any updated any guidance on that, but that study is just enrolling and is quiet, which is good. And obviously, the renal space, particularly the rare renal space, where in our ports, we have a GFR-based endpoint, that's an excellent endpoint for us. It has the benefit of us doing very short, relatively small studies to determine if the pharmacologic effect is translating over. And so that's -- well, it's kind of low-hanging fruit for us, which is why you see us really expanding in that space. That's a little long-winded, but did that answer your question?

**Charles Cliff Duncan** *Piper Jaffray Companies, Research Division - MD and Senior Research Analyst*

Yes, I think so, Warren. I think I could glean that perhaps just given the body of evidence thus far, although you have equal affection for all of your children, in this case, with Reata, maybe there's a little bit different probability of success just going into those trials and perhaps a bit greater probability in the CKD space. So it seems that's just my take on what you're saying. Yes? No?

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Well, both of these studies are well-powered studies in patient populations, where if we hit those, they're all -- there should be good dispensation to approve the -- to approve the products. So...

**Operator**

Our next question comes from Joe Schwartz with Leerink Partners.

**Joseph Patrick Schwartz** *Leerink Partners LLC, Research Division - MD, Biotechnology*

So I was wondering if you have any hypothesis for why some patients are responding more than others in CARDINAL? Have you looked at whether there's differences between x-linked males versus females, for example, or differences in -- whether differences in drug exposure might explain some of that? Or have you looked to any transcription factors that might be associated with the disease or responsiveness?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Yes. So we've done a lot of that analysis in our prior trials. I think most of it applies to this trial. Obviously, within it, it's only 30, it's a fairly small data set so it's hard to draw any conclusions. If you look at the subgroup analysis, the absolute changes are smaller in patients with lower baseline GFRs. Furthermore, if patients have more proteinuria, the absolute changes are smaller, and that's likely indicative of the amount of irreversible fibrosis that those patients have accumulated. And so we think that explains part of it. And then exposure is the other component. So there's a clear exposure response analysis that we have done for other trials, and that's a reason why it's important that the patients are treated after all those, if possible. It's also important that the investigators are able to keep patients on study drugs,

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

14

where our filtration scheme has done a good job. Some of the differences are explained by patients not being under all those, even though the vast majority were. Others, I think, is just underlying fibrosis into these characteristics. As far as the indicational types, it's hard to know with only 30 patients and 70% of the x-linked. Perhaps there could be, at some point, and I think the Phase III data will be in cycle, since we'll have 75 patients on drug and placebo. Nevertheless, we think that the data are -- they're actually beyond our expectations. We were hoping to see a clinically meaningful significant effect, but this effect is quite large and so there's not subgroup that we've identified where we don't see meaningful activity because of that. And we made no changes before we moved into the Phase III portion of the trial.

**Joseph Patrick Schwartz** *Leerink Partners LLC, Research Division - MD, Biotechnology*

Okay. And then what would you expect or hope to see on proteinuria and some of the other additional kidney diseases that you've mentioned exploring, such as FSGS, where I think FDA said that, that could be a balanced or good endpoint in that disease, and it seems like the effects that you see in natural history are opposite those in Alport?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Yes, so in FSGS and maybe IgA, I know there's some other programs where proteinuria has been the primary endpoint. Importantly, those drugs don't have any direct effect on GFR. So they have to use a surrogate of a surrogate. I think we do know, based upon public statements made by the companies and guidance from regulators in the community, that there would need to be confirmation that kidney function is improved in trials that use proteinuria as the basis, as a primary endpoint for its regulatory approval. And so we don't have to show a change in proteinuria because our drug affects kidney function itself. So there is no need for us to show an improvement in proteinuria because once again, kidney function, which is more important, has been improved. And so we anticipate that the profile off of bardoxolone, if successful, will look similar in these other patient populations. We'll see increase in kidney function. We do anticipate it would be durable. We would see an increase in proteinuria, that when corrected for the eGFR, shows no change.

**J. Warren Huff** *Reata Pharmaceuticals, Inc. - Chairman of the Board, CEO and President*

Yes. Just one little quick one. It's really important to understand that if you increase GFR, the proteinuria in the urine will go up. It's physics-- there's simply more filtrate being reduced down to the same amount of urine, and so we literally couldn't have an increase on improvement in kidney function GFR without having that increase.

**Operator**

And our next question comes from Matt Kaplan with Ladenburg.

**Matthew Lee Kaplan** *Ladenburg Thalmann & Co. Inc., Research Division - MD & Head of Healthcare Equity Research*

Just a quick follow-up question on the PHOENIX study in terms of the rare forms of CKD. Can you give us a sense in terms of how that space is progressing? And I think, Warren, you mentioned some potential updates in either next year and going forward. Can you give us a sense in terms of what we should expect and look for in those updates in terms of the different subtypes?

**Colin J. Meyer** *Reata Pharmaceuticals, Inc. - Chief Medical Officer and VP of Product Development*

Hi, it's Colin. So I'll address your question. So we announced today that site activation has just begun. And so sites have just been activated so that they can begin screening enrollments. We would anticipate announcing in each cohort when the first patients are enrolled, and so we'd expect that sometime relatively soon. Its cohorts of 20 to 30 patients. And so it's very similar in design to CARDINAL. With CARDINAL, we have sufficient data once peak patients reached week 12, so we release interim data. So for some of these, if we see clear activity, we could have data sooner. Others, it may take more patients longer time, and so we're providing guidance that will have data starting in the second half of next year through '19. And at some -- these would mean the same sites we've already worked with, it's -- a lot of them are CARDINAL sites, big, general nephrology practices who have a lot of patients. Others are investigators we've worked with in prior and diabetic CKD trials. And there is a reason why we've included 4 different indications. It's not just because the regulatory path, we think, is clear and efficient, the path of physiology is quite relevant. These patient populations are fairly homogenous, so we can get a similar, if few patients. But there's demand from the investigators. When we came back and approached them with the Alport syndrome, I would -- I haven't asked all the time if we could study many other patient populations. And so this in part is based upon requests from investigators who know that these patients have large unmet need. In most cases, for these diseases, there's nothing having approved for them, and they think that bardoxolone could provide a benefit to them. And so there's a lot

THOMSON REUTERS | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## NOVEMBER 06, 2017 / 1:30PM GMT, Reata Pharmaceuticals, Inc. - Special Call

of enthusiasm. We want to announce that we're getting the trial up and running and once again have data likely second half of next year through 2019.

**Operator**

At this time, I'm showing no further questions. I'd like to turn the call back over to Mr. Vinny Jindal for closing remarks.

**Vineet Jindal**

Thanks, Skylar, and thanks to everyone for the excellent questions and for hearing the program update on bardoxolone and CKD. We look forward to updating the community again, both on our CKD franchise and our other clinical programs. Thank you.

**Operator**

Ladies and gentlemen, thank you for your participation in today's conference. This does conclude the program. You will now be able to find a PDF of today's presentation, and audio recording will be available shortly after the conference call on Reata's website at reatapharma.com in the Investor News section. Again, thank you, and you may now disconnect. Everyone, have a great day.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Briefs are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT BRIEFS REFLECTS THOMSON REUTERS'S SUBJECTIVE CONDENSED PARAPHRASE OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT BRIEF. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019 Thomson Reuters. All Rights Reserved.

