# Exhibit 6

12/3/2021



# Bardoxolone Efficacy and Safety

Cardiovascular and Renal Drugs
Advisory Committee Meeting
December 8, 2021

Lars Johannesen, PhD, Clinical Analyst
Dali Zhou, PhD, Statistical Reviewer
Division of Cardiology and Nephrology (DCN)
Office of New Drugs (OND)
Center for Drug Evaluation and Research (CDER)



# AC Points to Consider

- Whether CARDINAL Phase 3 was adequately designed to assess for an effect on the progression of chronic kidney disease in patients with Alport syndrome

- Whether the available data indicate that bardoxolone methyl slows the progression of chronic kidney disease and whether it is reasonable to conclude, based on the available data, that bardoxolone methyl will reduce the risk of progression to kidney failure when used chronically in patients with Alport syndrome

www.fda.gov

2

1

12/3/2021



## AC Points to Consider (cont'd)

- Do bardoxolone methyl's effects on albuminuria, blood pressure or other parameters raise concerns about its long-term efficacy and/or safety in patients with Alport syndrome?

- What are the implications of bardoxolone methyl's effect on body weight for pediatric patients?

www.fda.gov

3



## Outline

- Challenges with interpretation of efficacy results from CARDINAL
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
  - Heart failure
  - Increases in albuminuria and blood pressure
  - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

www.fda.gov

4

12/3/2021



# Outline

- **Challenges with interpretation of efficacy results from CARDINAL**
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
  - Heart failure
  - Increases in albuminuria and blood pressure
  - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

www.fda.gov

5

5



# Principal Support for Efficacy: CARDINAL Phase 3

## Prespecified primary and key secondary endpoints were met

| | Primary Endpoints (On Treatment) | | Key Secondary Endpoints (Off treatment) | |
|---|---|---|---|---|
| | Placebo (N=80) | Bardoxolone (N=77) | Placebo (N=80) | Bardoxolone (N=77) |
| **Year 1** | Change from Baseline at Week 48 | | Change from Baseline at Week 52 | |
| n (%) | 71 (88%) | 66 (86%) | 68 (85%) | 66 (86%) |
| LS Mean (SE) | -4.7 (1.3) | 4.5 (1.3) | -6.2 (1.2) | -0.8 (1.2) |
| LS Mean Diff (SE) | 9.2 (1.8) | | 5.4 (1.6) | |
| 97.5% CI | 5.1, 13.4 | | 1.8, 9.1 | |
| p-value | <0.0001 | | 0.0008 | |
| **Year 2** | Change from Baseline at Week 100 | | Change from Baseline at Week 104 | |
| n (%) | 73 (91%) | 65 (84%) | 69 (86%) | 56 (73%) |
| LS Mean (SE) | -8.4 (1.5) | -1.0 (1.6) | -9.0 (1.3) | -4.4 (1.5) |
| LS Mean Diff (SE) | 7.4 (2.2) | | 4.4 (1.9) | |
| 95% CI | 3.1, 11.7 | | 0.7, 8.1 | |
| p-value | 0.0008 | | 0.02 | |

www.fda.gov

*AC backgrounder, Tables 3 & 4*                6

6

3

12/3/2021





4

12/3/2021



# Pertinent Regulatory History

- At the pre-IND meeting, FDA indicated that the endpoint would need to capture an effect on the irreversible loss of kidney function, and that post-treatment assessments of kidney function would be needed to differentiate bardoxolone's pharmacodynamic effect on kidney function from its effect on disease progression.

- During the course of development, FDA grew concerned about the timing of the Applicant's post-treatment assessment and whether it was adequate to differentiate the pharmacodynamic effect on kidney function from its effect on disease progression and voiced this concern to the Applicant.

**www.fda.gov**

9



# Outline

- Challenges with interpretation of efficacy results from CARDINAL
    - Adequacy of 4-week washout for off-treatment endpoint
    - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
    - Heart failure
    - Increases in albuminuria and blood pressure
    - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

**www.fda.gov**

10

5

12/3/2021



## Interpretation of CARDINAL:
### Depends on the Adequacy of the Washout

- Increase in eGFR was observed on-treatment at the end of each year
  - On-treatment differences are difficult to interpret as an effect on disease progression because of the pharmacodynamic effect
- Interpretation of off-treatment eGFR depends on the adequacy of duration of the washout



*AC backgrounder, Table 3*

**www.fda.gov**

11



## Concerns with Applicant's Justification for 4-week Washout

- Time-course for resolution of effects on other pharmacodynamic markers: It cannot be assumed that eGFR follows the same time-course for resolution.
- Applicant's pharmacokinetics and exposure-response analyses assume a direct relationship between concentration and changes in eGFR, which is not consistent with data or assumed mechanism of action.
- Pooled analysis of short-treatment duration (i.e., < 8 weeks) studies in a related population used to support 4-week washout: Findings may not be generalizable to current setting.

**www.fda.gov**

12

12/3/2021



## PK/PD Model for Characterizing eGFR Time-course

- The PK/PD model incorporates the decline in kidney function and allows for a delay in the onset and offset in eGFR relative to bardoxolone concentrations.

- The advantage of a PK/PD modeling approach is that it allows for integrating all the available data to characterize the time-course for resolution of the reversible PD effect following discontinuation of treatment.

- Model diagnostics and external validation confirmed that the model adequately describes the time-course of eGFR in patients with Alport syndrome.

www.fda.gov



14

12/3/2021





12/3/2021



## Bardoxolone Shows Only a Reversible Pharmacodynamic Effect on eGFR

- The key secondary endpoint in CARDINAL was intended to assess whether bardoxolone slows the loss of kidney function in patients with Alport syndrome. Interpretation of this endpoint depends on the adequacy of the washout period used in the trial.

- The PK/PD model suggests that the 4-week washout period used in CARDINAL was not adequate.

www.fda.gov

17

17



## Outline

- Challenges with interpretation of efficacy results from CARDINAL
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
  - Heart failure
  - Increases in albuminuria and blood pressure
  - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

www.fda.gov

18

18

9

12/3/2021



## Pre-specified Year 2 Off-treatment Analysis

Year 2 off-treatment endpoint: Change from baseline in eGFR at "Week 104"

| | Number of Patients n (%) | | | Mean eGFR Change from Baseline | |
|---|---|---|---|---|---|
| | Placebo (N=80) | Bard (N=77) | Total (N=157) | LSM Diff (95% CI) | p-value |
| Included | 69 (86%) | 56 (73%) | 125 (80%) | 4.4 (0.7, 8.1) | 0.02 |
| Excluded | 11 (14%) | 21 (27%) | 32 (20%) | - | - |
| Observed* | 9 (11%) | 16 (21%) | 25 (16%) | - | - |
| Others** | 2 (3%) | 5 (6%) | 7 (4%) | - | - |

*These patients discontinued treatment in year 1. They had available off-treatment eGFR values collected at least 14 days after last dose.
**This category Includes 1 patient diagnosed with COVID19 and 6 patients without off-treatment eGFR values collected 14 days after last dose.
Abbreviations: CI= Confidence Interval; LSM Diff= Least Square Mean Difference.

www.fda.gov

19



## "Week 104" Analysis Window: Two Key Issues

- **The Applicant's Definition** of "Week 104" off-treatment analysis window:

### At least **14** days after **last dose in year 2**

- **Two key issues** related to the Analysis Window:
  - **Issue 1:** 25 patients with available eGFR values were excluded
  - **Issue 2:** 14-day cutoff was used for the 4-week washout period

www.fda.gov

20

12/3/2021



**Issue 1: "Week 104" Analysis Excluded 25 Patients**

25 (16% of all randomized) patients with available off-treatment eGFR values were excluded from Year 2 Off-treatment Analysis

www.fda.gov

21

21

---

**Issue 2: 14-day Cutoff Used for 4-week Washout**

4-week Washout ❓➡ Long Enough to Fully Resolve PD Effect on eGFR?

14-day Washout ❓ ❓➡

www.fda.gov

22

22

11

12/3/2021



## Number of Patients in Analysis Window



Note: this bar chart is based on the 150 patients with available off-treatment eGFR values collected 14 days after last dose.

Only 111 (71% of all randomized) patients had their off-treatment
eGFR values collected at least 28 days after last dose

www.fda.gov

23

23



## Agency Requested Sensitivity Analyses

- The Applicant's pre-specified sensitivity analyses:
  - Excluded 25 patients who discontinued treatment in year 1 but had available off-treatment eGFR values
  - Focused on assessing missing data assumption
- The Agency-requested sensitivity analyses:
  - Took into consideration the 25 patients who discontinued treatment in year 1 but had available off-treatment eGFR values:

    **Year 2 Dosed Patients vs. All Available Patients**

  - Focused on assessing impact of analysis window:

    **14-day Cutoff vs. 28-day Cutoff**

www.fda.gov

24

24

12

12/3/2021

## Sensitivity Analyses: Year 2 Dosed Patients



| | | Number of Observed Patients Used | | | LSM Diff (95%CI) |
|---|---|---|---|---|---|
| | | Placebo N=80 | Bard N=77 | Total N=157 | |
| Main Analysis (with Imputation) | 14-day Cutoff | 69 | 56 | 125 (80%) | **4.4** (0.7, 8.1) |
| Sensitivity Analyses (without Imputation) | 14-day Cutoff | 69 | 56 | 125 (80%) | **4.5** (0.8, 8.2) |
| | 28-day Cutoff | 50 | 36 | 86 (55%) | **2.6** (-1.2, 6.5) |

Treatment effect becomes smaller when the 28-day cutoff is used for the analysis window.

**www.fda.gov**

25

## Sensitivity Analyses: All Available Patients



| | | Number of Observed Patients Used | | | LSM Diff (95%CI) |
|---|---|---|---|---|---|
| | | Placebo N=80 | Bard N=77 | Total N=157 | |
| Main Analysis (with Imputation) | 14-day Cutoff | 69 | 56 | 125 (80%) | **4.4** (0.7, 8.1) |
| Sensitivity Analyses (without Imputation) | 14-day Cutoff | 78 | 72 | 150 (96%) | **3.5** (0.2, 6.7) |
| | 28-day Cutoff | 59 | 52 | 111 (71%) | **0.8** (-2.7, 4.3) |

Treatment effect almost disappears when the 28-day cutoff is used for the analysis window while also taking into consideration all available patients

**www.fda.gov**

26

12/3/2021



## Agency-requested Sensitivity Analyses Results

|  | eGFR Treatment Difference* | |
|---|---|---|
|  | 14-day Cutoff | 28-day Cutoff |
| Year 2 dosed patients | 4.5 | 2.6 |
| All available patients | 3.5 | 0.8 |

*First off-treatment eGFR values were used.

www.fda.gov

27

27

## Conclusion and Limitations

- Conclusion
  - Treatment effect becomes smaller when the 28-day cutoff is used for the analysis window.
  - Treatment effect almost disappears when the 28-day cutoff is used for the analysis window and taking into consideration data from all available patients.
- Limitations of Agency-requested Sensitivity Analyses:
  - Observed case analyses
  - Some analyses excluded a considerable number of patients
  - Should be considered as exploratory, not conclusive

www.fda.gov

28

28

14

12/3/2021



## Outline

- Challenges with interpretation of efficacy results from CARDINAL
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- **Overall safety findings and identified safety issues**
  - Heart failure
  - Increases in albuminuria and blood pressure
  - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

www.fda.gov

29

29



## Overview of Safety Database

- The safety experience in 157 patients with Alport syndrome is supplemented by BEACON, a phase 3 study in 2185 patients with Stage 4 chronic kidney disease and type 2 diabetes

- BEACON was terminated early due to a numerical imbalance of all-cause mortality and higher rates of fluid overload-related serious adverse events, including heart failure in the bardoxolone arm

www.fda.gov

30

30

15

12/3/2021



## Overview of Safety in CARDINAL

- There were no deaths or concerning imbalances in serious adverse events

- As compared to the placebo group, more patients discontinued treatment or had a dose modification in the bardoxolone group for:
  - Liver enzyme elevations
  - BNP/NT-proBNP elevations
  - Acute kidney injury

www.fda.gov

31

## Adverse Reactions for Bardoxolone

Bardoxolone
Placebo

www.fda.gov                                        AC backgrounder, Table 12        32

16

12/3/2021



## Bardoxolone Impacts a Variety of Parameters

- Changes in a variety of laboratory parameters and vital signs:
  - Increase: NT-proBNP/BNP; liver enzymes; urinary albumin creatinine ratio; ferritin; albumin; serum potassium and blood pressure
  - Decrease: serum magnesium; creatine kinase; hematocrit; hemoglobin; and body weight

- The increase in liver enzymes did not coincide with an increase in bilirubin, and no Hy's Law case was observed.
  - The increase in liver enzymes subsided with continued dosing and resolved during the washout suggesting possible enzyme induction without significant liver injury

www.fda.gov

33



## Outline

- Challenges with interpretation of efficacy results from CARDINAL
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
  - Heart failure
  - Increases in albuminuria and blood pressure
  - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

www.fda.gov

34

17

12/3/2021



## Bardoxolone Can Cause Heart Failure

- BEACON was designed to determine if bardoxolone was effective at delaying the progression to kidney failure in patients with an eGFR between 15 and 30 mL/min/1.73 m$^2$ and type 2 diabetes
  - Greater number of heart failure events observed in bardoxolone-treated patients [Hazard Ratio = 1.8, p <0.001]
  - Elevated BNP in bardoxolone group at Week 24
- No cases of heart failure in CARDINAL Phase 3, however:
  - Trial excluded patients with a history of heart failure or cardiac disease, elevated baseline BNP (>200 pg/mL) and eGFR < 30 mL/min/1.73m$^2$
  - Elevated NT-proBNP and BNP during bardoxolone treatment

www.fda.gov

35

35



## Outline

- Challenges with interpretation of efficacy results from CARDINAL
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
  - Heart failure
  - Increases in albuminuria and blood pressure
  - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

www.fda.gov

36

36

18

12/3/2021



# Bardoxolone Increases Albuminuria

- Higher levels of albuminuria are associated with adverse kidney and cardiac outcomes

- In both CARDINAL and BEACON, initiation of bardoxolone was associated with an increase in albuminuria
  - Similar pattern for pediatrics and both albuminuria baseline subgroups

- Findings in CARDINAL and BEACON raise concern about potential adverse effects on long-term kidney function



www.fda.gov

37

37



# Bardoxolone Increases Blood Pressure (BP)

- Ambulatory Blood Pressure Monitoring (ABPM) is recommended to detect small, but clinically meaningful increases in BP that can be missed with clinic BP measurements

- In BEACON, greater increase in BP was observed when ABPM, as compared to clinic measurements, was used to assess bardoxolone's effect on BP

- The absence of a clear signal in CARDINAL, which used clinic BP measurements, is not reassuring



www.fda.gov

38

38

19



# Outline

- Challenges with interpretation of efficacy results from CARDINAL
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
  - Heart failure
  - Increases in albuminuria and blood pressure
  - **Decreases in weight, and the potential implications on the growth and development in pediatric patients**

- Benefit-Risk Assessment

**www.fda.gov**

39

39

# Decrease in Weight



- **Decrease in body weight was observed in CARDINAL and BEACON**
  - In CARDINAL peak decrease was observed around week 12

- **The mechanism(s) of weight loss is not well understood**

*AC backgrounder, Figure 10*

**www.fda.gov**

40

40

20

12/3/2021



## Weight Effects: Implications for Pediatric Patients?

**CARDINAL Phase 3: Pediatric patients**

- The pediatric subgroup had an increase in body weight in placebo but not in bardoxolone
  - Sample size of pediatric subgroup was small (11-12 per treatment arm)

- Treatment group difference in pediatric patients raises concern about whether bardoxolone impacts growth and development in pediatric patients

www.fda.gov

*AC backgrounder, Figure 10*

41

41



## Outline

- Challenges with interpretation of efficacy results from CARDINAL
  - Adequacy of 4-week washout for off-treatment endpoint
  - Sensitivity analyses on the impact of analysis window

- Overall safety findings and identified safety issues
  - Heart failure
  - Increases in albuminuria and blood pressure
  - Decreases in weight, and the potential implications on the growth and development in pediatric patients

- Benefit-Risk Assessment

www.fda.gov

42

42

21

12/3/2021

## Benefit-Risk Assessment



- FDA recognizes that Alport syndrome is a rare, serious condition with an unmet need and no approved therapies.

- However, for the reasons discussed in this presentation, the FDA review team does not believe the submitted data demonstrate that bardoxolone is effective in slowing the loss of kidney function in patients with Alport syndrome.

    – Therefore, the review team does not believe bardoxolone has been shown to have clinical benefit.

- Bardoxolone causes changes in a variety of laboratory parameters and vital signs and increased the risk of heart failure in BEACON in a different population with more advanced kidney disease. The mechanism underlying these changes is unclear. These considerations raise concern for safety and long-term efficacy.

**www.fda.gov**

43

43

## Benefit-Risk Assessment (cont'd)



- CARDINAL excluded patients with severe chronic kidney disease (eGFR < 30 mL/min/1.73m$^2$) who are more proximate to kidney failure. In principle, a treatment that causes a large, fixed increase in eGFR that persists on treatment could delay initiation of dialysis in a population proximate to dialysis; however, the rationale for starting such a therapy at an earlier stage of disease is unclear.

**www.fda.gov**

44

44

22

12/3/2021



# FDA Review Team

- Clinical: Lars Johannesen, PhD, Christine Garnett, PharmD and Kirtida Mistry, MBBCh, DCH, MRCPCH
- Statistics: Dali Zhou, PhD, Steven Bai, PhD and Jialu Zhang, PhD
- Pharm/Tox: Elizabeth Hausner, DVM, DABT, DABVT and Xuan Chi, MD, PhD
- Regulatory Project Manager: Anna Park, MS, RPh, RAC
- Deputy Director, Division of Cardiology and Nephrology: Aliza Thompson, MD, MS
- Deputy Director for Safety, Division of Cardiology and Nephrology: Mary Ross Southworth, PharmD
- Director, Division of Cardiology and Nephrology: Norman Stockbridge, MD, PhD
- Director, Office of Cardiology, Hematology, Endocrinology, and Nephrology: Hylton Joffe, MD, MMSc

www.fda.gov

45



23