## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| TIM DOYLE, Individually and On Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br>     v. <br><br> REATA PHARMACEUTICALS, INC., J. WARREN HUFF, MANMEET S. SONI, COLIN J. MEYER, R. KENT MCGAUGHY, JR., JACK B. NIELSEN, WILLIAM E. ROSE, WILLIAM D. MCCLELLAN, JR., JAMES E. BASS, JEFFERIES LLC, SVB SECURITIES LLC F/K/A SVB LEERINK LLC, STIFEL, NICHOLAUS & COMPANY, INCORPORATED, ROBERT W. BAIRD & CO., INCORPORATED, LADENBURG THALMANN & CO., INC., CANTOR FITZGERALD & CO., CITIGROUP GLOBAL MARKETS INC., BARCLAYS CAPITAL INC., GOLDMAN SACHS & CO. LLC, <br><br>             Defendants. | Case No. 4:21-cv-00987-ALM LEAD <br><br> <u>CLASS ACTION</u> |

### [PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

Upon consideration of (1) Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint; (2) the Declaration of Craig J. Bergman in Support of Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint and accompanying exhibits; (3) Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint; (4) the Declaration of Daniel Hume in Support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Joint Motion and accompanying exhibits; and (5) all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint is **DENIED**.

**IT IS SO ORDERED.**