# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, *et al.*,<br><br>                      Plaintiffs,<br>    v.<br><br>REATA PHARMACEUTICALS, INC., J. WARREN HUFF, MANMEET S. SONI, and COLIN J. MEYER,<br><br>                      Defendants. | Case No. 4:21-cv-00987-ALM LEAD<br><br><u>CLASS ACTION</u> |

## **<u>NOTICE OF SETTLEMENT</u>**

Plaintiffs UMC Benefit Board, Inc., US Equity Fund-P Series, a series of the Wespath Funds Trust, US Equity Index Fund-P Series, a series of the Wespath Funds Trust, Wespath Institutional Investments LLC, US Equity Fund-I Series, a series of the Wespath Funds Trust, and US Equity Index Fund-I Series, a series of the Wespath Funds Trust (collectively, "Wespath") and Defendants Reata Pharmaceuticals, Inc., J. Warren Huff, Manmeet S. Soni, Colin J. Meyer, R. Kent McGaughy, Jr., Jack B. Nielsen, William E. Rose, William D. McClellan, Jr., and James E. Bass (collectively, "Reata Defendants") (together, the "Parties"), by and through their respective counsel, hereby write jointly to provide a status report following the completion of two mediation sessions held on April 25, 2023 and July 24, 2023 before Jed Melnick, Esq. (JAMS). The Parties are pleased to report that they have reached agreement in principle to resolve the Action. The Parties are presently working together towards memorializing the final terms of the settlement and will submit a proposed schedule relating to preliminary approval shortly.

Dated: July 31, 2023.

Respectfully submitted,

| | |
|---|---|
| **STECKLER WAYNE & LOVE PLLC** | **VINSON & ELKINS** |
| /s/ Bruce W. Steckler | /s/ Robert P. Ritchie |
| Bruce W. Steckler | Robert P. Ritchie |
| State Bar No. 00785039 | Texas Bar No. 24079213 |
| Austin P. Smith | 2001 Ross Avenue, Suite 3900 |
| State Bar No. 24102506 | Dallas, TX 75201 |
| 12720 Hillcrest Road, Suite 1045 | Telephone: (214) 220-7878 |
| Dallas, TX 75230 | Facsimile: (214) 999-7878 |
| Telephone: 972-387-4040 | Email: rritchie@velaw.com |
| Facsimile: 972-387-4041 | |
| Email: bruce@swclaw.com | *Local Counsel for Defendants* |
|         austin@swclaw.com | |

*Local Counsel for the Proposed Class*

**KIRBY McINERNEY LLP**           **DAVIS POLK & WARDWELL LLP**

Daniel Hume (*admitted pro hac vice*)
Meghan J. Summers (*admitted pro hac vice*)
Ira M. Press (*admitted pro hac vice*)
Emily Rice (*admission to Eastern District of Texas forthcoming*)
State Bar No. 24116960
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: 212-371-6600
Facsimile: 212-751-2540
Email: dhume@kmllp.com
         msummers@kmllp.com
         ipress@kmllp.com
         erice@kmllp.com

*Lead Counsel for the Proposed Class*

Neal A. Potischman
Michael Yu
1600 El Camino Real
Menlo Park, CA 94025
Telephone: 650-752-2000
Facsimile: 650-752-2111
Email: neal.potischman@davispolk.com
         michael.yu@davispolk.com

Craig J. Bergman
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
Facsimile: 212-701-5800
Email: craig.bergman@davispolk.com
         keith.dore@davispolk.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, July 31, 2023, I electronically filed this document using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Bruce W. Steckler*
Bruce W. Steckler