**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> REATA PHARMACEUTICALS, INC., *et al.* <br><br> Defendants. | Case No. 4:21-cv-00987-ALM LEAD <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF DANIEL HUME IN SUPPORT OF LEAD PLAINTIFF'S**
**UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING**
**THE PROPOSED CLASS ACTION SETTLEMENT AND AUTHORIZING**
<u>**DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS**</u>

1.      I, Daniel Hume, am a partner of the law firm Kirby McInerney LLP ("KM").  I am admitted to practice *pro hac vice* before this Court.

2.      I submit this declaration in support of Lead Plaintiff's Unopposed Motion for an Order Preliminarily Approving the Proposed Class Action Settlement and Authorizing Dissemination of Notice to the Settlement Class.

3.      Attached as Exhibit 1 hereto is a true and correct copy of the Stipulation and Agreement of Settlement dated October 30, 2023, and the exhibits attached thereto.

4.      Attached as Exhibit 2 hereto is a true and correct copy of the résumé of KM.

5.      Attached as Exhibit 3 hereto is a true and correct copy of Laarni T. Bulan & Laura E. Simmons, *Securities Class Action Settlements: 2022 Review and Analysis*, Cornerstone Research (2023).

6.      Attached as Exhibit 4 hereto is a true and correct copy of Janeen McIntosh, Svetlana Starykh & Edward Flores, *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*, NERA Economic Consulting (Jan. 24, 2023).

2

7.      Attached as Exhibit 5 hereto is a true and correct copy of the résumé of Epiq.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 3, 2023                        By:     */s/ Daniel Hume*
                                                       Daniel Hume

2