EXHIBIT 5

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| TIM DOYLE, Individually and On Behalf of All Others Similarly Situated, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>REATA PHARMACEUTICALS, INC., *et al.*,<br><br>Defendants. | Case No. 4:21-cv-00987-ALM<br>LEAD<br><br><u>CLASS ACTION</u><br><br>Judge Amos L. Mazzant, III |

**DECLARATION OF BRUCE WILLIAM STECKLER, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF <u>STECKLER WAYNE & LOVE PLLC</u>**

I, Bruce William Steckler, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Steckler Wayne & Love PLLC ("Steckler"),[1]
Court-appointed Local Liaison Counsel in the above-captioned action (the "Action"). *See* ECF No.
34. I submit this declaration in support of Lead Counsel's application for an award of attorneys'
fees in connection with services rendered in the Action, as well as for reimbursement of litigation
expenses incurred in connection with the Action. I have personal knowledge of the facts set forth
herein based on my active supervision of, and participation in, the prosecution and settlement of
the claims asserted in the Action and, if called upon, could and would testify thereto.

2.      Steckler, among other things: (a) assisted in the preparation of filings; (b) reviewed
draft filings for compliance with local and Court rules and protocol; and (c) ensured compliance
with local and Court rules and protocol in all other respects. In addition, Steckler reviewed all
filing to ensure compliance with the Local Rules and applicable federal procedural and substantive
laws.

3.      The schedule attached hereto as Exhibit A is a detailed summary indicating the
amount of time spent by attorneys and professional support staff employees of my firm who, from
inception of the Action through the time of the execution of this Declaration, billed ten or more
hours to the Action, and the lodestar calculation for those individuals based on my firm's current
billing rates.[2] The schedule was prepared from contemporaneous daily time records regularly
prepared and maintained by my firm.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the
Stipulation and Agreement of Settlement dated October 30, 2023. *See* ECF No. 74-2.

[2] All of the individuals listed on Exhibit A hereto are current employees of Steckler. As such,
Exhibit A reflects their current billing rates.

4.      I am the partner who oversaw my firm's activities with respect to the Action and I reviewed these daily time records in connection with the preparation of this Declaration. The purpose of this review was to confirm both the accuracy of the records as well as the necessity for, and reasonableness of, the time committed to the litigation. As a result of this review, I made reductions to certain of my firm's time entries such that the time included in Exhibit A reflects that exercise of billing judgment. Based on this review and the adjustments made, I believe that the time of Steckler's attorneys and staff reflected in Exhibit A was reasonable and necessary for the effective and efficient prosecution and resolution of the Action. No time expended on the application for fees and reimbursement of expenses has been included.

5.      The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are consistent with the rates approved by courts in other securities or shareholder litigation when conducting a lodestar cross-check.

6.      The total number of hours reflected in Exhibit A is 145 hours. The total lodestar reflected in Exhibit A is $70,105.00 consisting of attorneys' and support staff's time.

7.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

8.      As detailed in Exhibit B, attached hereto, my firm is seeking reimbursement of a total of $667.69 in expenses incurred in connection with the prosecution of this Action.

9.      The litigation expenses incurred in the Action are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred. The expenses reflected in

Exhibit B are the expenses actually incurred by my firm in connection with the prosecution of this Action.

10.    Attached hereto as Exhibit C is a brief biography of Steckler, including the attorneys who were involved in the Action.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on February 9, 2024, in Dallas County, Texas.


/s/  Bruce W. Steckler
Bruce William Steckler

3

**EXHIBIT A**

***Doyle v. Reata Pharmaceuticals, Inc., et al.,***
**Case No. 4:21-cv-00987**

**Steckler Wayne & Love PLLC**

**LODESTAR REPORT**
**FROM INCEPTION THROUGH FEBRUARY 1, 2024**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Bruce William Steckler | Partner | 18 | $950.00 | $17,100.00 |
| Austin Smith | Partner | 57 | $715.00 | $40,755.00 |
| | | | | |
| **TOTAL ATTORNEY:** | | **75** | | **$57,855.00** |

| PROFESSIONAL STAFF | | | | |
|---|---|---|---|---|
| Jamie Baciak | Paralegal | 70 | $175.00 | $12,250.00 |
| | | | | |
| **TOTAL PROFESSIONAL STAFF:** | | **70** | | **$12,250.00** |

| TOTAL LODESTAR | | 145 | | $70,105.00 |
|---|---|---|---|---|

4

**EXHIBIT B**

*Doyle v. Reata Pharmaceuticals, Inc., et al.,*
**Case No. 4:21-cv-00987**

**Steckler Wayne & Love PLLC**

**EXPENSE REPORT**

**FROM INCEPTION THROUGH FEBRUARY 1, 2024**

| ITEM | AMOUNT |
|---|---:|
| Court Filing Fees | $402.00 |
| Postage / mailing fees | $85.07 |
| Printing / photocopying fees | $180.62 |
| **GRAND TOTAL** | **$667.69** |

5

**EXHIBIT C**

**Steckler Wayne & Love PLLC**

**FIRM RESUME**


# STECKLER WAYNE & LOVE

**STECKLER WAYNE & LOVE PLLC** ("SWL"), with offices in Dallas, Henderson, and Sherman, Texas, specializes in complex commercial litigation, class actions, construction defects, catastrophic personal injury claims, mass actions, employment litigation, and consumer cases across the country. The firm handles national cases that present cutting edge issues and its attorneys have extensive trial and arbitration experience in a variety of cases, including securities fraud and *qui tam* actions under the False Claims Act. The attorneys at SWCL understand how to litigate difficult and large cases in an efficient and cost-effective manner, and they have used these skills to obtain outstanding results for their clients. SWCL attorneys are recognized in their field for excellence and integrity, and are committed to seeking justice for their clients. Its lawyers are admitted in various state and federal jurisdictions across the United States, including in Texas, New York, Pennsylvania, California, Louisiana, Missouri, Oklahoma, and Illinois. The firm's lawyers collectively have more than a century of experience handling complex litigation.

**BRUCE W. STECKLER** has been appointed to leadership positions in multiple significant complex litigations throughout the United States, including:

- *In re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation,* MDL 2428 (District of Massachusetts);
- *In re Ford Fusion and C-Max Fuel Economy Litigation,* No. 13-MD2450 (S.D.N.Y.);
- *In re Bank Overdraft Fee Litigation,* MDL 2036 (S.D. Fla.);
- *In re Chinese Drywall Litigation,* MDL 2047 (E.D. La.);
- *In re Easy Saver Rewards Litigation* (S.D. Ca.);
- *In re Silicosis Litigation*, Texas State MDL Cause No. 200470000/GN002797 (State District Court Houston, Texas
- *In re Electronic Data Systems Class Action Litigation*, Cause No. 366-01078-2008 (366th Judicial District Court, Collin County, Texas);
- *City of St. Clair Shores Police and Fire Retirement System, Individually and on Behalf of All Others Similarly Situated v. Affiliated Computer Services, Inc., et al.,* Cause No. CC-09-07377-C (County Court at Law No. 3, Dallas County, Texas);
- *Hansen-Mitchell, et al. v. Welspun USA Inc., et al.,* Case No. 19-L-0391, in the Circuit Court for the 20th Judicial Circuit, County of St. Clair, State of Illinois;
- *In re Inclusive Access Course Materials Antitrust Litigation,* MDL 2946;
- *In re Toyota Hybrid Brake Litigation,* Consolidated Case No.: 4:20-cv-00127 (E.D. TX); and
- *Juliet Murphy, et al. vs. Toyota Motor Corporation, et al.*, Civil Action No. 4:21-cv-00178 (E.D. TX).

A full and complete copy of Mr. Steckler individual professional resume is attached.

**BRADEN M. WAYNE** leads SWL's corporate counsel section, where he serves as outside counsel to various private equity firms, their portfolio companies, and independent businesses. Having operated multiple healthcare and retail start-ups, Braden is an attorney who understands the nuances of business transactions and business litigation. This deep, operational experience forms the bedrock of Braden's practice today. His holistic approach leads clients to call on Braden for everything from bet-the-company litigation to debt and equity financing, real estate transactions, mergers & acquisitions, and strategic and operational advice. Braden has been consistently selected by D Magazine as one of Dallas' Best Lawyers under 40 (2018, 2019, 2020, 2021), by Super Lawyers as a Rising Star (2019, 2020, 2021), and by Best Lawyers as "One to Watch" (2021).

Braden sits on the advisory board for various clients, and serves as Chief Legal Counsel for Jarvis Analytics, a leading dental analytics software provider. Prior to joining Steckler Wayne & Love PLLC, Braden served as co-chair of the corporate law section at a regional firm headquartered in Dallas, and as General Counsel for one of the largest diamond and jewelry retailers and wholesalers in the country. He is also a prolific speaker and writer on issues of corporate structures and its intersection with litigation.

Braden graduated magna cum laude from the University of Richmond in Richmond, Virginia, and cum laude from the Southern Methodist University Dedman School of Law, where he was a Dean's Scholar. He is licensed in Texas and is admitted or has been admitted for limited purposes in many federal courts across the country, including the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; United States District Court for the Middle District of Florida; United States District Court for the District of Arizona; United States District Court for the Middle District of Tennessee; and the National Arbitration Forum.

Braden is often asked to serve as local or liaison class counsel in federal securities fraud cases, including:

- *Bodin v. SAExploration Holdings, Inc., et al.,* No. 4:19-cv-03089 (pending in the United
States District Court for the Southern District of Texas)
- *White v. Just Energy Group, Inc., et al.,* No. 4:20-cv-590 (pending in the United States
District Court for the Southern District of Texas)
- *Bremer v. SolarWinds Corporation, et al.,* No. 1:21-cv-2 (pending in the United States
District Court for the Western District of Texas)
- *Bettiol v. Energy Transfer LP, LE GP, LLC,* No. 3:19-cv-02890 (pending in the United

States District Court for the Northern District of Texas)
• *Torres v. Berry Corporation et al.,* No. 3:20-cv-03464 (pending in the United States
District Court for the Northern District of Texas)

**GREGORY P. LOVE** delivers effective and aggressive representation for his clients. He has a reputation and history of successful trial and/or litigation is focused primarily on complex business, patent and personal injury cases. Greg has litigated and tried cases in both federal and state courts in and out of Texas, as well as the International Trade Commission.

Greg graduated from Baylor University, where he was a recipient of the Rex Houston Scholarship and the Scott, Douglas, Luton & McConico Evidence Award. He is licensed to practice in the state of Texas, and is admitted or has been admitted for limited purposes in many federal courts across the country, including the U.S. Court of Appeals Federal Circuit, U.S. Courts of Appeals 5th Circuit, U.S. Court of Appeals 9th Circuit, U.S. District Court for the Eastern District of Arkansas, U.S. District Court for the Eastern District of Michigan, U.S. District Court of the Eastern District of Texas, U.S. District Court of the Northern District of Texas, U.S. District Court of the Southern District of Texas, U.S. District Court of the Western District of Arkansas, U.S. District Court of the Western District of Oklahoma, U.S. District Court of the Western District of Tennessee, the U.S. International Trade Commission, and the U.S. Supreme Court.

**MICHAEL R. STEINMARK** is a tenacious, creative, and skilled litigator, for which he has been recognized in Thomson Reuters' Texas Super Lawyers / Rising Stars consistently since 2010. Michael's dual experience handling cases in state and federal trial and appellate courts and arbitration across the nation, as well as in corporate and intellectual property transactions, informs his development and execution of successful legal strategies for individual clients and companies large and small. Joining Steckler Wayne & Love, PLLC, after 15 years with a highly respected Dallas-based regional firm, Michael has significant experience handling all phases of litigation, from case intake through discovery, motion practice, mediation, trial, and appeal, in a broad range of catastrophic personal injury and wrongful death, employment, commercial, consumer, financial services, and intellectual property disputes.

Michael is an honors graduate of Vanderbilt University in Nashville, Tennessee and the Southern Methodist University Dedman School of Law where he served as Associate Managing Editor of the International Law Review Association. Michael maintains a perfect 10/10 rating on Avvo and is a nine-time recipient of the Super Lawyers Rising Stars Award (2011, 2012-2019).

**AUSTIN P. SMITH** is a partner at SWL and focuses his practice on litigation and dispute resolution. Austin has experience in handling a wide variety of matters in state and

federal court, involving complex commercial and business disputes, fraud, personal injury, and criminal matters including white collar crime. Austin spent the first part of his legal career with the trial department of Thompson & Knight LLP, one of the oldest and most respected law firms in Texas. From 2017 to 2018, Austin was honored to serve as a law clerk to the Honorable Judge Amos L. Mazzant in the United States District Court for the Eastern District of Texas. In 2020, Austin was selected by Best Lawyers as "One to Watch".

**HON. PAUL D. STICKNEY (RET.)** served 20 years as a United States Magistrate Judge for the United States District Court for the Northern District of Texas, from 1998 to 2018. During private practice and with the Federal Public Defender Judge Stickney tried to a jury more than 150 felony criminal cases, as well as civil cases. During his tenure on the bench, Judge Stickney presided over jury trials, court hearings on motions, discovery disputes, search and arrest warrants. Judge Stickney conducted hundreds of guilty plea arraignments, bond hearings and initial appearances over his 20 years on the bench.

Judge Stickney has mediated hundreds of disputed cases during his tenure on the bench. He has attended mediation-training sessions by the Federal Judicial Center honing his skills. Judge Stickney has the ability to exact fairness thereby gaining the trust of all parties in a dispute. He can fuse the personal with the professional to reach an end goal – acceptable to all parties. Judge Stickney began his law career in 1981 when he co-founded the Breit & Stickney Law Office in Sioux Falls, South Dakota. He helped run this firm until 1990, when he became the First Assistant Federal Public Defender for the Northern District of Texas. He held that post eight years, until his appointment to the bench in 1998.

**PAIGE FOSTER** is an associate focusing her practice on corporate counsel and business transactions. She enjoys tackling each matter with a spirit of curiosity and a drive to achieve each company's ongoing business concerns with a deliberate approach. Paige joined Steckler Wayne & Love PLLC as an associate in 2021. Paige has a depth of experience representing high net worth individuals and their companies in transactional matters ranging from entity formation and asset protection to estate planning and family limited partnerships.

In law school, Paige was the Executive Managing Editor of the Estate Planning & Community Property Law Journal. In March 2018, she presented her comment entitled *Exonerated but Still Confined: Slayer Rules Present Extra Obstacles to Criminally Exonerated Individuals* at the Estate Planning CLE Conference at Texas Tech. She also received the Top Comment Award that year. During her third year of law school, she advocated for low-income taxpayers in the Tax Clinic and learned how to counsel clients and negotiate settlements with the IRS in all phases of tax controversy. Her interests in psychology, mental health, and art intersected when she served as a chair for the law school's Student Wellness Advisory Committee, an organization aimed at providing mental health education, resources, and creative outlets to law students.

**KAITLYN COKER** joined Steckler Wayne & Love in 2023 as an associate who practices commercial and mass-tort litigation. She represents businesses and business owners that need strategic, creative solutions, both in the courtroom and out. Mrs. Coker primarily handles cases involving allegations of breach of contract, breach of fiduciary duty, securities, and fraud. Although she mostly practices on the trial-court routinely handles appellate cases as well.

Kaitlyn is licensed to practice in the State of Texas, Northern District of Texas, Eastern District of Texas, and the United States Court of Appeals for the Fifth Circuit. Mrs. Coker is a double-bear graduate of Baylor University, having obtained her Bachelor of Business Administration in Economics in 2017 and Juris Doctor from the Baylor University School of Law in 2020.

**JACK BEASLEY** is an associate focusing on corporate counsel and real estate matters. Jack has over five years of real estate experience and has worked on a variety of commercial transactions for several clients with national footprints, handling matters ranging from acquisition and development to leasing and disposition. Jack employs a holistic approach to each transaction and finds that a healthy dose of both forethought and curiosity plays a crucial role in producing positive results and mitigating risk.

Prior to joining Steckler Wayne & Love in 2023, Jack graduated from Texas A&M University School of Law in 2021. In law school, Jack was an Articles Editor for the Texas A&M Law Review, a Class Representative for the Class of 2021, and a bar- certified law clinic student with the Community Development and Entrepreneurship Clinic. Jack also worked as a research and teaching assistant on a variety of projects covering fair housing, tenant empowerment, access to justice, and groundwater law.



### BRUCE W. STECKLER, MANAGING PARTNER



Bruce W. Steckler founded Steckler Wayne & Love PLLC after two decades of successfully litigating a variety of commercial, securities, mass tort, products liability, consumer, personal injury, and first party insurance cases. He envisioned a law firm where attorneys and employees garnered the trust and full confidence of clients. Today, he has formed a practice which provides unparalleled client service and personal attention to the needs and objectives of its clients.

He was a partner at three Dallas-based firms and, most recently, was a shareholder and the head of the General Litigation Section of one of the largest plaintiff firms in the United States. He is known as an aggressive advocate willing to take innovative approaches to achieve success for his clients. His legal acumen has won him recognition by D Magazine's "Best Lawyers" in 2007 through 2023, D Magazine's "Best Lawyers under 40" feature in 2002 through 2006, and Thompson Reuters as a "Texas Super Lawyer" in 2004 through 2023. He was just recently designated a D Magazine "Best Lawyer Legend" for being consistently recognized as a top lawyer for over 15 years. Mr. Steckler enjoys an "AV Preeminent" rating by Martindale-Hubbell Law Directory, its highest peer rating. He was selected for the Plaintiff's Hot List in 2011 by the National Law Journal. He was named a finalist for Public Justice Trial Lawyer of the Year 2012, an honor that is awarded to the attorneys who "made the greatest contribution to the public interest within the past year by trying or settling a precedent-setting or socially significant case." He has also been named one of the "Top 100 Trial Lawyers" by the National Trial Lawyers from 2013 through 2023, was named a "2015 Top Rated Lawyer in Insurance Law" by American Lawyer Media and Martindale-Hubbell Law Directory, selected to join the American Institute of



Trial Lawyers Litigator of the Year and named as one of the Top 100 Trial Lawyers in America in 2015-2023. Bruce was recognized in 2020 for receiving one of the Top 10 Settlements in Illinois for his $36,000,000.00 settlement in Hansen-Mitchell, et al. v Welspun USA, Inc. et al. Most recently, he was again recognized in the 27th edition of The Best Lawyers in America and his firm named one of the Best Law Firms in Texas by U.S. News & World Report.

In law school, Mr. Steckler was the Leading Articles Editor of the Journal of Air Law & Commerce, a recipient of the Journal's scholarship, a member JP the SMU Law Review Association, and a board member of the law school's Moot Court program. He was appointed by the State Bar of Texas to serve as a member of the State Bar of Texas Grievance Committee and currently serves as an Emeritus member of the Board of Directors of the Dallas Trial Lawyers Association. He received a Certificate of Appreciation in 1996 from the Dallas Bar Association for his pro bono work in the community. He has authored numerous papers on civil litigation and trial practice and has spoken at several seminars on various civil litigation topics before attorneys, professionals, and the insurance industry. Bruce is a member of the Public Justice Foundation, American Association of Justice, Dallas Trial Lawyers Association, and has been admitted to the Million Dollar Advocate Group.

Mr. Steckler has been appointed by both federal and state court judges to lead some of the most significant cases in the United States. His cases, including his $21-million-dollar trial verdict, have been featured on NBC Nightly News, CBS News, ABC News, CNN, Univision, and Fox News, as well as the *Dallas Morning News* and *New York Post*. He was appointed by the Honorable Eldon Fallon in the United States District Court for the Eastern District of Louisiana to serve on the Plaintiffs' Steering Committee for the Chinese Drywall MDL and served as a member of the Plaintiffs' Executive Committee for Bank Overdraft Litigation appointed by the Honorable Lawrence King in the United States District Court for the Southern District of Florida. He was co-lead counsel in the case against JP Morgan Chase



in In Re Checking Account Overdraft Litigation. Most recently, Mr. Steckler was honored to be appointed by the Honorable Judge Cote in the Southern District of New York to serve as co-lead counsel in In re Inclusive Access Course Materials Antitrust Litigation MDL 2946. He was also recently selected to serve as liaison counsel in In re Toyota Hybrid Brake Litigation Consolidated Case No.: 4:20-cv-00127 in the United States District Court for Eastern District of Texas by the Honorable Judge Mazzant and co-lead counsel in Murphy v. Toyota Motor Corp. Consolidated Case No.: 4:21-cv-00178 in the United States District Court for Eastern District of Texas by the Honorable Judge Mazzant. The Honorable Judge Douglas P. Woodlock appointed Mr. Steckler to serve as a member of Plaintiffs' Steering committee for MDL 2428: In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation in the United States District Court for Massachusetts. He also was appointed by the Honorable Judge Kenneth M. Karas in United States District Court for the Southern District of New York to serve on the Plaintiffs' Steering Committee for the In re: Ford Fusion and C-Max Fuel Economy Litigation. He was appointed lead counsel by the Honorable Judge Anthony Battaglia in the In Re: Easysaver Rewards Litigation in the Southern District of California. He serves as liaison counsel and lead counsel in In Re: Texas State Silica Products Liability Litigation. He was also appointed lead counsel in the following Texas State cases: In re: Electronic Data Systems Class Action Litigation, Cause No. 366-01078-2008 (366th Judicial District Court of Collin County, Texas), City of St. Clair Shores Police and Fire Retirement System, Individually and on Behalf of All Others Similarly Situated v. Affiliated Computer Services, Inc., et al; Cause No. CC-09-07377-C (County Court at Law No. 3 Dallas County, Texas), and In re Silicosis Litigation, Texas State MDL Cause No. 200470000/GN002797 (State District Court Houston, Texas).

Most recently, Mr. Steckler has handled two of the largest data-breach privacy cases in North Texas in Kosta v. Dickey's Barbeque Restaurants, Inc. et al Consolidated Case No. 3:20-cv-3424-K, where he was selected by the Honorable Judge Ed Kinkeade as liaison counsel, and in In re: Tenet Healthcare Corporation data Breach Litigation where he was



selected co-lead counsel by the Honorable Judge Bridgett Whitmore of the 193rd Judicial District Court of Dallas County, Texas. In addition, he is currently lead counsel in two ongoing data breach privacy cases pending in the Western District of Texas.

He is a member of the State Bars of Texas, Louisiana, New York, Pennsylvania and Missouri, U.S. District Courts – Northern District of Texas, Eastern District of Texas and Southern District of Texas, Eastern District of Louisiana and Western District of Louisiana, United States Court of Appeals for the Fifth Circuit, Eighth Circuit, and Ninth Circuit, and the Federal Court of Claims in Washington, D.C.

**REPRESENTATIVE EXPERIENCE**

**Commercial Litigation**

Bruce W. Steckler was part of Plaintiffs' Executive Committee for Bank Overdraft Litigation MDL (In Re: Checking Account Overdraft Litigation; MDL No. 2036), appointed by the Honorable James Lawrence King of the United States District Court for the Southern District of Florida, that held some of the country's largest banks accountable for a practice which charged consumers unfair fees when they over drafted their checking accounts. This litigation resulted in significant settlements, with JPMorgan Chase paying out $110 million and Bank of America paying out $410 million. Mr. Steckler was co-lead counsel in the case against JP Morgan Chase. His work in these cases allowed him to be nominated for the 2012 Trial Lawyer of the Year Award by the Public Justice Foundation.

Bruce has also represented all types of businesses from major Fortune 500 companies to local businesses in discrete commercial disputes, including investment litigation, breach of contract, disputes arising from the sale of a business, partnership disputes, director and officer liability, disputes arising from the sale of a business, breach of fiduciary duty, tortious interference with a business relationship, and disputes involving alleged breaches of the Uniform Commercial Code, including failure to provide goods and services. Some of his more high-profile commercial cases have been featured in *D Magazine*, *Texas Law Book*, *The Dallas Morning News, Sports Illustrated, Bloomberg* and *Fortune*, among others. Most importantly, Bruce is interested in ensuring that his clients' needs and objectives are met by being thoroughly prepared, providing sound legal judgment, recognizing the client's objectives, and being willing and able to aggressively litigate a case to verdict without wasting the client's time and resources. In several cases, Bruce has not hesitated to handle commercial disputes on a contingency fee basis.



**Pharmaceutical/ Products Liability Litigation**

Bruce W. Steckler was appointed to Plaintiff's Steering Committee for the In Re Fresenius Granuflo/ Naturalyte Dialysate products liability litigation and the In Re Ford Fusion and C-Max Fuel Economy litigation. These cases are currently ongoing. In addition, Bruce Steckler serves as lead Texas Counsel for the defense of product liability litigation for a large dietary supplement manufacturer. He has successfully prosecuted and defended products liability cases ranging from dangerous pharmaceuticals to advising corporate general counsels on defending frivolous claims.

**Chinese Drywall Litigation**

Bruce W. Steckler was appointed to the Plaintiffs' Steering Committee for the Chinese Drywall MDL (In Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047) by the Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana that obtained a ground-breaking settlement with KNAUF Plasterboard Tianjin, a prominent Chinese drywall manufacturer, as well as three major suppliers and some of the largest insurance companies in the United States. The total value of the settlement is estimated to be over $1.1 billion. This settlement helped thousands of homeowners whose properties were affected by defective drywall, which was linked to adverse health effects and metal corrosion after only three years from the inception of the litigation. It is one of the first settlements in the United States by consumers against a Chinese manufacturer.

**Securities/Anti-Trust Litigation**

Bruce W. Steckler has worked on several notable securities cases in Texas. He was appointed as lead local counsel in two shareholder class actions in In Re: Electronic Data Systems Class Action Litigation; Cause No. 366-01078-2008, filed in the 366th Judicial District Court of Collin County, Texas, regarding the sale of Electronic Data Systems (EDS) to Hewlett-Packard. This suit resulted in better prices for EDS shareholders. Bruce W. Steckler was also lead local counsel in City of St. Clair Shores Police and Fire Retirement System, Individually and on Behalf of All Others Similarly Situated v. Affiliated Computer Services, Inc., et al; Cause No. CC-09-07377-C, filed in County Court at Law No. 3 for Dallas County, Texas and, in concert with another firm, obtained $69 Million for ACS public shareholders. Bruce W. Steckler also has worked on anti-trust litigation and most recently, in connection with another firm, represented the Port of Galveston and the Port of New Orleans in In Re Marine Fender's Antitrust Litigation; Cause No. 2:10-cv-02319-VBF-RC; filed in the United States District Court for the Southern District of California, which resulted in a settlement with many of the Defendants. He also represented individuals in the In Re: Musical Instruments and Equipment



Antitrust Litigation; Cause No. 3:10-cv-00103-LAB-POR, filed in the United States District Court for the Southern District of California.

**Consumer Protection Cases**

Bruce W. Steckler was appointed co-lead counsel in In Re EasySaver Rewards Marketing and Sales Practices Litigation, MDL No. 2161, and obtained a proposed $38 million settlement with a company that runs several retailing websites including Proflowers.com. The case claimed that consumers who made purchases through the sites were charged membership fees without their knowledge or consent. He also served as lead co-counsel and obtained a potential settlement in Cox, et al. v. Clarus Marketing Group, LLC and Provide Commerce, Inc., Cause No.11-cv-02711-H, in the United States District Court for the Southern District of California, regarding an online shipping scam.

**Occupational and Personal Injury Cases**

Bruce W. Steckler has litigated cases in Louisiana against major corporations on behalf of individuals injured by occupational noise-induced hearing loss. During his career, he has aggressively represented individuals harmed by noise in various industries in Louisiana. This work has helped shape the law in Louisiana and, as a result, he has reached historic settlements with over eight major national corporations in Louisiana representing a variety of industries. Bruce W. Steckler serves as liaison counsel and co-lead counsel in In Re: Texas State Silica Products Liability Litigation, Master Docket 2004-70000, where he has represented individuals injured by silica exposure. He has handled several silica cases over the course of his career. Most notably, he represented a sandblaster who developed silicosis and scleroderma from silica exposure obtaining a settlement of over $2 million. Bruce W. Steckler has handled, tried and settled numerous medical malpractices, trucking and personal injury cases during his career. In many instances, he achieved several million-dollar settlements in personal injury cases for which he was recognized by Million Dollar Advocate Forum.

**First-Party Insurance Cases**

Bruce W. Steckler has been retained by businesses, homeowners, cities, country clubs and school districts in claims against their insurance carriers for bad faith and failure to adequately adjust claims following natural disasters. These representations have provided the firm with insight into the insurance industry and its practices and provided much needed recoveries, so that his clients are not victimized twice. Some representative clients in these insurance actions include The City of Pasadena, Texas; LaPorte Independent School District; and Barber's Hill Independent School District in their Hurricane Ike claims where Mr. Steckler was able to obtain significant recoveries for these entities.





## AUSTIN P. SMITH
### PARTNER

Austin Smith is a partner in the firm's Dallas and Sherman offices with extensive trial, oral argument, and deposition experience. From 2017 to 2018, Austin was honored to serve as a law clerk to the Honorable Judge Amos L. Mazzant in the United States District Court for the Eastern District of Texas. Since completing his clerkship with Judge Mazzant, Austin has been retained on numerous commercial and patent litigation matters before the Honorable Judge Mazzant.

Austin currently manages the firm's Sherman office where he specializes in complex commercial litigation and intellectual property litigation in federal courts. Austin represents clients on both sides of the "v" and because of his prior experience, Austin is able to provide unique insight into any commercial or intellectual property litigation matter. Austin also has unbridled access to a premier war room space located one block from the Sherman Courthouse that provides convenient space for preparing for trial or any hearings before Judge Mazzant and Magistrate Judge Aileen Goldman Durrett in the United States District Court for the Eastern District of Texas-Sherman division.

Austin has been consistently selected by D Magazine as one of Dallas' "Best Lawyers Under 40", by Super Lawyers as a "Rising Star", by Best Lawyers as "One to Watch", and The National Trial Lawyers - Top 40 Under 40 Civil Plaintiff attorneys in Texas.

## BAR AND COURT ADMISSIONS

- Texas – 11/04/2016
- United States District Courts for the Northern District of Texas
- United States District Courts for the Southern District of Texas
- United States District Courts for the Eastern District of Texas
- United States District Courts for the Western District of Texas

Page 2



## EDUCATION

- Texas Tech University School of Law (JD, magna cum laude), 2016
- University of Kansas (BS), 2011

## PROFESSIONAL ASSOCIATIONS

- State Bar of Texas
- Dallas Bar Association
- Dallas Young Lawyers Association
- Dallas Trial Lawyers Association
- William "Mac" Taylor Inn of Court
- Paul Brown Inn of Court

## RECOGNITIONS

- BestLawyers "One to Watch", 2020-2023
- Texas Super Lawyers "Rising Star", 2021-2023
- D Magazine "Best Lawyers Under 40", 2022-2023
- The National Trial Lawyers "Best 40 Under 40", 2023-2024

## NOTABLE CASES

- *Hall v. Witron Integrated Logistics, Inc. et al*, No. 4:21-cv-00477-ALM (E.D. Tex. 2023) (Sherman Division): Austin represented the plaintiff in this catastrophic product defect case. After extensive discovery, the parties entered into a confidential settlement agreement prior to trial.

- *Rojas v. Martin*, No. CC-l9-05509-E (Dallas County, Texas 2022): Austin represented the plaintiff in a medical malpractice case and obtained a $21 million verdict, which was largest medical malpractice courtroom win in the State of Texas in 2022.