EXHIBIT 10

| Case Name | Law Firm | Partner Hourly Rates | Of Counsel / Counsel Hourly Rates | Associate Hourly Rates | Analyst Hourly Rates [1] | Paralegal Hourly Rates |
|---|---|---|---|---|---|---|
| *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*, 18 Civ. 4844 (N.D. Cal. Dec. 8, 2022) (ECF No. 141-4) | Bernstein Litowitz Berger & Grossmann LLP | $850-$1,100 | | $425-$575 | $325-$600 | $335-$375 |
| *City of Atlanta Police Officers' Pension Plan v. Celsius Holdings Inc.*, 22 Civ. 80418 (S.D. Fla. Jan. 10, 2024) (ECF No. 122-2) | Grant & Eisenhofer P.A. | $1,100-$1,500 | | $500-$650 | | $365-$375 |
| *Nayani v. LifeStance Health Group, Inc.*, 22 Civ. 6833 (S.D.N.Y. Dec. 20, 2023) (ECF No. 92-3) | Robbins Geller Rudman & Dowd LLP | $760-$1,375 | $960-$1,200 | $175-$440 | $315-$355 | $350-$395 |
| *Darish v. Northern Dynasty Minerals Ltd.*, 20 Civ. 5917 (E.D.N.Y. Nov. 9, 2023) (ECF No. 72-2) | Pomerantz LLP | $875-$1,250 | | $500-$550 | | $110-$365 |
| *In re 3D Systems Securities Litig.*, 21 Civ. 01920 (E.D.N.Y. Oct. 17, 2023) (ECF No. 70) | The Rosen Law Firm | $875-$1,075 | $800 | $550-$625 | | ` |
| *Oregon Laborers Employers Pension Trust Fund v. Maxar Technologies*, 19 Civ. 0124 (D. Colo. Oct. 2, 2023) (ECF No. 201-1) | Robbins Geller Rudman & Dowd LLP | $760-$1,250 | $960-$1,080 | $465-$535 | $315-$450 | $275-$395 |
| *Solomon v. Sprint Corp.*, 19 Civ. 5272 (S.D.N.Y. July 14, 2023) (ECF No. 95-2) | Pomerantz LLP | $870-$1,250 | | $425-$650 | | $120-$365 |
| *In re Pareteum Sec. Litig.*, 19 Civ. 9767 (S.D.N.Y. March 24, 2023) (ECF No. 283) | Kahn Swick & Foti, LLC | $895-$1,200 | $725-$850 | $475-$725 | | |
| *In re Lyft, Inc. Securities Litig.*, 19 Civ. 2690 (N.D. Cal. Feb. 13, 2023) (ECF No. 314-9) | Block & Leviton LLP | $900-$1,200 | | $375-$605 | | $250-$300 |
| *Vrakas v. U.S. Steel Corp.*, 17 Civ. 0579 (W.D. Penn. Feb. 6, 2023) (ECF No. 346-7) | Levi & Korsinsky LLP | $765-$1,050 | $425-$850 | $425-$850 | | $325 |
| *Tollen v. Geron Corp.*, 20 Civ. 0547 (N.D. Cal. Feb. 2, 2023) (ECF No. 262-18) | Kaplan Fox & Kilsheimer LLP | $955-$1,300 | $250-$1000 | $485-$815 | $380 | $225-$380 |
| *Hayden v. Portola Pharmaceuticals, Inc.*, 20 Civ. 0367 (N.D. Cal. Jan. 26, 2023) (ECF No. 248-1) | Berman Tobacco | $900-$1,065 | $830-$890 | $400-$585 | $585-$595 | $280-$410 |
| *In re Peabody Energy Corp. Sec. Litig.*, 20 Civ. 8024 (S.D.N.Y. Jan. 3, 2023) (ECF No. 84-3) | Labaton Sucharow LLP | $875-$1,300 | $625-$850 | $450-$575 | $165-$575 | $365-$390 |
| *Azar v. Grubhub Inc.*, 19 Civ. 7665 (N.D. Ill. Dec. 8, 2022) (ECF No. 111-2) | Robbins Geller Rudman & Dowd LLP | $675-$1,350 | $955 | $375-$650 | $290-$430 | $350-$375 |
| *In re: Changyou.com Ltd. Sec. Litig.*, 21 Civ. 7858 (S.D.N.Y. Dec. 22, 2022) (ECF No. 63-4) | Labaton Sucharow LLP | $875-$1,150 | $600-$850 | $450-$475 | $355-$575 | $375-$390 |
| *Azar v. Yelp, Inc.*, 18 Civ. 0400 (N.D. Cal. Dec. 15, 2022) (ECF No.204-3) | Glancy Prongay & Murray | $850-$1,075 | $525-$795 | $650 | $350 | $325 |
| *In re Vaxart, Inc. Sec. Litig.* 20 Civ. 5949 (N.D. Cal. Dec. 8, 2022) (ECF No. 256-2) | Hagens Berman Sobol Shapiro LLP | $675-$1,200 | | $500-$550 | $300 | $300-$350 |
| *Rodriguez v. CPI Aerostructures, Inc.*, 20 Civ. 0982 (E.D.N.Y. Aug. 5, 2022) (ECF No. 64-5) | Robbins Geller Rudman & Dowd LLP | $675-$1,350 | $925-$1,090 | $630 | $290-$430 | $350-$375 |

**Hourly Billing Rates Submitted by Lead Counsel in Connection with Recent Securities Class Action Settlements**

1. Different types of analysts include Research Analyst, Financial Analysts, Senior Portfolio Analyst., and Investigators. Analysts are categorized as professional support staff. This categories excludes non-paralegal litigation support such as document clerks and client relations staff.

| Hourly Billing Rates Submitted by Defense Side Law Firms as Debtors' Counsel in Connection with Recent Bankruptcy Cases | | | | | |
|---|---|---|---|---|---|
| Case Name | Law Firm | Partner Hourly Rates | Of Counsel / Counsel Hourly Rates | Associate Hourly Rates | Paralegal /Paraprofessional Hourly Rates |
| *In re: Vesttoo Ltd.* , No. 23 Bk. 11160 (Bankr. D. Del. Feb. 6, 2024) (ECF No. 639) | DLA Piper LLP | $1,380-$1,800 | | $730-$1,050 | $360-$500 |
| *In re: Yellow Corp.* , No. 23 Bk. 11069 (Bankr. D. Del. Feb. 6, 2024) (ECF No. 2083) | Kirkland & Ellis LLP | $1,375-$2,045 | $1,585 | $715-$1,455 | $315-$1,455 |
| *In re: Purdue Pharma L.P.* , No. 19 Bk. 23649 (Bankr. S.D.N.Y. Feb. 2, 2024) (ECF No. 6149) | Davis Polk & Wardwell LLP | $2,155 | $1,615 | $645-$1,465 | $420-$675 |
| *In re: Genesis Global Holdco, LLC.* , No. 23 Bk. 10063 (Bankr. S.D.N.Y. Feb. 1, 2024) (ECF No. 1222) | Cleary Gottlieb Steen & Hamilton LLP | $1,505-$2,135 | $1,280-$1,485 | $505-$1,180 | $370-$780 |
| *In re: SAS AB* , No. 22 Bk. 10925 (Bankr. S.D.N.Y. Jan. 31, 2024) (ECF No. 1882) | Weil, Gotschal & Manges LLP | $1,450-$2,095 | $1,375-$1,540 | $770-$1,315 | $295-$530 |
| *In re: Inversiones Latin America Power Ltda.* , No. 23 Bk. 11891 (Bankr. S.D.N.Y. Jan. 31, 2024) (ECF No. 110) | Greenberg Taurig, LLP | $1,165-$1,645 | $895-$1,1645 | $615-$900 | $495-$650 |
| *In re: Audacy, Inc.* , No. 24 Bk. 90004 (Bankr. S.D. Tex. Jan. 26, 2024) (ECF No. 183) | Latham & Watkins LLP | $1,495-$2,455 | $1,430-$1,860 | $760-$1,505 | $320-$1,130 |
| *In re: Hartman SPE, LLC* , No. 23 Bk. 11452 (D. Del. Jan. 23, 2024) (ECF No. 507-2) | Katten Muchin Rosenman LLP | $1,010-$1,060 | | $795-$925 | $415 |
| *In re: ONH AFC CS Investors LLC* , No. 23 Bk. 10931 (D. Del. Jan. 22, 2024) (ECF No. 234) | Baker Hostetler LLP | $570-$1,030 | | $360-$530 | $310-$390 |
| *In re: Instant Brands Acquisition Holdings Inc.* , No. 23 Bk. 90716 (S.D. Tex. Jan. 16, 2024) (ECF No. 938) | Davis Polk & Wardwell LLP | $1,975-$2,155 | $1,615 | $645-$1,465 | $420-$875 |
| *In re: Akumin Inc.* , No. 23 Bk. 90827 (S.D. Tex. Jan. 13, 2024) (ECF No. 315) | Jackson Walker LLP | $815-$1,150 | | $545-$745 | $240-$275 |
| *In re: FTX Trading Ltd.* , No. 22 Bk. 11068 (D. Del. Dec. 22, 2023) (ECF No. 5119) | Quinn Emanuel Urquhart & Sullivan LLP | $1,354.50-$2,025 | $1,296 | $792-$1,413 | $157.5-$544.50 |
| *In re: Mercy Hospital, Iowa City, Iowa,* No. 23 Bk. 0623 (Bankr. N.D. Iowa Dec. 15, 2023) (ECF No. 574) | McDermott Will & Emery LLP | $1,300-$1,850 | | $725-$1,190 | $270-$545 |
| *In re: Lucky Bucks, LLC* , No. 23 Bk. 10758 (D. Del. Nov. 14, 2023) (ECF No. 309) | Milbank LLP | $1,495-$2,045 | $1,425 | $750-$1,300 | $320-$810 |
| *In re: Nova Wildcat Shur-Line Holdings, Inc.,* No. 23 Bk. 10114  (Bankr. D. Del. Oct. 27, 2023) (ECF No. 561) | Reed Smith LLP | $720-$1,215 | $630-$697.50 | $513-$742.50 | $157.5-$540 |
| *In re: LTL Management LLC,* No. 23 Bk. 12825 (D.N.J. Sept. 7, 2023) (ECF No. 1327) | Jones Day | $562.5-$1,800 | $925-$1,275 | $325-$925 | $212.50-$650 |
| *In re: MatlinPatterson Global Opportunity Partners II L.P.* , No. 21 Bk. 11255 (Bankr. S.D.N.Y. July 17, 2023, ECF No. 970) | Simpson Thacher Bartlett LLP | $1,320-$2,180 | $1,320-$1,565 | $490-$1,420 | $220-$660 |
| *In re: American Virtual Cloud Technologies, Inc.* , No. 23 Bk. 10020 (D. Del. June 29, 2023) (ECF No. 357) | Cole Schotz P.C. | $625-$1,200 | | $375-$400 | $355-$360 |
| *In re: Armstrong Flooring, Inc.,* No. 22 Bk. 10426 (Bankr. D. Del. May 17, 2023) (ECF No. 1403) | Skadden, Arps, Slate, Meagher & Flom LLP | $1,960 | $1,565-$1,665 | $860-$1,390 | $540-$625 |
| *In re: Pareteum Corp.,* No. 22 Bk. 10615 (Bankr. S.D.N.Y. Nov. 11, 2022) (ECF No. 419) | Sidley Austin LLP (Submitted as Unsecured Creditors' Counsel) | $1,350-$1,425 | $1,225 | $895-$1,100 | $295-$525 |