**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> REATA PHARMACEUTICALS, INC., *et al.* <br><br> Defendants. | Case No. 4:21-cv-00987-ALM LEAD <br><br> <u>CLASS ACTION</u> <br><br> Judge Amos L. Mazzant, III |

**SUPPLEMENTAL DECLARATION OF JESSIE MAHN REGARDING: (I) MAILING OF NOTICE AND PROOF OF CLAIM FORM; (II) CALL CENTER SERVICES; (III) THE SETTLEMENT WEBSITE; AND (IV) REQUESTS FOR EXCLUSION AND <u>OBJECTIONS RECEIVED TO DATE</u>**

I, Jessie Mahn, declare and state, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice dated November 27, 2023 (ECF No. 76, the "Preliminary Approval Order"), Epiq was retained to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

2.      The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.      I submit this Declaration as a supplement to my previously filed Declaration of Jessie Mahn Regarding: (I) Mailing of Notice and Proof of Claim Form; (II) Publication of Summary Notice; (III) Call Center Services; (IV) The Settlement Website; and (V) Requests for Exclusion and Objections Received to Date, dated February 22, 2024 (ECF. Nos. 80-2 & 81-2, the "Initial Mailing Declaration").

## I.      MAILING OF THE NOTICE AND CLAIM FORM

4.      At the time of the Initial Mailing Declaration, Epiq had mailed a total of 30,582 Notices and Proof of Claim Forms (collectively, "Notice Packets") to potential Settlement Class Members and nominees by first-class mail.

5.      Following the Initial Mailing Declaration through March 20, 2024, Epiq mailed an additional 16,247 Notice Packets to potential Settlement Class Members and nominees.  This

---

[1] Unless otherwise defined, all capitalized terms herein shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated October 30, 2023 (ECF No. 74-2, the "Stipulation").

includes 14,247 Notice Packets mailed directly to potential Settlement Class Members and 2,000 Notice Packets requested by and sent to nominees for forwarding to their customers.

6.    As of March 20, 2024, a total of 46,829 Notice Packets have been mailed to potential Settlement Class Members and nominees by first-class mail.

7.    As of March 20, 2024, Epiq has re-mailed 56 Notice Packets to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to Epiq by the USPS.  As of March 20, 2024, a total of 323 Notice Packets remain undeliverable.

## II.    CALL CENTER SERVICES

8.    Epiq continues to maintain the toll-free telephone number for the Settlement, (877) 664-7398, which became operational on December 22, 2023.

9.    As of March 20, 2024, Epiq has received a total of 76 calls to the toll-free number dedicated to the Settlement, including 44 calls that were handled by a live operator. Epiq has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

## III.    THE SETTLEMENT WEBSITE

10.    Epiq continues to maintain the Settlement Website (www.ReataSecuritiesLitigation.com), which became operational on December 22, 2023, and is accessible 24 hours-a-day, 7 days-a-week. Among other things, the Settlement Website includes information regarding the proposed Settlement, including the exclusion, objection, and claim-filing deadlines and the date and time of the Court's Settlement Hearing as well as instructions on how to attend the Settlement Hearing. The Settlement Website also includes a link to an online claim filing module through which Settlement Class Members can submit their claims. In addition,

copies of the Notice, Claim Form, Stipulation, Preliminary Approval Order, Lead Plaintiff's opening papers in support of its Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Lead Counsel's opening papers in support of its Motion for an Award of Attorneys' Fees and Litigation Expenses, as well as other documents related to the Action, are posted on the Settlement Website and are available for download. Epiq will continue operating, maintaining, and, as appropriate, updating the Settlement Website until the conclusion of this administration.

11.      As of March 20, 2024, there have been 2,582 unique visitors to the Settlement Website and 7,241 pageviews.

## IV.      REQUESTS FOR EXCLUSION AND OBJECTIONS

12.      The Notice, Summary Notice, and Settlement Website inform Settlement Class Members that requests for exclusion from the Settlement Class were to be received by March 8, 2024. The Notice also states that Settlement Class Members who wished to request exclusion were to mail their requests to Doyle v. Reata Pharmaceuticals, Inc., EXCLUSIONS. c/o Epiq. P.O. Box 5566, Portland, OR 97228-5566. The Notice also sets forth the information that needed to be included in each request for exclusion. Epiq monitors all mail delivered to this P.O. Box.

13.      As of March 20, 2024, Epiq has received no requests for exclusion. Epiq has monitored and will continue to monitor all mail delivered to this address.

14.      The Notice, Summary Notice, and Settlement Website also inform Settlement Class Members that: they could object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses; the objections had to be in writing; and the objections were to be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they were received on or before March 8, 2024.

15.     Through March 20, 2024, Epiq has not been informed of any objections to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, which includes a reimbursement award to Lead Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 21, 2024, in Seattle, WA.

_____

Jessie Mahn

4