Case 4:21-cv-00987-ALM    Document 86-3    Filed 11/20/24    Page 1 of 3 PageID #: 3813

# EXHIBIT B

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



Claim Number: <span style="background:black">    </span>

Response Deadline:    August 5, 2024

July 16, 2024

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Settlement Class Period Purchases/Acquisitions (No Eligible Transactions).

The Claim referenced above did not contain any eligible purchases/acquisitions of Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive). Unless you had additional purchases/acquisitions of Reata common stock during the Settlement Class Period that were not reflected in your original Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional purchases/acquisitions of Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and by submitting acceptable supporting documentation of those purchases/acquisitions. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Once you resolve this condition of ineligibility, your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

**Deficiency:** Missing Information.

The documentation that you submitted with your Claim does not include some or all of the required information for the transaction(s) listed in the chart below.

**How to Resolve:** For a transaction to be considered in your Recognized Loss Amount calculation, you must submit genuine and sufficient documentation for that transaction. To cure this deficiency, you must provide acceptable documentation that includes all the required information for the transaction(s) listed below. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

AK3241 v.02



**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified for a given transaction below, the transaction(s) will be rejected, along with any corresponding transaction(s), according to Last-In, First-Out ("LIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which you must submit complete documentation is (are) listed below.

| Date | Quantity | Price per Share | Type of Transaction | Type of Security |
|---|---|---|---|---|
| Missing | 3.00 | $125.00 | Purchase | Common Stock |
| Missing | 3.00 | $125.71 | Purchase | Common Stock |

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator

AK3242 v.02