# EXHIBIT C



| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 | DEFICIENCY REASON 3 | DEFICIENCY REASON 4 | DEFICIENCY REASON 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |
| | | | Denied | | ZR | | | | |







| ACCOUNT NUMBER | CLAIM NUMBER | SUBMISSION NAME | CLAIM STATUS | ACCOUNT NAME | DEFICIENCY REASON 1 | DEFICIENCY REASON 2 | DEFICIENCY REASON 3 | DEFICIENCY REASON 4 | DEFICIENCY REASON 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | | Incomplete | | DV | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | DV | | | | |
| | | | Duplicate | | DP | | | | |
| | | | Duplicate | | DP | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |
| | | | Incomplete | | RC | | | | |

| ACCOUNT NUMBER | CLAIM NUMBER | CLAIM DATA ID | SECURITY TYPE | TRANSACTION TYPE | TRANSACTION DATE | QUANTITY | PRICE PER SHARE | TOTAL PRICE | DEFECT CODE | CURRENCY | IGNORE/DELETE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 89586 | Common Stock | D | 02/11/2022 | 33 | | | DV | USD | |
| | | 90223 | Common Stock | R | 01/13/2020 | 4200 | | | RC | USD | |
| | | 91530 | Common Stock | R | 09/02/2020 | 1600 | | | RC | USD | |
| | | 93824 | Common Stock | D | 03/12/2020 | 7 | | | DV | USD | |
| | | 95568 | Common Stock | R | 05/02/2019 | 18 | | | RC | USD | |
| | | 95594 | Common Stock | R | 05/02/2019 | 30 | | | RC | USD | |
| | | 95595 | Common Stock | R | 05/02/2019 | 46 | | | RC | USD | |
| | | 95596 | Common Stock | R | 05/02/2019 | 475 | | | RC | USD | |
| | | 95659 | Common Stock | R | 01/02/2020 | 142 | | | RC | USD | |
| | | 95675 | Common Stock | R | 01/02/2020 | 135 | | | RC | USD | |
| | | 95749 | Common Stock | R | 09/08/2020 | 6 | | | RC | USD | |
| | | 95778 | Common Stock | R | 08/03/2020 | 400 | | | RC | USD | |
| | | 95876 | Common Stock | R | 06/21/2021 | 873 | | | RC | USD | |
| | | 95888 | Common Stock | R | 10/01/2021 | 1200 | | | RC | USD | |