# EXHIBIT D

# EXHIBIT D
# Claim No. 800000020



CITIGROUP GLOBAL MARKETS INC.
111 WALL ST.  3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation



## CITI RETIREMENT ACCOUNT

| | |
|---|---|
| Account Number: ▮▮▮▮▮▮▮ | |
| Process Date: May 08, 2019 | |

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.          For additional information, please see the reverse side.

## Client Service Information

Your Financial Advisor : ▮▮▮▮          Contact Information:

          Telephone Number: ▮▮▮▮▮▮

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | P17Y55 [1,2] | 32 | 83.454899 | 2,670.56 | | | | | 2,670.56 | A | 1 |

**Trade Date:** 05-08-19    **Settlement Date:** 05-10-19
**Cusip:** 75615P-10-3    **Settlement Currency:** U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.


Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 08, 2019

For additional information, please see the reverse side.

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

## Disclosures

[1]   Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

[2]   Citigroup Global Markets Inc. makes a market in this security.

[3]    Tax lot information will only be displayed for partial dispositions.  Full dispositions will use all the available tax lots.  You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0.Deliver/Receive vs. Payment
1.Cash Account
2.Margin Account
3.Short Account
4.Special Subscription Account
5.Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

Citi Personal Wealth Management



CITIGROUP GLOBAL MARKETS INC.
111 WALL ST.  3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

Account Number: ███████████
Process Date: **January 12, 2021**

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

Your Financial Advisor: ████

Contact Information:

Telephone Number: ████████

### You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RETA | P57RCQ [1,2,3] | 15 | 126.431707 | 1,896.48 | | | | | 1,896.48 | A | 1 |

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.


Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 12, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

**RETA** *(Continued)*
**Trade Date:** 01-12-21     **Settlement Date:** 01-14-21
**Cusip:** 75615P-10-3     **Settlement Currency:** U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order     Solicited Order     Discretion Exercised Your Broker     Acted As Agent

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

## Disclosures

1   *All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.*
**Important Information** - *Please review the two important disclosure documents in the URL links below:*
**Form Client Relationship Summary ("Form CRS")**
*For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.*
**Regulation Best Interest Disclosure Statement**

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 12, 2021

For additional information, please see the reverse side.

## Disclosures *(continued)*

*We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.*

[2]  *Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.*

*©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.*

[3]  *Citigroup Global Markets Inc. makes a market in this security.*

[4]  *Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number: ▉▉▉▉▉



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.



Citi Personal Wealth Management

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

Account Number: ███████████
Process Date: **January 25, 2021**

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.                    For additional information, please see the reverse side.

## Client Service Information

Your Financial Advisor: ███        Contact Information:

████████████████                Telephone Number: ███████████        ████████████████

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Account Number



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Account Number


Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | P6PLRP [1,2,4] | 5 | 117.0984 | 585.49 | | | | | 585.49 | A | 1 |

**Trade Date:** 01-25-21    **Settlement Date:** 01-27-21
**Cusip:** 75615P-10-3    **Settlement Currency:** U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

Account Number


Citi Personal Wealth Management

| | CITI RETIREMENT ACCOUNT |
| --- | --- |
| | January 25, 2021 |

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## Disclosures

[1]  All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.

**Important Information** - Please review the two important disclosure documents in the URL links below:

**Form Client Relationship Summary ("Form CRS")**

For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.

**Regulation Best Interest Disclosure Statement**

We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.

[2]  Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.

©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

[3]  **A prospectus for this security has been or is being delivered to you under separate cover.**

[4]  Citigroup Global Markets Inc. makes a market in this security.

[5]  Tax lot information will only be displayed for partial dispositions.  Full dispositions will use all the available tax lots.  You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number:



**Citi Personal Wealth Management**

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.



Citi Personal Wealth Management

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

Account Number: ███████████

Process Date: **May 17, 2021**

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.                    For additional information, please see the reverse side.

### Client Service Information

███████████████████████████████████████████████████████████

### You Bought

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| █████████████████████████████████████████████████████████████████ | | | | | | | | | |

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
• Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
• Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
• Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number



Citi Personal Wealth Management

| | CITI RETIREMENT ACCOUNT |
| | May 17, 2021 |

For additional information, please see the reverse side.

## You Bought  *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | POX99S [1,2,6] | 12 | 78.64 | 943.68 | | | | | 943.68 | A | 1 |

**Trade Date:** 05-17-21          **Settlement Date:** 05-19-21
**Cusip:** 75615P-10-3          **Settlement Currency:** U.S. Dollars

REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Bought  (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## You Sold

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management

CITI RETIREMENT ACCOUNT
May 17, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

**You Sold  (continued)**

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Sold (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## Disclosures

[1]  All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.

**Important Information** - Please review the two important disclosure documents in the URL links below:

**Form Client Relationship Summary ("Form CRS")**

For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.

**Regulation Best Interest Disclosure Statement**

We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.

[2]  Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## Disclosures *(continued)*

©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

[3]    Pursuant to Rule 173 of the Securities Act of 1933, as amended the following notice is being provided to you in lieu of a prospectus: Sold per Registration Statement Or Where Prospectus Required. Documentation is available at the website, as noted below:
**http://www.sec.gov/edgar/searchedgar/webusers.htm**

[4]    If you wish to receive a paper copy of the Offering Documentation please contact the number 800-846-5200.

[5]    **A prospectus for this security has been or is being delivered to you under separate cover.**

[6]    Citigroup Global Markets Inc. makes a market in this security.

[7]    Tax lot information will only be displayed for partial dispositions.  Full dispositions will use all the available tax lots.  You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number: ███████



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.



Citi Personal Wealth Management

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

Account Number: █████████
Process Date: December 31, 2019

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

### You Bought

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

## You Sold

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number: ▮▮▮▮▮▮▮


Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | POA7V1 [1,3,4] | 24 | 206.394805 | 4,953.48 | | | | 0.11 | 4,953.37 | A | 1 |

**Trade Date:** 12-31-19  **Settlement Date:** 01-03-20
**Cusip:** 75615P-10-3  **Settlement Currency:** U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order   Solicited Order   Discretion Exercised Your Broker   Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

## Disclosures

1   Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

2   **A prospectus for this security has been or is being delivered to you under separate cover.**

3   *Citigroup Global Markets Inc. makes a market in this security.*

4   *Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number:



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.



Citi Personal Wealth Management

**citi**

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST.  3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

Account Number ████████
Process Date: **January 07, 2020**

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

### You Bought

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
• Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
• Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
• Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 07, 2020

For additional information, please see the reverse side.

## You Bought (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## You Sold

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 07, 2020

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | POIRLH [1,2,3] | 8 | 215.334 | 1,722.67 | | | | 0.04 | 1,722.63 | A | 1 |

**Trade Date:** 01-07-20    **Settlement Date:** 01-09-20
**Cusip:** 75615P-10-3    **Settlement Currency:** U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

## Disclosures

[1]  *Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.*

[2]  *Citigroup Global Markets Inc. makes a market in this security.*

[3]  *Tax lot information will only be displayed for partial dispositions.  Full dispositions will use all the available tax lots.  You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.



Citi Personal Wealth Management

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

Account Number: ███████
Process Date: **September 15, 2021**

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

Your Financial Advisor: TSD        Contact Information:

### You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:


Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought  *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

## You Sold

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | P4LOSV [1,2,5] | 6 | 106.1401 | 636.84 | | | | 0.01 | 636.83 | A | 1 |

**Trade Date:** 09-15-21   **Settlement Date:** 09-17-21
**Cusip:** 75615P-10-3   **Settlement Currency:** U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order   Solicited Order   Discretion Exercised Your Broker   Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

## Disclosures

[1] *All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.*

Account Number



**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## Disclosures *(continued)*

***Important Information*** *- Please review the two important disclosure documents in the URL links below:*
***Form Client Relationship Summary ("Form CRS")***
*For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.*
***Regulation Best Interest Disclosure Statement***
*We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.*

[2] *Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.*

*©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.*

[3] *Pursuant to Rule 173 of the Securities Act of 1933, as amended the following notice is being provided to you in lieu of a prospectus: Sold per Registration Statement Or Where Prospectus Required. Documentation is available at the website, as noted below:*
***http://www.sec.gov/edgar/searchedgar/webusers.htm***

[4] *If you wish to receive a paper copy of the Offering Documentation please contact the number 800-846-5200.*

[5] *Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number: ▮▮▮▮▮▮



**Citi Personal Wealth Management**

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.



Citi Personal Wealth Management

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST.  3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

Account Number: ▊▊▊▊▊▊▊▊▊
Process Date: **January 10, 2022**

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

### You Bought

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
• Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
• Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
• Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Bought  *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## You Sold

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Account Number: █████████



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | P8IJXX [1,2,5] | 26 | 27.4138 | 712.76 | | | | 0.01 | 712.75 | A | 1 |

**Trade Date:** 01-10-22  **Settlement Date:** 01-12-22
**Cusip:** 75615P-10-3  **Settlement Currency:** U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order  Solicited Order  Discretion Exercised Your Broker  Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Disclosures

[1] *All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.*
**Important Information** *- Please review the two important disclosure documents in the URL links below:*
**Form Client Relationship Summary ("Form CRS")**
*For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.*

Account Number


Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## Disclosures *(continued)*

**Regulation Best Interest Disclosure Statement**

*We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.*

[2] *Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number OG56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.*

*©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.*

[3] *Pursuant to Rule 173 of the Securities Act of 1933, as amended the following notice is being provided to you in lieu of a prospectus: Sold per Registration Statement Or Where Prospectus Required. Documentation is available at the website, as noted below:*
**http://www.sec.gov/edgar/searchedgar/webusers.htm**

[4] *If you wish to receive a paper copy of the Offering Documentation please contact the number 800-846-5200.*

[5] *Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number: ████████



Citi Personal Wealth Management

**citi**

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ...... As both principal & agent in this transaction.
P. ....... As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



Claim Number:        800000020

Response Deadline:    August 5, 2024

July 16, 2024

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



*400693170000484712*
000 0000000 00000000 0001 0001 00008 INS: 0 0

Claim Number:         800000020

Response Deadline:    August 5, 2024

July 16, 2024

## AS-IS
Document Control

## <u>Notice of Incomplete Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: <u>This is the only notice you will receive with respect to this Claim.</u>**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator

AS-IS
Document Control



July 22, 2024

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566
info@reatasecuritieslitigation.com
(877) 664-7398

Claims Administrator,

I am requesting a Court review of the full rejection of the Claim.

Based on the Calculation of Recognized Loss Amount per Share under the Exchange Act (Page 11, Section 59), I have calculated a total Recognized Loss Amount of **$1,455.90.**

- 6 shares x $2.02 per share = $12.12 (sold 9/15/2021) using formula ii.a
- 26 shares x $55.53 per share = $1,443.78 (sold 1/10/2022) using formula iii.a

I have included the calculations and related documentation in this packet.

Sincerely,



Enclosures (11):
- Notice of Incomplete Proof of Claim Submission
- Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an award of Attorney's Fees and Reimbursement of Litigation Expenses
- Calculation Worksheet for Recognized Loss Amount for Michael Haney
- Eight Trade Confirmations of Reata common stock (RETA purchases and sales)

Claim _____

| Action | Trade Date | Trade No. | Amount | Price | Principal | Running Total | Eligible? | Reason? | |
|---|---|---|---|---|---|---|---|---|---|
| Bought | 9/9/18 | P37V55 | 32 | $69.45 | 2,676.58 | 32 Yes | Purchased between Nov 14, 2018 and Dec 8, 2021 | |
| Bought | 1/12/21 | P57K7A | 15 | $129.43 | 1,896.48 | 47 Yes | Purchased between Nov 14, 2018 and Dec 8, 2021 | |
| Bought | 1/25/21 | P5PLKP | 5 | $117.10 | 585.48 | 52 Yes | Purchased between Nov 14, 2018 and Dec 8, 2021 | |
| Bought | 6/17/21 | PO83K5 | 12 | $78.84 | 945.68 | 64 Yes | Purchased between Nov 14, 2018 and Dec 8, 2021 | |
| TOTAL | | | 64 | | 6,086.20 | | | | |
| | | | | | | | | | |
| Sold | 12/31/19 | P9A7V4 | 24 | $206.39 | 4,953.48 | 40 No | Scenario I: Sold Prior to Aug 10, 2020 | Part of first 32 |
| Sold | 1/7/20 | P6RLN | 8 | $215.33 | 1,722.67 | 32 No | Scenario I: Sold Prior to Aug 10, 2020 | Remainder of first 32 |
| Sold | 9/15/21 | P4L03V | 6 | $106.15 | 636.90 | 26 Yes | Scenario II: Sold between Aug 10, 2020 and Dec 8, 2021 | Part of second 15 (4) |
| Sold | 1/10/22 | P6rtIX | 26 | $27.41 | 712.76 | 0 Yes | Scenario III: Sold between Dec 9, 2021 and Mar 7, 2022 | Remainder of second 15 (9), third 5, and fourth/final 12 |
| TOTAL | | | 64 | | 8,025.81 | | | | |

FIFO

| Scenario | Shares | Purchase Date | Price Inflation - Purchase | Sale Date | Price Inflation - Sale | Difference | Purchase Price | Sales Price | | Difference | Lookback | Difference | TOTAL RLA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| II | 6 | 1/12/21 | $53.53 | 9/15/21 | $53.51 | ($0.02) | $129.43 | $106.15 | | ($36.28) | N/A | N/A | $12.12 |
| sub-total | 6 | | | | | | | | b | | | | $12.12 |
| | | | | | | | | | | | | | |
| III | 9 | 1/12/21 | | 1/10/22 | $0.00 N/A | | $129.43 | $27.41 | | $73.17 | | $493.77 |
| | 5 | 1/25/21 | | 1/10/22 | $0.00 N/A | | $117.10 | $27.41 | | $73.17 | | $277.15 |
| | 12 | 6/17/21 | | 1/10/22 | $0.00 N/A | | $78.84 | $27.41 | | $73.17 | | $669.36 |
| sub-total | 26 | | a | | | | | | b | | | c | $1,442.70 |
| | | | | | | | | | | | | | |
| TOTAL | 32 | | | | | | | | | | | | $1,455.93 |

**CALCULATION OF RECOGNIZED LOSS AMOUNT PER SHARE UNDER THE EXCHANGE ACT**

50. Based on the formula set forth below, a Recognized Loss Amount shall be calculated under the Exchange Act for each purchase or acquisition of Raata common stock during the Settlement Class Period (i.e., November 14, 2018 through December 8, 2021, both dates inclusive), other than shares of Raata common stock purchased or otherwise acquired pursuant or traceable to the 2019 Offering or the 2020 Offering, that is listed in the Claim Form and for which adequate documentation is provided.

i. For each share that was sold prior to August 10, 2020, the Recognized Loss Amount per share is $0.00.

ii. For each share that was purchased during the Settlement Class Period and subsequently sold during the period August 10, 2020 through December 8, 2021, both dates inclusive, the Recognized Loss Amount per share is the lesser of:

a. the amount of price inflation on the date of purchase as appears in Table 1 above minus the amount of price inflation on the date of sale as appears in Table 1 above; or

b. the purchase price minus the sale price.

iii. For each share that was purchased during the Settlement Class Period and subsequently sold during the period December 9, 2021 through March 7, 2022, both dates inclusive (i.e., sold during the 90-Day Lookback Period), the Recognized Loss Amount per share is the lesser of:

a. the amount of price inflation on the date of purchase as appears in Table 1 above; or

b. the purchase price minus the sale price; or

c. the purchase price minus the "90-Day Lookback Value" on the date of sale as appears in Table 2 below.

iv. For each share that was purchased during the Settlement Class Period and still held as of the close of trading March 7, 2022, the Recognized Loss Amount per share is the lesser of:

a. the amount of price inflation on the date of purchase as appears in Table 1 above; or

| Table 2 90-Day Lookback Values | | | | | |
|---|---|---|---|---|---|
| Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value |
| 12/9/2021 | $29.11 | 1/7/2022 | $28.16 | 2/7/2022 | $27.74 |
| 12/10/2021 | $29.22 | 1/10/2022 | $28.15 | 2/8/2022 | $27.70 |
| 12/13/2021 | $28.90 | 1/11/2022 | $28.23 | 2/9/2022 | $27.68 |
| 12/14/2021 | $28.90 | 1/12/2022 | $28.24 | 2/10/2022 | $27.63 |
| 12/15/2021 | $28.98 | 1/13/2022 | $28.23 | 2/11/2022 | $27.57 |
| 12/16/2021 | $28.96 | 1/14/2022 | $28.25 | 2/14/2022 | $27.51 |
| 12/17/2021 | $29.02 | 1/18/2022 | $28.23 | 2/15/2022 | $27.50 |
| 12/20/2021 | $29.04 | 1/19/2022 | $28.21 | 2/16/2022 | $27.49 |
| 12/21/2021 | $28.97 | 1/20/2022 | $28.18 | 2/17/2022 | $27.43 |
| 12/22/2021 | $28.82 | 1/21/2022 | $28.11 | 2/18/2022 | $27.43 |
| 12/23/2021 | $28.73 | 1/24/2022 | $28.06 | 2/22/2022 | $27.39 |
| 12/27/2021 | $28.60 | 1/25/2022 | $28.02 | 2/23/2022 | $27.34 |
| 12/28/2021 | $28.41 | 1/26/2022 | $27.97 | 2/24/2022 | $27.31 |
| 12/29/2021 | $28.23 | 1/27/2022 | $27.86 | 2/25/2022 | $27.26 |
| 12/30/2021 | $28.09 | 1/28/2022 | $27.77 | 2/28/2022 | $27.35 |
| 12/31/2021 | $27.95 | 1/31/2022 | $27.79 | 3/1/2022 | $27.49 |
| 1/3/2022 | $27.94 | 2/1/2022 | $27.83 | 3/2/2022 | $27.53 |
| 1/4/2022 | $28.05 | 2/2/2022 | $27.83 | 3/3/2022 | $27.64 |
| 1/5/2022 | $28.06 | 2/3/2022 | $27.80 | 3/4/2022 | $27.72 |
| 1/6/2022 | $28.13 | 2/4/2022 | $27.76 | 3/7/2022 | $27.75 |

| Table 1* Estimated Alleged Artificial Inflation in Raata Common Stock | | |
|---|---|---|
| From | To | Price Inflation |
| November 14, 2018 | August 9, 2020 | $60.56 |
| August 10, 2020 | August 9, 2021 | $55.43 |
| August 10, 2021 | December 5, 2021 | $53.51 |
| December 6, 2021* | December 7, 2021 | $27.75 |
| December 9, 2021* | Thereafter | $0.00 |

AS-IS
Document Control

| OStreg | Date | Shares | Price |
|---|---|---|---|
| 2019 | 11/14/19 | 2.76 million | $183.00 |
| 2020 | 12/1/20 | 2.0 million | $148.65 |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

TIM DOYLE, Individually and On Behalf of
All Others Similarly Situated, *et al.*,

                Plaintiffs,

      v.

REATA PHARMACEUTICALS, INC., *et al.*,

                Defendants

Case No. 4:21-cv-00987-ALM
LEAD

CLASS ACTION

## NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

### *A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action")[1] pending in the United States District Court for the Eastern District of Texas (the "Court"), if, during the period between November 14, 2016 and December 8, 2021, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired the common stock of Reata Pharmaceuticals, Inc. ("Reata" or the "Company"), including Reata common stock purchased or otherwise acquired pursuant and/or traceable to Reata's 2019 Offering and/or 2020 Offering [2] (the "Offerings Subclass").

**NOTICE OF SETTLEMENT:** Please also be advised that the Court-appointed Lead Plaintiff,[3] on behalf of itself and the Settlement Class (as defined in ¶ 23 below), have reached a proposed settlement of the Action for $45,000,000 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have, including the possible receipt of cash from the Settlement. If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Reata, any other Defendants in the Action, or their counsel. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 89 below).**

    1. **Description of the Action and the Settlement Class:** This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendant Reata, defendants J. Warren Huff, Colin J. Meyer, and Manmeet S. Soni (the "Officer Defendants"), defendants James E. Bass, William D. McClellan, Jr., R. Kent McGaughy, Jack B. Nielsen, and William E. Rose (the "Director Defendants"), and defendants Barclays Capital Inc., Cantor Fitzgerald & Co., Citigroup Global Markets Inc., Goldman Sachs & Co. LLC, Jefferies LLC, Ladenburg Thalmann & Co., Inc., Robert W. Baird & Co. Incorporated, Stifel, Nicolaus & Company, Incorporated, and SVB Securities LLC, f/k/a SVB Leerink LLC, n/k/a Leerink Partners LLC (the "Underwriter Defendants"),[4] violated the federal securities laws by purportedly making false and misleading

---

[1] All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated October 30, 2023 (the "Stipulation"), which is available at www.ReataSecuritiesLitigation.com.

[2] The "2019 Offering" means Reata's secondary stock offering, conducted on or about November 14, 2019, of 2.76 million shares of Reata common stock at $183.00 per share. The "2020 Offering" means Reata's secondary stock offering, conducted on or about December 1, 2020, of 2.0 million shares of Reata common stock at $140.85 per share.

[3] Lead Plaintiff is UMC Benefit Board, Inc., US Equity Fund-P Series, a series of the Wespath Funds Trust, US Equity Index Fund-P Series, a series of the Wespath Funds Trust, Wespath Institutional Investments LLC, US Equity Fund-I Series, a series of the Wespath Funds Trust, and US Equity Index Fund-I Series, a series of the Wespath Funds Trust (collectively referred to herein as "Wespath" or "Lead Plaintiff").

[4] The Officer Defendants and Director Defendants are collectively referred to herein as the "Individual Defendants." The Individual Defendants and Reata are collectively referred to herein as the "Reata Defendants." The Reata Defendants and Underwriter Defendants are collectively referred to herein as "Defendants."

AJ5611 v.12

1

statements and omissions to investors. A more detailed description of the Action is set forth in paragraphs 11-22 below. The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 23 below.

2.    **Statement of the Settlement Class's Recovery:** Subject to Court approval, Lead Plaintiff, on behalf of itself and the Settlement Class, has agreed to settle the Action in exchange for a settlement payment of $45,000,000 in cash (the "Settlement Amount") to be deposited into an escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less any (a) Taxes, (b) Notice and Administration Costs, (c) Litigation Expenses awarded by the Court, (d) attorneys' fees awarded by the Court, and (e) any other costs or fees approved by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is set forth in paragraphs 49-72 below.

3.    **Estimate of Average Amount of Recovery Per Share:** Based on Lead Plaintiff's damages expert's estimates of the number of shares of Reata common stock purchased during the Settlement Class Period that may have been affected by the conduct at issue in the Action, and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses, and costs as described herein) per eligible share is $1.67. Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their shares of Reata common stock, and the total number of valid Claim Forms submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* paragraphs 49-72 below) or such other plan of allocation as may be ordered by the Court.

4.    **Average Amount of Damages Per Share:** The Parties do not agree on the average amount of damages per share that would be recoverable if Lead Plaintiff were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5.    **Attorneys' Fees and Expenses Sought:** Plaintiffs' Counsel have been prosecuting the Action on a wholly contingent basis since its inception in 2021. Consequently, Plaintiffs' Counsel have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute the Action. Court-appointed Lead Counsel, Kirby McInerney LLP, will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33⅓% of the Settlement Fund. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution, and resolution of the claims against Defendants, in an amount not to exceed $500,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiff directly related to its representation of the Settlement Class in an amount not to exceed $10,000. Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected share of Reata common stock, if the Court approves Lead Counsel's fee and expense application, is $0.57 per eligible share.

6.    **Identification of Attorneys' Representatives:** Lead Plaintiff and the Settlement Class are represented by Daniel Hume, Esq. of Kirby McInerney LLP, 250 Park Avenue, Suite 820, New York, NY 10177, (212) 371-6600, dhume@kmllp.com.

7.    **Reasons for the Settlement:** Lead Plaintiff's principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden, and expense of further protracted litigation.

AJ5612 v.12

2

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM ONLINE, VIA EMAIL, OR POSTMARKED NO LATER THAN APRIL 24, 2024.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 32 below) that you have against Defendants' Releasees (defined in ¶ 33 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 8, 2024.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants' Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 8, 2024.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING CURRENTLY SCHEDULED FOR MARCH 29, 2024 AT 9:00 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 8, 2024.** | Filing a written objection and notice of intention to appear by March 8, 2024 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement, and you will be bound by any judgments or orders entered by the Court in the Action. |

## WHAT THIS NOTICE CONTAINS

WHY DID I RECEIVE THIS NOTICE?....................................................................................................4

WHAT IS THIS CASE ABOUT?...........................................................................................................4

HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?
WHO IS INCLUDED IN THE SETTLEMENT CLASS? ..........................................................................5

WHAT ARE LEAD PLAINTIFF'S REASONS FOR THE SETTLEMENT?..................................................6

WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?.............................................................6

HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION
AND THE SETTLEMENT?...............................................................................................................6

HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?.....................................8

HOW MUCH WILL MY PAYMENT BE? ...............................................................................................8

WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING?
HOW WILL THE LAWYERS BE PAID? ...........................................................................................15

WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS?
HOW DO I EXCLUDE MYSELF?....................................................................................................15

WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?
DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I
DO NOT LIKE THE SETTLEMENT?................................................................................................15

WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?......................................................17

CAN I SEE THE COURT FILE? WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?.........................17

AJ5613 v.-2

3

## WHY DID I RECEIVE THIS NOTICE?

8.    The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Reata common stock during the Settlement Class Period. The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement. Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights. If the Court approves the Settlement and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Lead Plaintiff and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.    The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation, and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing"). *See* paragraph 79 below for details about the Settlement Hearing, including the date and location of the hearing.

10.    The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement. If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing. Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11. A class action complaint was filed in the Court on December 20, 2021, styled *Doyle et al. v. Reata Pharmaceuticals, Inc. et al.*, No. 4:21-cv-00987.

12. By Order dated April 22, 2022, Wespath was appointed Lead Plaintiff, and its selection of Kirby McInerney LLP to serve as Lead Counsel and Steckler Wayne Cochran Cherry PLLC to serve as Liaison Counsel was approved by the Court.

13. On June 21, 2022, Lead Plaintiff filed and served its Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws (the "CAC") asserting claims against: (i) Reata and the Officer Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder; (ii) the Officer Defendants under Section 20(a) of the Exchange Act; (iii) Reata, the Director Defendants, the Underwriter Defendants, and officer defendants Huff and Meyer, under Section 11 of the Securities Act of 1933 (the "Securities Act"); (iv) all Defendants under Section 12(a)(2) of the Securities Act; and (v) the Individual Defendants under Section 15 of the Securities Act. Among other things, the CAC alleged that Reata's public statements and offering materials contained false and misleading statements, and omitted to disclose material adverse information, concerning a phase 2/3 trial for Reata's drug, bardoxolone ("Bard"), known as CARDINAL. The CAC further alleged that the prices of Reata's publicly-traded securities were artificially inflated as a result of the allegedly false and misleading statements, and declined when the truth was allegedly revealed.

14. On September 7, 2022, Defendants moved to dismiss the CAC in full. On November 23, 2022, Lead Plaintiff filed its opposition to the motion to dismiss and, on January 9, 2023, Defendants filed a reply in further support of their motion to dismiss.

15. On February 10, 2023, while the motion to dismiss was *sub judice*, the Parties notified the Court of their intention to mediate with Jed D. Melnick, Esq. of JAMS. On February 13, 2023, the Court entered an order referring the Action to mediation and appointing Mr. Melnick to serve as mediator.

16. Thereafter, Lead Counsel and counsel for the Reata Defendants exchanged extensive mediation statements and exhibits that addressed, among other things, issues related to liability and damages. On April 25, 2023, Lead Counsel and counsel for the Reata Defendants, along with certain of the Reata Defendants and Lead Plaintiff's representative, participated in an in-person mediation session with Mr. Melnick. The session ended without an agreement to settle.

17. During the mediation session, the Reata Defendants agreed to produce to Lead Plaintiff approximately 2,046,586 pages of non-public documents relating to matters alleged in the CAC. Following the Reata Defendants' production (and Lead Plaintiff's review) of these documents, Lead Counsel and counsel for the Reata Defendants exchanged extensive supplemental mediation statements and exhibits and then participated with client representatives in a second full-day, in-person mediation session before Mr. Melnick on July 24, 2023.

18. The second mediation session culminated in a mediator's recommendation to resolve the Action for $45,000,000 for the benefit of the Settlement Class, which Lead Plaintiff and the Reata Defendants subsequently accepted. The Parties further entered into a settlement term sheet on September 1, 2023 (the "Term Sheet").

19. Following execution of the Term Sheet, Lead Plaintiff and the Reata Defendants engaged in confirmatory discovery. Specifically, the Reata Defendants produced, and Lead Plaintiff reviewed, an additional 16,023 pages of documents and Lead Counsel interviewed Individual Defendants Huff and Meyer.

20. Based on the investigation and mediation of the case and Lead Plaintiff's direct oversight of the prosecution of this matter and with the advice of their counsel, Lead Plaintiff has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things: (a) the substantial financial benefit that Lead Plaintiff and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

21. Defendants are entering into the Stipulation solely to eliminate the uncertainty, burden, and expense of further protracted litigation. Each of the Defendants denies any and all wrongdoing, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Defendants' Releasees (defined in ¶ 33 below), with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that Defendants have, or could have, asserted. Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of Lead Plaintiff of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of Defendants' defenses to liability had any merit.

22. On November 27, 2023, the Court preliminarily approved the Settlement, authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

> **HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**
> **WHO IS INCLUDED IN THE SETTLEMENT CLASS?**

23. If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

> All persons or entities who purchased or otherwise acquired the publicly traded common stock of Reata between November 14, 2016 and December 8, 2021, inclusive (the "Settlement Class Period"), including all persons or entities who purchased or otherwise acquired Reata common stock pursuant and/or traceable to Reata's 2019 Offering and/or 2020 Offering (the "Offerings Subclass").

Excluded from the Settlement Class are: (i) Defendants; (ii) any person who served as a partner, control person, executive officer, and/or director of Reata during the Settlement Class Period, and members of their Immediate Family; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of Reata; (iv) any entity in which Defendants have or had a controlling interest during the Settlement Class Period; (v) any trust of which any Individual Defendant is the settlor or that is for the benefit of any Individual Defendant and/or member(s) of their Immediate Family; and (vi) the legal representatives, heirs, successors, and assigns of any person or entity excluded under provisions (i) through (v) hereof; *provided, however,* that any "Investment Vehicle" shall not be excluded from the Settlement Class. Investment Vehicle means any investment company or pooled investment fund, including but not limited to, mutual fund families, exchange traded funds, fund of funds and hedge funds, in which Defendants, or any of them, have, has or may have a direct or indirect interest, or as to which its affiliates may act as an investment advisor, but in which any Defendant alone or together with its, his or her respective affiliates is not a majority owner or does not hold a majority beneficial interest. Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion in accordance with the requirements set forth in this Notice. *See* "What if I Do Not Want to Be a Member of the Settlement Class? How Do I Exclude Myself," on page 15 below.

**PLEASE NOTE: RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT. IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE ELIGIBLE TO PARTICIPATE IN THE DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN ONLINE OR POSTMARKED NO LATER THAN APRIL 24, 2024.**

## WHAT ARE LEAD PLAINTIFF'S REASONS FOR THE SETTLEMENT?

24. Lead Plaintiff and Lead Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against the remaining Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages. For example, Defendants argued and would have continued to argue that: (i) they disclosed to investors all material information about the Company that they were required to disclose; (ii) to the extent that the United States Food and Drug Administration ("FDA") had questions about the CARDINAL trial's design, Defendants were under no duty to disclose such concerns, to the extent that they even knew of them; (iii) certain of the Defendants' statements are subject to legal protections because, among other reasons, they were accompanied by adequate risk-factor disclosures and/or constituted Defendants' good-faith opinions; and (iv) Defendants did not intend to deceive investors about the CARDINAL trial or any other subject. Additionally, Lead Plaintiff would have to prevail at several stages – motion to dismiss, class certification, motions for summary judgment, trial, and if it prevailed on those, on the appeals that were likely to follow. Thus, there were very significant risks attendant to the continued prosecution of the Action.

25. In light of these risks, the amount of the Settlement, and the immediacy of recovery to the Settlement Class, Lead Plaintiff and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class. Lead Plaintiff and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $45,000,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no recovery after the motion to dismiss, summary judgment, trial, and appeals, possibly years in the future.

26. Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever. Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation. Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

## WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

27. If there were no Settlement and Lead Plaintiff failed to establish any essential legal or factual element of the claims asserted against Defendants, neither Lead Plaintiff nor the other members of the Settlement Class would recover anything from Defendants. Also, if Defendants were successful in proving any of their defenses, either at the motion to dismiss stage, class certification, summary judgment, trial, or appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

28. As a Settlement Class Member, you are represented by Lead Plaintiff and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section below entitled, "When and Where Will the Court Decide Whether to Approve the Settlement?"

29. If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section below entitled, "What if I Do Not Want to Be a Member of the Settlement Class? How Do I Exclude Myself?"

30. If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section below entitled, "When and Where Will the Court Decide Whether to Approve the Settlement?"

31. If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiff and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, will have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived,

AJ5616 v.12

6

and discharged any and all Released Plaintiffs' Claims (as defined in ¶ 32 below) against the Defendants' Releasees (as defined in ¶ 33 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any and all of the Defendants' Releasees.

32. "Released Plaintiffs' Claims" means all claims, causes of action, demands, losses, and rights of every nature and description, whether known claims or Unknown Claims (as defined below), whether arising under federal, state, common, or foreign law, that Lead Plaintiff or any other member of the Settlement Class (or their successors, assigns, executors, administrators, representatives, attorneys, and agents, in their capacities as such): (i) asserted in the CAC; (ii) could have asserted in any forum that arise out of or are based upon, in any way, directly or indirectly, any of the allegations, transactions, facts, events, matters, or occurrences, representations, or omissions involved, set forth, or referred to in the CAC; (iii) could have asserted in any other forum that arise out of or are based upon, in any way, directly or indirectly, the purchase, acquisition, sale, or disposition of any Reata securities during the Settlement Class Period; and/or (iv) could have asserted in any forum that arise out of or are based upon, in any way, directly or indirectly, Defendants' and/or their attorneys' defense or settlement of the Action and/or claims alleged therein. Released Plaintiffs' Claims do not include: (i) any claims relating to the enforcement of the Settlement; and (ii) any claims of any person or entity who or that submits a request for exclusion that is accepted by the Court.

33. "Defendants' Releasees" means Defendants, Defendants' insurance carrier(s), Defendants' counsel, and any of their respective parents, subsidiaries, and affiliates (and all of their current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, insurers, reinsurers, employees, employers, agents, servants, representatives, partners, limited partners, heirs, advisors and attorneys, in their capacities as such, and each of their respective heirs, executors, administrators, successors, and assigns).

34. "Unknown Claims" means any Released Plaintiffs' Claims that Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims that any Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, that, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiff and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment (as defined in the Stipulation), if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, that is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiff and Defendants acknowledge, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

35. The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants and each of the other Defendants' Releasees, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived, and discharged any and all Released Defendants' Claims (as defined in ¶ 36 below) against Lead Plaintiff and other Plaintiffs' Releasees (as defined in ¶ 37 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

36. "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common, or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims asserted in the Action against the Defendants. Released Defendants' Claims do not include: (i) any claims relating to the enforcement of the Settlement; (ii) any claims against any person or entity who or that submits a request for exclusion from the Settlement Class that is accepted by the Court; (iii) any indemnity obligations owed by any Defendant to any other Defendant; or (iv) any rights of any Underwriter Defendant against any other Underwriter Defendant.

37. "Plaintiffs' Releasees" means Lead Plaintiff, all other plaintiffs in the Action, their respective attorneys, and all other Settlement Class Members, and their respective current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, and attorneys, in their capacities as such.

AJ5617 v.12

7

## HOW DO I PARTICIPATE IN THE SETTLEMENT? WHAT DO I NEED TO DO?

38. To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and submit the Claim Form with adequate supporting documentation: (i) online using the electronic version of the Claim Form hosted at www.ReataSecuritiesLitigation.com no later than April 24, 2024; (ii) by email to info@ReataSecuritiesLitigation.com no later than April 24, 2024, or (iii) by first-class mail to *Doyle v. Reata Pharmaceuticals, Inc.*, c/o Epiq, P.O. Box 5566, Portland, OR, 97228-5566 postmarked no later than April 24, 2024. A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.ReataSecuritiesLitigation.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-877-664-7398. Please retain all records of your ownership of and transactions in Reata common stock, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

39. At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

40. Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid forty-five million dollars ($45,000,000) in cash. The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less: (a) all federal, state, and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; (c) any attorneys' fees and Litigation Expenses awarded by the Court; and (d) any other costs or fees approved by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

41. The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal, or review, whether by certiorari or otherwise, has expired.

42. Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund, or the plan of allocation.

43. Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

44. Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form online, by email, or by mail postmarked on or before April 24, 2024 shall be fully and forever barred from receiving payments pursuant to the Settlement, but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 32 above) against Defendants' Releasees (as defined in ¶ 33 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

45. Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Reata common stock held through the ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those shares that they purchased or acquired outside of the ERISA Plan. Claims based on any ERISA Plan's purchases or acquisitions of Reata common stock during the Settlement Class Period may be made by the plan's trustees. To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

46. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

47. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her, or its Claim Form.

48. Only Settlement Class Members, *i.e.*, persons and entities who purchased or otherwise acquired Reata common stock during the Settlement Class Period and were damaged as a result of such purchases or acquisitions will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms. The only securities that are included in the Settlement are shares of Reata common stock.

## PROPOSED PLAN OF ALLOCATION

49. The Plan of Allocation set forth below is the plan for the distribution of the Net Settlement Fund that is being proposed by Lead Plaintiff and Lead Counsel to the Court for approval. The Court may approve this Plan of Allocation or modify it without additional notice to the Settlement Class. Any order modifying the Plan of Allocation will be posted on the Settlement website at www.ReataSecuritiesLitigation.com.

50. The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged wrongdoing. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial. Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

51. The Action alleges claims under the Securities Act with respect to: (i) Reata common stock purchased or otherwise acquired pursuant or traceable to the 2019 Offering; and (ii) Reata common stock purchased or otherwise acquired pursuant or traceable to the 2020 Offering. It alleges claims under the Exchange Act with respect to all purchases or acquisitions of Reata common stock during the Settlement Class Period.[5]

52. Reata common stock purchased during the period November 14, 2019 through the closing of the 2019 Offering on November 18, 2019, both dates inclusive, at a purchase price equal to $183.00 per share, shall be considered an acquisition of Reata common stock pursuant or traceable to the Company's 2019 Offering. Reata common stock purchased during the period December 2, 2020 through the closing of the 2020 Offering on December 4, 2020, both dates inclusive, at a purchase price equal to $140.85 per share, shall be considered an acquisition of Reata common stock pursuant or traceable to the Company's 2020 Offering.

53. Based on the formulas set forth below, a "Recognized Loss Amount" shall be calculated by the Claims Administrator for each purchase or acquisition of Reata common stock during the Settlement Class Period that is listed in the Claim Form and for which adequate documentation is provided. The Recognized Loss Amount for shares of Reata common stock purchased or otherwise acquired pursuant or traceable to the 2019 Offering or the 2020 Offering shall be calculated as described below in "Calculation of Recognized Loss Amount Per Share Under the Securities Act." Any Recognized Loss Amount calculated under the Securities Act that is greater than zero will then be increased by an additional 50% by multiplying that Recognized Loss Amount by 1.50. For all other shares of Reata common stock purchased or otherwise acquired during the Settlement Class Period, the Recognized Loss Amount shall be calculated as described below in "Calculation of Recognized Loss Amount Per Share Under the Exchange Act." This approach to calculating Recognized Loss Amounts is intended to reflect the determination of Lead Counsel that, although the claims alleged and damages alleged to be recoverable under the Exchange Act and the Securities Act generally relate to similar alleged misconduct, the Securities Act claims add value to the overlapping Exchange Act claims because they would be easier to prove and therefore more likely to prevail if the Action were litigated to a conclusion.

54. Additionally, in weighing the strengths and weaknesses of the claims of Settlement Class Members, Lead Counsel has concluded that claims for Reata common stock purchased during the Settlement Class Period *prior* to October 23, 2018 involved difficulties of proof that justify an adjustment under this Plan of Allocation. Accordingly, the Recognized Loss Amount for shares of Reata common stock purchased *prior* to October 23, 2018, shall be reduced by 80% by multiplying that Recognized Loss Amount by 0.20.

---

[5] During the Settlement Class Period, Reata common stock was listed on the NASDAQ Global Market under the ticker symbol "RETA."

55. In the Action, Lead Plaintiff alleges that Defendants made false statements and omitted material facts during the Settlement Class Period (*i.e.*, November 14, 2016 through December 8, 2021, inclusive), including in the 2019 Offering Documents and the 2020 Offering Documents, which allegedly had the effect of artificially inflating the price of Reata common stock. Lead Plaintiff also alleges that corrective disclosures removed the artificial inflation from the price of Reata common stock on August 10, 2020, August 10, 2021, December 6, 2021 and December 9, 2021 (the "Corrective Disclosure Dates"). Recognized Loss Amounts are based primarily on the price declines in Reata common stock, as quantified by Lead Plaintiff's consulting damages expert, on the Corrective Disclosure Dates, as well as Lead Counsel's assessment of potential loss causation defenses associated with each Corrective Disclosure Date. The estimated alleged artificial inflation in the price of Reata common stock during the Settlement Class Period is reflected in Table 1 below.

56. In order to have recoverable damages in the Action, disclosures correcting the alleged misrepresentations must be the cause of the decline in the price of Reata common stock. Accordingly, in order to have a Recognized Loss Amount, Reata common stock must have been purchased or acquired during the Settlement Class Period and held at the opening of trading on at least one of the alleged Corrective Disclosure Dates. To the extent a Claimant's transactions in Reata common stock do not satisfy the conditions set forth in the preceding sentence, his, her or its Recognized Loss Amount for those transactions will be zero.[6]

| Table 1*  Estimated Alleged Artificial Inflation in Reata Common Stock | | |
| --- | --- | --- |
| **From** | **To** | **Price Inflation** |
| November 14, 2016 | August 9, 2020 | $60.56 |
| August 10, 2020 | August 9, 2021 | $55.53 |
| August 10, 2021 | December 5, 2021 | $53.51 |
| December 6, 2021[7] | December 7, 2021 | $24.73 |
| December 9, 2021[8] | Thereafter | $0.00 |

\* For each day during the Settlement Class Period, price inflation in Reata common stock on the date of purchase shall be limited to that day's closing price for the stock.

57. The "90-day look back" provision of the PSLRA is incorporated into the Calculation of Recognized Loss Amount Per Share Under the Exchange Act. This limitation provides that the Recognized Loss Amount for Reata common stock purchased or otherwise acquired during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period. The Recognized Loss Amount for Reata common stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

58. In the calculations below, all purchase and sale prices shall exclude any fees, taxes, and commissions. If a Recognized Loss Amount is calculated to be a negative number, that Recognized Loss Amount shall be set to zero.

---

[6] Section 11 of the Securities Act provides for an affirmative defense of negative causation which prevents recovery for losses that defendants prove are not attributable to misrepresentations and/or omissions alleged by plaintiffs in the registration statement. Thus, the Calculation of Recognized Loss Amount Per Share Under the Securities Act assumes that the decline in the price of Reata common stock, net of market and industry effects, in response to the Corrective Disclosures alleged by Lead Plaintiff, is the only compensable loss.

[7] The alleged corrective disclosure on December 6, 2021 occurred at approximately 9:30 a.m. Transactions in Reata common stock on December 6, 2021 at a price greater than $72.67 per share (*i.e.*, the opening price of Reata common stock that day) shall be deemed to have occurred *prior to* the alleged corrective disclosure with price inflation of $53.51 per share. All other transactions in Reata common stock that day shall be treated as a transaction that occurred after the alleged corrective disclosure with price inflation of $24.73 per share.

[8] Trading in Reata common stock on December 8, 2021 was halted until after market close at approximately 6:20 p.m. Transactions in Reata common stock on December 8, 2021 shall be deemed to have occurred during the next regular trading session (*i.e.*, on December 9, 2021) with price inflation of $0.00 per share.

# CALCULATION OF RECOGNIZED LOSS AMOUNT PER SHARE
## UNDER THE EXCHANGE ACT

59. Based on the formula set forth below, a Recognized Loss Amount shall be calculated under the Exchange Act for each purchase or acquisition of Reata common stock during the Settlement Class Period (*i.e.*, November 14, 2016 through December 8, 2021, both dates inclusive), other than shares of Reata common stock purchased or otherwise acquired pursuant or traceable to the 2019 Offering or the 2020 Offering, that is listed in the Claim Form and for which adequate documentation is provided.[9]

i.   For each share that was sold prior to August 10, 2020, the Recognized Loss Amount per share is $0.00.

ii.  For each share that was purchased during the Settlement Class Period and subsequently sold during the period August 10, 2020 through December 8, 2021, both dates inclusive, the Recognized Loss Amount per share is *the lesser of*:

    a.   the amount of price inflation on the date of purchase as appears in Table 1 above *minus* the amount of price inflation on the date of sale as appears in Table 1 above; or

    b.   the purchase price *minus* the sale price.

iii. For each share that was purchased during the Settlement Class Period and subsequently sold during the period December 9, 2021 through March 7, 2022, both dates inclusive (*i.e.*, sold during the 90-Day Lookback Period), the Recognized Loss Amount per share is *the least of*:

    a.   the amount of price inflation on the date of purchase as appears in Table 1 above; or

    b.   the purchase price *minus* the sale price; or

    c.   the purchase price *minus* the "90-Day Lookback Value" on the date of sale as appears in Table 2 below.

iv.  For each share that was purchased during the Settlement Class Period and still held as of the close of trading March 7, 2022, the Recognized Loss Amount per share is *the lesser of*:

    a.   the amount of price inflation on the date of purchase as appears in Table 1 above; or

    b.   the purchase price *minus* the average closing price for Reata common stock during the 90-Day Lookback Period, which is $27.78.

---

[9] As described in ¶ 53, the Recognized Loss Amount for shares of Reata common stock purchased or otherwise acquired pursuant or traceable to the 2019 Offering or the 2020 Offering shall be calculated as described below in "Calculation of Recognized Loss Amount Per Share Under the Securities Act."

| Table 2 90-Day Lookback Values | | | | | |
|---|---|---|---|---|---|
| Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value |
| 12/9/2021 | $29.11 | 1/7/2022 | $28.16 | 2/7/2022 | $27.74 |
| 12/10/2021 | $29.22 | 1/10/2022 | $28.17 | 2/8/2022 | $27.70 |
| 12/13/2021 | $28.90 | 1/11/2022 | $28.23 | 2/9/2022 | $27.68 |
| 12/14/2021 | $28.90 | 1/12/2022 | $28.24 | 2/10/2022 | $27.63 |
| 12/15/2021 | $28.98 | 1/13/2022 | $28.23 | 2/11/2022 | $27.57 |
| 12/16/2021 | $28.96 | 1/14/2022 | $28.25 | 2/14/2022 | $27.52 |
| 12/17/2021 | $29.02 | 1/18/2022 | $28.23 | 2/15/2022 | $27.50 |
| 12/20/2021 | $29.04 | 1/19/2022 | $28.21 | 2/16/2022 | $27.49 |
| 12/21/2021 | $28.97 | 1/20/2022 | $28.18 | 2/17/2022 | $27.47 |
| 12/22/2021 | $28.82 | 1/21/2022 | $28.11 | 2/18/2022 | $27.43 |
| 12/23/2021 | $28.75 | 1/24/2022 | $28.06 | 2/22/2022 | $27.39 |
| 12/27/2021 | $28.60 | 1/25/2022 | $28.02 | 2/23/2022 | $27.34 |
| 12/28/2021 | $28.41 | 1/26/2022 | $27.97 | 2/24/2022 | $27.31 |
| 12/29/2021 | $28.21 | 1/27/2022 | $27.86 | 2/25/2022 | $27.28 |
| 12/30/2021 | $28.09 | 1/28/2022 | $27.77 | 2/28/2022 | $27.38 |
| 12/31/2021 | $27.98 | 1/31/2022 | $27.78 | 3/1/2022 | $27.49 |
| 1/3/2022 | $27.94 | 2/1/2022 | $27.83 | 3/2/2022 | $27.58 |
| 1/4/2022 | $28.05 | 2/2/2022 | $27.83 | 3/3/2022 | $27.64 |
| 1/5/2022 | $28.06 | 2/3/2022 | $27.80 | 3/4/2022 | $27.72 |
| 1/6/2022 | $28.13 | 2/4/2022 | $27.76 | 3/7/2022 | $27.78 |

## CALCULATION OF RECOGNIZED LOSS AMOUNT PER SHARE UNDER THE SECURITIES ACT

### 2019 Offering

60. Based on the formula set forth below, a Recognized Loss Amount shall be calculated under the Securities Act for each purchase or acquisition of Reata common stock pursuant or traceable to the 2019 Offering that is listed in the Claim Form and for which adequate documentation is provided.

  i. For each share that was sold prior to August 10, 2020, the Recognized Loss Amount per share is $0.00.

  ii. For each share that was sold during the period August 10, 2020 through December 8, 2021, both dates inclusive, the Recognized Loss Amount per share is *the lesser of*:

   a. $60.56 *minus* the amount of price inflation on the date of sale as appears in Table 1 above; or

   b. the offering price (*i.e.*, $183.00) *minus* the sale price.

iii. For each share that was sold during the period December 9, 2021 through June 20, 2022,[10] both dates inclusive, the Recognized Loss Amount per share is *the lesser of*:

   a. $60.56; or

   b. the offering price (*i.e.*, $183.00) *minus* the sale price.

iv. For each share that was still held as of the close of trading on June 20, 2022, the Recognized Loss Amount per share is $60.56.

### 2020 Offering

61. Based on the formula set forth below, a Recognized Loss Amount shall be calculated under the Securities Act for each purchase or acquisition of Reata common stock pursuant or traceable to the 2020 Offering that is listed in the Claim Form and for which adequate documentation is provided.

   i. For each share that was sold prior to August 10, 2021, the Recognized Loss Amount per share is $0.00.

   ii. For each share that was sold during the period August 10, 2021 through December 8, 2021, both dates inclusive, the Recognized Loss Amount per share is *lesser of*:

   a. $55.53 *minus* the amount of price inflation on the date of sale as appears in Table 1 above; or

   b. the offering price (*i.e.*, $140.85) *minus* the sale price.

   iii. For each share that was sold during the period December 9, 2021 through June 20, 2022, both dates inclusive, the Recognized Loss Amount per share is *the lesser of*:

   a. $55.53; or

   b. the offering price (*i.e.*, $140.85) *minus* the sale price.

   iv. For each share that was still held as of the close of trading on June 20, 2022, the Recognized Loss Amount per share is $55.53.

### ADDITIONAL PROVISIONS

62. The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in paragraph 70 below) is $10.00 or greater.

63. **LIFO Matching:** Purchases/acquisitions and sales of Reata common stock shall be matched on a Last In, First Out ("LIFO") basis. Under LIFO, a Claimant's sales of Reata common stock during the Settlement Class Period will be matched against his, her, or its previous acquisitions of Reata common stock in reverse-chronological order, beginning with the most recent acquisition that is not already matched to a sale.

64. **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her, or its Recognized Loss Amounts as calculated above under "Calculation of Recognized Loss Amount Per Share Under the Securities Act" with respect to all shares of Reata common stock purchased or otherwise acquired pursuant or traceable to the 2019 Offering or the 2020 Offering, *plus* the sum of his, her, or its Recognized Loss Amounts as calculated above under "Calculation of Recognized Loss Amount Per Share Under the Exchange Act" with respect to all other shares of Reata common stock purchased or otherwise acquired during the Settlement Class Period.

65. **"Purchase/Sale" Dates:** Purchases/acquisitions and sales of Reata common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance, or operation of law of Reata common stock during the Settlement Class Period shall not be deemed a purchase/acquisition of Reata common stock for the calculation of an Authorized Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition of any Reata common stock unless (i) the donor/decedent purchased or otherwise acquired such Reata common stock during the Settlement Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such Reata common stock; and (iii) it is specifically so provided in the instrument of gift or assignment.

---

[10] June 20, 2022 is the filing date of the CAC, which was the first complaint stating a claim under the Securities Act for shares acquired pursuant or traceable to the 2019 Offering or the 2020 Offering.

AJ56113 v.12

13

66. **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase or acquisition of Reata common stock. The date of a "short sale" is deemed to be the date of sale of Reata common stock. Under the Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero. In the event that a Claimant has an opening short position in Reata common stock, the earliest Settlement Class Period purchases or acquisitions shall be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

67. **Option Contracts:** Option contracts are not securities eligible to participate in the Settlement. With respect to Reata common stock purchased through the exercise of an option, the purchase date of the stock shall be the exercise date of the option, and the purchase price of the stock shall be the strike price of the option. Any Recognized Loss Amount arising from purchases of Reata common stock acquired during the Settlement Class Period through the exercise of an option on Reata common stock shall be computed as provided for other purchases of Reata common stock in the Plan of Allocation.

68. **Market Gains and Losses:** To the extent a Claimant had a market gain with respect to his, her, or its overall transactions in Reata common stock during the Settlement Class Period, the value of the Claimant's Recognized Claim shall be zero. To the extent that a Claimant suffered an overall market loss with respect to his, her, or its overall transactions in Reata common stock during the Settlement Class Period, but that market loss was less than the total Recognized Claim calculated above, then the Claimant's Recognized Claim shall be limited to the amount of the actual market loss.

69. For purposes of determining whether a Claimant had a market gain with respect to his, her, or its overall transactions in Reata common stock during the Settlement Class Period or suffered a market loss, the Claims Administrator shall determine the difference between (i) the Total Purchase Amount[11] and (ii) the sum of the Total Sales Proceeds[12] and the Total Holding Value.[13] If the Claimant's Total Purchase Amount *minus* the sum of the Total Sales Proceeds and the Total Holding Value is a positive number, that number will be the Claimant's market loss on such Reata common stock; if the number is a negative number or zero, that number will be the Claimant's market gain on Reata common stock.

70. **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund. If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant. Any Distribution Amounts of less than $10.00 will be included in the pool distributed to those Settlement Class Members whose Distribution Amounts are $10.00 or greater.

71. After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the fund at least nine (9) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining, after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants, who have cashed their prior checks and who would receive at least $10.00 in such additional re-distributions, may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to a non-sectarian, not-for-profit organization approved by the Court.

---

[11] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for all Reata common stock purchased or acquired during the Settlement Class Period.

[12] The Claims Administrator shall match a Claimant's sales of Reata common stock during the Settlement Class Period against his, her, or its holdings on a LIFO basis. The proceeds from those sales that matched to the Claimant's opening position will not be considered for purposes of calculating market gains or losses. The total amount received for the remaining sales that are matched to shares of Reata common stock that were acquired during the Settlement Class Period (excluding commissions and other charges) shall be the Claimant's "Total Sales Proceeds."

[13] For each share of Reata common stock purchased or acquired during the Settlement Class Period that was still held as of the close of trading on December 8, 2021, the Claims Administrator shall ascribe a "Holding Value" of $27.78 per share. A Claimant's total Holding Values for all shares of Reata common stock purchased or acquired during the Settlement Class Period that were still held as of the close of trading on December 8, 2021 shall be the Claimant's "Total Holding Value."

72. Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Claimants. No person shall have any claim against Lead Plaintiff, Plaintiffs' Counsel, Lead Plaintiff's consulting damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Plaintiffs' Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Lead Plaintiff, Defendants, and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of Taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

73. Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor has Lead Counsel been reimbursed for its out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 33⅓% of the Settlement Fund. At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $500,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiff directly related to its representation of the Settlement Class in an amount not to exceed $10,000. The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

74. Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *Doyle v. Reata Pharmaceuticals, Inc.*, EXCLUSIONS, c/o Epiq, P.O. Box 5566, Portland, OR 97228-5566. The exclusion request must be *received* no later than March 8, 2024. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must: (a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Doyle et al. v. Reata Pharmaceuticals, Inc. et al.*, No. 4:21-cv-00987"; (c) identify and state the number of shares of Reata common stock that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (i.e., between November 14, 2016 and December 8, 2021, inclusive), as well as the dates and prices of each such purchase/acquisition and/or sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

75. If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have a pending proceeding, or later file another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

76. If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

77. Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiff and Defendants.

## WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DO NOT LIKE THE SETTLEMENT?

78. Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing.

AJ56115 v.12

15

79. The Settlement Hearing is currently scheduled to be held on March 29, 2024 at 9:00 a.m., before the Honorable Amos L. Mazzant III at the United States District Court for the Eastern District of Texas, Paul Brown United States Courthouse, 101 East Pecan Street, Sherman, Texas 75090. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and/or any other matter related to the Settlement, at or after the Settlement Hearing without further notice to the members of the Settlement Class. The Court also reserves the right to hold the Settlement Hearing telephonically or via videoconference.

80. Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Eastern District of Texas at the address set forth below on or before March 8, 2024. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* on or before **March 8, 2024.**

| Clerk's Office | Lead Counsel | The Reata Defendants' Counsel |
|---|---|---|
| United States District Court Eastern District of Texas Clerk of the Court Paul Brown United States Courthouse 101 East Pecan Street, Sherman, TX 75090 | **Kirby McInerney LLP** Daniel Hume, Esq. Meghan Summers, Esq. 250 Park Avenue, Suite 820 New York, NY 10177 | **Davis Polk & Wardwell LLP** Neal Potischman, Esq. 1600 El Camino Real Menlo Park, CA 94025 -or- Craig J. Bergman, Esq. 450 Lexington Avenue New York, NY 10017 **The Underwriter Defendants' Counsel** **Shearman & Sterling LLP** R. Thaddeus Behrens, Esq. Dan Gold, Esq. 2601 Olive Street, 17th Floor Dallas, TX 75201 |

81. Any objection must: (a) state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (b) contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) include documents sufficient to prove membership in the Settlement Class, including the number of shares of Reata common stock that the objecting Settlement Class Member purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between November 14, 2016 and December 8, 2021 inclusive), as well as the dates and prices of each such purchase/acquisition and/or sale. You may not object to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

82. You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

83. If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* on or before **March 8, 2024.** Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

AJ56116 v.12

84. You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 80 above so that the notice is *received* on or before **March 8, 2024.**

85. The Settlement Hearing may be adjourned by the Court, or held telephonically or via videoconference, without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date, time, and location on the settlement website www.ReataSecuritiesLitigation.com, or with Lead Counsel, given potential changes as a result of the COVID-19 pandemic.

86. **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

87. If you purchased or otherwise acquired Reata common stock between November 14, 2016 and December 8, 2021 inclusive, for the beneficial interest of persons or organizations other than yourself, you must either: (a) within seven (7) calendar days of receipt of this Notice, request from the Claims Administrator sufficient copies of the Notice and Claim Form (the "Notice Packet") to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notice Packets forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to *Doyle v. Reata Pharmaceuticals, Inc.*, c/o Epiq, P.O. Box 5566, Portland, OR 97228-5566. If you choose the second option, the Claims Administrator will send a copy of the Notice and the Claim Form to the beneficial owners. Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred—up to a maximum of $0.50 per Notice Packet mailed; $0.05 per Notice Packet transmitted by email; or $0.10 per name, mailing address, and email address (to the extent available) provided to the Claims Administrator—by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court. Copies of this Notice and the Claim Form may also be obtained from the website maintained by the Claims Administrator, www.ReataSecuritiesLitigation.com, or by calling the Claims Administrator toll-free at 1-877-664-7398.

## CAN I SEE THE COURT FILE? WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

88. This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Eastern District of Texas, Paul Brown United States Courthouse, 101 East Pecan Street, Sherman, Texas 75090. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.ReataSecuritiesLitigation.com.

89. All inquiries concerning this Notice and the Claim Form should be directed to:

| *Doyle v. Reata Pharmaceuticals, Inc.* | and/or | Daniel Hume, Esq. |
|---|---|---|
| c/o Epiq | | KIRBY MCINERNEY LLP |
| P.O. Box 5566 | | 250 Park Avenue, Suite 820 |
| Portland, OR 97228-5566 | | New York, NY 10177 |
| 1-877-664-7398 | | (212) 371-6600 |
| www.ReataSecuritiesLitigation.com | | dhume@kmllp.com |
| info@ReataSecuritiesLitigation.com | | |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: December 26, 2023

By Order of the Court
United States District Court
Eastern District of Texas

AJ56117 v.12

**Citi Personal Wealth Management**

**citi**

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

CITI RETIREMENT ACCOUNT

## CITI RETIREMENT ACCOUNT

| Account Number: |
| Process Date: May 08, 2019 |

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

Your Financial Advisor :

Contact Information:

Telephone Number:

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | P17Y55 [1,2] | 32 | 83.454899 | 2,670.56 | | | | | 2,670.56 | A | 1 |

Trade Date: 05-08-19    Settlement Date: 05-10-19
Cusip: 75615P-10-3    Settlement Currency: U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
May 08, 2019

For additional information, please see the reverse side.

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Disclosures

[1] Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

[2] Citigroup Global Markets Inc. makes a market in this security.

[3] Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number



**Citi Personal Wealth Management**

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 8. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. ......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

Page: 3 of 3

Citi Personal Wealth Management

# citi

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

**CITI RETIREMENT ACCOUNT**

CITI RETIREMENT ACCOUNT

Account Number: ███████
Process Date: December 31, 2019

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional Information, please see the reverse side.

## Client Service Information

Your Financial Advisor : ███

Contact Information:

Telephone Number: ████████

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (If applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

CITI RETIREMENT ACCOUNT
December 31, 2019

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:

Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
December 31, 2019

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
December 31, 2019

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number:

Citi Personal Wealth Management





December 31, 2019

For additional information, please see the reverse side.

## You Sold (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
December 31, 2019

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number

Citi Personal Wealth Management



For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | POA7VI [1,3,4] | 24 | 206.394805 | 4,953.48 | | | | 0.11 | 4,953.37 | A | 1 |

Trade Date: 12-31-19    Settlement Date: 01-03-20
Cusip: 75615P-10-3    Settlement Currency: U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

Account Number:



Citi Personal Wealth Management

## CITI RETIREMENT ACCOUNT
December 31, 2019

For additional information, please see the reverse side.

### You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### Disclosures

[1]  Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

[2]  *A prospectus for this security has been or is being delivered to you under separate cover.*

[3]  *Citigroup Global Markets Inc. makes a market in this security.*

[4]  *Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number:

Citi Personal Wealth Management



## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0.Deliver/Receive vs. Payment
1.Cash Account
2.Margin Account
3.Short Account
4.Special Subscription Account
5.Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity In Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

Citi Personal Wealth Management

**citi**

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

### CITI RETIREMENT ACCOUNT

### CITI RETIREMENT ACCOUNT

| Account Number: ███████ |
| Process Date: January 07, 2020 |

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

Your Financial Advisor : ███     Contact Information:

Telephone Number: ████████

### You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

---

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.

Page: 1 of 4

Citi Personal Wealth Management

citi



CITI RETIREMENT ACCOUNT
January 07, 2020

For additional information, please see the reverse side.

## You Bought (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## You Sold

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number:



Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
January 07, 2020

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **RETA** | ▮▮▮▮ | 8 | 215.334 | 1,722.67 | | | | 0.04 | 1,722.63 | A | 1 |

Trade Date: 01-07-20   Settlement Date: 01-09-20
Cusip: 75615P-10-3   Settlement Currency: U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order   Solicited Order   Discretion Exercised Your Broker   Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

## Disclosures

[1] Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. CGMI and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc. Citi and Citi with Arc Design are registered service marks of Citigroup Inc. or its affiliates.

[2] Citigroup Global Markets Inc. makes a market in this security.

[3] Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number: ▮▮▮▮▮

 Citi Personal Wealth Management

 citi

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

### Type of Account

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

B. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

### Capacity in Which Citigroup Global Markets Inc. Acted

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 8. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ...... As both principal & agent in this transaction.
P. ....... As principal.

### Additional Capacity Information

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

**Citi Personal Wealth Management**

**citi**

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

CITI RETIREMENT ACCOUNT

**CITI RETIREMENT ACCOUNT**

Account Number: ███████████

Process Date: January 12, 2021

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

Your Financial Advisor: ███

Contact Information:

Telephone Number: ███████

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RETA | P57RCQ [1,2,3] | 15 | 126.431707 | 1,896.48 | | | | | 1,896.48 | A | 1 |

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND.
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 12, 2021

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| RETA (Continued) | | | | | | | | | |

Trade Date: 01-12-21      Settlement Date: 01-14-21
Cusip: 75615P-10-3      Settlement Currency: U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker      Acted As Agent

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

## Disclosures

[1] *All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.*
**Important Information** - *Please review the two important disclosure documents in the URL links below:*
**Form Client Relationship Summary ("Form CRS")**
*For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at* http://www.citi.com/investorinfo/ *or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.*
**Regulation Best Interest Disclosure Statement**

Account Number:

Citi Personal Wealth Management



| CITI RETIREMENT ACCOUNT |
| January 12, 2021 |

**For additional information, please see the reverse side.**

## Disclosures *(continued)*

We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.

[2]  Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number OG56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.

©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

[3]  Citigroup Global Markets Inc. makes a market in this security.

[4]  Tax lot information will only be displayed for partial dispositions.  Full dispositions will use all the available tax lots.  You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

**Citi Personal Wealth Management**

**citi**

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

CITI RETIREMENT ACCOUNT

CITI RETIREMENT ACCOUNT

Account Number: ███████████

Process Date: **January 25, 2021**

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

Your Financial Advisor: ██         Contact Information:

████████████████              Telephone Number: █████████

## You Bought

| | | Commission | Service | Transaction |
|---|---|---|---|---|

**INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
January 25, 2021

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

|  |  |  | Commission | Service | Transaction |
|---|---|---|---|---|---|

| RETA | P6PLRP [1,2,4] | 5 | 117.0984 | 585.49 |  | 585.49 | A | 1 |
|---|---|---|---|---|---|---|---|---|

Trade Date: 01-25-21    Settlement Date: 01-27-21
Cusip: 75615P-10-3    Settlement Currency: U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent

Account Number

Citi Personal Wealth Management



**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management



**CITI RETIREMENT ACCOUNT**
January 25, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Sold (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
**January 25, 2021**

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Disclosures

[1]   All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.

*Important Information* - Please review the two important disclosure documents in the URL links below:

*Form Client Relationship Summary ("Form CRS")*

*For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.*

*Regulation Best Interest Disclosure Statement*

*We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.*

[2]   *Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number OG56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.*

*©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.*

[3]   *A prospectus for this security has been or is being delivered to you under separate cover.*

[4]   *Citigroup Global Markets Inc. makes a market in this security.*

[5]   *Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable, however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0.Deliver/Receive vs. Payment
1.Cash Account
2.Margin Account
3.Short Account
4.Special Subscription Account
5.Arbitrage Account

8. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

**Citi** Personal Wealth Management

# citi

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

██████████████

## CITI RETIREMENT ACCOUNT

Account Number: ████████████
Process Date: May 17, 2021

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

### Client Service Information

Your Financial Advisor: TSD

██████████████

Contact Information:

Telephone Number: ████████

██████████████

### You Bought

| | Commission | Service | Transaction |
|---|---|---|---|

██████████████████████████████████

**INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:**
• Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
• Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
• Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF "DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.

Citi Personal Wealth Management



**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number



Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
May 17, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RETA | POX99S [1,2,6] | 12 | 78.64 | 943.68 | | | | | 943.68 | A | 1 |

Trade Date: 05-17-21          Settlement Date: 05-19-21
Cusip: 75615P-10-3            Settlement Currency: U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker        Acted As Agent

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Bought (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## You Sold

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Account Number:

Citi Personal Wealth Management



**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number:

Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
May 17, 2021

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
May 17, 2021

For additional information, please see the reverse side.

## You Sold (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

## Disclosures

[1]  All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.

**Important Information** - Please review the two important disclosure documents in the URL links below:

**Form Client Relationship Summary ("Form CRS")**

For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.

**Regulation Best Interest Disclosure Statement**

We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.

[2]  Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.

Account Number:

**Citi Personal Wealth Management**



**CITI RETIREMENT ACCOUNT**
May 17, 2021

For additional information, please see the reverse side.

## Disclosures (continued)

©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

[3]  Pursuant to Rule 173 of the Securities Act of 1933, as amended the following notice is being provided to you in lieu of a prospectus: Sold per Registration Statement Or Where Prospectus Required. Documentation is available at the website, as noted below:
**http://www.sec.gov/edgar/searchedgar/webusers.htm**

[4]  If you wish to receive a paper copy of the Offering Documentation please contact the number 800-846-5200.

[5]  *A prospectus for this security has been or is being delivered to you under separate cover.*

[6]  Citigroup Global Markets Inc. makes a market in this security.

[7]  Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0. Deliver/Receive vs. Payment
1. Cash Account
2. Margin Account
3. Short Account
4. Special Subscription Account
5. Arbitrage Account

6. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ....... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ....... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION; WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

Citi Personal Wealth Management

citi

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

CITI RETIREMENT ACCOUNT

CITI RETIREMENT ACCOUNT

Account Number: ■■■■■■
Process Date: September 15, 2021

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional information, please see the reverse side.

## Client Service Information

Your Financial Advisor: TSD

Contact Information:

Telephone Number: ■■■■

## You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
- Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
- Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
- Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number



Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
September 15, 2021

For additional information, please see the reverse side.

## You Bought  *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number

Citi Personal Wealth Management



For additional information, please see the reverse side.

## You Bought *(continued)*

| Trade Number | Quantity. | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management



**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:

Citi Personal Wealth Management



**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number

Citi Personal Wealth Management



For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RETA | P4LOSV [1,2,5] | 6 | 106.1401 | 636.84 | | | | 0.01 | 636.83 | A | 1 |

Trade Date: 09-15-21     Settlement Date: 09-17-21
Cusip: 75615P-10-3     Settlement Currency: U.S. Dollars
REATA PHARMACEUTICALS INC CL A

Allocated Order     Solicited Order     Discretion Exercised Your Broker     Acted As Agent
Default Tax Lot Disposition Method : FIRST IN FIRST OUT

## Disclosures

[1] *All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.*

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
September 15, 2021

For additional Information, please see the reverse side.

## Disclosures *(continued)*

**Important Information** - *Please review the two important disclosure documents in the URL links below:*
**Form Client Relationship Summary ("Form CRS")**
*For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.*
**Regulation Best Interest Disclosure Statement**
*We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.*

[2] *Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.*

©2018 *Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.*
[3] *Pursuant to Rule 173 of the Securities Act of 1933, as amended the following notice is being provided to you in lieu of a prospectus: Sold per Registration Statement Or Where Prospectus Required. Documentation is available at the website, as noted below:*
**http://www.sec.gov/edgar/searchedgar/webusers.htm**

[4] *If you wish to receive a paper copy of the Offering Documentation please contact the number 800-846-5200.*

[5] *Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.*

Account Number:



Citi Personal Wealth Management

## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0.Deliver/Receive vs. Payment
1.Cash Account
2.Margin Account
3.Short Account
4.Special Subscription Account
5.Arbitrage Account

8.  Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity In Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ...... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ...... As agent.
M. ......As both principal & agent in this transaction.
P. .......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.

**Citi Personal Wealth Management**

**citi**

CITIGROUP GLOBAL MARKETS INC.
111 WALL ST. 3RD FLOOR
NEW YORK, NY 10043
800-846-5200

# Confirmation

## CITI RETIREMENT ACCOUNT

## CITI RETIREMENT ACCOUNT

| Account Number: ███████ |
| Process Date: January 10, 2022 |

We confirm the below trades, subject to the terms and conditions set forth on this confirmation.

For additional Information, please see the reverse side.

### Client Service Information

Your Financial Advisor: ███

Contact Information:

Telephone Number: ███████

### You Bought

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

INVESTMENT, INSURANCE AND ANNUITY PRODUCTS AND SERVICES (NON-DEPOSIT PRODUCTS) ARE NOT BANK PRODUCTS AND:
• Not insured by the FDIC or any other agency of the United States, Citibank, N.A. (the bank) or (if applicable) an affiliate of the bank;
• Not a deposit or other obligation of, or guaranteed by, the bank or an affiliate of the bank;
• Subject to investment risks, including possible loss of the principal amount invested.

SEE TERMS AND CONDITIONS AND EXPLANATION OF CODED SYMBOLS RELATING TO THIS CONFIRMATION. ON OTHER THAN ROUND LOTS (NORMALLY 100 SHARES), IF " DIF " APPEARS ABOVE, AN ODD-LOT DIFFERENTIAL HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION. THE AMOUNT OF SUCH DIFFERENTIAL WILL BE FURNISHED UPON REQUEST. ACCOUNTS CARRIED BY PERSHING LLC, MEMBER FINRA, NYSE, SIPC. ONE PERSHING PLAZA, JERSEY CITY, NJ 07399.



Citi Personal Wealth Management

CITI RETIREMENT ACCOUNT
January 10, 2022

For additional information, please see the reverse side.

## You Bought (continued)

| Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Bought *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Bought (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## You Sold

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number

Citi Personal Wealth Management



**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:



Citi Personal Wealth Management

CITI RETIREMENT ACCOUNT
January 10, 2022

For additional information, please see the reverse side.

**You Sold** *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:

Citi Personal Wealth Management



CITI RETIREMENT ACCOUNT
January 10, 2022

For additional information, please see the reverse side.

## You Sold (continued)

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Account Number:

Citi Personal Wealth Management



| | CITI RETIREMENT ACCOUNT |
|---|---|
| | January 10, 2022 |

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount | Capacity | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RETA | P8UXX [1,2,5] | 26 | 27.4138 | 712.76 | | | | 0.01 | 712.75 | A | 1 |

Trade Date: 01-10-22    Settlement Date: 01-12-22
Cusip: 75615P-10-3    Settlement Currency: U.S. Dollars

REATA PHARMACEUTICALS INC CL A

Allocated Order    Solicited Order    Discretion Exercised Your Broker    Acted As Agent

Default Tax Lot Disposition Method : FIRST IN FIRST OUT

Account Number:



Citi Personal Wealth Management

**CITI RETIREMENT ACCOUNT**
January 10, 2022

For additional information, please see the reverse side.

## You Sold *(continued)*

| | Trade Number | Quantity | Price | Principal | Interest | Commission Comm Equiv | Service Charge | Transaction Fee | Net Amount Capacity Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Disclosures

[1]  All recommendations will be made in a broker-dealer capacity unless otherwise expressly stated at the time of the recommendation or unless the recommendation was made under a separate investment advisory agreement.

**Important Information** - Please review the two important disclosure documents in the URL links below:

**Form Client Relationship Summary ("Form CRS")**

For a brief summary of the brokerage and advisory services we offer and other important information about our business and our relationship with you, please review our Form CRS online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Form CRS, please contact your Financial Advisor or call us at 1 (800) 846-5200.

Page: **10** of **12**

Account Number

Citi Personal Wealth Management



| CITI RETIREMENT ACCOUNT
| January 10, 2022

For additional information, please see the reverse side.

## Disclosures *(continued)*

**Regulation Best Interest Disclosure Statement**

We must act in your best interest when we make recommendations as your broker-dealer under Regulation Best Interest. For a detailed description of the brokerage services we offer and other important information about our business and our relationship with you, please review our Regulation Best Interest Disclosure Statement online at http://www.citi.com/investorinfo/ or if you prefer a paper copy of our Regulation Best Interest Disclosure, please contact your Financial Advisor or call us at 1 (800) 846-5200.

[2] Citi Personal Wealth Management is a business of Citigroup Inc., which offers investment products through Citigroup Global Markets Inc. ("CGMI"), member SIPC. Citigroup Life Agency LLC ("CLA") offers insurance products. In California, CLA does business as Citigroup Life Insurance Agency, LLC (license number 0G56746). CGMI, CLA and Citibank, N.A. are affiliated companies under the common control of Citigroup Inc.

©2018 Citigroup Inc. Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

[3] Pursuant to Rule 173 of the Securities Act of 1933, as amended the following notice is being provided to you in lieu of a prospectus: Sold per Registration Statement Or Where Prospectus Required. Documentation is available at the website, as noted below:

http://www.sec.gov/edgar/searchedgar/webusers.htm

[4] If you wish to receive a paper copy of the Offering Documentation please contact the number 800-846-5200.

[5] Tax lot information will only be displayed for partial dispositions. Full dispositions will use all the available tax lots. You may change the disposition method or tax lots applied to this trade before the earlier of settlement date or three business days. For more cost basis information, please contact your investment professional.

Account Number: ▮▮▮▮▮

Citi Personal Wealth Management



## TERMS AND CONDITIONS

Securities purchased on a cash or margin basis are or may be hypothecated under circumstances which will permit the commingling thereof with securities carried for other customers, but such securities, if hypothecated, will be withdrawn from hypothecation as soon as practicable after receipt of payment therefor.

If this transaction is a purchase by you in a cash account and sufficient funds are not already in your account with us, it is agreed that you will make full payment for the securities described on this confirmation promptly and not later than settlement date, or at such earlier time payment may be demanded in accordance with the terms of this transaction and that you do not contemplate sale of such securities prior to making such payment. If this transaction is a sale by you in a cash account and the securities described on this confirmation are not already held in your account with us, we are acting upon your representation that you or your principal own such securities, and it is agreed that you will promptly and not later than settlement date deposit such securities with us. If full payment for the securities purchased by you in this transaction is not received by us, or if securities sold by you in this transaction are not delivered to us in proper form on or after the first trading day after settlement date, we may at our option cancel or otherwise liquidate this transaction without notice to you, and you will be liable to us for any resulting loss, including, without limitation, all expenses, attorney's fees and other costs incurred by us and interest thereon.

If this transaction is a purchase by you in a margin account it is agreed that sufficient cash or acceptable collateral will be deposited on or before settlement date, or at such earlier time payment may be demanded to satisfy applicable margin requirements.

Provisions of agreements and contracts shall inure to any successor of Citigroup Global Markets Inc. or Pershing LLC ("Pershing").

It is understood and agreed that all transactions are subject to the rules and customs of the exchange or market (and its clearing house, if any) where they are executed. The name of the other broker or party and the time of execution will be furnished on request.

**CITIGROUP GLOBAL MARKETS INC. OR PERSHING MAY RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW IN CERTAIN EQUITY SECURITIES AND LISTED OPTIONS. THE SOURCE AND NATURE OF THE COMPENSATION, IF ANY, RECEIVED IN CONNECTION WITH THIS TRADE WILL BE FURNISHED UPON WRITTEN REQUEST TO YOUR ADVISOR.**

In those equity transactions where it is indicated that Pershing or an affiliated company acted in the capacity of principal (as market maker or specialist), it fills orders at the inside market without mark-up or down, and charges for its services.

Commission rates, if applicable, are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to or by others in similar transactions. The source and amount of other commissions received in connection with this transaction will be furnished on request.

Call features may exist for securities. Call features for fixed income securities may affect yield. Complete information will be provided upon request.

Rating information is not provided for securities for which a rating is not available. Securities which are unrated are marked "UNRATED". Ratings information that appears in the description of fixed income securities has been obtained from rating services which Citigroup believes to be reliable; however Citigroup cannot guarantee their accuracy.

If this transaction involves an asset-backed security, including a municipal collateralized mortgage obligation, which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such security may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions of underlying yield) will be furnished upon your written request.

## EXPLANATION OF CODED SYMBOLS

**Type of Account**

0.Deliver/Receive vs. Payment
1.Cash Account
2.Margin Account
3.Short Account
4.Special Subscription Account
5.Arbitrage Account

6. Non-Securities Credit Account — reflects the purchase or sale of Precious Metals, which are not securities and are, therefore, not eligible for protection by the Securities Investor Protection Corporation (SIPC) or for any excess SIPC coverage

**Capacity in Which Citigroup Global Markets Inc. Acted**

1, 2 or 3. ....... As broker/agent only
4. ...... Reprinted confirmation; capacity appears on original
5. or 6. ...... As principal.
8. ...... Equity transactions - capacity as shown on front of this confirmation all other transactions - as broker/agent only
9. ...... As agent for the buyer and seller, charging you a commission as shown on this confirmation
0. ...... Average price or block transaction
A. ....., As agent.
M. ......As both principal & agent in this transaction.
P. .,......As principal.

**Additional Capacity Information**

If so noted on this confirmation, Pershing or an affiliated company makes a market in this security and acted as principal in buying from or selling to you. Citigroup Global Markets Inc. acted as your agent, charging you a commission for the service.

If "Average Unit Price Transaction" is indicated on this confirmation, Citigroup Global Markets Inc., Pershing or one of their respective affiliates may have executed your order as a single price execution and/or may have acted as principal, agent or both or agent for another party on one or more exchanges. Details are available through Citigroup Global Markets Inc.

With respect to the purchase of zero coupon securities, please note: no periodic interest payment will be made, and if callable, securities may be called below maturity value without notice by mail to holder unless registered.

Citigroup Global Markets Inc. charges you a Transaction Fee on certain securities transactions which are subject to Fees assessed by a self regulatory organization, securities exchange and/or government agency. The Fee is based on the value of the "covered" securities transactions. To determine the exact amount of this Fee with respect to any transaction, please contact Citigroup Global Markets Inc.

PLEASE REPORT ANY ERROR, OMISSION OR EXCEPTION IMMEDIATELY TO CITIGROUP GLOBAL MARKETS INC. AT THE ADDRESS SHOWN ON THIS CONFIRMATION, WITHIN THREE (3) DAYS OF RECEIPT. FAILURE TO DO SO CONSTITUTES YOUR ACCEPTANCE OF THE TRANSACTIONS.

Unless you have directed that an order be executed on a specific exchange or market, and Citigroup Global Markets Inc. or Pershing agree to the same, your order will be executed in any location or on any exchange where the security at issue is traded, either on a principal or agency basis, as applicable.

Details concerning the type of order, venue, date, time of execution as stated in Coordinated Universal Time (UTC), and Multiple Executions are available upon your written request to Citigroup Global Markets Inc.

Net Asset Value (NAV) based transactions in Exchange Traded Products (ETPs) and transactions in foreign securities executed in a foreign market may include additional fees. Details furnished upon request.



Retail

U.S. POSTAGE PAID
PM

JUL 22, 2024

$18.05

RDC 03    1 Lb 1.20 Oz

DOYLE U. REATA PHARMACEUTICALS, INC.
P.O. BOX 5566
PORTLAND OR 97228-5566



**PRIORITY**
★ **MAIL** ★

TRACKED
★ ★ ★
INSURED
★

UNITED STATES
POSTAL SERVICE.

For Domestic Use Only      Label 107R, July 2013

CONFIDENTIAL

EXPECTED DELIVERY DAY: 07/24/24

USPS TRACKING® #

**From:** Info_ReataSecuritiesLitigation
**Sent:** Monday, September 16, 2024 7:23 PM
**To:** ███████████████████
**Subject:** RE: Fwd: Reata Securities Litigation – Claim Submission Confirmation

Dear ██████████

Thank you for your email.

We are looking into your inquiry and will get back to you as soon as possible.

Sincerely,

███████

Doyle v Reata Pharmaceuticals, Inc.
Claims Administrator


-------------------- Original Message --------------------
**From:** ████████████████████
**Received:** 9/12/2024 2:59 PM
**To:** Info@ReataSecuritiesLitigation.com
**Subject:** Fwd: Reata Securities Litigation – Claim Submission Confirmation


**Confirmation Code is:** ████████████

Claims Administrator,

I received a call from ██ at Epic. She wanted to private a status update.

Her number is ████████████  I have been unable to reach her.

Can you please provide me a status update?

Regards,

███████████████████


    Begin forwarded message:

    **From:** <noReply@ReataSecuritiesLitigation.com>
    **Subject: Reata Securities Litigation – Claim Submission Confirmation**
    **Date:** February 2, 2024 at 2:06:45 PM EST
    **To:** ██████████████████


    Thank you. Your claim has been successfully submitted. Your Confirmation Code is: ██████████  Please keep this
    code for your records.

1

Sincerely,
Claims Administrator

Questions? Contact the Claims Administrator at 1-877-664-7398 or info@ReataSecuritiesLitigation.com.

*This is an auto generated email. Do not respond to this email.*

███████████

**From:**     Info_ReataSecuritiesLitigation
**Sent:**     Tuesday, October 29, 2024 11:18 AM
**To:**      ███████████
**Subject:**    RE: Doyle v. Reata Pharmaceuticals Inc. - Claim Number 800000020

Hello ███████████,

This information is the result from the review by the claims administrator only. This is not the result of the court review. We confirm that you wish to maintain your request for Court review and your claim will be submitted to the Court for review.

Sincerely,

███████
Doyle v. Reata Pharmaceuticals, Inc.
Claims Administrator

**From:** ███████████████████████████
**Sent:** Friday, October 25, 2024 9:47 AM
**To:** Info_ReataSecuritiesLitigation <Info@ReataSecuritiesLitigation.com>
**Subject:** Re: Doyle v. Reata Pharmaceuticals Inc. - Claim Number 800000020

███████████████████████████████████████████

Is this the result of the requested court review? Or is this the review by the claims administrator only?

> On Oct 25, 2024, at 10:44 AM, Info_ReataSecuritiesLitigation <Info@ReataSecuritiesLitigation.com> wrote:
>
> Re: ███████████████████
>
> Hello ███████████,
>
> Thank you for speaking with me about your request for court review of your claim, Claim No. 800000020.  Your claim is ineligible because it does not calculate to a Recognized Loss Amount under the Plan of Allocation, which is in paragraphs 49 through 72 in the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

1

You claimed the following purchases of Reata common stock:

Purchase of 32 shares on 5/08/19
Purchase of 15 shares on 1/12/21
Purchase of 5 shares on 1/25/21
Purchase of 12 shares on 5/17/21

You claimed the following sales of Reata common stock:

Sale of 24 shares on 12/21/19
Sale of 8 shares on 1/7/20
Sale of 6 shares on 9/15/21
Sale of 26 shares on 1/10/21

Pursuant to the Plan of Allocation, ¶ 63, purchases/acquisitions and sales of Reata common stock shall be matched on a Last In, First Out ("LIFO") basis. Under LIFO, a Claimant's sales of Reata common stock during the Settlement Class Period will be matched against his, her, or its previous acquisitions of Reata common stock in reverse-chronological order, beginning with the most recent acquisition that is not already matched to a sale.

Thus, your purchase of 32 shares on 5/8/19 was matched to two sales on 12/31/19 and 1/7/20 (the first 8 shares purchased matched to the sale on 1/7/20 and the remaining 24 shares purchased matched to the sale on 12/31/19). Since both the purchase and the sales of these shares occurred prior to the first disclosure date of 8/10/2020, these purchases calculate to a Recognized Loss Amount of $0.00 pursuant to the Plan of Allocation, ¶ 59(i).

Your purchase of 12 shares on 5/17/21 was matched to two sales on 9/15/21 and 1/10/22 (the first 6 shares matched to part of the sale on 1/10/22 and the remaining 6 shares purchased matched to the sale on 9/15/21). Since the last 6 shares were purchased on 5/17/21 and then sold on 9/15/21, pursuant to the Plan of Allocation, ¶ 59(ii)(b), which states that the Recognized Loss Amount shall be the lesser of the price inflation of the purchase minus the price inflation of the sale per Table 1 OR the purchase price minus the sale price. Because your purchase price on 5/17/21 was less than you sale price on 9/15/21, this transaction's Recognized Loss Amount calculates to $0.00.

The Recognized Loss Amount of the remaining 6 shares purchased on 5/17/21 was matched to 1/10/22 on the Last In First Out basis, and pursuant to the Plan of Allocation, ¶ 59(iii), calculates to $302.82, and the Recognized Loss Amounts of the 5 shares purchased on 1/25/21 calculates to $277.65 and the 15 shares purchased on 1/25/21 calculates to $832.95. **However, because you had an overall Market Gain of $1,939.06 over all of your transactions, your Recognized Claim shall be $0.00 pursuant to the Plan of Allocation ¶68. Your sum of the Total Sales Proceeds is greater than your sum of the Total Purchase Amount.**

Sincerely,

Doyle v. Reata Pharmaceuticals, Inc.
Claims Administrator

2

# EXHIBIT D
# Claim No. 800000158



Transaction Confirmation
Confirm Date: May 22, 2020

Page 1 of 2

Brokerage Account Number

Your Advisor

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

**Transaction Confirmation**
**Confirm Date: May 22, 2020**                    Page 2 of 2

Brokerage Account Number



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| | 1* | FIX | 05-22-20 | 05-27-20 | 75615P103 | | | |

You Sold
　　　　　　400
　　　at　160.1400
Symbol:
RETA

DESCRIPTION and DISCLOSURES
REATA PHARMACEUTICALS INC CL A
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount　　64,056.00
Activity Assessment Fee　　1.42
Settlement Amount　　64,054.58

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



Fidelity doesn't endorse or recommend any particular investment, trading activity, or authorized agent/Advisor. Fidelity has no responsibility and will not undertake to review, monitor or supervise the suitability of trading by any authorized agent/Advisor. In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below.

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents, of the Financial Industry Regulatory Authority, Inc., as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then, or thereafter may have against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-Issued or When-Distributed Transactions. The information contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue or delivery. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine. National Financial Services LLC ("NFS") may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

Fractional Share Trading: National Financial Services ("NFS"), an affiliate broker-dealer, will execute the fractional component of a customer order in a principal capacity.

Open Orders. An open order will remain in effect until executed or canceled. Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right, but are not obligated to, cancel open orders when the limit price becomes unrealistic in relation to the market price. Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". In certain instances, open orders in your managed accounts may expire after 120 days. Open orders are reflected on account statements. Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation, or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS. Please review FBS's annual disclosure on payment for order flow policies and order routing policies.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds, REITS). Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction. The settlement date for these transactions is often extended a number of days beyond the subscription (i.e., trade) or redemption date. As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details. Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC.

In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds, those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

Currency exchanges may be effected by Fidelity FOREX, Inc. on a principal basis. Fidelity FOREX, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS. The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase, the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled. If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots, lots are depleted using the account-level default disposal method.  If more than one lot has the same date and quantity, selection among such lots is random.

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC, an affiliate of NFS and FBS.

Other remuneration may have been received and information will be furnished on request.

Certificates of deposit and certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect Yield. Complete information will be provided upon written request.

This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.

Name of the other party, time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC, Member NYSE/SIPC. Account carried with National Financial Services LLC.

*T - TYPE OF ACCOUNT

| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued Cash Account |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale.

Certain transactions involve a commission as described in the prospectuses.

A service fee or markup/markdown may be charged on certain transactions.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.
D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.
D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.
D4. Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information, when provided, has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice. Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision.  Ratings are subject to change or withdrawal by the ratings services at any time.  Ratings information may not be provided for all debt securities.  When indicated, NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services.  Please contact your broker dealer if you need more information about a security.

(C) 2016 FMR LLC
All rights reserved





**Transaction Confirmation**
**Confirm Date: January 10, 2020**

Page 1 of 1

Brokerage Account Number



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | 1* | WK# | 01-10-20 | 01-14-20 | 75615P103 | ▮▮▮▮ | | |

You Bought

       400
   at   208.1000

Symbol:
RETA

DESCRIPTION and DISCLOSURES
REATA PHARMACEUTICALS INC CL A
WE HAVE ACTED AS AGENT.
THIS NOTICE IS PROVIDED TO YOU, IN LIEU
OF THE FINAL PROSPECTUS, PURSUANT TO
SECURITIES ACT RULE 173. TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172. YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866-602-4402.

Principal Amount    83,240.00
Settlement Amount   83,240.00

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account ▮▮▮▮ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.



FIDELITY BROKERAGE SERVICES LLC, MEMBER NYSE, SIPC

In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below.

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents, of the Financial Industry Regulatory Authority, Inc., as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then, or thereafter may have against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-Issued, When-Distributed or TBA Transactions: The information contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue, delivery or pool allocation. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine. National Financial Services LLC, ("NFS"), may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

Open Orders. An open order will remain in effect until executed or canceled. Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right, but are not obligated to, cancel open orders when the limit price becomes unrealistic in relation to the market price. Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Orders marked "solicited" are not the result of "investment advice" from Fidelity, as that term is defined under ERISA and underlying U.S. Department of Labor Regulations, except to the extent that Fidelity utilizes an unaffiliated third party in obtaining such advice.

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation, or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS. Please review FBS's annual disclosure on payment for order flow policies and order routing policies.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds, REITS). Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction. The settlement date for these transactions is often extended a number of days beyond the subscription (i.e., trade) or redemption date. As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details. Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC.

In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") such as alternative investments or private placements or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS commissions, sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request.

Currency exchanges may be effected by Fidelity FOREX, Inc. on a principal basis. Fidelity FOREX, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS. The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase, the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled. If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots, lots are depleted using the account-level default disposal method. If more than one lot has the same date and quantity, selection among such lots is random.

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC, an affiliate of NFS and FBS.

Other remuneration may have been received and information will be furnished on request.

At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

Certificates of deposit and certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect Yield. Complete information will be provided upon written request.

This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.

Name of the other party, time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC, Member NYSE/SIPC. Account carried with National Financial Services LLC.

**\* T - TYPE OF ACCOUNT**

| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued / TBA |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.
D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.
D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.
D4. Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information, when provided, has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice. Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision. Ratings are subject to change or withdrawal by the ratings services at any time. Ratings information may not be provided for all debt securities. When indicated, NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services. Please contact your broker dealer if you need more information about a security.

# INSTRUCTIONS FOR DEPOSITING CERTIFICATES

**Endorsement Instructions**

1) The signature on the back of the certificate must correspond exactly to the name as written upon the face of the certificate.

2) Write "National Financial Services LLC" on the line between "appoint" and "attorney."

3) Write your brokerage account number on the top right corner of the front of the certificate.

4) Failure to properly prepare the Certificate may result in delays completing your transaction.

MAIL CERTIFICATES TO THIS ADDRESS:

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



| Claim Number: | 800000158 |
|---|---|
| Response Deadline: | August 5, 2024 |

July 16, 2024

### Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

AK3241 v.02



To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator

AK3242 v.02

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398.



## AS-IS
Document Control

Claim Number:      800000158

Response Deadline:    August 5, 2024

July 16, 2024

### Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR. 97228-5566

Claim Number: 800000158

Claims Administrator,

I am requesting that the court review the full rejection of the claim. I am contesting the rejection of the claim as there is a recognized loss of $47.96/share for the 400 shares I owned.

Attached are the broker's transaction confirmations showing proof of loss as well as proof of a transfer of the shares between my accounts. The shares were acquired 1-10-2020 in account ending █████ , transferred to account ending ████ on 5-19-2020, and then sold two days later 5-22-2020.

Sincerely,





**Transaction Confirmation**
**Confirm Date: January 10, 2020**

Page 1 of 1

Brokerage Account Number



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| █████ | 1* | WK# | 01-10-20 | 01-14-20 | 75615P103 | █████ | | |

You Bought

at 400
208.1000

Symbol:
RETA

**DESCRIPTION and DISCLOSURES**
REATA PHARMACEUTICALS INC CL A
WE HAVE ACTED AS AGENT.
THIS NOTICE IS PROVIDED TO YOU, IN LIEU
OF THE FINAL PROSPECTUS, PURSUANT TO
SECURITIES ACT RULE 173. TO THE EXTENT
THE SALE WAS MADE PURSUANT TO A
REGISTRATION STATEMENT OR IN A
TRANSACTION IN WHICH A FINAL PROSPECTUS
WOULD HAVE BEEN REQUIRED TO HAVE BEEN
DELIVERED IN THE ABSENCE OF SECURITIES
ACT RULE 172. YOU CAN VIEW THE FINAL
PROSPECTUS AT WWW.SEC.GOV, OR YOU MAY
REQUEST A PAPER COPY BY CALLING
866-602-4402.

Principal Amount    83,240.00
Settlement Amount   83,240.00

0100005144

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



If you are eligible to make a deposit, please use this form for investments in your brokerage account ████████ only.

| AMOUNT OF INVESTMENT | $ |
|---|---|

If there are sufficient funds in your brokerage core account (or margin account), Fidelity will use those funds to cover the trade(s) on this confirm. If you wish to deposit additional money, use this deposit slip and make checks payable to: NATIONAL FINANCIAL SERVICES LLC. Deposits will be made to the account listed above. Please mail checks to the Fidelity address on this form. Refer to the last page for instructions on depositing certificates.

In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below.

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents, of the Financial Industry Regulatory Authority, Inc., as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then, or thereafter may have against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-Issued, When-Distributed or TBA Transactions: The information contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue, delivery or pool allocation. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be cancelled if such exchange or association shall so determine. National Financial Services LLC, ("NFS"), may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

Open Orders. An open order will remain in effect until executed or canceled. Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right, but are not obligated to, cancel open orders when the limit price becomes unrealistic in relation to the market price. Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Orders marked "solicited" are not the result of "investment advice" from Fidelity, as that term is defined under ERISA and underlying U.S. Department of Labor Regulations, except to the extent that Fidelity utilizes an unaffiliated third party in obtaining such advice.

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation, or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS. Please review FBS's annual disclosure on payment for order flow policies and order routing policies.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds, REITS). Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction. The settlement date for these transactions is often extended a number of days beyond the subscription (i.e., trade) or redemption date. As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details. Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC.

In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") such as alternative investments or private placements or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS commissions, sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request.

Currency exchanges may be effected by Fidelity FOREX, Inc. on a principal basis. Fidelity FOREX, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS. The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase, the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled. If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots, lots are depleted using the account-level default disposal method. If more than one lot has the same date and quantity, selection among such lots is random.

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC, an affiliate of NFS and FBS.

Other remuneration may have been received and information will be furnished on request.

At the time you purchase shares of a no-load fund, those shares will be assigned either a transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any applicable fees will be assessed based on the status assigned to the shares at the time of purchase.

Certificates of deposit and certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features are similar to those which may appear on the front of the confirmation. Early call or redemption could affect Yield. Complete information will be provided upon written request.

This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.

Name of the other party, time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC, Member NYSE/SIPC. Account carried with National Financial Services LLC.

## * T - TYPE OF ACCOUNT

| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued / TBA |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.

D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.

D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.

D4. Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information, when provided, has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice. Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision. Ratings are subject to change or withdrawal by the ratings services at any time. Ratings information may not be provided for all debt securities. When indicated, NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services. Please contact your broker dealer if you need more information about a security.

# INSTRUCTIONS FOR DEPOSITING CERTIFICATES

**Endorsement Instructions**

1) The signature on the back of the certificate must correspond exactly to the name as written upon the face of the certificate.

2) Write "National Financial Services LLC" on the line between "appoint" and "attorney."

3) Write your brokerage account number on the top right corner of the front of the certificate.

4) Failure to properly prepare the Certificate may result in delays completing your transaction.

## MAIL CERTIFICATES TO THIS ADDRESS:



**Transaction Confirmation**
**Confirm Date: May 22, 2020**

Page 1 of 2

Brokerage Account Number



Your Advisor

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE





**Transaction Confirmation**
**Confirm Date: May 22, 2020**

Page 2 of 2

Brokerage Account Number



| REFERENCE NO. | TYPE | REG.REP. | TRADE DATE | SETTLEMENT DATE | CUSIP NO. | ORDER NO. | | |
|---|---|---|---|---|---|---|---|---|
| ▉▉▉▉ | 1* | FIX | 05-22-20 | 05-27-20 | 75615P103 | ▉▉▉▉ | | |

DESCRIPTION and DISCLOSURES

You Sold

400
at        160.1400
Symbol:
RETA

REATA PHARMACEUTICALS INC CL A
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES
INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD.

Principal Amount          64,056.00
Activity Assessment Fee          1.42
Settlement Amount          64,054.58

ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE



Fidelity doesn't endorse or recommend any particular investment, trading activity, or authorized agent/Advisor. Fidelity has no responsibility and will not undertake to review, monitor or supervise the suitability of trading by any authorized agent/Advisor. In accordance with your instructions we are pleased to confirm the transaction or order for your account and risk subject to terms listed below.

Please inform our office promptly if there is an error in this confirmation. Your failure to do so may result in the inability to amend a transaction. Please address all communications to the firm and not to individuals and include your brokerage account number on all checks and communications.

It is understood and agreed that all transactions made for you are subject to the rules and customs of the exchange or market (and its clearing house, if any) where executed by us or by our agents, of the Financial Industry Regulatory Authority, Inc., as the case may be and to the Securities Exchange Act. It is further understood and agreed that on margin business all securities or other things bought or held by us, are pledged as collateral security for any and all claims and demands we then, or thereafter may have against the party giving such orders whether arising thereunder or not. It is further understood and agreed that we have the right to close transactions without further notice, at public or private sale, without liability for subsequent difference in value, when such a sale or purchase is deemed necessary by us for our protection, with the right upon our part of becoming the purchaser thereof free from all trust; that securities held by us in margin accounts (and in cash accounts until paid for in full) are or may be hypothecated for the sum, due thereon, or for a greater sum, under circumstances which will permit the commingling thereof with securities carried for the account of other customers; and that we have the right to loan such securities held by us.

When-Issued or When-Distributed Transactions. The information contained herein is an estimate based upon information available at the time of your order. The final figures will be forwarded to you when obtainable upon issue or delivery. Such transactions shall be settled at such time, place and in such manner and by delivery of such securities and/or other property as determined by the exchange or association to whose requirements the transaction is subject, or shall be canceled if such exchange or association shall so determine. National Financial Services LLC ("NFS") may demand deposits to secure this transaction and reserves the right to close this transaction upon the failure of the customer to tender such deposit.

Fractional Share Trading: National Financial Services ("NFS"), an affiliate broker-dealer, will execute the fractional component of a customer order in a principal capacity.

Open Orders. An open order will remain in effect until executed or canceled. Customers may attempt to cancel open orders at any time prior to execution. NFS will cancel open orders after 180 calendar days (or in accordance with standards set by your Employer) and we reserve the right, but are not obligated to, cancel open orders when the limit price becomes unrealistic in relation to the market price. Limits on open orders to BUY and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend", "ex-rights", "ex-distribution", or "ex-interest". In certain instances, open orders in your managed accounts may expire after 120 days. Open orders are reflected on account statements. Unexecuted portions of an open order which are executed on subsequent days are treated as separate orders for commission purposes, in accordance with industry practices.

Payment for Order Flow Disclosure [Exchange Act Rule 10b-10(a)(2)(i)(C)]. Fidelity Brokerage Services LLC ("FBS") and/or NFS receives remuneration, compensation, or consideration for directing orders in equity securities to particular broker/dealers or market centers for execution. The source and nature of any compensation received in connection with your particular transaction will be disclosed upon written request to FBS. Please review FBS's annual disclosure on payment for order flow policies and order routing policies.

The private placement memorandum, term sheet, prospectus or other disclosure documents ("Offering Materials") you previously received include important information concerning your alternative investment transaction (e.g., hedge funds, private equity funds, REITS). Please refer to these materials for an explanation of the subscription (i.e., purchase) and redemption process as well as information regarding compensation that FBS or NFS may receive from you and/or the alternative investment in connection with your transaction. The settlement date for these transactions is often extended a number of days beyond the subscription (i.e., trade) or redemption date. As part of the subscription process, your subscription funds could be held in escrow until such time as your subscription is accepted by the alternative investment. Gross proceeds are reflected on the statement and may not be realized at the time of the redemption if the fund is subject to a holdback. See the Offering Materials for more details. Any such assets retained by the fund are held as a general obligation of the fund and are not protected by SIPC.

In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds, those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

Currency exchanges may be effected by Fidelity FOREX, Inc. on a principal basis. Fidelity FOREX, Inc., an affiliate of NFS, may impose a commission or markup on the prevailing interbank market price. Fidelity FOREX may in turn share a portion of any foreign exchange commission or markup with NFS and/or FBS. The currency exchange rate applicable to any foreign security trade is available upon request.

For trades of positions set up for average cost, the cost basis per share is calculated as the average price of all shares in the position and shares are depleted on a first-in-first-out basis.

When there are multiple lots for the particular date indicated via versus purchase, the system depletes the lots starting with the highest quantity lot and moves through the lots in descending order of quantity until the order is filled. If an order cannot be matched versus purchase, or if the order quantity exceeds the matched lots, lots are depleted using the account-level default disposal method. If more than one lot has the same date and quantity, selection among such lots is random.

The local broker in a foreign securities transaction may be Fidelity Clearing Canada ULC, an affiliate of NFS and FBS.

Other remuneration may have been received and information will be furnished on request.

Certificates of deposit and certain securities, including bonds, preferred stocks, and common stocks, may be subject to call or redemption (prior to maturity, if applicable). Call features may exist in addition to those which may appear on the front of the confirmation. Early call or redemption could affect Yield. Complete information will be provided upon written request.

This statement is computed for payment by bank draft on settlement date. If payment is made at a later date, additional interest to date of payment will be charged.

Name of the other party, time of execution and remuneration furnished on request. Fidelity Brokerage Services LLC, Member NYSE/SIPC. Account carried with National Financial Services LLC.

**"T - TYPE OF ACCOUNT**

| | |
|---|---|
| 0 - Deliver / Receive vs. Payment | 6 - Special Account |
| 1 - Cash Account | 8 - When Issued Cash Account |
| 2 - Margin Account | 9 - Income Account |
| 3 - Short Account | |

If an odd-lot differential is indicated on the face of this confirmation, an amount of 12½ cents per share was added to the price of purchase or deducted from the price of sale.

Certain transactions involve a commission as described in the prospectuses.

A service fee or markup/markdown may be charged on certain transactions.

D1. Additional call features exist that may affect yield; complete information will be provided upon request.
D2. No periodic interest payments - callable below maturity value without notice by mail to holder unless registered.
D3. For bonds callable and issued in bearer form, it may be difficult for you to determine whether the securities have been called.
D4. Asset-backed Securities. An asset-backed security represents an interest in or is secured by a pool of financial assets that may be subject to continuous prepayment. The actual yield may vary based on prepayment rates of the underlying receivable or other financial assets. Information concerning factors that affect yield will be furnished upon written request.

Ratings information, when provided, has been obtained from select ratings services which NFS believes to be reliable, however, NFS cannot guarantee its timeliness, accuracy or completeness. Ratings are opinions and not recommendations or investment advice. Ratings or the absence of ratings should not alone be relied upon when assessing the credit quality of a security or making an investment decision. Ratings are subject to change or withdrawal by the ratings services at any time. Ratings information may not be provided for all debt securities. When indicated, NR denotes that the security is not rated by the listed rating organization. The security may be rated by other rating services. Please contact your broker dealer if you need more information about a security.



## Activity

### Transfers Between Fidelity Accounts (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|
| 05/19 | REATA PHARMACEUTICALS INC CL A 645-554730-1 VALUE OF TRANSACTION $60,000.00 | 75615P103 | Transferred To | -400.000 | 150.0000 | - | - |




**INVESTMENT REPORT**
**May 19, 2020 - May 31, 2020**

## Activity

Transfers Between Fidelity Accounts (continued)

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Cost | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/19 | REATA PHARMACEUTICALS INC CL A 484-110507-1 VALUE OF TRANSACTION $60,000.00 | 75615P103 | Transferred From | 400.000 | 150.0000 | | - | - |



COPY

Document Control





US POSTAGE
PAID MI
07/24/2024
From 10022
0 lbs 8 ozs
Zone 8

PRIORITY MAIL EXPRESS 1-DAY™

0007

WAIVER OF SIGNATURE

2907

DOYLE V. REATA PHARMACEUTICALS, INC.
DOYLE V. REATA PHARMACEUTICALS, INC.
PO BOX 5563
PORTLAND OR 97228-5566

**From:**                  Info_ReataSecuritiesLitigation
**Sent:**                 Tuesday, October 15, 2024 3:39 PM
**To:**
**Subject:**           Doyle v. Reata Pharmaceuticals, Inc. - Claim Number 800000158

RE:

Thank you for taking the time to speak with me regarding your request for court review of your claim.

Your claim is ineligible because it does not calculate to a Recognized Loss Amount under the Plan of Allocation which is located in paragraphs 49 through 72 in the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses. Pursuant to paragraph 59(i), For each share that was sold prior to August 10, 2020,  the Recognized Loss Amount per share is $0.00.  You claimed one purchase of 400 shares of Reata common stock on January 10, 2020 and one sale of 400 shares of Reata common stock on May 22, 2020. Because all your eligible shares were sold prior to the first disclosure date of August 10, 2020, your claim does not calculate to a Recognized Loss Amount. Please note that having a market loss is not the same as a Recognized Loss under the Plan of Allocation. It is possible to have a loss in the market and still not have a Recognized Loss.

We confirm that you wish to maintain your request for Court review and your claim will be submitted to the Court for review. Please let us know if you have any further questions.


Sincerely,

Doyle v. Reata Pharmaceuticals, Inc.
Claims Administrator

# EXHIBIT D
# Claim No. 800000446

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

*October 1, 2020 - October 31, 2020*

PAGE **1** OF 9

ACCOUNT NUMBER

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.
PORTFOLIO SUMMARY:
Lists all securities held in your account.
MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTAMITED ANNUAL INCOME
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES   C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*October 1, 2020 - October 31, 2020*

ACCOUNT NUMBER ███████████████

██████

# ally.
Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

**I N D I V I D U A L   A C C O U N T**

▶ **PORTFOLIO SUMMARY**

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|

**BUY / SELL TRANSACTIONS**

*October 1, 2020 - October 31, 2020*

ACCOUNT NUMBER ███████████████

██████████

PAGE **3** OF 9

**ally**®

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 10/20/20 | M | REATA PHARMACEUTICALS INC<br>CL A COM<br>CUSIP: 75615P103 | 200 | 110.9268 | | 22,184.84 |

**Total Buy / Sell Transactions**

**DIVIDENDS AND INTEREST**

**Total Dividends And Interest**

*October 1, 2020 - October 31, 2020*

ACCOUNT NUMBER  ███████████

██████████

**ally**

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ACCOUNT ACTIVITY (CONTINUED)



*October 1, 2020 - October 31, 2020*

PAGE **5** OF 9



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

ACCOUNT NUMBER

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

If, for any reason, you feel you have a complaint, please contact our Client Services Team, either by mail at PO Box 49050 Charlotte, NC 28277-3432, email at support@invest.ally.com, or phone at 855-880-2559.

**IMPORTANT INFORMATION**

If you have not yet converted your TradeKing account to Ally Invest you may begin to incur a fee for receiving paper statements. To avoid these fees please log in at TradeKing.com and follow the online steps to convert your account.

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2020 is available on the website at www.apexclearing.com. A copy may also be obtained at no cost by calling Apex Clearing Corp.  As of June 30, 2020, Apex Clearing Corporation had net capital of $190,092,117 and was $174,149,622 in excess of its required net capital of $15,942,495.  As of July 31, 2020, Apex Clearing Corporation had net capital of $193,448,398 and was $175,262,786 in excess of its required net capital of $18,185,612.

**Apex's Policy for Dividends and interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers who participate in the Fully Paid Lending Program should be aware that shares on loan are not covered by SIPC.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municiapl Securities -**  you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
NASD Rule 2340 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.

*October 1, 2020 - October 31, 2020*

PAGE **6** OF 9

ACCOUNT NUMBER ██████████

**ally**®

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ANNOUNCEMENTS (CONTINUED)

https://www.finra.org/industry/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008 broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
•Equity securities acquired on or after January 1, 2011
•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013. The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. **Please note SIPC does not cover commodity contracts and options on futures.** For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection. This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted. This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities. For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits. Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov. Deposit Account

*October 1, 2020 - October 31, 2020*

PAGE **7** OF 9

ACCOUNT NUMBER ███████████

███████████



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

► ANNOUNCEMENTS (CONTINUED)

balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.
A brief summary of the content of the Annual Disclosure Statement is as follows:
- Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
- Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
- Margin Disclosure Statement: FINRA Rule 2264 - The Information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
- Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and

*October 1, 2020 - October 31, 2020*

PAGE **8** OF 9

ACCOUNT NUMBER





**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ANNOUNCEMENTS (CONTINUED)

existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION -  Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
- Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
- Information relating to your transactions, including account balances, positions, and activity;
- Information which may be received from consumer reporting agencies, such as credit bureau reports;
- information relating to your creditworthiness;
- Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**

*October 1, 2020 - October 31, 2020*

ACCOUNT NUMBER



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶  ANNOUNCEMENTS (CONTINUED)

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

APEX CLEARING CORPORATION
350 NORTH ST. PAUL SUITE 1300
DALLAS, TX 75201

**ally**®

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

*August 1, 2020 - August 31, 2020*

PAGE **1** OF 10

ACCOUNT NUMBER

**▶ ACCOUNT SUMMARY**

I N D I V I D U A L   A C C O U N T

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

**IMPORTANT INFORMATION**

You may have received a confirmation for a trade, which does not appear on this statement. If the settlement date of the trade as shown on the confirmation is later than the period ending date that appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January; the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects form among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

**NOTICE TO CUSTOMERS**

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate, as published in the Wall Street Journal. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org.
Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.
INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date. Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays and Margin Interest Expenses.
PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.
PORTFOLIO SUMMARY:
Lists all securities held in your account.
MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank.
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTAMITED ANNUAL INCOME
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES  C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS. NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*August 1, 2020 - August 31, 2020*

ACCOUNT NUMBER ███████████████       PAGE **2** OF 10

███████████



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ **PORTFOLIO SUMMARY**

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| REATA PHARMACEUTICALS INC CL A COM | RETA | M | 200 | 104.95 | 20,990.00 | | N/A | | |

**Total Equities**

**Total Cash (Net Portfolio Balance)**

**TOTAL PRICED PORTFOLIO**

▶ **ACCOUNT ACTIVITY**

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |

*August 1, 2020 - August 31, 2020*

ACCOUNT NUMBER ██████████

PAGE **3** OF 10

██████

# ally®

**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| ████ | | | | | | | |
| BOUGHT | 08/12/20 | C | REATA PHARMACEUTICALS INC CL A COM CUSIP: 75615P103 | 200 | 111.736 | 22,347.20 | |
| ████ | | | | | | | |

**Total Buy / Sell Transactions**

**FUNDS PAID AND RECEIVED**

**Total Funds Paid And Received**

*August 1, 2020 - August 31, 2020*

ACCOUNT NUMBER

**ally**®

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|

**MISCELLANEOUS TRANSACTIONS** (continued)



*August 1, 2020 - August 31, 2020*

PAGE **5** OF 10

ACCOUNT NUMBER ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

**ally**®

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS TRANSACTIONS** (continued) | | | | | | | |
| JOURNAL | 08/12/20 | M | REATA PHARMACEUTICALS INC<br>CL A COM<br>TFR FROM TYPE 1<br>CUSIP: 75615P103 | 200 | | | |
| JOURNAL | 08/12/20 | C | REATA PHARMACEUTICALS INC<br>CL A COM<br>TFR TO TYPE 2<br>CUSIP: 75615P103 | -200 | | | |
| **Total Miscellaneous Transactions** | | | | | | | ▮▮▮▮▮▮ |

▶ **EXECUTED TRADES PENDING SETTLEMENT - THESE TRANSACTIONS MAY NOT BE REFLECTED IN OTHER SUMMARIES**

|  | TRADE | SETTLEMENT | ACCOUNT |
|---|---|---|---|

*August 1, 2020 - August 31, 2020*

ACCOUNT NUMBER

PAGE **6** OF 10



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ **ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

If, for any reason, you feel you have a complaint, please contact our Client Services Team, either by mail at PO Box 49050 Charlotte, NC 28277-3432, email at support@invest.ally.com, or phone at 855-880-2559.

**IMPORTANT INFORMATION**

If you have not yet converted your TradeKing account to Ally Invest you may begin to incur a fee for receiving paper statements. To avoid these fees please log in at TradeKing.com and follow the online steps to convert your account.

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Audited Statement of Financial Condition as of December 31, 2019 is available on the website at www.apexclearing.com. A copy may also be obtained at no cost by calling Apex Clearing Corp. As of December 31, 2019, Apex Clearing Corporation had a net capital of $146,274,307 and was $135,745,512 in excess of its required net capital of $10,528,796. As of January 31, 2020, Apex Clearing Corporation had a net capital of $147,867,249 and was $136,934,044 in excess of its required net capital of $10,933,205.

**Apex's Policy for Dividends and interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers who participate in the Fully Paid Lending Program should be aware that shares on loan are not covered by SIPC.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municiapl Securities -** you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
NASD Rule 2340 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.

*August 1, 2020 - August 31, 2020*

PAGE **7** OF 10

ACCOUNT NUMBER ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮

**ally**®

**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ANNOUNCEMENTS (CONTINUED)

https://www.finra.org/industry/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request. **Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**
Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.
SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."
In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.
• Equity securities acquired on or after January 1, 2011
• Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:
• Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)
Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims.  **Please note SIPC does not cover commodity contracts and options on futures.**  For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

**FDIC SWEEP PROGRAM**
For customers with balances in a bank deposit account as part of the FDIC Sweep Program or shares of a money market mutual fund in which you have a beneficial interest, those balances or shares may be liquidated on your order and the proceeds returned to your account or remitted to you in accordance with the applicable prospectus and/or Terms and Conditions of the program.

For customers participating in the FDIC Sweep Program, the FDIC Sweep Program allows your cash balance to be eligible for insurance protection through the FDIC up to the maximum applicable insurance limits.  Customers may obtain information about FDIC, by contacting the FDIC at 1-877-275-3342, 1-800-925-4618 (TDD) or by visiting www.fdic.gov.  Deposit Account

*August 1, 2020 - August 31, 2020*

PAGE **8** OF 10

ACCOUNT NUMBER



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ANNOUNCEMENTS (CONTINUED)

balances in the FDIC Sweep Program are not protected by SIPC or any other excess coverage by Apex Clearing Corporation. Deposit Account balances are protected as established by current applicable laws regulated by the FDIC.

Customers may obtain information about SIPC, including the SIPC brochure, by contacting SIPC at 202-371-8300 or by visiting www.SIPC.org.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.

A brief summary of the content of the Annual Disclosure Statement is as follows:

* Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.
* Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.
* Margin Disclosure Statement: FINRA Rule 2264 - The Information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.
* Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.
* Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
* SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
* SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
* SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
* Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
* Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
* Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
* Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
* Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
* Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
* Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and

*August 1, 2020 - August 31, 2020*

ACCOUNT NUMBER

PAGE **9** OF 10



**Ally Invest Securities**
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

► ANNOUNCEMENTS (CONTINUED)

existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION -  Privacy Policy**

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

**Personal Information Collected**

In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**

Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**

Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**

INDIVIDUAL ACCOUNT

*August 1, 2020 - August 31, 2020*

ACCOUNT NUMBER ███████████

PAGE **10** OF 10



Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ANNOUNCEMENTS (CONTINUED)

You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

**How to Get in Touch with Apex about this Privacy Policy**
For reference, this Privacy Policy is available on our website at www.apexclearing.com. For more information relating to Apex's Privacy Policy or to limit our sharing of your personal information, please contact:

Apex Clearing Corporation
Attn: Compliance Department 350 N. St. Paul St., Suite 1300
Dallas, Texas 75201
cs@apexclearing.com

**Account Holder Information**

Our records currently reflect the following investment objectives and financial information for your account:

*If any of the information above is incorrectly stated or missing, please contact your registered representative and/or broker directly listed on the first page of your account statement. Please note that not all defined investment objectives listed below are available to each client; investment objectives are setup by each broker dealer independently.  To discuss which investment objectives are available to you please contact your registered representative and/or broker directly listed on the first page of your account statement.*

End of Statement

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



Claim Number:        800000446

Response Deadline:    August 5, 2024

July 16, 2024

### Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between the number of shares of Reata common stock you reported (on your claim) to have purchased, acquired, and/or sold, and the number of shares held at the beginning of the Settlement Class Period (November 14, 2016) and the filing of the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws (June 20, 2022).

**How to Resolve:** You must provide any missing transactions, missing beginning or unsold holdings, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s) that relate(s) to the discrepancy will be rejected according to Last-In, First-Out ("LIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Settlement Class Period + All Shares Purchased or Acquired – All Shares Sold or Delivered – Unsold Shares as of June 20, 2022. This calculation should equal zero for a Claim to properly balance if all transactions and holdings have been accurately reported. The discrepancy in your Claim is displayed below.

| Type of Security | Type of Transaction | Quantity |
|---|---|---|
| Common Stock | Holding Difference 06/20/2022 | 200.00 |

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



Claim Number:        800000446

Response Deadline:    August 5, 2024

July 16, 2024

## <u>Notice of Incomplete Proof of Claim Submission</u>

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: <u>This is the only notice you will receive with respect to this Claim.</u>**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between the number of shares of Reata common stock you reported (on your claim) to have purchased, acquired, and/or sold, and the number of shares held at the beginning of the Settlement Class Period (November 14, 2016) and the filing of the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws (June 20, 2022).

**How to Resolve:** You must provide any missing transactions, missing beginning or unsold holdings, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s) that relate(s) to the discrepancy will be rejected according to Last-In, First-Out ("LIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Settlement Class Period + All Shares Purchased or Acquired – All Shares Sold or Delivered – Unsold Shares as of June 20, 2022. This calculation should equal zero for a Claim to properly balance if all transactions and holdings have been accurately reported. The discrepancy in your Claim is displayed below.

| Type of Security | Type of Transaction | Quantity |
|---|---|---|
| Common Stock | Holding Difference 06/20/2022 | 200.00 |

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator

AK3242 v.02



Doyle v. Reata Pharmaceuticals, Inc.

P.O. Box 5566

Portland, OR 97228

Subject: **Request for Court Review of claim # 800000446**

Dear Sir/Madam,

I received a letter from Claim Admittatur dated 07/16/2024 stating my claim is deficient or ineligible.

I disagree the Claim Administrator's determination and request Court Review on my claim rejection.

As stated in the letter, I made a calculation per Formula that showing "Zero" balance.

| Shares held at the beginning of the settlement class period 11/04/2016 | | All the shares Purchased on 08/10/2020 | | All shares sold on 10/16/2020 | | Unsold Shares as of June 20,2022 | | Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | plus | 200 | less | 200 | less | 0 | equal | 0 |

To allow Court Review I enclosed below documents

1. A copy of original letter from Claim Administrator dated on 07/16/2024
2. Tax document for period of 2020 showing stock transactions including RETA
3. Transaction sheet showing buying 200 shares in August 2020 and selling 200 shares in Oct 2020.

Appreciate your assistance to review my request. Please let me know if any further information is required.



**APEX CLEARING**

ONE DALLAS CENTER
350 NORTH ST PAUL SUITE 1300
DALLAS, TX 75201
Customer Service: 214-765-1009

**Account** ▮▮▮▮

**Form 1099 Composite** | **2020**

Statement Date: 01/23/2021

FATCA filing requirement [ ]

## Tax Reporting Statement

| DIVIDENDS AND DISTRIBUTIONS | 2020 Form 1099-DIV* | OMB No. 1545-0110 |
|---|---|---|
| 1a- Total Ordinary Dividends (includes amount shown on 1b) | | |
| 1b- Qualified Dividends | | |
| 2a- Total Capital Gain Distributions (includes lines 2b, 2c, 2d) | | |
| 2b- Unrecaptured Section 1250 gain | | |
| 2c- Section 1202 Gain | | |
| 2d- Collectibles (28%) Gain | | |
| 3- Nondividend Distributions | | |
| 4- Federal Income Tax Withheld | | |
| 5- Section 199A Dividends | | |
| 6- Investment Expenses | | |
| 7- Foreign tax Paid | | |
| 8- Foreign country or US Possession | | |
| 9- Cash Liquidation Distributions | | |
| 10- Noncash Liquidation Distribution | | |
| 11- Exempt-Interest Dividends | | |
| 12- Specified Private Activity Bond Interest Dividends | | |

| INTEREST INCOME | 2020 Form 1099-INT* | OMB No. 1545-0112 |
|---|---|---|
| 1- Interest Income | | |
| 2- Early Withdrawal penalty | | |
| 3- Interest on U.S. Savings Bonds & Treasury Obligations | | |
| 4- Federal Income Tax Withheld | | |
| 5- Investment Expenses | | |
| 6- Foreign Tax Paid | | |
| 7- Foreign Country or U.S. Possession | | |
| 8- Tax-Exempt Interest (includes box 9) | | |
| 9- Specified Private Activity Bond Interest | | |
| 10- Market Discount | | |
| 11- Bond Premium | | |
| 12- Bond Premium on Treasury Obligations | | |
| 13- Bond Premium on Tax-Exempt Bonds | | |
| 14- Tax-Exempt and Tax Credit Bond CUSIP no. | | |

| MISCELLANEOUS INCOME | 2020 Form 1099-MISC* | OMB No. 1545-0115 |
|---|---|---|
| 2- Royalties | | 0.00 |
| 3- Other Income | | 0.00 |
| 4- Federal Income Tax Withheld | | 0.00 |
| 8- Substitute Payments in Lieu of Dividends or Interest | | 0.00 |

| REGULATED FUTURES CONTRACTS & SECTION 1256 OPTIONS | 2020 Form 1099-B* | OMB No. 1545-0715 |
|---|---|---|
| 8- Profit or (loss) realized in 2020 on closed contracts | | |
| 9- Unrealized profit or (loss) on open contracts - 12/31/2019 | | |
| 10- Unrealized profit or (loss) on open contracts – 12/31/2020 | | |
| 11- Aggregate profit or (loss) on contracts | | |

*As applicable, proceeds from other sale transactions are summarized below and details are provided in subsequent sections of this document. More details on futures and section 1256 options transactions are also provided in other sections of this document.*

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.
Dividends may be reclassified for tax purposes after the original Form 1099 is sent in certain cases where information from issuers is received late. This may require us to provide you an amended tax form.

**APEX CLEARING**

# Tax Summary

**2020**

01/23/2021

## Summary Of Sale Proceeds

Proceeds from sales of securities are reported individually by trade to the Internal Revenue Service. Please refer to the Proceeds from Broker and Barter Exchange Transactions details sections to determine correct amounts to include in your tax return. The summary transaction amounts shown below are for informational purposes.



**ORIGINAL ISSUE DISCOUNT SUMMARY**

Original Issue Discount (Non-US Treasury Obligations)
Original Issue Discount on U.S. Treasury Obligations
Other Periodic Interest
Market Discount – Covered Positions
Acquisition Premium – Covered Positions
Bond Premium – Covered Positions
Tax-Exempt OID – Covered Positions
Tax Exempt OID – Specified Private Activity Bonds – Covered Positions
Investment Expenses
*Amounts shown in this section are summary totals for your reference. For bond-by-bond detail, use the Form 1099-OID section of this document.*

**FEDERAL TAX WITHHELD**

| Form | Federal Income Tax Withheld |
| --- | --- |
| 1099-B Total (aggregate): | |
| 1099-DIV Total: | |
| 1099-INT Total: | |
| 1099-MISC Total: | |
| 1099-OID Total: | |

**APEX CLEARING**

**Proceeds from Broker and Barter Exchange Transactions**    2020 Form 1099-B*    OMB No. 1545-0715

01/23/2021

The following information is being provided to assist in your review and the preparation of your tax return.

This Form 1099-B – Proceeds from Broker and Barter Exchange Transactions provides information relating to sales of securities in your account. The sales details are organized into potentially five separate sections depending on your holding period in the security for the sale (short-term vs long-term) and whether the security is considered a "covered security" for tax reporting purpose. For covered securities, cost basis (adjusted as required under tax regulations) is being reported to the Internal Revenue Service (IRS), whereas for noncovered securities, cost basis if set forth below is provided only for your information.

A separate category is provided for sales of securities for which we do not know your holding period. For such tax lots, you will need to use your historical documents to determine your holding period (whether short-term or long-term) and your tax basis.

Unless noted otherwise under the column "Additional Notes", cost basis and corresponding gain or loss is determined by treating tax lots acquired first as being sold first. We have also assumed that you have made an election to amortize premium on the purchase of taxable bonds.

As brokers, we are only required to apply wash sales loss disallowance rules to securities with the same CUSIP or identifier and purchased and sold within the same account. We are also not required to apply wash sales rules across covered and noncovered securities. You as the taxpayer, however, generally have broader obligations under the wash sales rules to determine disallowed losses, and you may wish to consult with a tax adviser as to the application of such rules to you.

Sales of certain contingent payment debt instruments give rise to ordinary income rather than short-term or long-term capital gain or loss. Such ordinary income treatment is indicated in the Additional Notes column as "Box 2 – Ordinary." In addition, certain assets classified as collectibles are subject to special tax treatment. Any such classification is noted in the Additional Notes column as "Box 3 – Collectibles Box Checked." Loss disallowed for certain transactions involving change in control or capital structure is noted in the Additional Notes column as "Box 7 – Loss Disallowed Box Checked." Disposition of a QOF investment is noted in the Additional Notes column as "Box 3 – QOF."

Information in the transaction detail sections below that have a Box number is being transmitted to the IRS, whereas additional information that is not being transmitted to the IRS is not headed by a Box number. Such additional information may be helpful to you in the preparation of your tax return. Remember that taxpayers are ultimately responsible for the accuracy of their tax returns.

FATCA filing requirement [  ]

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

**Box 2:** Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)        **Box 6:** Gross (unless indicated as Net in Additional Notes Column)        **Box 12:** Basis Reported to the IRS

**The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.**

1a - Description of property I CUSIP I Symbol

| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING

# Proceeds from Broker and Barter Exchange Transactions
### (continued)

2020 Form 1099-B*

OMB No. 1545-0715

01/23/2021

## SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part I with Box A checked.

Box 2: Type of Gain or Loss - Short-Term (unless indicated as Ordinary in Additional Notes Column)

Box 5: Box Not Checked (Covered Security)          Box 6: Gross (unless indicated as Net in Additional Notes Column)          Box 12: Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

1a - Description of property I CUSIP I Symbol



| 1c - Date Sold or Disposed | Quantity | 1d - Proceeds | 1b - Date Acquired | 1e - Cost or Other Basis | 1f - Accrued Market Discount (M) & 1g - Wash Sale Loss Disallowed (D) | Gain or Loss (-) | Additional Notes |
|---|---|---|---|---|---|---|---|
| REATA PHARMACEUTICALS INC    CL A COM I CUSIP: 75615P103 I Symbol: RETA | | | | | | | |
| 10/16/2020 | 200.00 | 22,184.84 | 08/10/2020 | 22,347.20 | 0.00 | -162.36 Sale | |

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

APEX CLEARING

## Proceeds from Broker and Barter Exchange Transactions
### (continued)

2020 Form 1099-B*    OMB No. 1545-0715

01/23/2021

## LONG TERM TRANSACTIONS FOR COVERED TAX LOTS

Report on Form 8949, Part II with Box D checked.

**Box 2:** Type of Gain or Loss - Long-Term (unless indicated as Ordinary in Additional Notes Column)

**Box 5:** Box Not Checked (Covered Security)          **Box 6:** Gross (unless indicated as Net in Additional Notes Column)          **Box 12:** Basis Reported to the IRS

The 1099-B data referenced by a Box Number is reported to the IRS. The additional information not referenced by a Box Number is not reported to the IRS but may be helpful to complete your return.

1a - Description of property | CUSIP | Symbol

1f - Accrued Market Discount (M) &

Additional Notes

* This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. Taxpayers are reminded that they are ultimately responsible for the accuracy of their tax returns.

**APEX CLEARING**

## Dividends and Distributions - Details of Form 1099-DIV    2020

01/23/2021

This section of the information statement provides payment-level details for dividend-related distributions reported in aggregate on Form 1099-DIV. The information provided below is for your reference only. The break-out details provide payment-level information (including payment date and issuer) for different categories of distributions reported on Form 1099-DIV: ordinary dividends, including portions classified as qualified dividends and section 199A dividends, non-dividend distributions, exempt-interest dividends and liquidation distributions.

Taxes withheld for federal, state or foreign tax purposes are shown as negative numbers but do not offset the income amounts.

For dividends classified as "qualified dividends," the classification is made only from the issuer perspective without accounting for your holding period. Under IRS rules, classification as a qualified dividend for a taxpayer also depends on the taxpayer's holding period in the relevant stock, and a taxpayer is responsible for confirming such qualification based on the taxpayer's actual holding period. Taxpayers are reminded that they are ultimately responsible for the accuracy of their own tax returns.

**Description | CUSIP | Symbol**

| Date | Total Ordinary Dividends (Box 1a) | Qualified Dividends (Box 1b) | Nondividend Distributions (Box 3) | Federal Income Tax Withheld (Box 4) | Section 199A Dividends (Box 5) | Investment Expenses (Box 6) | Foreign Tax Paid (Box 7) | State Tax Withheld (Box 15) | State (Box 13) State Identification No. (Box 14) |
|---|---|---|---|---|---|---|---|---|---|

**APEX CLEARING**

## Supplemental Information

2020

01/23/2021

The supplemental information provided below contains additional details that may assist in your tax return preparation.

**Fees & Expenses**

**Description**

**Date**                                                                                                    **Amount**

**Common Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Backup Withholding.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for more information on backup withholding. Include this amount on your income tax return as tax withheld.

**Nominees.** If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file as the "payer" the respective Form 1099 (DIV, INT, or OID) Copy A (with a Form 1096) to the IRS for each of the other owners as recipient(s) to show their allocable share of the income and you must furnish the respective Copy B Form(s) and amounts to each owner. A spouse is not required to file a nominee return to show amounts owned by the other spouse. See the 2020 General Instructions for Certain Information Returns.

**Keep tax documents for your records.**

**1099-DIV Instructions for Recipient**

**Box 1a.** Shows total ordinary dividends that are taxable. Include this amount on the "Ordinary dividends" line of 1040 or 1040-SR. Also, report it on Schedule B (1040 or 1040-SR), if required.

**Box 1b.** Shows the portion of the amount in box 1a that may be eligible for reduced capital gains rates. See the Instructions for Forms 1040 and 1040-SR for how to determine this amount and where to report.

The amount shown may be dividends a corporation paid directly to you as a participant (or beneficiary of a participant) in an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040 or 1040-SR but treat it as a plan distribution, not as investment income, for any other purpose.

**Box 2a.** Shows total capital gain distributions from a regulated investment company (RIC) or real estate investment trust (REIT). See *How To Report in the Instructions for Schedule D (Form 1040 or 1040-SR)*. But, *if no amount is shown in boxes 2c and 2d and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on your Form 1040 or 1040-SR rather than Schedule D. See the Instructions for Forms 1040 or 1040-SR.*

**Box 2b.** Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. See the Unrecaptured Section 1250 Gain Worksheet in the Instructions for Schedule D (Form 1040 or 1040-SR).

**Box 2c.** Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to an exclusion. See the Schedule D (Form 1040 or 1040-SR) instructions.

**Box 2d.** Shows 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet in the Instructions for Schedule D (Form 1040 or 1040-SR).

**Box 3.** Shows a return of capital. To the extent of your cost (or other basis) in the stock, the distribution reduces your basis and is not taxable. Any amount received in excess of your basis is taxable to you as capital gain. See Pub. 550.

**Box 4.** Shows backup withholding. A payer must backup withhold on certain payments if you did not give your TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows the portion of the amount in box 1a that may be eligible for the 20% qualified business income deduction under section 199A. See the instructions for Form 8995 and Form 89950-A.

**Box 6.** Shows your share of expenses of a nonpublicly offered RIC, generally a nonpublicly offered mutual fund. This amount is included in box 1a.

**Box 7.** Shows the foreign tax that you may be able to claim as a deduction or a credit on Form 1040 or 104-SR. See the Instructions for Forms 1040 or 104-SR.

**Box 8.** This box should be left blank if a RIC reported the foreign tax shown in box 7.

**Boxes 9 and 10.** Show cash and noncash liquidation distributions.

**Box 11.** Shows exempt-interest dividends from a mutual fund or other RIC paid to you during the calendar year. See the Instructions for Form 1040 and 1040-SR for where to report. This amount may be subject to backup withholding. See Box 4 above.

**Box 12.** Shows exempt-interest dividends subject to the alternative minimum tax. This amount is included in box 11. See the Instructions for Form 6251.

**Boxes 13-15.** State income tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-DIV and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099DIV*.

**1099-INT Instructions for Recipient**

The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a taxable covered security acquired at a premium, unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize the premium under section 171, or for a tax-exempt covered security acquired at a premium, your payer generally must report either (1) a net amount of interest that reflects the offset of the amount of interest paid to you by the amount of premium amortization allocable to the payment(s), or (2) a gross amount for both the interest paid to you and the premium amortization allocable to the payment(s). If you did notify your payer that you did not want to amortize the premium on a taxable covered security, then your payer will only report the gross amount of interest paid to you. For a noncovered security acquired at a premium, your payer is only required to report the gross amount of interest paid to you.

**Box 1.** Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. May also show the total amount of the credits from clean renewable energy bonds, new clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during 2020 on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912. See the instructions above for a taxable covered security acquired at a premium.

**Box 2.** Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Form 1040 and 1040-SR to see where to take the deduction.

**Box 3.** Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not all be taxable. See Pub. 550. This interest is exempt from state and local income taxes. This interest is not included in box 1. See the instructions above for a taxable covered security acquired at a premium.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9. Include this amount on your income tax return as tax withheld.

**Box 5.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 1. Note: This amount is not deductible.

**Box 6.** Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040 or 1040-SR. See your tax return instructions.

**Box 7.** Shows the country or U.S. possession to which the foreign tax was paid.

**Box 8.** Shows tax-exempt interest paid to you during the calendar year by the payer. See how to report this amount in the Instructions for Form 1040 and 1040-SR. This amount may be subject to backup withholding. See *Box 4* above. See the instructions above for a tax-exempt covered security acquired at a premium.

**Box 9.** Shows tax-exempt interest subject to the alternative minimum tax. This amount is included in box 8. See the Instructions for Form 6251. See the instructions above for a tax-exempt covered security acquired at a premium.

**Box 10.** For a taxable or tax-exempt covered security, if you made an election under section 1278(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you, unless it was reported on Form 1099-OID. For a taxable or tax-exempt covered security acquired on or after January 1, 2015, accrued market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040 and 1040-SR. Market discount on a tax-exempt security is includible in taxable income as interest income.

**Box 11.** For a taxable covered security (other than a U.S. Treasury obligation), shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040 or 1040-SR) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the security. If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 1. If the amount in box 11 is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(e)(4).

**Box 12.** For a U.S. Treasury obligation that is a covered security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040 or 1040-SR) to determine the net amount of interest includible in income on Form 1040 or 1040-SR with respect to the U.S. Treasury obligation. If an amount is not reported in this box for a U.S. Treasury obligation that is a covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 3. If the amount in box 12 is greater than the amount of interest paid on the U.S. Treasury obligation, see Regulations section 1.171-2(a)(4).

**Box 13.** For a tax-exempt covered security, shows the amount of premium amortization allocable to the interest payment(s). If an amount is reported in this box, see Pub. 550 to determine the net amount of tax-exempt interest reportable on Form 1040 or 1040-SR. If an amount is not reported in this box for a tax-exempt covered security acquired at a premium, the payer has reported a net amount of interest in box 8 or 9, whichever is applicable. If the amount in box 13 is greater than the amount of interest paid on the tax-exempt covered security, the excess is a nondeductible loss. See Regulations section 1.171-2(a)(4)(ii).

**Box 14.** Shows CUSIP number(s) for tax-exempt bond(s) on which tax-exempt interest was paid, or tax credit bond(s) on which taxable interest was paid or tax credit was allowed, to you during the calendar year. If blank, no CUSIP number was issued for the bond(s).

**Boxes 15-17.** State tax withheld reporting boxes.

**Future developments.** For the latest information about developments related to Form 1099-INT and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099INT*.

**1099-B Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting also is required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040 or 1040-SR), and which checkbox is applicable. See instructions for your Schedule D (Form 1040 or 1040-SR) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds

from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040 or 1040-SR)(whichever is applicable) as explained in the Instructions for Schedule D (Form 1040 or 1040-SR).
Box 1e. Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, Instructions for Schedule D (Form 1040 or 1040-SR), or Pub. 550 for details.
Box 1f. Shows the amount of accrued market discount. For details on market discount, see Schedule D (Form 1040 or 1040-SR) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1f may be blank.
Box 1g. Shows the amount of nondeductible loss in a wash sale transaction. For details on wash sales, see Schedule D (Form 1040 or 1040-SR) instructions, the Instructions for Form 8949, and Pub. 550. If box 5 is checked, box 1g may be blank.
Box 2. The short-term and long-term boxes pertain to short-term gain or loss and long-term gain or loss. If the "Ordinary" box is checked, your security may be subject to special rules. For example, gain on a contingent payment debt instrument subject to the noncontingent bond method generally is treated as ordinary interest income rather than as capital gain. See the Instructions for Form 8949, Pub. 550, or Pub. 1212 for more details on whether there are any special rules or adjustments that might apply to your security. If box 5 is checked, box 2 may be blank.
Box 3. If checked, proceeds are from a transaction involving collectibles or from a Qualified Opportunity Fund (QOF).
Box 4. Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax withheld.
Box 5. If checked, the securities sold were noncovered securities and boxes 1b, 1e, 1f, 1g, and 2 may be blank. Generally, a noncovered security means: stock purchased before 2011, stock in most mutual funds purchased before 2012, stock purchased in or transferred to a dividend reinvestment plan before 2012, debt acquired before 2014, options granted or acquired before 2014, and securities futures contracts entered into before 2014.
Box 6. If the exercise of a noncompensatory option resulted in a sale of a security, a checked "net proceeds" box indicates whether the amount in box 1d was adjusted for option premium.
Box 7. If checked, you cannot take a loss on your tax return based on gross proceeds from a reportable change in control or capital structure reported in box 1d. See the Form 8949 and Schedule D (Form 1040 or 1040-SR) instructions. The broker should advise you of any losses on a separate statement.
**Regulated Futures Contracts, Foreign Currency Contracts, and Section 1256 Option Contracts (Boxes 8 Through 11)**
Box 8. Shows the profit or (loss) realized on regulated futures, foreign currency, or Section 1256 option contracts closed during 2020.
Box 9. Shows any year-end adjustment to the profit or (loss) shown in box 8 due to open contracts on December 31, 2019.
Box 10. Shows the unrealized profit or (loss) on open contracts held in your account on December 31, 2020. These are considered closed out as of that date. This will become an adjustment reported as unrealized profit or (loss) on open contracts—12/31/2020 in 2021.
Box 11. Boxes 8, 9, and 10 are all used to figure the aggregate profit or (loss) on regulated futures, foreign currency, or Section 1256 option contracts for the year. Include this amount on your 2020 Form 6781.
Box 12. If checked, the basis in box 1e has been reported to the IRS and either the short-term or the long-term gain or loss box in box 2 will be checked. If box 12 is checked on Form(s) 1099-B and NO adjustment is required, see the Instructions for your Schedule D (Form 1040 or 1040-SR) as you may be able to report your transaction directly on Schedule D (Form 1040 or 1040-SR). If the "Ordinary" box in box 2 is checked, an adjustment may be required.
Box 13. Shows the cash you received, the fair market value of any property or services you received, and the fair market value of any trade credits or scrip credited to your account by a barter exchange. See Pub. 525.
Boxes 14–16. Shows state(s)/local income tax information.
Future developments. For the latest information about any developments related to Form 1099-B and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099B.

**1099-MISC Instructions for Recipient**
Amounts shown may be subject to self-employment (SE) tax. If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040 or Form 1040-SR). See Pub. 334 for more information. Note: If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES-NR). Individuals must report these amounts as explained in the box 14 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.
Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.
Box 1. Report rents from real estate on Schedule E (Form 1040 or Form 1040-SR). However, report rents on Schedule C (Form 1040 or Form 1040-SR) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.
Box 2. Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040 or Form 1040-SR). However, report payments for a working interest as explained in the Schedule E (Form 1040 or Form 1040-SR) instructions. For royalties on timber, coal, and iron ore, see Pub. 544.
Box 3. Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040 or Form 1040-SR), or Form 1040NR and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040 or Form 1040-SR).
Box 4. Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.
Box 5. An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040 or Form 1040-SR). See Pub. 334.
Box 6. For individuals, report on Schedule C (Form 1040 or Form 1040-SR).
Box 7. If checked, $5,000 or more of sales of consumer products was sold to you on buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040 or 1040-SR).
Box 8. Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040 or Form 1040-SR), or Form 1040NR.
Box 9. Report this amount on Schedule F (Form 1040 or Form 1040-SR).
Box 10. Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.
Box 12. May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals. The amount is also shown in box 1 of Form 1099-NEC.
Box 13. Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See your tax return instructions for where to report.
Box 14. Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 1, Form 1099-NEC as nonemployee compensation. Any amount included in box 12 that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040, 1040-SR, or 1040-NR. See the Instructions for Forms 1040 and 1040-SR, or the instructions for Form 1040-NR.
Box 15-17. Show state or local income tax withheld from the payments.
Future developments. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099MISC.

**1099-OID Instructions for Recipient**
Original issue discount (OID) is the excess of an obligation's stated redemption price at maturity over its issue price (acquisition price for a stripped bond or coupon). OID on a taxable obligation is taxable as interest over the life of the obligation. If you are the holder of a taxable OID obligation, generally you must include an amount of OID in your gross income each year you hold the obligation. Obligations that may have OID include a bond, debenture, note, certificate, or other evidence of indebtedness having a term of more than 1 year. For example, the OID rules may apply to certificates of deposit (CDs), time deposits, bonus savings plans, and other deposit arrangements, especially if the payment of interest is deferred until maturity. In addition, the OID rules apply to Treasury inflation-protected securities. See Pub. 550 for more information.
If, as the record holder, you receive Form 1099-OID showing amounts belonging to another person, you are considered a nominee recipient. Complete a Form 1099-OID for each of the other owners showing the amounts allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner as the "recipient." File Form(s) 1099-OID with Form 1096, with the Internal Revenue Service Center for your area. On Form 1096, list yourself as the "filer." A spouse is not required to file a nominee return to show amounts owned by the other spouse. If you bought or sold an obligation during the year and you are not a nominee, you are not required to issue or file Form 1099-OID showing the OID or stated interest allocable to the seller/buyer of the obligation.
The information provided may be different for covered and noncovered securities. For a description of covered securities, see the Instructions for Form 8949. For a covered security acquired with acquisition premium, your payer generally must report either (1) a net amount of OID that reflects the offset of OID by the amount of acquisition premium amortization for the year, or (2) a gross amount for both the OID and the acquisition premium amortization for the year. For a noncovered security acquired with acquisition premium, your payer is only required to report the gross amount of OID.
Box 1. Shows the OID on a taxable obligation for the part of the year you owned it. Report the amount in box 1 as interest income on your income tax return. However, depending on the type of debt instrument, the issue or acquisition date, and other factors (for example, if you paid acquisition or bond premium, or the obligation is a stripped bond or coupon), you may have to figure the correct amount of OID to report on your return. See Pub. 1212 for details on how to figure the correct OID. See the instructions above for a covered security acquired with acquisition premium.
Box 2. Shows qualified stated interest on this obligation for the year, which is an amount separate from the OID. If you held the obligation the entire year, report this amount as interest income on your tax return. If you disposed of the obligation or acquired it from another holder during the year, see Pub. 550 for reporting instructions. If there is an amount in both boxes 2 and 8, the amount in box 2 is interest on a U.S. Treasury obligation and is exempt from state and local income taxes. If there is an amount in both boxes 2 and 11, the amount in box 2 is tax-exempt interest and is not included in interest income on your tax return. In general, see how to report tax-exempt interest in the Instructions for Form 1040 and 1040-SR.
Box 3. Shows interest or principal forfeited if you withdrew the money before the maturity date of the obligation, such as from a CD. You may deduct this amount to figure your adjusted gross income on your income tax return. See the Instructions for Form 1040 and 1040-SR to see where to take the deduction.
Box 4. Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9 for information on backup withholding. Include this amount on your income tax return as tax

withheld.

**Box 5.** For a covered security acquired with OID, if you made an election under section 1276(b) to include market discount in income as it accrues and you notified your payer of the election in writing in accordance with Regulations section 1.6045-1(n)(5), shows the market discount that accrued on the debt instrument during the year while held by you. For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, shows the market discount that accrued on the obligation during the year while held by you. For a covered security acquired on or after January 1, 2015, market discount will be calculated on a constant yield basis unless you notified your payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to make a constant yield election for market discount under section 1276(b). The payer may, but is not required to, report the market discount for a tax-exempt obligation that is a covered security acquired before January 1, 2017. Report the accrued market discount on your income tax return as directed in the Instructions for Form 1040 and 1040-SR. Market discount on a tax-exempt security is includible in taxable income as interest income.

**Box 6.** For a taxable covered security, shows the amount of acquisition premium amortization for the year that reduces the amount of OID that is included as interest on your income tax return. If an amount is reported in this box, see the Instructions Schedule B (Form 1040 or 1040-SR). If an amount is not reported in this box for a covered security acquired with acquisition premium, the payer has reported a net amount of OID that reflects the offset of OID that is included in income. If the payer has reported a net amount of OID in box 1 or box 8, you must report the net amount of OID on Schedule B (Form 1040 or 1040-SR) and you must not make an adjustment to this amount for acquisition premium on Schedule B (Form 1040 or 1040-SR).

If there is an amount in both boxes 6 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, the amount in box 6 shows the amount of acquisition premium amortization for the year that reduces the amount of your tax-exempt OID for the year. The payer may, but is not required to, report the acquisition premium for a tax-exempt obligation that is a covered security acquired before January 1, 2017, and issued with OID. See the Instructions above for a covered security acquired with acquisition premium.

**Box 7.** Shows the identification (CUSIP) number or description of the obligation (may include the stock exchange, issuer, coupon rate, and year of maturity).

**Box 8.** Shows OID on a U.S. Treasury obligation for the part of the year you owned it. Report this amount as interest income on your federal income tax return, and see Pub. 1212 to figure any appropriate adjustments to this amount. This OID is exempt from state and local income taxes and is not included in box 1. See the instructions above for a covered security acquired with acquisition premium. If the number in this box is negative, it represents a deflation adjustment. See Pub. 550 for further information on accounting for this adjustment.

**Box 9.** Any amount shown is your share of investment expenses of a single-class REMIC. This amount is included in box 2. Note: This amount is not deductible.

**Box 10.** For a taxable covered security, including a Treasury inflation-protected security, shows the amount of premium amortization allocable to the interest payment(s), unless you notified the payer in writing in accordance with Regulations section 1.6045-1(n)(5) that you did not want to amortize bond premium under section 171. If an amount is reported in this box, see the Instructions for Schedule B (Form 1040 or 1040-SR). If an amount is not reported in this box for a taxable covered security acquired at a premium and the payer is reporting premium amortization, the payer has reported a net amount of interest in box 2. If the amount in this box is greater than the amount of interest paid on the covered security, see Regulations section 1.171-2(a)(4).

If there is an amount in both boxes 10 and 11, for a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, and issued with OID, the amount in box 10 shows the amount of premium amortization for the year that reduces the amount of your tax-exempt interest for the year. The payer may, but is not required to, report the premium amortization for a tax-exempt obligation that is a covered security acquired before January 1, 2017, and issued with OID.

**Box 11.** For a tax-exempt obligation that is a covered security acquired on or after January 1, 2017, shows the tax-exempt OID on the obligation for the part of the year you owned it. The payer may, but is not required to, report the OID for a tax-exempt obligation that is a covered security acquired before January 1, 2017. In general, report the amount of tax-exempt OID on Form 1040 or 1040-SR. See the instructions above for a covered security acquired with acquisition premium.

**Boxes 12–14.** State income tax withheld reporting.

**Future developments.** For the latest information about developments related to Form 1099-OID and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099OID*.

APEX CLEARING
ONE DALLAS CENTER
350 NORTH ST PAUL SUITE 1300
DALLAS, TX 75201

IN ACCOUNT WITH





**IMPORTANT YEAR END MESSAGES**

This document includes your Consolidated Form 1099 that we are required to provide to you and contains information that we are providing to the Internal Revenue Service and additional information that may be helpful to you for filing your tax return. You may wish to seek the advice of a tax professional when preparing your return.

Please verify your personal information for accuracy and contact us to correct any discrepancies.

This page is intentionally left blank.

*August 1, 2020 - August 31, 2020*

**ally.**

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax 856.699.0563
Member FINRA and SIPC - Ally.com/invest

**ACCOUNT NUMBER** ▮▮▮▮▮▮▮                    PAGE 2 OF 10

ACCOUNT ACTIVITY INDIVIDUAL



► PORTFOLIO SUMMARY

| DESCRIPTION | SYMBOL/ CUSIP | ACCOUNT TYPE | QUANTITY | PRICE | MARKET VALUE | LAST PERIOD'S MARKET VALUE | % CHANGE | EST. ANNUAL INCOME | % OF TOTAL PORTFOLIO |
|---|---|---|---|---|---|---|---|---|---|
| **EQUITIES / OPTIONS** | | | | | | | | | |
| REATA PHARMACEUTICALS INC CL A COM | RETA | M | 200 | 104.95 | 20,990.00 | | | N/A | 33.661 |

► ACCOUNT ACTIVITY

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** | | | | | | | |

August 1, 2020 - August 31, 2020

PAGE 2 OF 10

ACCOUNT NUMBER [redacted]

[redacted]

INDIVIDUAL ACCOUNT

[redacted]

*October 1, 2020 - October 31, 2020*

**ally®**

PAGE 3 OF 9

ACCOUNT NUMBER ████████████████

████████████

Ally Invest Securities
P.O. Box 30248, Charlotte, NC 28230
Phone: 855.880.2559 | Fax: 866.699.0563
Member FINRA and SIPC - Ally.com/invest

▶ ACCOUNT ACTIVITY (CONTINUED)

| TRANSACTION | DATE | ACCOUNT TYPE | DESCRIPTION | QUANTITY | PRICE | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| **BUY / SELL TRANSACTIONS** (continued) | | | | | | | |
| SOLD | 10/20/20 | M | REATA PHARMACEUTICALS INC CL A COM CUSIP: 75615P103 | 200 | 110.9268 | | 22,184.84 |

**Total Buy / Sell Transactions**

**DIVIDENDS AND INTEREST**

**Total Dividends And Interest**



ACCOUNT NUMBER

PAGE 3 OF 5

October 1, 2020 - October 31, 2020

► ACCOUNT ACTIVITY (CONTINUED) ◄

Doyle v. Reata Pharmaceuticals Inc.

P. O. Box 5566

Portland, OR 97228-5566

███████████

**From:**          Info_ReataSecuritiesLitigation
**Sent:**          Thursday, September 12, 2024 4:54 PM
**To:**            ████████████████████████
**Subject:**       Doyle v. Reata Pharmaceuticals, Inc. - Claim Number 800000446
**Attachments:**   Long Form Notice - Reata Securities Litigation.pdf

Dear ████████████████████████

Thank you for speaking with me to today. I am writing to follow-up on our call today. For ease of reference, I have attached a copy of the Long Form Notice so that I can provide a copy of the Plan of Allocation that is used to determine whether a payment can be provided for a submitted claim.

In your submitted claim, you included a purchase date of August 12, 2020 and a sale date of October 20, 2020.

In #56 on page 10 of the Long Form Notice, there is additional information of what is required for your market losses from purchasing or selling Reata Pharmaceuticals, Inc. stock to be recoverable losses for the purposes of this settlement. I have included #56. Below:

> 56. In order to have recoverable damages in the Action, disclosures correcting the alleged misrepresentations must be the cause of the decline in the price of Reata common stock. Accordingly, in order to have a Recognized Loss Amount, Reata common stock must have been purchased or acquired during the Settlement Class Period and held at the opening of trading on at least one of the alleged Corrective Disclosure Dates. To the extent a Claimant's transactions in Reata common stock do not satisfy the conditions set forth in the preceding sentence, his, her or its Recognized Loss Amount for those transactions will be zero.6

There is a footnote, footnote 6, to #56 and it includes the following, and this may help explain why a loss in the stock price might not be enough, alone, for there to be a recoverable loss under this settlement:

> Section 11 of the Securities Act provides for an affirmative defense of negative causation which prevents recovery for losses that defendants prove are not attributable to misrepresentations and/or omissions alleged by plaintiffs in the registration statement. Thus, the Calculation of Recognized Loss Amount Per Share Under the Securities Act assumes that the decline in the price of Reata common stock, net of market and industry effects, in response to the Corrective Disclosures alleged by Lead Plaintiff, is the only compensable loss..

The corrective disclosure dates for this settlement are August 10, 2020, August 10, 2021, December 6, 2021 and December 9, 2021. For the transactions you included, although they do occur during the larger class period, they do not include recognized loss because they were purchased and sold between the corrective disclosure dates.

At this time, your claim is still denied for not having a recognized loss. We made note that you wish to maintain a request for court review of this decision.

Thank you for your time. Please feel free to reach out with any further questions or concerns.

Sincerely,

1



Claims Administrator
Doyle v. Reata Pharmaceuticals, Inc.



*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

# EXHIBIT D
# Claim No. 800000420

# Trade Confirmation

# STIFEL

**Page Number:** 1 of 5
**Account Number:** ████████
**Financial Advisor** ████████



**Phone:** ████████
**Office:** ████████

**If applicable, please make checks payable to Stifel Nicolaus and remit to your branch office.**

| Trade Date | Security Description | Symbol | CUSIP/Sec. No. | Quantity Bought | Price |
|---|---|---|---|---|---|
| | | | | | |

Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com
Client Services Department | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102 | (800) 679-5446

Subject to the enclosed Terms and Conditions. Please retain for your records.

# Trade Confirmation

# STIFEL

**Page Number:** 2 of 5
**Account Number:** ▮▮▮▮▮▮▮
**Financial Advisor** ▮▮▮▮▮▮▮

**Phone:** ▮▮▮▮▮▮▮
**Office:** ▮▮▮▮▮▮▮



If applicable, please make checks
payable to Stifel Nicolaus and
remit to your branch office.

| Trade Date | Security Description | Symbol | CUSIP/Sec. No. | Quantity Bought | Price |
|---|---|---|---|---|---|



Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com
Client Services Department | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102 | (800) 679-5446

Subject to the enclosed Terms and Conditions. Please retain for your records.

# STIFEL

# Trade Confirmation

Page Number: 3 of 5
Account Number: ███████
Financial Advisor ███████



Phone: ███████
Office: ███████

If applicable, please make checks
payable to Stifel Nicolaus and
remit to your branch office.

| Trade Date | Security Description | Symbol | CUSIP/Sec. No. | Quantity Bought | Price |
|---|---|---|---|---|---|
| 12/01/2020 | REATA PHARMACEUTICALS INC CL A | RETA | 75615P103 | 5,000 | $140.85000 |

| | |
|---|---|
| Principal: | $704,250.00 |
| Net Amount: | $704,250.00 |

| Settlement Date | Account Type | Transaction Type |
|---|---|---|
| 12/04/2020 | CASH ACCOUNT | ███████ |

Special Remarks for This Transaction:

PLEASE SEE IMPORTANT DISCLOSURES ON STIFEL.COM/DISCLOSURES.
PROSPECTUS MAILED UNDER SEPARATE COVER.
STIFEL NICOLAUS MAKES A MARKET IN THIS SECURITY
BILLED ON 12/02/2020 AS OF 12/01/2020

STIFEL
Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com
Client Services Department | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102 | (800) 679-5446
Subject to the enclosed Terms and Conditions. Please retain for your records.

## TERMS AND CONDITIONS

### TERMS OF TRANSACTION

Securities purchased are, or may be, hypothecated under circumstances which will permit the commingling with securities of other clients. In the absence of a written agreement to the contrary, we shall not be required to deliver to you identical securities purchased, held, or carried for your account. Payment for securities purchased and delivery of securities sold must be received by us not later than the settlement date as indicated on the Trade Confirmation; otherwise it may be necessary to sell the securities purchased or buy the securities sold for your account at your risk pursuant to applicable regulations. In addition, interest on any debit balances may be charged from the settlement date until payment is received and the debit balance is paid in full. The agreement shall inure to any successors or assigns of Stifel. As indicated, we have this day BOUGHT or SOLD, for your account and risk, subject to the By-Laws, Rules, Regulations, and Customs now existing or hereafter amended or adopted of the Exchange or Market where the transaction was made and its Clearing House, and subject to all applicable Federal and State laws and to the regulations of any Government agency having authority with respect thereto and to all the terms of the Stifel Account Agreement and Disclosure Booklet and all other written agreements between you and us. The name of the other party or Broker and the time of execution will be furnished upon written request.

Commission rates are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to others in similar transactions.

While this confirm may have indicated "Executed at multiple prices and reported to you at an average price," your order may have been executed at a single price.

### CAPACITY

The capacity in which we have acted in this transaction is indicated by the number under the Transaction Type field on the Trade Confirmation. Unless identified as "00" or "01," we acted as agent or in a multiple capacity for your account.

To accommodate the liquidation of fractional shares (excluding mutual funds), the execution of the fractional share component of the transaction was conducted on a principal basis at marketable prices based on the type of liquidation that was requested.

"Multiple capacity" indicated on the Trade Confirmation identifies that the firm acted in both a principal and agency capacity when executing the transaction. As a result, a reported trade price could not be calculated. Information regarding the trade price, the capacity in which the firm acted for each execution, and details regarding remuneration are available upon request.

00. Redemption/Maturity

01. As principal, where we have sold to or bought from you and may have received a profit from the transaction, or as agent through an arrangement with the issuer for a security authorized by prospectus (e.g., open-end mutual fund).

07. As agent for another account

08. Dual Agent. As agent for both buyer and seller; the amount of commission charged the other party will be furnished upon written request.

### CONDITIONS OF OUR ACCEPTANCE OF ORDERS

Unless we receive notification to the contrary, we will consider your Trade Confirmation as correct. In order to protect your rights under the Securities Investor Protection Act (SIPA), please promptly report, in writing, any inaccuracies or discrepancies in the Trade Confirmation to the address

provided at the end of these terms. If you have any questions regarding your account or the Trade Confirmation, please contact your Financial Advisor or the Branch Manager for your account. For additional information regarding your Stifel account, please refer to the current Stifel Account Agreement and Disclosure Booklet, which is available at www.stifel.com/agreementanddisclosurebooklet.

In order to avoid duplicate executions of orders, you MUST SPECIFICALLY NOTIFY US to cancel the open order or day order when requesting a superseding order in the same security. You will be responsible for duplicate executions should you fail to notify us of any existing orders that remain open that should be cancelled as well as any executions of a prior open order or day order that occurred prior to our entry of the cancellation. Limits on OPEN ORDERS TO SELL and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend," "ex-rights," "ex-distribution," or "ex-interest."

### WHEN-ISSUED

A "when, as, and if issued" disclosure indicates a conditional transaction in a security authorized for issuance but is not yet actually issued. Information provided for "when issued" transactions are estimates based upon information available at the time of your order. All "when issued" transactions are on an "if" basis to be settled if and when the actual security is issued.

### RATINGS

Ratings that appear on the Trade Confirmation have been obtained at the time of your trade and from rating services which Stifel believes to be reliable; however, Stifel cannot guarantee their accuracy, and such ratings may change between the time of your transactions and the time the Trade Confirmation is generated. Securities for which a rating is not available will be identified as "NR" (i.e., not rated) or "NA" (i.e., not available).

### PROSPECTUS

Where the notation "Prospectus Enclosed," "Prospectus Under Separate Cover," or "sold pursuant to a registration statement or where prospectus otherwise required" appears on the Trade Confirmation, the transaction is made subject to the conditions of purchase referred to in the prospectus relating thereto.

### ASSET-BACKED SECURITIES

For asset-backed securities, including municipal collateralized mortgage obligations, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other assets are prepaid. Upon written request, we will provide information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions underlying yield).

### CALLABLE BOND LEGEND

Certain bonds and preferred stocks may be "called" in part by the issuer. Such securities held for you, at Stifel, Nicolaus & Company, Incorporated or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other clients. In the event securities so held are "called" by the issuer, the beneficial ownership thereof will be determined by an impartial random selection system. Should you be selected as the owner of "called" securities, then your security will be presented for redemption and your account credited with the proceeds.

Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions. Call features may exist which could affect yield; complete information will be provided upon request.

## TERMS AND CONDITIONS (continued)

### MUNICIPAL SECURITIES

Municipal zero coupon securities may have "no periodic payments" and, if applicable, "callable below maturity value" and, if callable and available in bearer form, "callable without notice by mail to holder unless registered."

### MUTUAL FUND TRANSACTIONS

You may be eligible for breakpoint discounts based on the size of your purchase, current holding, and future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations.

RIGHTS OF ACCUMULATION: Allows investors to combine the value of current holdings within one fund family, including related accounts, to achieve a reduction on the sales charge paid ("breakpoint"). If a trade is placed with Rights of Accumulation and the sales charge is 0.00%, please be advised that you may pay a contingent deferred sales charge upon selling these shares. Please consult the fund's Prospectus or Statement of Additional Information for more complete details.

LETTER OF INTENT: Allows investors to take advantage of a breakpoint immediately. The letter is a non-binding commitment that allows the investor to add additional money within the next 13 months to bring the current investment up to the selected breakpoint level.

NET ASSET VALUE: Under certain conditions, investors may purchase Class A or other front-end load mutual funds without paying a sales charge. These transactions are referred to as "NAV purchases." Consult the fund's prospectus or Statement of Additional Information for more complete details.

### UNIT INVESTMENT TRUST (UIT) PURCHASES

Upon selling UIT shares, you may pay a sales charge. For information on the charge and other fees, see the prospectus.

### PAYMENT FOR ORDER FLOW

While Stifel does not receive payment for order flow from other broker-dealers, the Firm does receive certain rebates for routing orders to the Exchanges that execute such orders. The rebate varies on the order type and will be disclosed upon written request.

### STEP OUT

"Step Out" indicates the order was executed by another member firm and allocated to your account at Stifel. The executing broker may have imposed transaction costs, which may be imbedded in the price of the security and not reflected in a transaction fee or commission field; in certain instances, the transaction costs may be indicated as a note on the face of the confirmation. If your account is an advisory wrap account, you should note that any transaction costs incurred are separate and apart from the wrap fees that you have agreed to pay to Stifel.

### VOLCKER RULE CONFLICTS DISCLOSURE

The Volcker Rule requires that banking entities have policies and procedures in place to monitor or prevent material conflicts of interest. Specifically, the Volcker Rule requires that a banking entity that engages in any transaction, class of transaction, or activity that would involve or result in the banking entity's interests being materially adverse to the interests of its customers with respect to the transaction, class of transaction, or activity address and mitigate the conflict of interest, where possible, through either timely and effective disclosure or through the establishment and enforcement of information barriers.

In the normal course of business, Stifel provides a variety of financial services to trading customers that may involve or result in conflicts of interests. The financial services provided to customers that also transact on the Firm's trading desks include, among others, investment banking services, research services, and market-making services.

Stifel has implemented an Information Barrier Program that is designed, in part, to address conflicts of interests, such that the conflict does not have a materially adverse effect on a customer. This program includes information barriers between trading desks and between trading desks and other areas of Stifel that may possess information that may create a conflict of interest in relation to the activity of its trading desks.

### CHURCH BONDS

Church bonds may not be appropriate for all investors. Church bonds should be considered as a buy and hold investment. Although Stifel may make a secondary market in these bonds, there is no obligation to do so. Church bonds are generally highly illiquid, and a formal secondary trading market may not exist. Valuations are from sources believed to be reliable; however, due to the lack of a viable secondary market, your ability to obtain a trade price at or near the evaluated statement price may not be possible. The church bond investor should be willing to accept significant risk, and liquidity should not be a concern. The client should have the financial ability to hold this investment until maturity. Church bonds can be called away from the investor at any time with as little as 15 days' notice. Church bonds have some unique risks. Inadequate collections from church members and the departure of a popular pastor may affect the payment of interest and principal. The investor may not receive full investment value if the bond is sold prior to maturity. Church bonds should not be over-emphasized in any portfolio. Each Church bond may have special features and risks, which may be obtained from your Financial Advisor.

### INFORMATION ABOUT MARKUPS

Stifel is directed by the Financial Industry Regulatory Authority and the Municipal Securities Rulemaking Board to disclose our markup or markdown on transactions with retail customers in corporate, agency, and municipal securities when there is an off-setting trade on the same day. We are required to disclose that markup or markdown as a dollar amount and as a percentage of the "prevailing market price" for the security. The prevailing market price for a security will not always be the same as Stifel's actual cost for the security. Also, markup and markdown take into account a number of out-of-pocket costs, such as regulatory fees, so markup and markdown are not necessarily the same as Stifel profit or loss on a transaction.

Stifel is required to pay you a price, or sell your securities at a price, that is fair and reasonable under market conditions at the time of your trade. If we paid more for a security than is fair and reasonable at the time of your trade, we may incur a loss. We will then disclose our markup or markdown as "N/A."

ALL INQUIRIES SHOULD BE SENT TO:
Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com
Client Services Department | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102 | (800) 679-5446

PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES

# STIFEL|ADVANTAGE

Thank you for allowing Stifel to serve you. In order to protect your rights, including rights under the Securities Investor Protection Act (SIPA), please promptly report, in writing, any inaccuracies or discrepancies in this account or statement to the Compliance Department of Stifel at the address below. If you have any questions regarding your account or this statement, please contact your Financial Advisor or the Branch Manager for this office. For additional information regarding your Stifel account, please refer to the current Stifel Account Agreement and Disclosure Booklet, which is available at www.stifel.com/disclosures/account-agreement.

Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102

STIFEL



STIFEL | ADVANTAGE

# STIFEL

**ACCOUNT TYPE:**
**STATEMENT TYPE:**

*Your Financial Advisor*

*Office Serving Your Account:*

| PORTFOLIO SUMMARY | December 31 | November 30 |
|---|---|---|

| YOUR CHANGE IN PORTFOLIO VALUE | December 31 | November 30 |
|---|---|---|

# STIFEL|ADVANTAGE

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 242 of 331 PageID #: 4063

## ASSET SUMMARY

| | Value as of **December 31, 2020** | | | | Gains/(-)Losses | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Realized | |
| | At Stifel | Not at Stifel | Total | % of assets | | Unrealized | This Period | Year-to-date |

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 243 of 331 PageID #: 4064

# STIFEL

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. Prices obtained from outside sources are considered reliable but are not guaranteed by Stifel. Actual prices may vary, and upon sale, you may receive more or less than your original purchase price. Contact your Financial Advisor for current price quotes. Cost basis may be adjusted due to, but not limited to, the following: amortization, accretion, principal paydowns, capital changes, listed option premiums, gifting rules, inheritance step-up, or wash sales. Tax lot details are provided for each acquired security (maximum of ten) excluding reinvested tax lots. Reinvested tax lots and acquisitions in excess of ten will be aggregated. The unrealized gain/loss is provided for informational purposes only and should not be relied upon for tax purposes. Lot detail quantity displayed is truncated to the one thousandth of a share.

### NET CASH EQUIVALENTS

| | Current value | Cost Basis | Estimated Annualized Income | Estimated Yield % |
|---|---|---|---|---|
| Total Net Cash Equivalents | | | | |
| Total Net Portfolio Value | | | | |

Case 4:21-cv-00987-ALM  Document 86-5  Filed 11/20/24  Page 244 of 331 PageID #: 4065

# STIFEL

## ACTIVITY SUMMARY

| Type of Activity | Activity | Year-to-date | This period |
|---|---|---|---|

### CASH EQUIVALENTS

| | Cash | Cash Sweep | Margin |
|---|---|---|---|

**Closing Balance - Net Cash Equivalents**

## ACTIVITY DETAILS

### CASH EQUIVALENTS

| | This period | Cash | Cash Sweep | Margin |
|---|---|---|---|---|
| **Opening Balance - Net Cash Equivalents** | | | | |

### Assets Bought

| Date | Activity | Quantity | Price | Description | Total | Cash | Cash Sweep | Margin |
|---|---|---|---|---|---|---|---|---|
| 12/2/2020 | Asset Bought | 5,000.000 | 140.8500 | REATA PHARMACEUTICALS INC CL A AS OF 12/01/2020 CUSIP: 75615P103 | -704,250.00 | -704,250.00 | | |

## STIFEL|ADVANTAGE

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 245 of 331 PageID #: 4066

# STIFEL

## ACTIVITY DETAILS continued

**Assets Bought continued**

| Date | Activity | Quantity | Price | Description |
|------|----------|----------|-------|-------------|

## CASH EQUIVALENTS continued

| | Total | Cash | Cash Sweep | Margin |
|---|-------|------|------------|--------|

STIFEL|ADVANTAGE

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 246 of 331 PageID #: 4067

| ACTIVITY DETAILS continued | | | | | CASH EQUIVALENTS continued | | |
|---|---|---|---|---|---|---|---|

**Assets Bought continued**

| Date | Activity | Quantity | Price | Description | Total | Cash | Cash Sweep | Margin |
|---|---|---|---|---|---|---|---|---|
| 12/4/2020 | Securities Delivered | -5,000.000 | | REATA PHARMACEUTICALS INC CL A CUSIP: 75615P103 | 704,250.00 | 704,250.00 | | |

# STIFEL|ADVANTAGE

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 247 of 331 PageID #: 4068

**ACTIVITY DETAILS continued**

**CASH EQUIVALENTS continued**

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 248 of 331 PageID #: 4069

# STIFEL

**ACTIVITY DETAILS** continued

**CASH EQUIVALENTS** continued



Closing Balance - Net Cash Equivalents

STIFEL|ADVANTAGE

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 249 of 331 PageID #: 4070

Page 1 of 16

**Precision Securities LLC**
16885 Via Del Campo Ct.
Suite 120
San Diego, CA 92127
(858) 673-6653

## ACCOUNT SUMMARY

| INCOME/PRINCIPAL SUMMARY | CURRENT MONTH | YEAR TO DATE |
|---|---|---|

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|
| 12-02-20 | Sold | -20,450 | REATA PHARMACEUTICALS INC CL A SYMBOL:RETA | 132.85220 | | 2,716,562.94 | 1 |

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 253 of 331 PageID #: 4074

**Precision Securities LLC**

Account Number:
Currency:  USD

12-01-20  thru  12-31-20
Page 5 of 16



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| 12-07-20 | Journal | | REATA PHARMACEUTICALS INC CL A VS<br>75615P103 - REATA PHARMACEU<br>SYMBOL:RETA | | 2,716,562.94 | | 1 |

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| 12-07-20 | Receive | 20,450 | REATA PHARMACEUTICALS INC CL A SYMBOL:RETA DTC MDH CLEANUP 0908 | | | | 1 |

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 256 of 331 PageID #: 4077



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 257 of 331 PageID #: 4078

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 258 of 331 PageID #: 4079

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 259 of 331 PageID #: 4080

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 260 of 331 PageID #: 4081

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 261 of 331 PageID #: 4082

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00967-ALM   Document 86-5   Filed 11/20/24   Page 262 of 331 PageID #: 4083

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 263 of 331 PageID #: 4084

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 264 of 331 PageID #: 4085

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



CLOSING BALANCE

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 265 of 331 PageID #: 4086

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



| | |
|---|---|
| Claim Number: | 800000420 |
| Response Deadline: | August 5, 2024 |

July 16, 2024

### Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

**Deficiency:** Transfers Out.

You listed transactions on your Claim that are presented or identified as transfers out of your account (also called a "free delivery") prior to the close of trading on June 20, 2022.

**How to Resolve:** While inclusion of transfers out of your accounts is necessary for your Claim to balance, those shares will not be factored into the calculation of your Recognized Loss Amount under the Plan of Allocation unless you provide documentation regarding the **final disposition** of those shares after they were transferred out of your account. Specifically, if the shares identified below as a "Transfer Out" were sold prior to the close of trading on June 20, 2022, you must submit acceptable supporting documentation that provides the following information regarding the final sale transaction: Date of Sale, Sale Price per Share, and Total Sale Price. If the shares were not sold prior to the close of trading on June 20, 2022, and therefore were held as of the close of trading on that date, you need only submit acceptable documentation demonstrating that those shares were held as of that date.

**PLEASE NOTE:** If you do not respond, the transferred shares, along with any corresponding purchase transaction(s) according to Last-In, First-Out ("LIFO") matching, will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transfer transaction(s) for which additional information is required is (are) listed in the chart below.

| Date | Type of Security | Type of Transaction | Quantity |
|------|-----------------|---------------------|----------|
| 12/04/2020 | Common Stock | Delivered Shares | 5000.00 |

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator



## GLOBAL INVESTMENT STRATEGY
UK LTD



Account No: ███████

12/01/20 - 12/31/20

| | ▶ACCOUNT SUMMARY | | | RETA US75615P1030 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | B/S | QUANTITY | DESCRIPTION - ISIN | PRICE | CHARGED | COMM | SEC | CREDITED | BROKER | ACCOUNT | |
| | | | | OPENING BALANCE | | | | | | | |
| 12-02-20 | BUY | 10,000 | RETA US75615P1030 | 140.85 | 1,408,500.00 | | | | | | |
| 12-02-20 | BUY | 1,450 | RETA US75615P1030 | 140.85 | 204,232.50 | | | | | | |
| 12-02-20 | BUY | 5,000 | RETA US75615P1030 | 140.85 | 704,250.00 | | | | | | |
| 12-02-20 | BUY | 1,500 | RETA US75615P1030 | 140.85 | 211,275.00 | | | | | | |
| 12-02-20 | BUY | 2,500 | RETA US75615P1030 | 140.85 | 352,125.00 | | | | | | |
| 12-04-20 | SELL | 20,450 | RETA US75615P1030 | 132.8522 | | 204.50 | 60.04 | 2,716,562.95 | | | |

ACCOUNT CARRIED BY: ███████

**From:** ███████████████████████████████████████

**Sent:** Monday, August 5, 2024 8:00 PM

**To:** Info_ReataSecuritiesLitigation

**Subject:** Account Statement for RETA

**Attachments:** ███████████.pdf

You don't often get email from ███████████████ Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

August 5, 2024
RETA Securities Litigation

I'm submitting the updated claim statement for the following claims ██████████████████. Previously we have submitted our trade confirms but allegedly those were insufficient. The attached statement is from our clearing house and shows all relevant information including buys and sells along with a considerable loss for RETA. In addition, we would like to submit these to the court if deemed insufficient.

███████████████████████ - myself
                        - 800000590
                - 800000420

Please confirm this email was received and we would like a follow-up call to ████████ at ██████████

Regards,

████████████

1

**Outlook**

---

## RE: Account Statement for RETA

---

**From** Info_ReataSecuritiesLitigation <Info@ReataSecuritiesLitigation.com>

**Date** Tue 8/6/2024 1:25 PM

**To** ███████████████████████████████████████

Dear ███████████████████████████

Thank you for your email.

This is to confirm that we have received your updates and submitted them for processing. If you would like to check on the status of your claim going forward, you may check in periodically after you receive this confirmation of receipt. All claims are in process. We thank you for your patience.

Sincerely,

███████████████████████████████

Doyle v Reata Pharmaceuticals, Inc.

Claims Administrator

------------------- Original Message -------------------

**From:** ██████████████████████████████

**Received:** 8/5/2024 8:03 PM

**To:** Info@ReataSecuritiesLitigation.com

**Subject:** Account Statement for RETA

August 5, 2024

RETA Securities Litigation

I'm submitting the updated claim statement for the following claims since we all trade together. Previously we have submitted our trade confirms but allegedly those were insufficient. The attached statement is from our clearing house and shows all relevant information including buys and sells along with a considerable loss for RETA. In addition, we would like to submit these to the court if deemed insufficient.

 ██████████████████████████ - myself

███████████████████████████ - 800000590

██████████████████████ - 800000420

Please confirm this email was received and we would like a follow-up call to ████████████████████ ████.

Regards,

███████████████████████████

| | |
|---|---|
| **From:** | Info_ReataSecuritiesLitigation |
| **Sent:** | Wednesday, October 30, 2024 10:07 AM |
| **To:** | |
| **Subject:** | Doyle v. Reata Pharmaceuticals Inc. - Claim Number 800000420 |
| **Attachments:** | Doyle v. Reata Pharmaceuticals - Notice.pdf |

Re:

Hello

I left a voicemail with you regarding your request for court review of your claim, Claim No. 800000420, and received a return call from John Bodzick. As requested, I am emailing an explanation of why this claim does not result in a Recognized Loss Amount.

The original purchases included in your claim, Claim No. 800000420, as well as claim numbers 800000590 and 800000591, were processed under Claim No. 415 because these original purchases were transferred into and sold from the same account, included under Claim No. 415. However, because all shares purchased and then combined into one account were then sold on December 2, 2020, the combined transactions processed under Claim No. 415 do not generate a Recognized Loss Amount pursuant to paragraph 61(i) of the Plan of Allocation.

Claim No. 800000420 does not calculate to a Recognized Loss Amount under the Plan of Allocation, which is located in paragraphs 49 through 72 in the Notice. Pursuant to paragraph 61(i), for each share that was sold prior to August 10, 2021, the Recognized Loss Amount per share is $0.00.

In Claim No. 800000420, you purchased 5,000 shares of Reata common stock on December 1, 2020 which were then transferred to another account and sold on December 2, 2020. Because all shares were sold prior to August 10, 2021, this claims' Recognized Loss Amount is $0.00.

Sincerely,

Doyle v. Reata Pharmaceuticals, Inc.
Claims Administrator

1

# EXHIBIT D
# Claim No. 800000590

# Trade Confirmation

# STIFEL



**Page Number:** 1 of 5
**Account Number:**
**Financial Advisor**

**Phone:**
**Office:**

**If applicable, please make checks payable to Stifel Nicolaus and remit to your branch office.**

| Trade Date | Security Description | Symbol | CUSIP/Sec. No. | Quantity Bought | Price |
|------------|--------------------|--------|----------------|-----------------|-------|
| | | | | | |

# STIFEL

Trade Confirmation

**Page Number:** 2 of 5
**Account Number:** ▉▉▉▉▉▉▉
**Financial Advisor** ▉▉▉▉▉▉▉

**Phone:** ▉▉▉▉▉▉▉
**Office:** ▉▉▉▉▉▉▉

**If applicable, please make checks payable to Stifel Nicolaus and remit to your branch office.**

| Trade Date | Security Description | Symbol | CUSIP/Sec. No. | Quantity Bought | Price |
|---|---|---|---|---|---|

# Trade Confirmation

# STIFEL

**Page Number:** 3 of 5
**Account Number:**
**Financial Advisor**

**Phone:**
**Office:**

**If applicable, please make checks payable to Stifel Nicolaus and remit to your branch office.**

| Trade Date | Security Description | Symbol | CUSIP/Sec. No. | Quantity Bought | Price |
|---|---|---|---|---|---|
| 12/01/2020 | REATA PHARMACEUTICALS INC CL A | RETA | 75615P103 | 1,500 | $140.85000 |

| Settlement Date | Account Type | Transaction Type |
|---|---|---|
| 12/04/2020 | CASH ACCOUNT | |

**Special Remarks for This Transaction:**

PLEASE SEE IMPORTANT DISCLOSURES ON STIFEL.COM/DISCLOSURES.
PROSPECTUS MAILED UNDER SEPARATE COVER.
STIFEL NICOLAUS MAKES A MARKET IN THIS SECURITY
BILLED ON 12/02/2020 AS OF 12/01/2020

Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com
Client Services Department | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102 | (800) 679-5446

Subject to the enclosed Terms and Conditions.  Please retain for your records.

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 276 of 331 PageID #: 4097

## TERMS AND CONDITIONS

### TERMS OF TRANSACTION

Securities purchased are, or may be, hypothecated under circumstances which will permit the commingling with securities of other clients. In the absence of a written agreement to the contrary, we shall not be required to deliver to you identical securities purchased, held, or carried for your account. Payment for securities purchased and delivery of securities sold must be received by us not later than the settlement date as indicated on the Trade Confirmation; otherwise it may be necessary to sell the securities purchased or buy the securities sold for your account at your risk pursuant to applicable regulations. In addition, interest on any debit balances may be charged from the settlement date until payment is received and the debit balance is paid in full. The agreement shall inure to any successors or assigns of Stifel. As indicated, we have this day BOUGHT or SOLD, for your account and risk, subject to the By-Laws, Rules, Regulations, and Customs now existing or hereafter amended or adopted of the Exchange or Market where the transaction was made and its Clearing House, and subject to all applicable Federal and State laws and to the regulations of any Government agency having authority with respect thereto and to all the terms of the Stifel Account Agreement and Disclosure Booklet and all other written agreements between you and us. The name of the other party or Broker and the time of execution will be furnished upon written request.

Commission rates are subject to negotiation, and any commission charged to you in this transaction may be more or less than commissions charged to others in similar transactions.

While this confirm may have indicated "Executed at multiple prices and reported to you at an average price," your order may have been executed at a single price.

### CAPACITY

The capacity in which we have acted in this transaction is indicated by the number under the Transaction Type field on the Trade Confirmation. Unless identified as "00" or "01," we acted as agent or in a multiple capacity for your account.

To accommodate the liquidation of fractional shares (excluding mutual funds), the execution of the fractional share component of the transaction was conducted on a principal basis at marketable prices based on the type of liquidation that was requested.

"Multiple capacity" indicated on the Trade Confirmation identifies that the firm acted in both a principal and agency capacity when executing the transaction. As a result, a reported trade price could not be calculated. Information regarding the trade price, the capacity in which the firm acted for each execution, and details regarding remuneration are available upon request.

00. Redemption/Maturity

01. As principal, where we have sold to or bought from you and may have received a profit from the transaction, or as agent through an arrangement with the issuer for a security authorized by prospectus (e.g., open-end mutual fund).

07. As agent for another account

08. Dual Agent. As agent for both buyer and seller; the amount of commission charged the other party will be furnished upon written request.

### CONDITIONS OF OUR ACCEPTANCE OF ORDERS

Unless we receive notification to the contrary, we will consider your Trade Confirmation as correct. In order to protect your rights under the Securities Investor Protection Act (SIPA), please promptly report, in writing, any inaccuracies or discrepancies in the Trade Confirmation to the address

provided at the end of these terms. If you have any questions regarding your account or the Trade Confirmation, please contact your Financial Advisor or the Branch Manager for your account. For additional information regarding your Stifel account, please refer to the current Stifel Account Agreement and Disclosure Booklet, which is available at www.stifel.com/agreementanddisclosurebooklet.

In order to avoid duplicate executions of orders, you MUST SPECIFICALLY NOTIFY US to cancel the open order or day order when requesting a superseding order in the same security. You will be responsible for duplicate executions should you fail to notify us of any existing orders that remain open that should be cancelled as well as any executions of a prior open order or day order that occurred prior to our entry of the cancellation. Limits on OPEN ORDERS TO SELL and STOP ORDERS TO SELL, subject to the rules of the exchange or association where the securities are traded, may be automatically adjusted on the date the security trades "ex-dividend," "ex-rights," "ex-distribution," or "ex-interest."

### WHEN-ISSUED

A "when, as, and if issued" disclosure indicates a conditional transaction in a security authorized for issuance but is not yet actually issued. Information provided for "when issued" transactions are estimates based upon information available at the time of your order. All "when issued" transactions are on an "if" basis to be settled if and when the actual security is issued.

### RATINGS

Ratings that appear on the Trade Confirmation have been obtained at the time of your trade and from rating services which Stifel believes to be reliable; however, Stifel cannot guarantee their accuracy, and such ratings may change between the time of your transactions and the time the Trade Confirmation is generated. Securities for which a rating is not available will be identified as "NR" (i.e., not rated) or "NA" (i.e., not available).

### PROSPECTUS

Where the notation "Prospectus Enclosed," "Prospectus Under Separate Cover," or "sold pursuant to a registration statement or where prospectus otherwise required" appears on the Trade Confirmation, the transaction is made subject to the conditions of purchase referred to in the prospectus relating thereto.

### ASSET-BACKED SECURITIES

For asset-backed securities, including municipal collateralized mortgage obligations, which represent an interest in or are secured by a pool of receivables or other financial assets subject continuously to prepayment, the actual yield may vary according to the rate at which the underlying receivables or other assets are prepaid. Upon written request, we will provide information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions underlying yield).

### CALLABLE BOND LEGEND

Certain bonds and preferred stocks may be "called" in part by the issuer. Such securities held for you, at Stifel, Nicolaus & Company, Incorporated or at a central clearing facility, but not registered in your name, are commingled with identical securities held for other clients. In the event securities so held are "called" by the issuer, the beneficial ownership thereof will be determined by an impartial random selection system. Should you be selected as the owner of "called" securities, then your security will be presented for redemption and your account credited with the proceeds.

Clients have the right to withdraw uncalled fully paid securities at any time prior to a partial call and also to withdraw excess margin securities not subject to restrictions. Call features may exist which could affect yield; complete information will be provided upon request.

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 277 of 331 PageID #: 4098

## TERMS AND CONDITIONS (continued)

### MUNICIPAL SECURITIES

Municipal zero coupon securities may have "no periodic payments" and, if applicable, "callable below maturity value" and, if callable and available in bearer form, "callable without notice by mail to holder unless registered."

### MUTUAL FUND TRANSACTIONS

You may be eligible for breakpoint discounts based on the size of your purchase, current holding, and future purchases. The sales charge you paid may differ slightly from the prospectus disclosed rate due to rounding calculations.

RIGHTS OF ACCUMULATION: Allows investors to combine the value of current holdings within one fund family, including related accounts, to achieve a reduction on the sales charge paid ("breakpoint"). If a trade is placed with Rights of Accumulation and the sales charge is 0.00%, please be advised that you may pay a contingent deferred sales charge upon selling these shares. Please consult the fund's Prospectus or Statement of Additional Information for more complete details.

LETTER OF INTENT: Allows investors to take advantage of a breakpoint immediately. The letter is a non-binding commitment that allows the investor to add additional money within the next 13 months to bring the current investment up to the selected breakpoint level.

NET ASSET VALUE: Under certain conditions, investors may purchase Class A or other front-end load mutual funds without paying a sales charge. These transactions are referred to as "NAV purchases." Consult the fund's prospectus or Statement of Additional Information for more complete details.

### UNIT INVESTMENT TRUST (UIT) PURCHASES

Upon selling UIT shares, you may pay a sales charge. For information on the charge and other fees, see the prospectus.

### PAYMENT FOR ORDER FLOW

While Stifel does not receive payment for order flow from other broker-dealers, the Firm does receive certain rebates for routing orders to the Exchanges that execute such orders. The rebate varies on the order type and will be disclosed upon written request.

### STEP OUT

"Step Out" indicates the order was executed by another member firm and allocated to your account at Stifel. The executing broker may have imposed transaction costs, which may be imbedded in the price of the security and not reflected in a transaction fee or commission field; in certain instances, the transaction costs may be indicated as a note on the face of the confirmation. If your account is an advisory wrap account, you should note that any transaction costs incurred are separate and apart from the wrap fees that you have agreed to pay to Stifel.

### VOLCKER RULE CONFLICTS DISCLOSURE

The Volcker Rule requires that banking entities have policies and procedures in place to monitor or prevent material conflicts of interest. Specifically, the Volcker Rule requires that a banking entity that engages in any transaction, class of transaction, or activity that would involve or result in the banking entity's interests being materially adverse to the interests of its customers with respect to the transaction, class of transaction, or activity address and mitigate the conflict of interest, where possible, through either timely and effective disclosure or through the establishment and enforcement of information barriers.

In the normal course of business, Stifel provides a variety of financial services to trading customers that may involve or result in conflicts of interests. The financial services provided to customers that also transact on the Firm's trading desks include, among others, investment banking services, research services, and market-making services.

Stifel has implemented an Information Barrier Program that is designed, in part, to address conflicts of interests, such that the conflict does not have a materially adverse effect on a customer. This program includes information barriers between trading desks and between trading desks and other areas of Stifel that may possess information that may create a conflict of interest in relation to the activity of its trading desks.

### CHURCH BONDS

Church bonds may not be appropriate for all investors. Church bonds should be considered as a buy and hold investment. Although Stifel may make a secondary market in these bonds, there is no obligation to do so. Church bonds are generally highly illiquid, and a formal secondary trading market may not exist. Valuations are from sources believed to be reliable; however, due to the lack of a viable secondary market, your ability to obtain a trade price at or near the evaluated statement price may not be possible. The church bond investor should be willing to accept significant risk, and liquidity should not be a concern. The client should have the financial ability to hold this investment until maturity. Church bonds can be called away from the investor at any time with as little as 15 days' notice. Church bonds have some unique risks. Inadequate collections from church members and the departure of a popular pastor may affect the payment of interest and principal. The investor may not receive full investment value if the bond is sold prior to maturity. Church bonds should not be over-emphasized in any portfolio. Each Church bond may have special features and risks, which may be obtained from your Financial Advisor.

### INFORMATION ABOUT MARKUPS

Stifel is directed by the Financial Industry Regulatory Authority and the Municipal Securities Rulemaking Board to disclose our markup or markdown on transactions with retail customers in corporate, agency, and municipal securities when there is an off-setting trade on the same day. We are required to disclose that markup or markdown as a dollar amount and as a percentage of the "prevailing market price" for the security. The prevailing market price for a security will not always be the same as Stifel's actual cost for the security. Also, markup and markdown take into account a number of out-of-pocket costs, such as regulatory fees, so markup and markdown are not necessarily the same as Stifel profit or loss on a transaction.

Stifel is required to pay you a price, or sell your securities at a price, that is fair and reasonable under market conditions at the time of your trade. If we paid more for a security than is fair and reasonable at the time of your trade, we may incur a loss. We will then disclose our markup or markdown as "N/A."

ALL INQUIRIES SHOULD BE SENT TO:
Stifel, Nicolaus & Company, Incorporated | Member SIPC & NYSE | www.stifel.com
Client Services Department | One Financial Plaza | 501 North Broadway | St. Louis, Missouri 63102 | (800) 679-5446

PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES

**Precision Securities LLC**
16885 Via Del Campo Ct.
Suite 120
San Diego, CA 92127
(858) 673-6653



Account Summary for
12-01-20 thru 12-31-20



| **Your Investment Executive** | Account Number: |
|---|---|
| | IE Code: |

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 278 of 331 PageID #: 4099

## ACCOUNT SUMMARY

(Unpriced Securities Excluded)  ENDING BALANCE

INCOME/PRINCIPAL SUMMARY  CURRENT MONTH  YEAR TO DATE

TOTAL INCOME/PRINCIPAL

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/ CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|

**MONEY BALANCE**

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| | | | OPENING BALANCE | | | | |

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 281 of 331 PageID #: 4102

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| 12-02-20 | Sold | -20,450 | REATA PHARMACEUTICALS INC CL A SYMBOL:RETA | 132.85220 | | 2,716,562.94 | 1 |

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|
| 12-07-20 | Journal | | REATA PHARMACEUTICALS INC CL A VS 75615P103 - REATA PHARMACEU SYMBOL:RETA | | | 2,716,562.94 | 1 |



Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 282 of 331 PageID #: 4103

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| 12-07-20 | Receive | 20,450 | REATA PHARMACEUTICALS INC CL A<br>SYMBOL:RETA<br>DTC MDH CLEANUP 0908 | | | | 1 |

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM　Document 86-5　Filed 11/20/24　Page 284 of 331 PageID #: 4105

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 285 of 331 PageID #: 4106

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 286 of 331 PageID #: 4107

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 287 of 331 PageID #: 4108



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 289 of 331 PageID #: 4110



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 290 of 331 PageID #: 4111

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 291 of 331 PageID #: 4112

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 292 of 331 PageID #: 4113

Case 4:21-cv-00987-ALM  Document 86-5  Filed 11/20/24  Page 293 of 331 PageID #: 4114

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



Claim Number:    800000590

Response Deadline:    August 5, 2024

July 16, 2024

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator



## GLOBAL INVESTMENT STRATEGY
UX LTD



Account No:                                                          12/01/20 - 12/31/20

| ACCOUNT SUMMARY | | | | RETA US75615P1030 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | B/S | QUANTITY | DESCRIPTION - ISIN | PRICE | CHARGED | COMM | SEC | CREDITED | BROKER | ACCOUNT |
| | | | | OPENING BALANCE | | | | | | |
| 12-02-20 | BUY | 10,000 | RETA US75615P1030 | 140.85 | 1,408,500.00 | | | | | |
| 12-02-20 | BUY | 1,450 | RETA US75615P1030 | 140.85 | 204,232.50 | | | | | |
| 12-02-20 | BUY | 5,000 | RETA US75615P1030 | 140.85 | 704,250.00 | | | | | |
| 12-02-20 | BUY | 1,500 | RETA US75615P1030 | 140.85 | 211,275.00 | | | | | |
| 12-02-20 | BUY | 2,500 | RETA US75615P1030 | 140.85 | 352,125.00 | | | | | |
| 12-04-20 | SELL | 20,450 | RETA US75615P1030 | 132.8522 | | 204.50 | 60.04 | 2,716,562.95 | | |

ACCOUNT CARRIED BY:

**Araiza, Pablo**

| | |
|---|---|
| **From:** | ███████████████████████████████ |
| **Sent:** | Monday, August 5, 2024 8:00 PM |
| **To:** | Info_ReataSecuritiesLitigation |
| **Subject:** | Account Statement for RETA |
| **Attachments:** | ██████████████████ |

You don't often get email from ██████████████   Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

August 5, 2024
RETA Securities Litigation

I'm submitting the updated claim statement for the following claims since we all trade together. Previously we have submitted our trade confirms but allegedly those were insufficient. The attached statement is from our clearing house and shows all relevant information including buys and sells along with a considerable loss for RETA. In addition, we would like to submit these to the court if deemed insufficient.

██████████████████████ - myself
                         - 800000590
              ██████ - 800000420

Please confirm this email was received and we would like a follow-up call to ████████████
██████

Regards,

████████████████
████████████████
████████████████

1

█████████████████████████████

| | |
|---|---|
| **From:** | ████████████████████████████ |
| **Sent:** | Wednesday, October 30, 2024 10:00 AM |
| **To:** | Info_ReataSecuritiesLitigation |
| **Subject:** | Re: Doyle v. Reata Pharmaceuticals Inc. - Claim Number 800000590 |

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Thank you for your response.

On Wed, Oct 30, 2024 at 10:58 AM Info_ReataSecuritiesLitigation <Info@reatasecuritieslitigation.com> wrote:

> Re: ███████████████████████████
>
>
> Hello ██████████████████████████
>
>
> Thank you for speaking with me about your request for court review of your claim, Claim No. 800000590. As requested, I am emailing an explanation of why this claim is denied for ineligibility.
>
>
> The original purchases included in your claim, Claim No. 800000590, as well as claim numbers 800000420 and 800000591, were processed under Claim No. 415 because these original purchases were transferred into and sold from the same account, included under Claim No. 415. However, because all shares purchased and then combined into one account were then sold on December 2, 2020, the combined transactions processed under Claim No. 415 do not generate a Recognized Loss Amount pursuant to paragraph 61(i) of the Plan of Allocation.
>
> Claim No. 800000590 does not calculate to a Recognized Loss Amount under the Plan of Allocation, which is located in paragraphs 49 through 72 in the Notice. Pursuant to paragraph 61(i), for each share that was sold prior to August 10, 2021, the Recognized Loss Amount per share is $0.00.
>
>
> In Claim No. 800000590, you purchased 1,500 shares of Reata common stock on December 1, 2020 which were then transferred to another account and then ultimately sold on December 2, 2020. Because all shares were sold prior to August 10, 2021, this claims' Recognized Loss Amount is $0.00.

Sincerely,

██████████████████████████

Doyle v. Reata Pharmaceuticals, Inc.

Claims Administrator

--
Best Regards,

████████████████████████

Cell: ████████████████████
Fax: ████████████████████

2

# EXHIBIT D
# Claim No. 800000591

# STIFEL

*Your Financial Advisor*
EVAN PRICE

*Office Serving Your Account:*

**PRIMARY INVESTMENT OBJECTIVE:**
**RISK TOLERANCE**

**TRADING TAX LOT RELIEF METHOD:**
**INVESTOR UPDATE**

**ACCOUNT PROTECTION**

| PORTFOLIO SUMMARY | December 31 | November 30 |
|---|---|---|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 301 of 331 PageID #: 4122

# STIFEL

## ASSET SUMMARY

### Value as of **December 31, 2020**

### Gains/(-)Losses

| | At Stifel | Not at Stifel | Total | % of assets * | Unrealized | Realized This Period | Realized Year-to-date |
|---|---|---|---|---|---|---|---|

## INCOME & DISTRIBUTION SUMMARY

## INFORMATION SUMMARY

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 302 of 331 PageID #: 4123

# STIFEL

## ASSET DETAILS

**NET CASH EQUIVALENTS**

| | Current value | Cost Basis | Estimated Annualized Income | Estimated Yield % |
|---|---|---|---|---|
| **Total Net Cash Equivalents** | | | | |
| **Total Net Portfolio Value** | | | | |

# STIFEL

## ACTIVITY SUMMARY

## CASH EQUIVALENTS

| | Cash | Cash Sweep | Margin |
|---|---|---|---|

**Closing Balance - Net Cash Equivalents**

## ACTIVITY DETAILS

## CASH EQUIVALENTS

| | This period | Cash | Cash Sweep | Margin |
|---|---|---|---|---|

**Opening Balance - Net Cash Equivalents**

**Assets Bought**

| Date | Activity | Quantity | Price | Description | Total | Cash | Cash Sweep | Margin |
|---|---|---|---|---|---|---|---|---|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 304 of 331 PageID #: 4125

**ACTIVITY DETAILS continued**

**CASH EQUIVALENTS  continued**

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 305 of 331 PageID #: 4126

# STIFEL

## ACTIVITY DETAILS continued

## CASH EQUIVALENTS continued

### Other Transactions

| Date | Activity | Quantity | Price | Description | Total | Cash | Cash Sweep | Margin |
|------|----------|----------|-------|-------------|-------|------|------------|--------|
| 12/4/2020 | Securities Delivered | -2,500.000 | | REATA PHARMACEUTICALS INC CL A CUSIP: 75615P103 | 352,125.00 | 352,125.00 | | |

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 306 of 331 PageID #: 4127

# STIFEL

## ACTIVITY DETAILS continued

### Other Transactions continued

**Total Other Transactions**

**Closing Balance - Net Cash Equivalents**

## CASH EQUIVALENTS continued

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 307 of 331 PageID #: 4128



# Trade Confirmation

Account:
Contact:
Phone:
Address:





| Trade Date | Security | Symbol | Cusip | Quantity | Price |
|---|---|---|---|---|---|
| 12-01-2020 | Reata Pharmaceuticals Inc | RETA | 75615P103 | 10,000 | $140.85 |

Principal: $1,408,500.00

Net Amount: **$1,408,500.00**

| Settlement Date | Account | Account No. |
|---|---|---|
| 12/04/2020 | | |

*PROSPECTUS MAILED OR EMAILED SEPARATE

**Precision Securities LLC**
16885 Via Del Campo Ct.
Suite 120
San Diego, CA 92127
(858) 673-6653



Account Summary for
12-01-20 thru 12-31-20



| **Your Investment Executive** | Account Number: |
|---|---|
| | IE Code: |

## ACCOUNT SUMMARY

| (Unpriced Securities Excluded) | ENDING BALANCE | | INCOME/PRINCIPAL SUMMARY | CURRENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|
| MONEY BALANCE | ■ | | TOTAL INCOME/PRINCIPAL | ■ | |
| ACCOUNT NET WORTH | ■ | | | | |

## ACCOUNT PORTFOLIO

| QUANTITY | DESCRIPTION | SYMBOL/CUSIP | PRICE ACCRUED | CURRENT VALUE | TYPE |
|---|---|---|---|---|---|
| **MONEY BALANCE** | | | | | |

## ACCOUNT ACTIVITY

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| | | | OPENING BALANCE | | | | |

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 311 of 331 PageID #: 4132

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|
| 12-02-20 | Sold | -20,450 | REATA PHARMACEUTICALS INC CL A SYMBOL:RETA | 132.85220 | | 2,716,562.94 | 1 |

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 313 of 331 PageID #: 4134



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|
| 12-07-20 | Journal | | REATA PHARMACEUTICALS INC CL A VS<br>75615P103 - REATA PHARMACEU<br>SYMBOL:RETA | | 2,716,562.94 | | 1 |

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|
| 12-07-20 | Receive | 20,450 | REATA PHARMACEUTICALS INC CL A SYMBOL:RETA DTC MDH CLEANUP 0908 | | | | 1 |

Case 4:21-cv-00987-ALM  Document 86-5  Filed 11/20/24  Page 314 of 331 PageID #: 4135



| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
| --- | --- | --- | --- | --- | --- | --- | --- |

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 315 of 331 PageID #: 4136

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 316 of 331 PageID #: 4137

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|



Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 317 of 331 PageID #: 4138

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 318 of 331 PageID #: 4139

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 319 of 331 PageID #: 4140

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|---|---|---|---|---|---|---|---|



Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 320 of 331 PageID #: 4141

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM   Document 86-5   Filed 11/20/24   Page 321 of 331 PageID #: 4142

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|



Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 322 of 331 PageID #: 4143

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

| DATE | ACTIVITY | QUANTITY | DESCRIPTION | PRICE | AMOUNT CHARGED | AMOUNT CREDITED | TYPE |
|------|----------|----------|-------------|-------|----------------|-----------------|------|

Case 4:21-cv-00987-ALM    Document 86-5    Filed 11/20/24    Page 324 of 331 PageID #: 4145

Doyle v. Reata Pharmaceuticals, Inc.
P.O. Box 5566
Portland, OR 97228-5566

Website: www.ReataSecuritiesLitigation.com
Email: info@ReataSecuritiesLitigation.com
Phone: 1-877-664-7398



Claim Number:        800000591

Response Deadline:    August 5, 2024

July 16, 2024

## Notice of Incomplete Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with *Doyle v. Reata Pharmaceuticals, Inc.* We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those conditions remain uncured. PLEASE NOTE: This is the only notice you will receive with respect to this Claim.**

**Ineligibility Condition:** No Recognized Loss Amount.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the Settlement website), the Claim referenced above does not calculate to a Recognized Loss Amount and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that Recognized Loss Amount is not the same as market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss Amount under the Plan of Allocation. Unless you had additional transactions in Reata common stock during the Settlement Class Period (i.e., November 14, 2016 through December 8, 2021, both dates inclusive) that are not reflected in your Claim, this is NOT a curable deficiency.

**How to Resolve:** You can resolve this condition of ineligibility by submitting additional transactions in Reata common stock during the Settlement Class Period that were not previously reflected in your Claim and that makes your Claim calculate to a Recognized Loss Amount. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still will not be eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Recognized Loss Amount under the Plan of Allocation for you to be eligible to receive a distribution.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between the number of shares of Reata common stock you reported (on your claim) to have purchased, acquired, and/or sold, and the number of shares held at the beginning of the Settlement Class Period (November 14, 2016) and the filing of the Consolidated Amended Class Action Complaint for Violation of the Federal Securities Laws (June 20, 2022).

**How to Resolve:** You must provide any missing transactions, missing beginning or unsold holdings, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month- and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s) that relate(s) to the discrepancy will be rejected according to Last-In, First-Out ("LIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Settlement Class Period + All Shares Purchased or Acquired – All Shares Sold or Delivered – Unsold Shares as of June 20, 2022. This calculation should equal zero for a Claim to properly balance if all transactions and holdings have been accurately reported. The discrepancy in your Claim is displayed below.

| Type of Security | Type of Transaction | Quantity |
|---|---|---|
| Common Stock | Holding Difference 06/20/2022 | -1500.00 |

**Deficiency:** Transfers Out.

You listed transactions on your Claim that are presented or identified as transfers out of your account (also called a "free delivery") prior to the close of trading on June 20, 2022.

**How to Resolve:** While inclusion of transfers out of your accounts is necessary for your Claim to balance, those shares will not be factored into the calculation of your Recognized Loss Amount under the Plan of Allocation unless you provide documentation regarding the **final disposition** of those shares after they were transferred out of your account. Specifically, if the shares identified below as a "Transfer Out" were sold prior to the close of trading on June 20, 2022, you must submit acceptable supporting documentation that provides the following information regarding the final sale transaction: Date of Sale, Sale Price per Share, and Total Sale Price. If the shares were not sold prior to the close of trading on June 20, 2022, and therefore were held as of the close of trading on that date, you need only submit acceptable documentation demonstrating that those shares were held as of that date.

**PLEASE NOTE:** If you do not respond, the transferred shares, along with any corresponding purchase transaction(s) according to Last-In, First-Out ("LIFO") matching, will not be considered in the calculation of your Claim's Recognized Loss Amount pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transfer transaction(s) for which additional information is required is (are) listed in the chart below.

| Date | Type of Security | Type of Transaction | Quantity |
|---|---|---|---|
| 12/04/2020 | Common Stock | Delivered Shares | 2500.00 |

To resolve any of the conditions listed above, please follow the directions stated above. Your Claim must also calculate to a Recognized Loss Amount under the Court-approved Plan of Allocation set forth in the Notice in order to receive payment from the Net Settlement Fund. If you disagree with the conditions identified in this notice, you may contact us for assistance and/or request Court review of our administrative determination regarding your Claim.

To request Court review of your Claim, you must send a letter to us postmarked no later than 20 days from the date of this notice. Your letter must (1) include a copy of this notice; (2) specifically state that you request Court review of the full or partial rejection of the Claim; (3) state your argument(s) for why you are contesting the full or partial rejection of the Claim; and (4) include any and all documentation supporting your argument(s). PLEASE NOTE: COURT REVIEW SHOULD ONLY BE SOUGHT IF YOU DISAGREE WITH THE CLAIMS ADMINISTRATOR'S DETERMINATION REGARDING YOUR CLAIM AND WISH TO HAVE THE COURT REVIEW YOUR CLAIM.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at the toll-free number or email address noted above. More information can also be found at www.ReataSecuritiesLitigation.com.

Sincerely,

*Doyle v. Reata Pharmaceuticals, Inc.*
Claims Administrator



GLOBAL INVESTMENT STRATEGY



Account No: ███████                                                12/01/20 - 12/31/20

| ▶ACCOUNT SUMMARY | | | | | RETA US75615P1030 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | B/S | QUANTITY | DESCRIPTION - ISIN | PRICE | CHARGED | COMM | SEC | CREDITED | BROKER | ACCOUNT | | |
| | | | | | OPENING BALANCE | | | | | | | |
| 12-02-20 | BUY | 10,000 | RETA US75615P1030 | 140.85 | 1,408,500.00 | | | | | | | |
| 12-02-20 | BUY | 1,450 | RETA US75615P1030 | 140.85 | 204,232.50 | | | | | | | |
| 12-02-20 | BUY | 5,000 | RETA US75615P1030 | 140.85 | 704,250.00 | | | | | | | |
| 12-02-20 | BUY | 1,500 | RETA US75615P1030 | 140.85 | 211,275.00 | | | | | | | |
| 12-02-20 | BUY | 2,500 | RETA US75615P1030 | 140.85 | 352,125.00 | | | | | | | |
| 12-04-20 | SELL | 20,450 | RETA US75615P1030 | 132.8522 | | 204.50 | 60.04 | 2,716,562.95 | | | | |

**From:** ████████████████████████████

**Sent:** Monday, August 5, 2024 8:00 PM

**To:** Info_ReataSecuritiesLitigation

**Subject:** Account Statement for RETA

**Attachments:** ████████████████████████████

---

You don't often get email from ████████████████████    Learn why this is important

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

---

August 5, 2024
RETA Securities Litigation

I'm submitting the updated claim statement for the following claims since we all trade together. Previously we have submitted our trade confirms but allegedly those were insufficient. The attached statement is from our clearing house and shows all relevant information including buys and sells along with a considerable loss for RETA. In addition, we would like to submit these to the court if deemed insufficient.

████████████████████████ - myself
                          - 800000590
          █████████ - 800000420

Please confirm this email was received and we would like a follow-up call to █████████
███████

Regards,

████████████████████

█████████████████████████

**From:** Info_ReataSecuritiesLitigation
**Sent:** Wednesday, October 30, 2024 10:09 AM
**To:** ████████████████████████████████
**Subject:** Doyle v. Reata Pharmaceuticals Inc. - Claim Number 800000591
**Attachments:** Doyle v. Reata Pharmaceuticals - Notice.pdf

Re: ██████████████████████

Hello █████████████████████

Thank you for speaking with me about your request for court review of your claim, Claim No. 800000591. As requested, I am emailing an explanation of why this claim does not calculate to a Recognized Loss Amount.

The original purchases included in your claim, Claim No. 800000591, as well as claim numbers 800000420 and 800000590, were processed under Claim No. 415 because these original purchases were transferred into and sold from the same account, included under Claim No. 415. However, because all shares purchased and then combined into one account were then sold on December 2, 2020, the combined transactions processed under Claim No. 415 do not generate a Recognized Loss Amount pursuant to paragraph 61(i) of the Plan of Allocation.

Claim No. 800000591 does not calculate to a Recognized Loss Amount under the Plan of Allocation, which is located in paragraphs 49 through 72 in the Notice. Pursuant to paragraph 61(i), for each share that was sold prior to August 10, 2021, the Recognized Loss Amount per share is $0.00.

In Claim No. 800000591 you purchased 10,000 shares of Reata common stock on December 1, 2020, and 2,500 shares on December 2, 2020. All 12,500 shares were then transferred to another account and ultimately sold on December 2, 2020. Because all shares were sold prior to August 10, 2021, this claim s' Recognized Loss Amount calculates to $0.00.

Sincerely,

███████████████████████

Doyle v. Reata Pharmaceuticals, Inc.
Claims Administrator

1