# EXHIBIT F

# Doyle v Reata Pharmaceuticals, Inc. Initial Distribution Estimate

## Distribution - Estimated Volumes

| | |
|---|---|
| Checks | 9,375 |
| De Minimis Letters | 9,375 |
| Wires | 40 |
| Percentage of Undeliverables | 5% |
| Reissues | 469 |
| Duration | 12 months |

## Detailed Estimate

# Doyle v Reata Pharmaceuticals, Inc.

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| Monthly Hosting and Website Support | Per Month | $ 175 | 12 | $ 2,100.00 |
| IVR Maintenance Fee | Per Month | $ 175 | 12 | $ 2,100.00 |
| IVR Minutes of Use | Per Minute | $ 0.19 | 22,500 | $ 4,275.00 |
| Contact Center Agent Call Handling | Per Minute | $ 1.05 | 18,750 | $ 19,687.50 |
| Print/Mail 1-Image Check Stub | Per Check | $ 0.40 | 9,844 | $ 3,937.50 |
| Claimant Notification Letters | Per Letter | $ 0.55 | 9,844 | $ 5,414.06 |
| Bank Fees | Per Month | $ 250 waived | | $ - |
| Wire Payments | Per Wire | $ 25 | 40 | $ 1,000.00 |
| Postage | Discounts Apply | $ 0.70 | 19,218.75 | $ 13,453.13 |
| Box Storage | Per Month | $ 25 | 12 | $ 294.00 |
| QSF Tax Return | Per Year | $ 2,000 | 1 | $ 2,000.00 |
| Misc.: Photocopies, Delivery, etc | As incurred | $ 250 | 1 | $ 250.00 |

| | | |
|---|---|---|
| **Total Estimated Costs** | $ | 54,511.19 |
| Sales Tax | $ | 2,726 |
| **Grand Total** | $ | 57,237 |