**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, *et al.*,<br><br>              Plaintiffs,<br>    v.<br><br>REATA PHARMACEUTICALS, INC., *et al.*<br><br>          Defendants. | Case No. 4:21-cv-00987-ALM<br>LEAD<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER APPROVING SETTLEMENT DISTRIBUTION TO**
**AUTHORIZED CLAIMANTS AND GRANTING RELATED RELIEF**

THIS MATTER having come before the Court on the motion of Lead Plaintiff UMC Benefit Board, Inc., US Equity Fund-P Series, a series of the Wespath Funds Trust, US Equity Index Fund-P Series, a series of the Wespath Funds Trust, Wespath Institutional Investments LLC, US Equity Fund-I Series, a series of the Wespath Funds Trust, and US Equity Index Fund-I Series, a series of the Wespath Funds Trust for approval of distribution of the Net Settlement Fund to eligible claimants; the Settlement having reached its Effective Date; and the Court having considered the papers filed and proceedings had herein and otherwise being fully informed;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1.      This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated October 30, 2023 (ECF No. 74-2, the "Stipulation"), and all capitalized terms used, but not defined herein, shall have the same meaning as set forth in the Stipulation or in the Declaration of Jessie Mahn Regarding Distribution Plan ("Mahn Declaration" or "Mahn Decl.").

2.      The administrative recommendations of Epiq Class Action & Claims Solutions, Inc. ("Epiq" or "Claims Administrator"), the Court-appointed Claims Administrator, to accept the

Proof of Claim and Release Forms ("Claim Forms"), including the late but otherwise eligible Claim Forms, listed in Exhibit E-1 and E-2 to the Mahn Declaration, are hereby APPROVED.

3.      As determined by the Claims Administrator, wholly rejected or otherwise ineligible Claim Forms, including Disputed Claims 800000020, 800000158, 800000446, 800000420, 800000590, and 800000591 listed in Exhibit E-3 are hereby REJECTED.

4.      The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Stipulation, the Court-approved Plan of Allocation, and the distribution plan for payment of the Net Settlement Fund ("Distribution Plan") set forth in paragraph 48 of the Mahn Declaration, which is hereby APPROVED.

5.      No new Claim Forms may be accepted after August 31, 2024, or adjusted after November 1, 2024, may be eligible for payment.

6.      As set forth in the Distribution Plan, at such time as Lead Counsel, in consultation with Epiq, determines that further redistribution of the funds remaining in the Net Settlement Fund is not cost-effective, the residual balance in the Net Settlement Fund, after payment of any unpaid costs, expenses, and Taxes, shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Lead Counsel and approved by this Court.

7.      A payment in the amount of $57,237.00 from the Settlement Fund for Epiq's estimate of its fees and expenses to be incurred in connection with the Initial Distribution of the Net Settlement Fund is hereby AUTHORIZED. If the incurred fees and expenses for the Initial Distribution are lower than the estimate, the Claims Administrator shall promptly reimburse the Net Settlement Fund.

8.      The administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and Plan of Allocation.

9.      The Claims Administrator is authorized to destroy paper copies of the Claim Forms and all supporting documents one (1) year after the Second Distribution of the Net Settlement Fund, and to destroy electronic copies of the same one (1) year after all funds have been distributed.

10.     The Court retains jurisdiction to further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.