**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, *et al.*,<br><br>                  Plaintiffs,<br>     v.<br><br>REATA PHARMACEUTICALS, INC., *et al*.<br><br>                Defendants. | Case No. 4:21-cv-00987-ALM<br>LEAD<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR AUTHORIZATION TO DISTRIBUTE NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS**

Pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiff UMC Benefit Board, Inc., US Equity Fund-P Series, a series of the Wespath Funds Trust, US Equity Index Fund-P Series, a series of the Wespath Funds Trust, Wespath Institutional Investments LLC, US Equity Fund-I Series, a series of the Wespath Funds Trust, and US Equity Index Fund-I Series, a series of the Wespath Funds Trust ("Lead Plaintiff"), on behalf of itself and the Settlement Class, respectfully submit this reply brief in support of the motion for authorization to distribute net settlement fund to authorized claimants (ECF No. 86) (the "Motion").

The claims administrator posted the Motion on the Settlement Website.[1] The claims administrator also emailed the six (6) claimants requesting Court review of their claims to advise them of the deadline to respond to the Motion. A copy of the redacted email sent by the claims administrator to the claimants requesting Court review of their claims is attached as Exhibit A. The deadline for responses to the Motion was December 4, 2024. No responses have been received to date.

Because there is no opposition to the Motion and for the reasons articulated in the Motion, Lead Plaintiff respectfully requests that the Court enter an order authorizing the distribution of the net settlement fund to authorized claimants.

Dated: December 11, 2024

Respectfully Submitted,

**STECKLER WAYNE & LOVE PLLC**

*/s/ Bruce W. Steckler*
Bruce W. Steckler
State Bar No. 00785039
Austin P. Smith
State Bar No. 24102506
12720 Hillcrest Road, Suite 1045

---

[1] *See* https://www.reatasecuritieslitigation.com/Home/Documents.

Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
Email: bruce@swclaw.com
         austin@swclaw.com

*Local Counsel for Lead Plaintiff and the Proposed Settlement Class*

**KIRBY McINERNEY LLP**
Daniel Hume (admitted *pro hac vice*)
Meghan J. Summers (admitted *pro hac vice*)
Ira M. Press (admitted *pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: 212-371-6600
Facsimile: 212-751-2540
Email: dhume@kmllp.com
         msummers@kmllp.com
         ipress@kmllp.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Additional Counsel for the Proposed Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System.

/s/  Bruce Steckler
Bruce Steckler