███████████████████████████████

| | |
|---|---|
| **From:** | Info_ReataSecuritiesLitigation |
| **Sent:** | Friday, November 22, 2024 2:13 PM |
| **To:** | █████████████████████████████████████ |
| **Subject:** | Doyle v. Reata Pharmaceuticals Inc. - Claim Number 800000158 |

RE: ███████████████████████████

Dear ███████████████████████

Pursuant to your request for court review of your claim, please note that your claim was filed with the court on November 20, 2024.  You may review the distribution motion and the accompanying documents, including your disputed claim, on the settlement website at: Reata Securities Litigation - Documents

If you have any response or additional information you would like the court to consider, please note that your response is due by Wednesday, December 4, 2024.

Sincerely,

███████████████████████████

Claims Administrator
Doyle v. Reata Pharmaceuticals, Inc.
Email: info@ReataSecuritiesLitigation.com