**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| TIM DOYLE, Individually and on Behalf of All Others Similarly Situated, *et al.*, <br><br>                   Plaintiffs, <br> v. <br><br> REATA PHARMACEUTICALS, INC., *et al.* <br><br>                   Defendants. | Case No. 4:21-cv-00987-ALM LEAD <br><br> <u>CLASS ACTION</u> |

**ORDER GRANTING LEAD PLAINTIFF'S
<u>MOTION TO MODIFY THE DISTRIBUTION ORDER</u>**

Before the Court is the motion of Lead Plaintiff UMC Benefit Board, Inc., US Equity Fund-P Series, a series of the Wespath Funds Trust, US Equity Index Fund-P Series, a series of the Wespath Funds Trust, Wespath Institutional Investments LLC, US Equity Fund-I Series, a series of the Wespath Funds Trust, and US Equity Index Fund-I Series, a series of the Wespath Funds Trust ("Lead Plaintiff")[1] to Modify the Distribution Order (the "Motion" - Dkt. #89). The Court, having considered the papers filed including the Supplemental Declaration of Jessie Mahn Regarding Distribution Plan and Exhibit A ("Supplemental Declaration"), the record, and the applicable law and otherwise being fully informed, hereby GRANTS the Motion.

The Court modifies the January 3, 2025 Order (Dkt. #88, the "Distribution Order") as follows: the list of claims and Epiq's recommendations as to their disposition contained in its corrected Administrator's Report, attached to the Supplemental Declaration as Exhibit A, is APPROVED and shall replace the previous recommendations contained in Epiq's

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Stipulation and Agreement of Settlement, dated October 30, 2023 (ECF 74-2, the "Stipulation").

Administrator's Report, attached to the Declaration Regarding Distribution Plan filed with the Court on November 20, 2024 (Dkt. #86-6) as Exhibit E.

Except as modified in this Order, the Court's Distribution Order remains in full force and effect.

**IT IS SO ORDERED.**

**SIGNED this 11th day of March, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2